UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.

The HipSaver Company, Inc., )
           Plaintiff, )
)
v )
) 05-10917 PR
J.T Posey Company, )
           Defendant )
)

## CORPORATE DISCLOSURE

Plaintiff, the HipSaver Company, Inc., d/b/a the HipSaver Company, states, through counsel, that it is a closely held Massachusetts business corporation with no parent and no subsidiaries. No publicly held corporation or entity holds an interest in the HipSaver Company.

THE HIPSAVER COMPANY, INC.
By its Attorneys,

Lee Carl Bromberg
BBO no. 058480
Edward J. Dailey
BBO no. 112220
Peter J. Karol
BBO no. 660338
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004 (fax)
Dated: 5.4.05
02820/00501 383667.1

1