UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
THE HIPSAVER COMPANY, INC.,                 )   CIVIL ACTION
                                            )   NO.: 05-10917-PBS
              Plaintiff,                    )
                                            )
v.                                          )
                                            )
J. T. POSEY COMPANY,                        )
              Defendant.                    )
_____ )

**ASSENTED TO MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Attorneys Jeffrey G. Sheldon, Douglas H. Morseburg and Shannon S. Sheldon of law firm of Sheldon & Mak PC be permitted to appear and participate in this action *pro hac vice* for the purpose of representing defendant J. T. Posey, in association with the law firm of Duane Morris LLP by Anthony J. Fitzpatrick.

In support of this Motion, counsel states as follows:

1.  Mr. Fitzpatrick of Duane Morris LLP is a member in good standing of the Bar of this Court and is actively engaged in the practice of law within Massachusetts from the offices of Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, Massachusetts 02210.

2.  As set forth in the Certifications filed herewith as Exhibits A through C, Attorneys Sheldon, Morseburg and Sheldon are members in good standing of the Bar of the State of California. There is no disciplinary action against Attorneys Sheldon, Morseburg or Sheldon in any jurisdiction.

BOS\132317.1

3. As set forth in their Certifications, Attorneys Sheldon, Morseburg and Sheldon have familiarized themselves with the Local Rules of this Court.

4. In accordance with the Court's CM/ECF Administrative Procedures, the required filing fee will be delivered to the Clerk's Office and paid in full within 24 hours after this document is submitted electronically.

5. Counsel for the plaintiff has indicated that the plaintiff assents to this motion.

WHEREFORE, it is respectfully requested that this Court admit Attorneys Morseburg, Sheldon and Sheldon *pro hac vice*, for the purpose of representing defendant J.T. Posey Company in this action.

J.T. POSEY COMPANY,

By its attorneys,

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

ASSENTED TO:

/s/ Edward J. Dailey
Edward J. Dailey (BBO # 112220)
Lee C. Bromberg (BBO # 058480)
BROMBERG. SUNSTEIN, LLP
125 Summer Street, 11th Floor
Boston, MA 02110-1618
617-443-9292

Counsel to The HipSaver Company, Inc.

June 8, 2005

# EXHIBIT A

TO
DEFENDANT, J. T. POSEY'S ASSENTED TO MOTION
FOR ADMISSION OF COUNSEL PRO HAC VICE

JUNE 8, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., | ) |
| Plaintiff, | ) Civil Action<br>) No. 05-10917-PBS |
| v. | ) |
| J.T. POSEY COMPANY, | ) |
| Defendant. | ) |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, Jeffrey G. Sheldon, certify as follows:

1. I am a member of the law firm of Sheldon & Mak PC, and maintain my principal office in the firm's Pasadena, California office, which is located at 225 South Lake Avenue, Ninth Floor, Pasadena, CA 91101.

2. I am a member in good standing of the Bar of the State of California, Bar No. 67516.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify the foregoing is true and correct.


Dated: June 7, 2005                    /s/ Jeffrey G. Sheldon
                                       Jeffrey G. Sheldon

2

# EXHIBIT B

TO
DEFENDANT, J. T. POSEY'S ASSENTED TO MOTION
FOR ADMISSION OF COUNSEL PRO HAC VICE

JUNE 8, 2005

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., ) | |
| ) | Civil Action |
| Plaintiff, ) | No. 05-10917-PBS |
| ) | |
| v. ) | |
| ) | |
| J.T. POSEY COMPANY, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, Douglas H. Morseburg, certify as follows:

1. I am an associate of the law firm of Sheldon & Mak PC, and maintain my principal office in the firm's Pasadena, California office, which is located at 225 South Lake Avenue, Ninth Floor, Pasadena, CA 91101.

2. I am a member in good standing of the Bar of the State of California, Bar No. 126205.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify the foregoing is true and correct.

Dated: June 7, 2005                    /s/ Douglas H. Morseburg
                                       Douglas H. Morseburg

# EXHIBIT C

**TO
DEFENDANT, J. T. POSEY'S ASSENTED TO MOTION
FOR ADMISSION OF COUNSEL PRO HAC VICE

JUNE 8, 2005**

Case 1:05-cv-10917-PBS   Document 3-4   Filed 06/08/2005   Page 1 of 2

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| THE HIPSAVER COMPANY, INC., ) | |
| ) | Civil Action |
| Plaintiff, ) | No. 05-10917-PBS |
| ) | |
| v. ) | |
| ) | |
| J.T. POSEY COMPANY, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, Shannon S. Sheldon, certify as follows:

1. I am an associate of the law firm of Sheldon & Mak PC, and maintain my principal office in the firm's Pasadena, California office, which is located at 225 South Lake Avenue, Ninth Floor, Pasadena, CA 91101.

2. I am a member in good standing of the Bar of the State of California, Bar No. 216199.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify the foregoing is true and correct.

Dated: June 7, 2005         /s/ Shannon S. Sheldon
                            Shannon S. Sheldon