UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The HipSaver Company, Inc.
        Plaintiff,            CIVIL ACTION
                              NO.   05-10917-PBS
   v.

J.T. Posey Company
        Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                      June 22, 2005

     TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion to Dismiss or, for Summary Judgment, and Motion to Transfer Venue on **July 12, 2005**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                           By the Court,

                                             /s/ Robert C. Alba
                                           Deputy Clerk

Copies to:  All Counsel