# United States District Court

DISTRICT OF

THE HIPSAVER COMPANY, INC.

v.

J.T. POSEY COMPANY

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-10917 PBS**

TO: (Name and Address of Defendant)

J.T. Posey Company
5635 Peck Road
Arcadia, California   91006

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Edward J. Dailey
BROMBERG SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts   02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



CLERK

BY DEPUTY CLERK

DATE   5-4-05

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | May 20, 2005 |
| NAME OF SERVER (PRINT)<br>Edward J. Dailey | TITLE<br>Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Ernest M. Posey, President

☐ Returned unexecuted: _____

☒ Other (specify): Service was made on the Defendant's registered agent by overnight express and certified Mail USPS. Service was in accordance with G.L. c.223A, section 6(a)(3).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 17, 2005
              *Date*

*Signature of Server*

Edward J. Dailey
BROMBERG SUNSTEIN LLP
125 Summer Street, Boston, MA  02110
*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.