UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE HIPSAVER COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-10917-PBS |
| J.T. POSEY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER VENUE**

Defendant J.T. Posey Company moves for leave to file a reply brief in support of its motion to transfer venue, in order to address concessions and arguments made by plaintiff in opposition the motion. Defendant's proposed reply brief is submitted herewith.

WHEREFORE, Defendant respectfully requests that the Court grant leave to file a reply brief in support of its motion to transfer venue.

Respectfully submitted,

Date: July 8, 2005

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: 617.289.9220
Fax: 617.289.9201
e-mail: ajfitzpatrick@duanemorris.com

Counsel for Defendant
J.T. Posey Company

2

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, counsel for Defendant certifies that he endeavored to confer with counsel for Plaintiff in a good faith attempt to resolve or narrow the issue presented in this motion, by leaving a detailed voicemail concerning the motion for Plaintiff's counsel.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick