UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The Hip Saver Co. Inc.
Plaintiff,

      V.                                   Civil Action Number
                                            05-10917-PBS

J.T. Posey Co.
Defendant.                                        July 12, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 10/31/05

Plaintiff's expert designation deadline: 11/15/05

Defendant's expert designation deadline: 12/15/05

Expert discovery deadline: 1/15/06

Summary Judgment Motion filing deadline: 1/30/06

Opposition to Summary Judgment Motions: 2/15/06

Hearing on Summary Judgment or Pretrial Conference: 3/16/06 at 2:00 p.m.

Case to be referred to Mediation program: A.S.A.P.

                                                    By the Court,

                                                    /s/ Robert C. Alba
                                                    Deputy Clerk