UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Hip Saver Company, Inc.<br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.T. Posey Company<br>　　　　　Defendant. | CIVIL ACTION<br>NO.  05-10917-PBS |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                September 7, 2005

　　　TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss Contingent Counterclaim on **October 11, 2005**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

　　　　　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Robert C. Alba_
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Copies to:  All Counsel