UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred   X

The Hipsaver Company, Inc.

V.                                                CA No.  05-10917-PBS

J.T. Posey Company

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Collings  for the following proceedings:

(A)            Referred for full pretrial case management, including all dispositive motions.

(B)            Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)            Referred for discovery purposes only.

(D)            Referred for Report and Recommendation on:

( ) Motion(s) for injunctive relief
( ) Motion(s) for judgment on the pleadings
( ) Motion(s) for summary judgment
( ) Motion(s) to permit maintenance of a class action
( ) Motion(s) to suppress evidence
( ) Motion(s) to dismiss
( ) Post Conviction Proceedings[1]
See Documents Numbered: _____

(E)    **X**    Case referred for events only.  See Doc. No(s).   40 Motion to Compel Deposition and for Sanctions.

(F)            Case referred for settlement.

(G)            Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
( ) In accordance with Rule 53, F.R.Civ.P.
( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)            Special Instructions: _____

_____

 September 27, 2005                      By:     /s/ Robert C. Alba
Date                                              Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1]      See reverse side of order for instructions