# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The HipSaver Company, Inc., ) | |
|           Plaintiff, ) | |
| ) | |
| v ) | |
| ) | |
| J.T. Posey Company, ) | |
|           Defendant ) | |
| ) | |
| _____) | Civil Action No. 05-10917 PBS |
| ) | |
| J.T. Posey Company, Inc., ) | |
|           Counterclaim Plaintiff ) | |
| ) | |
| v ) | |
| ) | |
| The HipSaver Company, Inc. and ) | |
| Edward L. Goodwin, ) | |
|           Counterclaim Defendants ) | |
| ) | |
| ) | |
| _____) | |

## NOTICE OF APPEARANCE FOR COURTNEY M. QUISH, ESQ.

Pursuant to Local Rule 83.5.2, please enter my appearance for the Plaintiff, HipSaver Company, Inc., in the above-captioned case.

Dated: September 30, 2005

/s/     Courtney M. Quish
Courtney M. Quish, BBO# 662288
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: cquish@bromsun.com

02820/00502 434303.1