AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __MASSACHUSETTS__

THE HIPSAVER COMPANY, INC

v.

J.T. POSEY COMPANY

**APPEARANCE**

Case Number: 05-10917-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    DEFENDANT J.T. POSEY CO.

I certify that I am admitted to practice in this court.

__10/11/05__
Date

10/11/05
N. Russo

_Katherine Y. Fergus_ (Signature)

KATHERINE Y. FERGUS    633989
Print Name                  Bar Number

DUANE MORRIS LLP, 470 ATLANTIC
Address

BOSTON          MA          02210
City            State       Zip Code

617.289.9253            617.289.9201
Phone Number            Fax Number

kyfergus@duanemorris.com
E-Mail