# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10917 PBS

| | |
|---|---|
| The HipSaver Company, Inc., | ) |
|         Plaintiff, | ) |
| v | ) |
| J.T. Posey Company, | ) |
|         Defendant | ) |
| J.T. Posey Company, Inc., | ) |
|         Counterclaim Plaintiff | ) |
| v | ) |
| The HipSaver Company, Inc. and Edward L. Goodwin, | ) |
|         Counterclaim Defendants | ) |

## CERTIFICATE PURSUANT TO LOCAL RULE 37.1

      As noted in paragraph 1 of the accompanying Emergency Motion for a Protective Order, I certify that counsel for The HipSaver Company, Edward Dailey, Esq., conferred with counsel for J.T. Posey Company on October 19 and 20, 2005, by telephone in an effort to resolve the issues presented in this motion and that counsel were unable to arrive at an agreement.

Respectfully submitted,
THE HIPSAVER COMPANY, INC.
By its Attorneys,

/s/ Courtney M. Quish
Lee Carl Bromberg, BBO no. 058480
Edward J. Dailey, BBO no. 112220
Courtney M. Quish, BBO no. 662288
BROMBERG SUNSTEIN LLP
125 Summer Street - 11th floor
Boston, Massachusetts  02110-1618
(617) 443-9292
(617) 443-0004  (fax)
cquish@bromsun.com

Dated:  October 20, 2005

02820/00502 439421.1