**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

The Hipsaver Company, Inc.
Plaintiff(s)

V.

CIVIL ACTION

NO. _____ 05-10917-PBS _____

J.T. Posey Company
Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____ Saris _____

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ x ]   On _____ 11/29/2005 _____ I held the following ADR proceeding:

_____   SCREENING CONFERENCE    _____   EARLY NEUTRAL EVALUATION

___X___   MEDIATION    _____   SUMMARY BENCH / JURY TRIAL

_____   MINI-TRIAL    _____   SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____ ]

The parties were / were not present in person or by authorized corporate officer [except

_____ ].

The case was:

[ ]   Settled. Your clerk should enter a _____ day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless

the case is reported settled prior to that date.

[ x ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This

case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____

_____

_____ 11/30/05 _____
DATE

_____ Marianne B. Bowler, USMJ _____
ADR Provider

(ADR Report.wpd - 4/12/2000)

[adrrpt.]