UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10917 PBS

| | |
|---|---|
| The HipSaver Company, Inc., <br>     Plaintiff, <br><br> v <br><br> J.T. Posey Company, <br>     Defendant <br><hr> J.T. Posey Company, Inc., <br>     Counterclaim Plaintiff <br><br> v <br><br> The HipSaver Company, Inc. and <br> Edward L. Goodwin, <br>     Counterclaim Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY
IN FURTHER SUPPORT OF ITS
MOTION TO EXTEND DISCOVERY**

Pursuant to Local Rule 7.1(B)(3), HipSaver moves for leave to file a short reply further supporting its Motion to Extend Discovery and correcting material mischaracterizations made by Defendant Posey, in its opposing memorandum (filed March 24, 2005). HipSaver believes that the proposed reply, attached as Exhibit A, will aid the Court in its determination of HipSaver's Motion to Extend Discovery. Therefore, HipSaver respectfully requests leave of this Court to file the attached reply brief.

## CERTIFICATION UNDER LOCAL RULES 7.1 AND 37.1

I certify that counsel for the parties have conferred by electronic mail and by telephone on March 29, 2006 in a good faith attempt to resolve or narrow issues set out in this Motion but were unable to do so.

Respectfully submitted,
THE HIPSAVER COMPANY, INC.
By its Attorneys,

/s/ Edward J. Dailey
Lee Carl Bromberg,
BBO No.: 058480
Edward J. Dailey
BBO No.: 112220
Courtney Meehan. Quish
BBO No.: 662288
BROMBERG SUNSTEIN LLP
125 Summer Street - 11th floor
Boston, Massachusetts  02110-1618
617.443.9292
617.443.0004 (fax)
cquish@bromsun.com

Dated: March 29, 2006

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 29, 2006.

/s/Edward J. Dailey
Edward J. Dailey

02820/00502 481181.1