UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> J.T. POSEY COMPANY, <br><br> Defendant. <br> AND RELATED COUNTERCLAIM | Civil Action No. 05-10917 PBS |

## REQUEST FOR ORAL ARGUMENT

Now comes the Defendant, J.T. Posey Company and respectfully requests a hearing, pursuant to L.R. 7.1(d), on Plaintiff's Motion for Extension of Time until June 16, 2006 to Complete Discovery (document number 103 on the Court's docket). J.T. Posey Company previously filed an opposition to this motion on March 24, 2006 (document number 107 on the Court's docket).

J.T. Posey Company believes that oral argument will assist the Court in resolving these matters.

Respectfully Submitted,

J.T. POSEY COMPANY
By its attorneys,

Dated: March 30, 2006

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: 617.289.9220
Fax: 617.289.9201
e-mail: ajfitzpatrick@duanemorris.com

DM1\620511.1

> Jeffrey G. Sheldon, Admitted *Pro Hac Vice*
> Douglas H. Morseburg, Admitted *Pro Hac Vice*
> Shannon S. Sheldon, Admitted *Pro Hac Vice*
> SHELDON & MAK
> 225 South Lake Avenue, Suite 900
> Pasadena, California 91101
> (626) 796-4000

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on March 30, 2006.

> /s/ Anthony J. Fitzpatrick
> Anthony J. Fitzpatrick