UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| THE HIPSAVER COMPANY, INC., ) | Civil Action No. 05-10917 PBS |
| Plaintiff, ) |   |
| v. ) |   |
| J.T. POSEY COMPANY, ) |   |
| Defendant. ) |   |
| AND RELATED COUNTERCLAIM. ) |   |

**STIPULATION AND REQUEST FOR ORDER RE DEFENDANT'S RESPONSE TO PLAINTIFF'S FURTHER MOTION TO COMPEL IMMEDIATE PRODUCTION OF DOCUMENTS AND INFORMATION IN RESPONE TO ITS SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiff The HipSaver Company, Inc. ("HipSaver") and Defendant J.T. Posey Company, Inc. ("Posey") through their respective attorneys, hereby stipulate as follows:

1.  Plaintiff electronically filed and served its Further Motion to Compel Immediate Production of Documents and Information in Response to its Second Request for Production of Documents (the "Motion") on April 3, 2006 (Docket No. 113);

2.  Defendant's deadline to file and serve its response to the Motion is currently April 17, 2006;

3.  On April 13, 2006, counsel for Posey, Douglas H. Morseburg, was involved in an accident in which he suffered serious physical injuries;

4.      As a consequence of the foregoing, the parties agree that the time within which Posey is required to file and serve its opposition to the Motion shall be extended by one week, to and including, April 24, 2006, and they hereby request the Court to order that the deadline shall be extended accordingly.

Dated: April 17, 2006               J.T. POSEY COMPANY
                                    By its attorneys,


                                    /s/ Douglas H. Morseburg_____
                                    Jeffrey G. Sheldon (CA Bar No. 67516)
                                    Douglas H. Morseburg (CA Bar No. 26205)
                                    SHELDON & MAK PC
                                    225 South Lake Avenue, Suite 900
                                    Pasadena, CA  91001
                                    (626) 796-4000

                                    Anthony J. Fitzpatrick (BBO # 564324)
                                    DUANE MORRIS LLP
                                    470 Atlantic Avenue, Suite 500
                                    Boston, MA 02210
                                    (617) 289-9200

Dated: April 17, 2006               THE HIPSAVER COMPANY, INC.
                                    By its attorneys,


                                    /s/ Edward J. Dailey_____
                                    Lee Carl Bromberg (BBO No. 058480)
                                    Edward J. Dailey (BBO No. 112220)
                                    Courtney Meehan Quish (BBO No. 662288
                                    BROMBERG SUNSTEIN LLP
                                    125 Summer Street – 11th Floor
                                    Boston, Massachusetts 02110-1618
                                    (617) 443-9292