# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10917 PBS

| | |
|---|---|
| The HipSaver Company, Inc., <br>     Plaintiff, <br><br> v <br><br> J.T. Posey Company, <br>     Defendant. <br><br> J.T. Posey Company, Inc., <br>     Counterclaim Plaintiff, <br><br> v <br><br> The HipSaver Company, Inc. and <br> Edward L. Goodwin, <br>     Counterclaim Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE DOCUMENT
UNDER SEAL AS AN EXHIBIT TO ITS REPLY
IN FURTHER SUPPORT OF ITS
MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Local Rule 7.2, Plaintiff, HipSaver moves with assent of the Defendant for leave to file the following document which is subject to a Protective Order under seal:

Deposition of Defendant's controller, Charles Nail, December 15, 2005.

Pursuant to paragraph 4 of the Protective Order, HipSaver requests that this exhibit remain impounded until 30 days after entry of final judgment at which time the exhibit will be retrieved by counsel for HipSaver.

THEREFORE, HipSaver requests allowance of this Motion.

Respectfully submitted,
THE HIPSAVER COMPANY, INC.
By its Attorneys,


/s/ Courtney M. Quish
Lee Carl Bromberg,
BBO No.: 058480
Edward J. Dailey
BBO No.: 112220
Courtney Meehan. Quish
BBO No.: 662288
BROMBERG SUNSTEIN LLP
125 Summer Street - 11th floor
Boston, Massachusetts  02110-1618
617.443.9292
617.443.0004  (fax)
cquish@bromsun.com

Dated:  May 3, 2006

### CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 3, 2006.

/s/ Courtney M. Quish
Courtney M. Quish

02820/00502 493081.1