# United States District Court
# District of Massachusetts

THE HIPSAVER COMPANY, INC.,
    Plaintiff,

    V,                        CIVIL ACTION NO. 05-10917-PBS

J. T. POSEY COMPANY,
    Defendant.

## *PROCEDURAL ORDER ON PLAINTIFF'S FURTHER MOTION TO COMPEL IMMEDIATE PRODUCTION OF DOCUMENTS AND INFORMATION IN RESPONSE TO ITS SECOND REQUEST FOR PRODUCTION OF DOCUMENTS (#113)*

COLLINGS, U.S.M.J.

    Upon a review of the papers filed, the Court is not satisfied that counsel have conferred to the extent necessary to reach, insofar as possible, agreement on the disputed items.

Accordingly, counsel are directed to confer FULLY and COMPLETELY in a good-faith attempt to reach agreement on the items which remain in dispute and file a joint status report with the Court *on or before the close of business on Friday, June 2, 2006.* If complete agreement can be reached, counsel shall so state in the report and the Court will act accordingly. If agreement cannot be reached, the report shall state *with specificity* the documents which plaintiff seeks and which the defendant refuses to produce together with a brief (one or two sentence) explanation of why the documents are sought and why the defendant will not produce them.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: May 12, 2006.