# United States District Court
# District of Massachusetts

THE HIPSAVER COMPANY, INC.,
    Plaintiff,

    V.                  CIVIL ACTION NO. 2005-10917-PBS

J. T. POSEY COMPANY,
    Defendant.

## REVISED SCHEDULING ORDER

COLLINGS, U.S.M.J.

    As per the Court's April 6th Order, the Court enters the within Revised Scheduling Order pursuant to Rule 16(B), Fed. R. Civ. P.:

    (1)    The plaintiff shall serve its expert reports in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., **on or before the close of business on Monday, September 25, 2006.**

    (2)    The defendant shall serve any rebuttal expert reports **on or before the close of business on Monday, October 16, 2006.**

    (3)    Expert depositions shall be completed **on or before the close of**

*business on Monday, November 20, 2006.*

(4)   Dispositive motions shall be filed and served ***on or before the close of business on Monday, December 11, 2006.***

(5)   Oppositions to dispositive motions shall be filed and served ***on or before the close of business on Monday, January 8, 2007***.[1]

(6)   Reply memoranda (not to exceed seven [7] pages in length) shall be filed and served ***on or before the close of business on Thursday, January 18, 2007.***

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: July 17, 2006.

---

[1] The Court extended this period by one week in view of the fact that the holidays are in the middle of the period and under the schedule set on April 6th, the opposition would be due on New Year's Day.