UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HIPSAVER COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J.T. POSEY COMPANY, ) <br> ) <br> Defendant. ) <br> ) <br> AND RELATED COUNTERCLAIM. ) <br> ) | Case No. CV-05-10917 PBS |

## NOTICE OF CHANGE OF FIRM NAME

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, as of November 9, 2006, Sheldon & Mak PC, counsel for defendant J. T. Posey Company in this matter has changed its firm name to **SHELDON MAK ROSE & ANDERSON PC.** The address and telephone numbers of the office remain the same.

Dated: November 27, 2006

Respectfully submitted,

J.T. POSEY COMPANY
By its attorneys,

*/s/ Douglas H. Morseburg*
Jeffrey G. Sheldon,
    Admitted Pro Hac Vice
Douglas H. Morseburg
    Admitted Pro Hac Vice
SHELDON MAK ROSE & ANDERSON PC

225 South Lake Avenue, Suite 900
Pasadena, California 91101
(626) 796-4000

Anthony Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
(617) 289-9200

## CERTIFICATE OF SERVICE

I certify that a copy of this document has been forwarded by electronic mail and by USPS First Class mail today to Plaintiff's counsel of record, Edward J. Dailey, Esq., BROMBERG SUNSTEIN, LLP, 125 Summer Street, 11th Floor, Boston, Massachusetts 02110-1618.

Dated: November 27, 2006          /s/ Donald K. Piper
                                  Donald K. Piper