UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J.T. POSEY COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10917 PBS |

**ASSENTED-TO MOTION OF DEFENDANT,
J.T. POSEY COMPANY FOR LEAVE TO FILE UNDER SEAL EXHIBITS
TO ITS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.2, defendant J.T. Posey Company ("Posey") respectfully moves that Exhibits 12 and 13 to J.T. Posey Company's Motion For Summary Judgment on Plaintiff's Complaint (which are being submitted herewith in a sealed envelope) be filed under seal and impounded until further Order of the Court.

In support thereof, Posey states the exhibits and the information therein have been designated by the parties as "Confidential – Attorneys' Eyes Only" under the Protective Order in this case (Docket No. 48). In accordance with Local Rule 7.2, Posey requests that the exhibits be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by Posey.

Pursuant to Local Rule 7.1(A)(2), counsel for Posey has conferred with the plaintiff's counsel regarding this motion. The plaintiff has no objection to placing the memorandum and exhibits under seal.

DM2\900713.1

WHEREFORE, Posey requests that the Court enter an Order impounding the above-referenced documents.

                                     J.T. POSEY COMPANY

                                     By its attorneys,

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

Jeffrey G. Sheldon *(admitted pro hac vice)*
Douglas H. Morseburg *(admitted pro hac vice)*
SHELDON MAK ROSE & ANDERSON PC
225 South Lake Avenue, Suite 900
Pasadena, CA 91001
(626) 796-4000

December 12, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on December 12, 2006. The Exhibits 12 and 13 to J.T. Posey Company's Motion For Summary Judgment that are being filed under seal will be delivered by hand or via first class mail to the following people:

    Courtney M. Quish
    Edward J. Dailey
    Peter J. Karol
    Lee C. Bromberg
    Bromberg & Sunstein
    125 Summer St.
    Boston, MA 02110

    Scott K. Dauscher
    Edward Cosmo Ho
    Aaron V. O'Donnell
    Mark T. Palin
    Atkinson, Andelson, Loya, Ruud & Romo
    17871 Park Plaza Drive, Suite 200
    Cerritos, CA 90703-8597

                            /s/ Anthony J. Fitzpatrick
                            Anthony J. Fitzpatrick