**EXHIBIT "A"**

5.17.05 0923



# Posey® Hipsters™

Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall.

**Hipsters are available in four styles:**
- Standard Unisex Brief easily fits over undergarments, or can be worn as underwear.
- Incontinent Brief features a snap front for easier application over adult diapers.
- Male Fly Brief easily fits over undergarments, or can be worn as underwear.
- EZ-On Brief features a crotchless design that allows patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipster to be worn during bathing.

All Hipsters are available with original foam padding, or high durability padding designed to withstand laundering in large capacity machines at higher temperature hot washing cycles.

- [REF] 6016 Hipsters, Standard Brief
- [REF] 6017 Hipsters, Incontinent Brief
- [REF] 6018 Hipsters, Male Fly Brief
- [REF] 6019 Hipsters, EZ On
- [REF] 6008 Replacement Pads, 1 pair
- [REF] 6016H Hipsters, High Durability Pads, Standard Brief
- [REF] 6017H Hipsters, High Durability Pads, Incontinent Brief
- [REF] 6018H Hipsters, High Durability Pads, Male Fly Brief
- [REF] 6019H Hipsters, High Durability Pads, EZ On
- [REF] 6008H Replacement High Durability Pads, 1 pair

**Application Instructions:**

*Standard, Male Fly and Incontinent Brief Models*
With the Posey label in the back, put the Hipsters on as you would a pair of shorts, sliding them gently over the hips. Adjust to assure that the foam pads are properly aligned with and cover the hip joint.

*EZ On Model*
1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The labels should be at the back and on the inside of the waistband.
3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment, but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure the leg band around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.
6. Repeat steps 4 and 5 on the right side.

[1] Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Sterile/laundry.htm


#6016 / #6016H


#6017 / #6017H

#6018 / #6018H

#6019 / #6019H

Laundering Instructions
Posey Hipster with High Durability pads are designed to withstand laundering in higher temperature hot washing cycles. Hipsters can be washed according to CDC guidelines for soiled linen. However, using the lower temperature washing and drying cycle for non-contaminated linen will prolong product life. "Studies have shown that a satisfactory reduction of microbial contamination can be achieved at water temperatures lower than 160°F if laundry chemicals suitable for lower-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely."[1]

- Adhere hook and loop straps before laundering to prevent lint build-up on hook during laundry cycle. If hook and loop does not adhere due to lint, clean hook material with a stiff brush.
- If EZ On pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.

Hipsters — WASH HOT 120°F/50°C, BLEACH AS DIRECTED ON CONTAINER, DRY ON MEDIUM

High Durability Hipsters — WASH HOT 180°F/82°C 25 MIN., BLEACH AS DIRECTED ON CONTAINER, DRY ON HIGH

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" or 71 - 76cm | 35" - 37" or 88 - 93cm |
| M | 30" - 34" or 76 - 86cm | 37" - 41" or 93 - 104cm |
| L | 34" - 38" or 86 - 96cm | 41" - 45" or 104 - 114cm |
| XL | 38" - 42" or 96 - 106cm | 45" - 49" or 114 - 124cm |
| XXL | 42" - 46" or 106 - 116cm | 49" - 53" or 124 - 134cm |

J.T. Posey Company
5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com
© 2004 J.T. Posey Company. All rights reserved.

EC REP  MDSS Burckhardtstr. 1, 30163, Hannover, Germany    CE
M6139 012405

> ⚠ **WARNING**
>
> Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.
>
> Posey Hipsters contain foam pads that are sealed in a pouch to protect it from water. If the pouch is cut or the seal is broken during laundering, moisture will enter the pouch and may result in waterlogged foam. Waterlogged foam encased in the pouch may promote the growth of bacteria.
> - Test the foam and pouch integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
> - If you hear or feel liquid or air escaping, the pouch is damaged.
> - If the pouch is damaged, discontinue use and discard.

## Clinical References Supporting the Use of Hip Protectors

**Title:** *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
**Author:** A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:** The Lancet, volume 350, August 23, 1997

*Study Objectives:* Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in "Effect of external hip protectors on hip fractures."

*Results:* The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

*Recommendations:* "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

**Title:** *Prevention Of Hip Fracture in Elderly People*
**Author:** Pekka Kannus, M.D., Ph.D., et al
**Publication:** The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:* The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:* The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:* "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protectors. Only 41 persons need to use the hip protector for one year (or 8 persons for five years) in order for one hip fracture to be prevented."

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories.
Data on file at J.T. Posey Company *Source: www.madsci.org

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

**EXHIBIT "B"**

**POSEY #6016 HIPSTERS STANDARD BRIEF**
- Easily fits over undergarments, or can be worn as underwear.
- Unisex sizing.
- #6016H Standard Brief with high durability pads.

**POSEY #6017 INCONTINENT BRIEF**
- Snap front for easier application over diaper. Unisex sizing.
- #6017H Incontinent Brief with high durability pads.

**POSEY #6018 MALE FLY BRIEF**
- Easily fits over undergarments, or can be worn as underwear.
- Fly front for improved compliance in male residents.
- #6018H Male Fly Brief with high durability pads.

**POSEY #6019 EZ-ON BRIEF**
- Residents can wear their own undergarments.
- Can be worn in the shower.
- Hip pads can be removed for laundering or replacement.
- #6019H EZ-ON Brief with high durability pad.

### SIZING CHART

| Size | Waist Measurement | Hip Measurement |
|---|---|---|
| S | 26" - 30" or 71 - 76cm | 35" - 37" or 88 - 93cm |
| M | 30" - 34" or 76 - 86cm | 37" - 41" or 93 - 104cm |
| L | 34" - 38" or 86 - 96cm | 41" - 45" or 104 - 114cm |
| XL | 38" - 42" or 96 - 106cm | 45" - 49" or 114 - 124cm |
| XXL | 42" - 46" or 106 - 115cm | 49" - 53" or 124 - 134cm |

Posey High Durability Hipsters contain denser foam than the standard Hipsters. This increased density aids in its ability to withstand higher hot washing and drying cycles.

**LAUNDERING INSTRUCTIONS:**






Hipsters

High Durability Hipsters

JT Posey Company
Arcadia, CA 91006 USA
Tel: 800-447-6739
www.posey.com

---



# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS

It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.




*Low Profile - All styles fit discreetly under men's and women's clothing.*

- High impact-absorbing viscoelastic pads protect hip bones against injury from falls
- Soft, comfortable pads improve compliance versus hard-shelled products
- Washable to CDC standards for soiled linen without removing the pads
- 100% latex-free
- Five sizes for correct fit
- Discreet, low-profile pads are virtually undetectable under clothing

### Posey Hipsters Proven Effective in Laboratory Test



Posey engaged Garwood Laboratories to conduct testing to select a comfortable and effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipser reduced the impact force on average by 90% and showed excellent impact energy absorption.

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.

**EXHIBIT "C"**

## Lee Rash

**From:** Jeffrey Yates
**Sent:** Friday, July 27, 2001 5:30 PM
**To:** 'Robert.Weaver2@med.va.gov'; Gary Platzman
**Cc:** Dorene.Opava-Rutter@med.va.gov; Vicky Walters; Ernie Posey; 'jim.mcfall@med.va.gov'
**Subject:** Impact Data regarding Posey Hipsters



HipsterIII VA.doc

Greetings,

Thank you for your message Bob.

Attached to this email is an outline of the impact tests that were recently completed on the New Posey Hipster III product. The New Posey Hipster III absorbs 90% of the impact force of a fall (27% better performance than the current Hipster product).

Manufacturing will begin in a few weeks and I expect we will be in-stock and ready to ship near the end of August.

Vicky and I would like to meet with you early next week to review this study, present the falls research papers we have collected and most importantly, discuss the correlation of the data from the 1994 and 1999 Finnish and studies to the laboratory tests completed on our product this week through an independent testing facility.

If you are in agreement with the test results, Vicky and I would like to work with you on test protocols for a clinical trial on this product and any other products of interest. As Gary and I mentioned during our visit, Posey will provide a reasonable quantity of the Hipster III for clinical trials at NO COST. This is how confident we are that the new Posey Hipster III is the best energy absorbing external hip protector on the market.

I left voicemails for Dr. Rutter and Bob Weaver today (7/27) and will follow-up with another call on Monday to confirm receipt of this email.

I hope you have/had a great weekend.

---------------------------------
Jeffrey Yates
Director of Marketing
J.T. Posey Company
5635 Peck Road
Arcadia, CA  91006
(626) 443-3143 x102
(626) 443-5064 - Fax
jyates@posey.com

-----Original Message-----
From: Robert.Weaver2@med.va.gov [mailto:Robert.Weaver2@med.va.gov]
Sent: Thursday, July 26, 2001 8:05 AM
To: Gary Platzman; Jeffrey Yates
Cc: Dorene.Opava-Rutter@med.va.gov
Subject: VA Hip protectors

Good morning,
I wanted to keep you both updated on our progress here at the falls clinic
in WLA. The executive manager of prosthetics, James McFall, cleared the

**CONFIDENTIAL
ATTY'S EYES ONLY**

**PC 0853**

1

go
ahead to order 50 of the safehip model hip protectors. That decision is
based on the current research that has been done on the device and our
clearance to place an order ASAP. Dr. Opava-Rutter will review the
literature of the hipsters when it arrives (did you send the info?). The
falls prevention team is struggling with the product trial/clinical
research
on the hipsters b/c of the added commitment on our end getting clearance
with research review board. Will keep you posted.

Thanks,

Bob Weaver, MS, RKT
Site Coordinator

CONFIDENTIAL
ATTY'S EYES ONLY

PC 0854



# Posey Company

5635 Peck Road
Arcadia, CA 91006-0020 USA
Web: www.posey.com

*Victoria Walters*
*Product Manager*
Tel: (626) 443-3143 Ext. 181
Fax: (626) 443-5064
Email: vwalters@posey.com

---

**Posey Impact Test Results**
**July 26, 2001**

---

The graph below depicts the level of impact reduction from different commercially available hip protector products sold in the US when tested according to the following protocol.

1. Tests were conducted using a guided drop tower
   - missile weight = 72.5lbs
   - contact surface = 6 inches in diameter
   - drop height – 28.5 inches
1. Three drops per specimen
2. Three-minute recovery time between drops
3. All measurements were recorded in G-Force
4. A baseline of 2,660G was used to measure impact absorption. We estimate that 2,660G's is the approximate impact force to the area of the greater trochanter for a 120lb person falling from a height of 36".



**Hip Protector Impact Reduction Rate Comparison**

Impact Reduction (%): Hipsters III 90, SlimSaver 90, HipSaver 88, Safehip 84, ProtectaHip 83, GeriHip 71, Hipsters II 65, HIPS 59

Hip Protector

---

Manufacturers and worldwide distributors of quality healthcare products since 1937

**CONFIDENTIAL**
**ATTY'S EYES ONLY**

**PC 0852**