# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

THE HIPSAVER COMPANY, INC.,  )
                               )
        Plaintiff,  )
                               )
   v.  )
                               )
J.T. POSEY COMPANY,  )
                               )
        Defendant.  )

Civil Action No. 05-10917 PBS

## APPENDIX OF EXHIBITS IN SUPPORT OF J.T. POSEY COMPANY'S OPPOSITION TO THE HIPSAVER COMPANY, INC.'S (1) MOTION FOR SUMMARY JUDGMENT TO DISMISS J.T. POSEY'S COUNTERCLAIMS; AND (2) MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LITERALLY FALSE ADVERTISING

| Exhibit No. | Description |
|---|---|
| 1 | Collective Exhibit of J.T. Posey Advertising [Exhibit 1 to HipSaver's Motion], renumbered 1.01 to 1.39. |
| 2 | Screen Shot from J.T. Posey Hipsters III Videotape [Exhibit 2 to HipSaver's Motion], renumbered 2.01. |
| 3 | Posey Hipsters Sales Flyer (Second Generation), Part No. M6023 |
| 4 | Posey 2002 Care Alternatives Division, Patient Safety and Restraints Catalog – Alternative Cover Page and page 25 |
| 5 | Posey Tight Rope Walker Flyer (Second Iteration), Part No. M6079 |
| 6 | Posey Tight Rope Walker Flyer (Third Iteration), Part No. M6079 |
| 7 | Posey Tight Rope Walker Flyer (Sixth Iteration), Part No. M6079 |
| 8 | Posey Hipsters Product Instruction Sheet, Part No. M6139 |
| 9 | Posey Hipsters Product Instruction Sheet, Part No. M6139 |
| 10 | Transcript of Hearing on July 12, 2005 |
| 11 | Rebuttal Expert Report of Edward Ebramzadeh (Confidential – Filed Separately Under Seal) |
| 12 | Excerpts from the Deposition of Victoria Lewis, taken December 15, 2005 |
| 13 | Excerpts from the Deposition of Edward L. Goodwin, taken October 18, 2005 and March 3, 2006 |

Respectfully submitted,

Dated: January 8, 2007

J.T. POSEY COMPANY

By its attorneys,

/s/ Douglas H. Morseburg
Jeffrey G. Sheldon (CA Bar No. 67516)
Douglas H. Morseburg (CA Bar No. 26205)

SHELDON MAK ROSE & ANDERSON
225 South Lake Avenue, Suite 900
Pasadena, CA  91001
(626) 796-4000

Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

/s/ Donald K. Piper

January 8, 2007                    Donald K. Piper

# EXHIBIT 1

# PART 1

# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- High impact-absorbing viscoelastic pads protect hip bones against injury from falls
- Soft, comfortable pads improve compliance versus hard-shelled products
- Washable to CDC standards for soiled linen without removing the pads
- 100% latex-free
- Five sizes for correct fit
- Discreet, low-profile pads are virtually undetectable under clothing




*Low Profile - All styles fit discreetly under men's and women's clothing.*

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories.
Data on file at J.T. Posey Company *Source: www.madsci.org

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.

PC 1744

1.01

# Clinical References Supporting the Use of Hip Protectors

**Title:**
**Author:**
**Publication:**

*External Hip Protectors to Prevent Osteoporotic Hip Fractures*
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in "Effect of external hip protectors on hip fractures."

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

**Title:**
**Author:**
**Publication:**

*Prevention Of Hip Fracture in Elderly People*
Pekka Kannus, M.D., Ph.D., et al.
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,900G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company.
*Source: www.medsci.org

PC 3009

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

**1.02**

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org

PC 3007

1.03



# EXHIBIT 1

# PART 2

From:        Jeffrey Yates
Sent:        Friday, July 27, 2001 5:30 PM
To:          'Robert.Weaver2@med.va.gov'; Gary Platzman
Cc:          Dorene.Opava-Rutter@med.va.gov; Vicky Walters; Ernie Posey; 'jim.mcfall@med.va.gov'
Subject:     Impact Data regarding Posey Hipsters



HipsterIII VA.doc

Greetings,

Thank you for your message Bob.

Attached to this email is an outline of the impact tests that were
recently completed on the New Posey Hipster III product. The New Posey
Hipster III absorbs 90% of the impact force of a fall (27% better
performance than the current Hipster product).

Manufacturing will begin in a few weeks and I expect we will be in-stock
and ready to ship near the end of August.

Vicky and I would like to meet with you early next week to review this
study, present the falls research papers we have collected and most
importantly, discuss the correlation of the data from the 1994 and 1999
Finnish and studies to the laboratory tests completed on our product
this week through an independent testing facility.

If you are in agreement with the test results, Vicky and I would like to
work with you on test protocols for a clinical trial on this product and
any other products of interest. As Gary and I mentioned during our
visit, Posey will provide a reasonable quantity of the Hipster III for
clinical trials at NO COST. This is how confident we are that the new
Posey Hipster III is the best energy absorbing external hip protector on
the market.

I left voicemails for Dr. Rutter and Bob Weaver today (7/27) and will
follow-up with another call on Monday to confirm receipt of this email.

I hope you have/had a great weekend.
-----------------------------------

Jeffrey Yates
Director of Marketing
J.T. Posey Company
5635 Peck Road
Arcadia, CA  91006
(626) 443-3143 x102
(626) 443-5064 - Fax
jyates@posey.com

PC 0853

1

**1.05**



# Posey Company

5635 Peck Road
Arcadia, CA 91006-0020 USA
Web: www.posey.com

*Victoria Walters*
*Product Manager*
*Tel: (626) 443-3143 Ext. 181*
*Fax: (626) 443-5064*
*Email: vwalters@posey.com*

---

**Posey Impact Test Results**
**July 26, 2001**

---

The graph below depicts the level of impact reduction from different commercially available hip protector products sold in the US when tested according to the following protocol.

1. Tests were conducted using a guided drop tower
   - missile weight = 72.5lbs
   - contact surface = 6 inches in diameter
   - drop height = 28.5 inches
1. Three drops per specimen
2. Three-minute recovery time between drops
3. All measurements were recorded in G-Force
4. A baseline of 2,660G was used to measure impact absorption. We estimate that 2,660G's is the approximate impact force to the area of the greater trochanter for a 120lb person falling from a height of 36".



**Hip Protector Impact Reduction Rate Comparison**

Impact Reduction (%)

Hipsters III: 90
SlimSaver: 90
HipSaver: 88
SafeHip: 84
Protectahip: 83
Gerihip: 71
Hipsters II: 65
HIPS: 59

Hip Protector

Deposition of Victoria Lewis
Date December 15, 2005
Plaintiff's Exhibit 90
For Indentification
Denise Herft, CSR 1298°

Manufacturers and worldwide distributors of quality healthcare products since 1937

CONFIDENTIAL
ATTY'S EYES ONLY

PC 0852

1.06



POSEY CA
*Alternatives in Care*

## FALL PREVENTION

### POSEY HIPSTER III

*Indications: Patients at risk for falling; those at risk for hip fracture.*



#6016



#6017

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. The Posey Hipster III features impact absorbing pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra® with a low-profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipster III to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipster III is available in two styles; standard unisex and incontinent models. The standard unisex brief easily slips on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipster III fits comfortably around the patient's waist and features a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex-free.

| CODE | STYLE |
|------|-------|
| 6016 | Hipsters III Standard Brief (Replaces Posey #6010 unisex Hipster brief) |
| 6017 | Hipsters III Incontinent Brief (Replaces Posey #6011 incontinent Hipster II brief) |

| SIZE | WAIST SIZE | HIP SIZE |
|------|-----------|----------|
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



*Low Profile – Both styles fit discreetly under clothing.*



### Posey Hipsters Proven Effective in Laboratory Test

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company

PC 1805

1.07



# Posey® Hipsters

## A better way to protect your patients.



#6016 Standard Unisex Brief



#6017 Incontinent Brief



Posey Hipsters can be worn
discreetly under clothing.

- Soft foam pads help minimize potential damage that can occur from a fall.
- Low profile, ¼" thick pads allow the Hipster to be virtually undetectable under clothing.
- Discreet low-profile pads with soft foam help improve patient compliance.
- NO ASSEMBLY REQUIRED – Completely launderable according to CDC standards for soiled linen WITHOUT removing the pads.
- 100% Latex Free
- Incontinent brief features a snap front for easier application over adult diapers. May also be worn as a male fly model.
- Available in five sizes to ensure proper fit.

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

POSEY CA
Care Alternatives Division
For more information or to place an order, contact your
Posey District Manager or call 1-800-44-POSEY

PC 3006

1.08

# EXHIBIT 1

# PART 3

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org

## Clinical References Supporting the Use of Hip Protectors

**PC 3007**

| | |
|---|---|
| **Title:** | *External Hip Protectors to Prevent Osteoporotic Hip Fractures* |
| **Author:** | A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall |
| **Publication:** | The Lancet, volume 350, August 23, 1997 |
| **Study Objectives:** | Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the Lauritzen and colleagues 1993 reported findings. |
| **Results:** | The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report." |
| **Recommendations:** | ███████████████████████████████████████████████████████████ |

| | |
|---|---|
| **Title:** | *Prevention Of Hip Fracture in Elderly People* |
| **Author:** | Pekka Kannus, M.D., Ph.D., et al |
| **Publication:** | The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000 |
| **Study Objectives:** | The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants. |
| **Results:** | The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group. |
| **Recommendations:** | "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. ████████████████████████████████████████████ ███████████████████████████████ |

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

M6023  110201

**1.09**

# P O S E Y *CA*

*Care Alternatives Division*

# 2002
## Restraint Alternatives

PC 1029



**FALL PREVENTION**

## POSEY HIPSTER III

*Indications: Patients at risk for falling; those at risk for hip fracture.*



#6016



#6017

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. The Posey Hipster III features impact absorbing pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra® with a low-profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipster III to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipster III is available in two styles; standard unisex and incontinent models. The standard unisex brief easily slips on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipster III fits comfortably around the patient's waist and features a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex-free.

| | |
| --- | --- |
| 6016 | Hipster III Standard Brief (Replaces Posey #6010 unisex Hipster brief) |
| 6017 | Hipster III Incontinent Brief (Replaces Posey #6011 Incontinent Hipster II brief) |

| SIZE | WAIST SIZE | HIP SIZE |
| --- | --- | --- |
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



*Low Profile – Both styles fit discreetly under clothing.*



Posey Hipsters Proven Effective in Laboratory Test

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company

P O S E Y *CA*
*Care Alternatives Division*

2
0
0
2





P O S E Y
**PATIENT SAFETY DIVISION**

PC 1031

**1.12**


*Alternatives in Care*

# FALL PREVENTION

## POSEY HIPSTER III
*Indications: Patients at risk for falling; those at risk for hip fracture.*



#6016



#6017

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. The Posey Hipster III features impact absorbing pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra® with a low-profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipster III to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipster III is available in two styles; standard unisex and incontinent models. The standard unisex brief easily slips on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipster III fits comfortably around the patient's waist and features a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex-free.

| CAT. # | STYLE |
|---|---|
| 6016 | Hipsters III Standard Brief (Replaces Posey #6010 unisex Hipster brief) |
| 6017 | Hipsters III Incontinent Brief (Replaces Posey #6011 Incontinent Hipster II brief) |

| SIZE | WAIST SIZE | HIP SIZE |
|---|---|---|
| S | 28-30" | 35-37" |
| M | 32-34" | 38-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



*Low Profile – Both styles fit discreetly under clothing.*



## Posey Hipsters Proven Effective in Laboratory Test

PC 1032

1.13

# EXHIBIT 1

# PART 4

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE.



We have better ways to protect your residents.

## POSEY HIPSTERS

It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. High energy-absorbing, viscoelastic foam pads built into Hipsters increase the odds of surviving a fall uninjured. They are comfortable and slim enough to be virtually undetectable beneath clothing.

By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

**IMPACT REDUCED BY 90%**
An independent laboratory study simulated the fall of a 120-lb object onto concrete from a height of 36". Posey Hipster pads reduced the impact force by 90%.

Data on file at J.T. Posey Company.

**SPECIAL OFFER:**
30-day no-obligation free trial.

Test the new Hipster for yourself at no charge. Call or visit our Website today to start your free trial.




POSEY CA
Care Alternatives Division
Fall Protection That Fits

©2003 J.T. Posey Company    J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020  www.posey.com  1-800-44-POSEY    CATLRF03 091702

PC 0410

1.14



PC 0411

1.15

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE



POSEY *CA*
*Care Alternatives Division*

PC 1806

1.16

# POSEY HIPSTERS PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- *High impact-absorbing viscoelastic pads protect hip bones against injury from falls*
- *Soft, comfortable pads improve compliance versus hard-shelled products*
- *Washable to CDC standards for soiled linen without removing the pads*
- *100% latex-free*
- *Five sizes for correct fit*
- *Discreet, low-profile pads are virtually undetectable under clothing*

*PROVEN IMPACT REDUCTION*
*In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.*



*Low Profile - All styles fit discreetly under men's and women's clothing.*



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company

**POSEY CA**
*Care Alternatives Division*

PC 1807

Special offer: 30-day no-risk free trial.
Try the Posey Hipster on yourself with no obligation to buy.

1.17



### #6016 HIPSTERS STANDARD BRIEF

- Easily fits on over undergarments, or can be worn as underwear.
- Unisex sizing

### #6017 INCONTINENT BRIEF

- Snap front for easier application over diaper
- Unisex sizing

### #6018 MALE FLY BRIEF

- Easily fits on over undergarments, or can be worn as underwear
- Fly front for improved compliance in male residents

| Size | Waist Measurement | Hip Measurement |
|------|-------------------|-----------------|
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |



**FALL FACTS**

The total annual cost of hip fractures is projected to reach $240 billion by the year 2040. (Source: Centers for Disease Control and Prevention, 8 Aug 2001, www.cdc.gov)

Approximately 95% of hip fractures are caused by falls. (Source: Centers for Disease Control and Prevention, 8 Aug 2001, www.cdc.gov)

**PC 1808**

1.18

# Clinical References Supporting the Use of Hip Protectors

**Title:**        *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
**Author:**      A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:**   The Lancet, volume 350, August 23, 1997

**Study Objectives:**   Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:**   The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendations:**   ███████████████████████████████████████████████

---

**Title:**        *Prevention Of Hip Fracture in Elderly People*
**Author:**      Pekka Kannus, M.D., Ph.D., et al
**Publication:**   The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:**   The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:**   The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:**   "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. ████████████████████████████
███████████████████████████████████████

---

Please detach and fax to 1-800-767-3933, or call us at 1-800-44-POSEY to start your trial

# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



| Name | | |
|------|------|------|
| Title | | |
| Institution | | |
| Address | | |
| City | State | Zip |
| Telephone ( ) | Best time to call | am   pm |

Fax or mail to:   

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020
Fax 800-767-3933

**PC 1809**

M8079 121302

1.19

# EXHIBIT 1

# PART 5



# Posey® Hipsters

*A better way to protect your patients*



#6016 Standard, Unisex Brief



#6017 Incontinent Brief



*Posey Hipsters can be worn discreetly under clothing.*

- Soft foam pads help minimize potential damage that can occur from a fall.
- Low profile, ½" thick pads allow the Hipster to be virtually undetectable under clothing.
- Discreet low-profile pads with soft foam help improve patient compliance.
- NO ASSEMBLY REQUIRED – Completely launderable according to CDC standards for soiled linen WITHOUT removing the pads.
- 100% Latex Free
- Incontinent brief features a snap front for easier application over adult diapers. May also be worn as a male fly model.
- Available in five sizes to ensure proper fit.

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

See reverse

PC 1025

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

MK1162 09/28

1.20

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org

POSEY *CA*
*Care Alternatives Division*

For more information or to place an order, contact your
Posey District Manager or call 1-800-44-POSEY

PC 1026

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

**1.21**

# POSEY HIPSTERS PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- High impact-absorbing viscoelastic pads protect hip bones against injury from falls

- Soft, comfortable pads improve compliance versus hard-shelled products

- Washable to CDC standards for soiled linen without removing the pads

- 100% latex-free

- Five sizes for correct fit

- Discreet, low-profile pads are virtually undetectable under clothing

**PROVEN IMPACT REDUCTION**
In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company.



*Low Profile – All styles fit discreetly under men's and women's clothing.*

## POSEY CA
*Care Alternatives Division*

PC 0408

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.

1.22

## Clinical References Supporting the Use of Hip Protectors

**Title:** ***External Hip Protectors to Prevent Osteoporotic Hip Fractures***
**Author:** A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:** The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:** ***Prevention Of Hip Fracture in Elderly People***
**Author:** Pekka Kannus, M.D., Ph.D., et al
**Publication:** The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was $48 \pm 29\%$. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

Please detach and fax to 1-800-767-3933, or call us at 1-800-44-POSEY to start your trial



yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.

| Name | | | |
|------|------|------|------|
| Title | | | |
| Institution | | | |
| Address | | | |
| City | | State | Zip |
| Telephone (   ) | | Best time to call | am    pm |

Fax or mail to: 

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020
Fax 800-767-3933

M6078 121302

**PC 0409**

**1.23**

# EXHIBIT 1

# PART 6



POSEY *CA*
*Care Alternatives Division*

Filed 12/11/2006     Page 2 of 6

2003

**Complete Healthcare Catalog** **2003**

POSEY
PATIENT SAFETY DIVISION

2003

PC 1033



POSEY CA
*Alternatives in Care*

**FALL MANAGEMENT • FALL PROTECTION**

## POSEY HIPSTERS





Studies have documented the efficacy of external hip protectors in preventing hip fractures. Posey Hipsters feature impact absorbing pads over the critical hip fracture area to minimize potential damage, including hip fractures, that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra with a low profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipsters to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipsters are available in three styles; standard unisex brief, male fly brief, and incontinent models. The standard unisex brief and male fly models easily slip on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipsters fit comfortably around the patient's waist and feature a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra; Latex-free.

| CAT. # | STYLE |
|---|---|
| 6016 | Hipsters Standard Brief |
| 6017 | Hipsters Incontinent Brief |
| 6018 | Hipsters Male Fly Brief |

| SIZE | WAIST SIZE | HIP SIZE |
|---|---|---|
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



*Low Profile - Both styles fit discreetly under clothing.*

**PC 1034**

**1-800-44-POSEY**
www.posey.com

16

1.25

1-800-44-POSEY
www.posey.com





PC 1035

1.26



# Posey® EZ On Hipsters™



In 1996, hospital admissions for hip fractures among people aged 65 and older totaled 340,000 and is expected to exceed 500,000 with a projected annual cost of $240 billion by the year 2040.[1] Tragically, half of all older adults hospitalized for hip fractures cannot return home or live independently after their injury and about one quarter will die within one year due to the fracture or related complications.[2]

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. These same studies also point out that patient compliance is a driving factor in product effectiveness. Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The low profile pads allow the Hipsters to be discreetly worn under clothing. These soft pads offer greater comfort when compared to hard shell style hip protectors. Patient comfort, coupled with the low profile design, helps increase patient compliance.

The EZ On Hipsters are applied around the waist and lower thigh using the hook-and-loop attachments, and allow the patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipsters to be worn during bathing.

EZ On Hipsters feature removable pads. Although the pads are removable, the Hipsters can be laundered with the pads in place. Removing the pads prior to laundering will help prolong the life of the product.

While no product can provide complete protection from hip fractures, Posey Hipsters will help to minimize the potential for damage that can occur from a fall.

#6019 EZ On Hipsters
#6008 Replacement Pads, 1 pair

### Application Instructions

1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The labels should be oriented towards the back and on the inside of the waistband.
3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.
6. Repeat steps 4 and 5 on right side.

### Laundering Instructions

Posey Hipsters may be washed according to CDC standards (see symbols below). Using the lower temperature washing and drying cycle for non-contaminated linen will prolong product life.

- If hook and loop does not adhere, it is most likely due to a collection of lint. Clean hook by brushing with a stiff brush.
- If pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.





#6019



| Size | Waist Measurement | Hip Measurement |
|------|-------------------|-----------------|
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

⚠ **WARNING**

Due to the random possibilities of fall characteristics, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

⚠ **WARNING**

- Posey Hipsters contain foam pads that are sealed in a pouch to protect the foam.
- If the pouch is cut or the seal is broken in laundering, moisture will enter the pouch and compromise the impact absorption quality of the foam.
- Test pouch and foam integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel air or liquid escaping, or the foam feels soft and spongy, the pouch is damaged.
- Remove the damaged pouch and replace with a new one.

1 Centers for Disease Control and Prevention, 3 Aug 2001. www.cdc.gov. 2 Rubenstein, Laurence, M.D., M.P.H. (2000) Hip Protectors – A Breakthrough in Fracture Prevention. The New England Journal of Medicine

**J.T. Posey Company** 5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-757-3933 or 626-443-5014 • www.posey.com
EU AUTH. PERSON: (MDO 93/42/EEC) MDSS GmbH, Burckhardstr. 1, D-30163, Hannover, Germany

© 2002 J.T. Posey Company. All rights reserved.

M5017 062003

# Clinical References Supporting the Use of Hip Protectors

Title:
Author:
Publication:

*External Hip Protectors to Prevent Osteoporotic Hip Fractures*
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

*Study Objectives:* Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures".*

*Results:* The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

*Recommendations:* "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

Title:
Author:
Publication:

*Prevention Of Hip Fracture in Elderly People*
Pekka Kannus, M.D., Ph.D., et al
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:* The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:* The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:* "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company.
*Source: www.medsci.org

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

Confidential

HS2 000819

**1.28**

# EXHIBIT 1

# PART 7



# Posey® EZ On Hipsters™

In 1996, hospital admissions for hip fractures among people aged 65 and older totaled 340,000 and is expected to exceed 500,000 with a projected annual cost of $240 billion by the year 2040.[1] Tragically, half of all older adults hospitalized for hip fractures cannot return home or live independently after their injury and about one quarter will die within one year due to the fracture or related complications.[1]

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. These same studies also point out that patient compliance is a driving factor in product effectiveness. Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The low profile pads allow the Hipsters to be discreetly worn under clothing. These soft pads offer greater comfort when compared to hard shell style hip protectors. Patient comfort, coupled with the low profile design, helps increase patient compliance.

The EZ On Hipsters are applied around the waist and lower thigh using the hook-and-loop attachments, and allow the patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipsters to be worn during bathing.

EZ On Hipsters feature removable pads. Although the pads are removable, the Hipsters can be laundered with the pads in place. Removing the pads prior to laundering will help prolong the life of the product.

While no product can provide complete protection from hip fractures, Posey Hipsters will help to minimize the potential for damage that can occur from a fall.

**#6019 EZ On Hipsters**
**#6008 Replacement Pads, 1 pair**

## Application Instructions

1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The labels should be oriented towards the back and on the inside of the waistband.
3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.
6. Repeat steps 4 and 5 on right side.

## Laundering Instructions

For longest garment life wash hot, dry on low and bleach as needed on container. "Studies have shown that a satisfactory reduction in microbial contamination can be achieved at water temperatures lower than 160°F if laundry chemicals suitable for low-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Instructions of the manufacturer of the machine and the detergent or wash additive should be followed closely." Washing and drying cycles with higher temperatures will shorten garment life.

- If hook and loop does not adhere, it is most likely due to a collection of lint. Clean hook by brushing with a stiff brush.
- If pads are removed, wipe clean with mild liquid disinfectant before replacing in the pants.



#6019

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28"- 30" | 35" - 37" |
| M | 32"- 34" | 39" - 41" |
| L | 36"- 38" | 43" - 45" |
| XL | 40"- 42" | 47" - 49" |
| XXL | 44"- 48" | 51" - 53" |

### ⚠ WARNING

Due to the random possibilities of fall characteristics, the Posey Company makes no guarantee, express or implied, that the user is protected from trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

### ⚠ WARNING

Posey Hipsters contain foam pads that are sealed in a pouch to protect the foam.
- If the pouch is cut or the seal is broken in laundering, moisture will enter the pouch and compromise the impact absorption quality of the foam.
- Test pouch and foam integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel air or liquid escaping, or the foam feels soft and spongy, the pouch is damaged. Remove the damaged pouch and replace with a new one.

1 Centers for Disease Control and Prevention, 3 Aug 2004, www.cdc.gov 2 Rubenstein, Lawrence, M.D., M.PH. (2000) Hip Protectors – A Breakthrough in Fracture Prevention: The New England Journal of Medicine. 3 Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Surfed/laundry.htm

  

J.T. Posey Company, 5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com
EU AUTH. PERSON (MDD 93/42/EEC) MDSS GmbH, Burckhardtstr. 1, D-30163, Hannover, Germany    CE

©2002 J.T. Posey Company. All rights reserved.    MS017 092804

PC 1071

# Clinical References Supporting the Use of Hip Protectors

**Title:** *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
**Author:** A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:** The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures"*.

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendations:** With improved compliance, external hip protectors should become prophylactic routine on hip fracture.

---

**Title:** *Prevention Of Hip Fracture in Elderly People*
**Author:** Pekka Kannus, M.D., Ph.D., et al
**Publication:** The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector."

---

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company.
Source: www.medoc.org

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

**PC 1072**

PC 001072

HS2 000063

**POSEY #6016 HIPSTERS STANDARD BRIEF**
- Easily fits over undergarments, or can be worn as underwear.
- Uses sizing.
- #6016H Standard Brief with high durability pads.

**POSEY #6017 INCONTINENT BRIEF**
- Snaps front for easier application over undergarment. Uses sizing.
- #6017H Incontinent brief with high durability pads.

**POSEY #6018 MALE FLY BRIEF**
- Easily fits over undergarments, or can be worn as underwear.
- Fly front for improved compliance for male residents.
- #6018H Male Fly Brief with high durability pads.

**POSEY #6019 EZ-ON BRIEF**
- Residents can wear their own undergarments.
- To be worn in the shower.
- Hip pads can be removed for laundering or replacement.
- #6019H EZ-ON Brief with high durability pads.





# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS

It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By deterring injured protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.



- High impact-absorbing viscoelastic pads protect hip bones against injury from falls
- Soft, comfortable pads improve compliance versus hard-shelled products
- Washable to CDC standards for soiled linen without removing the pads
- 100% latex-free
- Five sizes for correct fit
- Discreet, low-profile pads are virtually undetectable under clothing

## Posey Hipsters Proven Effective in Laboratory Test

Posey engaged Garwood Laboratories to conduct testing to select a comfortable and effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter area of the hip. A weight was released in a guided drop to simulate a 110 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. Baseline measurements of impact force was determined to be a fall directly onto concrete. The G-force of a fall under this scenario was 1,640 G's. The impact of a fall onto a baseball being struck by a bat. In this scenario area, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.

Special offer: 30-day no-risk free trial

**SIZING CHART**

| Size | Waist Measurement | Hip Measurement |
|------|-------------------|-----------------|
| | | |

LAUNDERING INSTRUCTIONS:

Hipsters

High Durability Hipster

J T Posey Company
Arcadia, CA 91006 USA
Tel: 800-447-6739
www.posey.com

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE







**Posey**®
FIRST IN FALL PREVENTION

PC 1743

**1.32**

# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- High impact-absorbing viscoelastic pads protect hip bones against injury from falls
- Soft, comfortable pads improve compliance versus hard-shelled products
- Washable to CDC standards for soiled linen without removing the pads
- 100% latex-free
- Five sizes for correct fit
- Discreet, low-profile pads are virtually undetectable under clothing

 

*Low Profile - All styles fit discreetly under men's and women's clothing.*

---

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories.
Data on file at J.T. Posey Company *Source: www.madsci.org

---

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.

PC 1744

1.33









## POSEY #6016 HIPSTERS STANDARD BRIEF

- *Easily fits over undergarments, or can be worn as underwear.*
- *Unisex sizing.*
 - *#6016H Standard Brief with high durability pads.*

## POSEY #6017 INCONTINENT BRIEF

- *Snap front for easier application over diaper. Unisex sizing.*
 - *#6017H Incontinent Brief with high durability pads.*

## POSEY #6018 MALE FLY BRIEF

- *Easily fits over undergarments, or can be worn as underwear.*
- *Fly front for improved compliance in male residents.*
 - *#6018H Male Fly Brief with high durability pads.*

## POSEY #6019 EZ-ON BRIEF

- *Residents can wear their own undergarments.*
- *Can be worn in the shower.*
- *Hip pads can be removed for laundering or replacement.*
- *#6019H EZ-ON Brief with high durability pad.*

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" or 71 - 76cm | 35" - 37" or 88 - 93cm |
| M | 30" - 34" or 76 - 86cm | 37" - 41" or 93 - 104cm |
| L | 34" - 38" or 86 - 96cm | 41" - 45" or 104 - 114cm |
| XL | 38" - 42" or 96 - 106cm | 45" - 49" or 114 - 124cm |
| XXL | 42" - 46" or 106 - 116cm | 49" - 53" or 124 - 134cm |

Posey High Durability Hipsters contain denser foam than the standard Hipsters. This increased density aids in its ability to withstand higher hot washing and drying cycles.

## LAUNDERING INSTRUCTIONS:

Hipsters      

High Durability Hipsters    



J T Posey Company
Arcadia, CA 91006 USA
Tel: 800-447-6739
www.posey.com

**PC 1745**

# Clinical References Supporting the Use of Hip Protectors

**Title:** *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
**Author:** A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:** The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:** *Prevention Of Hip Fracture in Elderly People*
**Author:** Pekka Kannus, M.D., Ph.D., et al
**Publication:** The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 15 persons would need to wear the hip protector for one year (or 41 persons for 1.5 years) in order for one fracture to be prevented."

---

Posey Hipsters can be washed according to CDC guidelines for soiled linen. Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot (180°) washing and high temperature drying cycles.

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma.

---

Please detach and fax to1-626-443-5014, or call us at 1-800-44-POSEY to start your trial



# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.

| Name |  |  |
| --- | --- | --- |
| Title |  |  |
| Institution |  |  |
| Address |  |  |
| City | State | Zip |
| Telephone (   ) | Best time to call | am    pm |

Fax or mail to:



J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

PC 1746

M6079 010305

# EXHIBIT 1

# PART 8

PC 0400

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE

**Posey**
FIRST IN FALL PREVENTION

## Clinical References Supporting the Use of Hip Protectors

**Title:** External Hip Protectors to Prevent Osteoporotic Hip Fractures
**Author:** A. Ekman, H. Mallmin, K. Michaelsson, S. Ljunghall
**Publication:** The Lancet, volume 350, August 23, 1997

**Study Objective:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One objective was to define a conflict or disprove the 1993 reported findings of J.B. Lauritzen and colleagues to Effect of external hip protectors on hip fractures.

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendation:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

**Title:** Prevention Of Hip Fracture In Elderly People
**Author:** Pekka Kannus, M.D., Ph.D., et al
**Publication:** The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objective:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendation:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protectors for one year (or 8 persons, for five years) in order for one fracture to be prevented."

Posey Hipsters can be washed according to CDC guidelines for soiled linen. Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot (180°) washing and high temperature drying cycles.

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma.

## yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.

Name
Title
Institution
Address
City                    State        Zip
Telephone (    )              Best time to call        am       pm

Fax or mail to:    1-800-437-2966, E-mail at: 1-800-447-3303 or call at: 1-800-447-3303

J.T. Posey Company
Acme Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

Please detach and fax to 1-626-443-5014, E-mail or call 1-800-447-3303 to expedite your trial

PC 0401

**POSEY #6016 HIPSTERS STANDARD BRIEF**
- Easily fits over undergarments, or can be worn as underwear.
- Unisex sizing.
- #6016T Standard Brief with high durability pads.

**POSEY #6017 INCONTINENT BRIEF**
- Snap front for easier application over diaper. Unisex sizing.
- #6017H Incontinent Brief with high durability pads.

**POSEY #6018 MALE FLY BRIEF**
- Easily fits over undergarments, or can be worn as underwear.
- Fly front for improved compliance in male residents.
- #6018H Male Fly Brief with high durability pads.

**POSEY #6019 EZ-ON BRIEF**
- Residents can wear their own undergarments.
- Can be worn in the shower.
- Hip pads can be removed for laundering or replacement.
- #6019H EZ-ON Brief with high durability pad.

| Size | Waist Measurement | Hip Measurement |
| --- | --- | --- |
| S | 26"–30" or 21"–29lbs | 31"–37" or 80–90lbs |
| M | 30"–34" or 74–96lbs | 37"–43" or 98–100lbs |
| L | 34"–38" or 96lbs | 43"–49" or 106–115lbs |
| XL | 38"–42" or 114–136lbs | 49"–55" or 114–136lbs |
| XXL | 42"–50" or 136–175lbs | 55"–61" or 136–178lbs |

Posey High Durability Hipsters contain denser foam than the standard Hipster. This increased density aids in its ability to withstand higher hot washing and drying cycles.

**LAUNDERING INSTRUCTIONS:**

Hipsters

High Durability Hipsters

J.T. Posey Company
Arcadia, CA 91007-3447 USA
Tel: 800-447-4729
www.posey.com



# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS

It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.





Low-Profile Hipsters are virtually undetectable under most clothing.

- High impact-absorbing viscoelastic pads protect hip bones against injury from falls
- Soft, comfortable pads improve compliance versus hard-shelled products
- Washable to CDC standards for soiled linen without removing the pads
- 100% latex-free
- Five sizes for correct fit
- Discreet, low-profile pads are virtually undetectable under clothing

## Posey Hipsters Proven Effective in Laboratory Test

Posey crippled Garwood Laboratories to conduct testing to select a comfortable and effective impact absorbing material. A test was created in which samples were placed on a surface and the greatest mechanism in this study, a weight was released by a pointed drop to simulate a 110 lb. subject falling from a height of 34" at the cadence impact of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be 6.4 kN directly onto concrete. The G-Force of a fall with this scenario was 2,660G's and, for purpose of comparison, is just slightly less impact force than that of a football being struck by a kicker. In this study, every Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.

**Special offer: 30-day no-risk free trial.**

Test the Posey Hipsters for yourself with no obligation to buy.



1.37



# Posey® Hipsters™

*Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall.*

**Hipsters are available in four styles:**
- Standard Unisex Brief easily fits over under-garments, or can be worn as underwear.
- Incontinent Brief features a snap front for easier application over adult diapers.
- Male Fly Brief easily fits over undergarments, or can be worn as underwear.
- EZ-On Brief features a crotchless design that allows patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipster to be worn during bathing.

*All Hipsters are available with original foam padding, or high durability padding designed to withstand laundering in large capacity machines at higher temperature hot washing cycles.*

- **6016 Hipsters, Standard Brief**
- **6017 Hipsters, Incontinent Brief**
- **6018 Hipsters, Male Fly Brief**
- **6019 Hipsters, EZ On**
- **6008 Replacement Pads, 1 pair**
- **6016H Hipsters, High Durability Pads, Standard Brief**
- **6017H Hipsters, High Durability Pads, Incontinent Brief**
- **6018H Hipsters, High Durability Pads, Male Fly Brief**
- **6019H Hipsters, High Durability Pads, EZ On**
- **6008H Replacement High Durability Pads, 1 pair**

**Application Instructions:**

**Standard, Male Fly and Incontinent Brief Models**
With the Posey label in the back, put the Hipsters on as you would a pair of shorts, sliding them gently over the hips. Adjust to assure that the foam pads are properly aligned with and cover the hip joint.

**EZ On Model**
1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The labels should be at the back and on the inside of the waistband.
3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment, but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure the leg band around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.
6. Repeat steps 4 and 5 on the right side.

1 *Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Sterile/laundry.htm*





#6016 / #6016H    #6017 / #6017H




#6018 / #6018H    #6019 / #6019H

**Laundering Instructions**
Posey Hipster with High Durability pads are designed to withstand laundering in higher temperature hot washing cycles. Hipsters can be washed according to CDC guidelines for soiled linen. However, using the lower temperature washing and drying cycle for non-contaminated linen will prolong product life. "Studies have shown that a satisfactory reduction of microbial contamination can be achieved at water temperatures lower than 160°F if laundry chemicals suitable for lower-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely."1

- Adhere hook and loop straps before laundering to prevent lint build-up on hook during laundry cycle. If hook and loop does not adhere due to lint, clean hook material with a stiff brush.
- If EZ On pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.

*Hipsters* 

*High Durability Hipsters* 

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28"-30"  or  71-76cm | 35"-37"  or  88-93cm |
| M | 30"-34"  or  76-86cm | 37"-41"  or  93-104cm |
| L | 34"-38"  or  86-96cm | 41"-45"  or 104-114cm |
| XL | 38"-42"  or  96-106cm | 45"-49" or 114-124cm |
| XXL | 42"-46"  or 106-116cm | 49"-53"  or 124-134cm |

**J.T. Posey Company**

5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com
© 2004 J.T. Posey Company. All rights reserved.
EC REP  MOSS Burckhardtstr. 1, 30163, Hannover, Germany  CE  M81330_012405

HS2 000058

## ⚠ WARNING

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

Posey Hipsters contain foam pads that are sealed in a pouch to protect it from water. If the pouch is cut or the seal is broken during laundering, moisture will enter the pouch and may result in waterlogged foam. Waterlogged foam encased in the pouch may promote the growth of bacteria.
• Test the foam and pouch integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
• If you hear or feel liquid or air escaping, the pouch is damaged.
• If the pouch is damaged, discontinue use and discard.

## Clinical References Supporting the Use of Hip Protectors

**Title:** *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
**Author:** A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:** The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

**Title:** *Prevention Of Hip Fracture in Elderly People*
**Author:** Pekka Kannus, M.D., Ph.D., et al
**Publication:** The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protectors. Only 41 persons need to use the hip protector for one year (or 8 persons for five years) in order for one fracture to be prevented."

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories.
Data on file at J.T. Posey Company. *Source: www.medsci.org

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

HS2 000059

**1.39**