**EXHIBIT 2**



2.01

**EXHIBIT 3**

# Posey® Hipsters
## A better way to protect your patients



#6016 Standard Unisex Brief



#6018 Male Fly Model



#6017 Incontinent Brief



Posey Hipsters can be worn discreetly under clothing.

- Soft foam pads help minimize potential damage that can occur from a fall.
- Low profile, ¹/₂" thick pads allow the Hipster to be virtually undetectable under clothing.
- Discreet low-profile pads with soft foam help improve patient compliance.
- NO ASSEMBLY REQUIRED – Completely launderable according to CDC standards for soiled linen WITHOUT removing the pads.
- 100% Latex-free
- Incontinent brief features a snap front for easier application over adult diapers. May also be worn as a male fly model.
- Available in five sizes to ensure proper fit.

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

POSEY *CA*
*Care Alternatives Division*
For more information or to place an order, contact your
Posey District Manager or call 1-800-44-POSEY

PC 3008

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

# Clinical References Supporting the Use of Hip Protectors

Title:
Author:
Publication:

### External Hip Protectors to Prevent Osteoporotic Hip Fractures
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

*Study Objectives*:   Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results*:   The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

*Recommendations*:   With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

Title:
Author:
Publication:

### Prevention Of Hip Fracture in Elderly People
Pekka Kannus, M.D., Ph.D., et al
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives*:   The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results*:   The degree of compliance with the hip protector was $48 \pm 29\%$. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations*:   "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



PC 3009

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

M6023   042302

**EXHIBIT 4**

P O S E Y *CA*
*Care Alternatives Division*



2

0

0

2





P O S E Y
**PATIENT SAFETY DIVISION**

PC 1804

# POSEY CA
*Alternatives in Care*

# FALL PREVENTION

## POSEY HIPSTER III
*Indications: Patients at risk for falling; those at risk for hip fracture.*



**#6016**



**#6017**

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. The Posey Hipster III features impact absorbing pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra® with a low-profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipster III to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipster III is available in two styles; standard unisex and incontinent models. The standard unisex brief easily slips on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipster III fits comfortably around the patient's waist and features a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex-free.

| CAT. # | STYLE |
|--------|-------|
| 6016 | **Hipsters III Standard Brief**<br>(Replaces Posey #6010 unisex Hipster brief) |
| 6017 | **Hipsters III Incontinent Brief**<br>(Replaces Posey #6011 Incontinent Hipster II brief) |

| SIZE | WAIST SIZE | HIP SIZE |
|------|-----------|----------|
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



*Low Profile – Both styles fit discreetly under clothing.*

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective commercially available impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660 G's and, for purposes of comparison, is just slightly less impact force than a baseball being struck by a bat*. In this extreme test, the low profile Posey Hipster III reduced the impact force by 90% and showed excellent impact energy absorption.

*Source: www.madsci.org.

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company

90% Impact Reduction

(Chart bars: Baseball Struck by a Bat*; Fall on concrete from 38"; Fall on Linoleum from 36"; Fall on Concrete w/Hipsters III)

**PC 1805**

**EXHIBIT 5**

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE



 P O S E Y

**PC 1810**

# POSEY HIPSTERS PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- *High impact-absorbing viscoelastic pads protect hip bones against injury from falls*
- *Soft, comfortable pads improve compliance versus hard-shelled products*
- *Washable to CDC standards for soiled linen without removing the pads*
- *100% latex-free*
- *Five sizes for correct fit*
- *Discreet, low-profile pads are virtually undetectable under clothing*

*PROVEN IMPACT REDUCTION*
*In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.*



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company.



*Low Profile - All styles fit discreetly under men's and women's clothing.*

POSEY

PC 1811



**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.



## #6016 HIPSTERS STANDARD BRIEF

- Easily fits on over undergarments, or can be worn as underwear.
- Unisex sizing

## #6017 INCONTINENT BRIEF

- Snap front for easier application over diaper
- Unisex sizing

## #6018 MALE FLY BRIEF

- Easily fits on over undergarments, or can be worn as underwear
- Fly front for improved compliance in male residents

## #6019 EZ-ON BRIEF

- Residents can wear their own undergarments
- Can be worn in the shower

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32"- 34" | 39" - 41" |
| L | 36"- 38" | 43" - 45" |
| XL | 40"- 42" | 47" - 49" |
| XXL | 44"- 48" | 51" - 53" |

### FALL FACTS

*The total annual cost of hip fractures is projected to reach $240 billion by the year 2040.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. www.cdc.gov)*

*Approximately 95% of hip fractures are caused by falls.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. http://www.cdc.gov)*

**PC 1812**

# Clinical References Supporting the Use of Hip Protectors

**Title:**
**Author:**
**Publication:**

### *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

*Study Objectives:*   Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:*   The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

*Recommendations:*   "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:**
**Author:**
**Publication:**

### *Prevention Of Hip Fracture in Elderly People*
Pekka Kannus, M.D., Ph.D., et al
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:*   The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:*   The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:*   "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomcally designed external hip protector. Only 4 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

Please detach and fax to 1-800-767-3933, or call us at 1- 800-44-POSEY to start your trial

# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



| | |
|---|---|
| Name | |
| Title | |
| Institution | |
| Address | |
| City | State    Zip |
| Telephone (     ) | Best time to call    am    pm |

Fax or mail to:      J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020
Fax 800-767-3933

**PC 1813**

M6079 092603

**EXHIBIT 6**

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE



 **Posey**®

PC 1739

# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

➡ High impact-absorbing viscoelastic or high durability pads protect hip bones against injury from falls

➡ Soft, comfortable pads improve compliance versus hard-shelled products

➡ Washable to CDC standards for soiled linen without removing the pads

➡ 100% latex-free

➡ Five sizes for correct fit

➡ Discreet, low-profile pads are virtually undetectable under clothing

**PROVEN IMPACT REDUCTION**
In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.





*Low Profile - All styles fit discreetly under men's and women's clothing.*

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company



## Posey

5635 Peck Road, Arcadia, CA 91006-0020 USA
Tel: 1-626-443-3143  Fax: 626-443-5014
www.posey.com

**PC 1740**

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.









## #6016 HIPSTERS STANDARD BRIEF

- ▶ *Easily fits on over undergarments, or can be worn as underwear.*
- ▶ *Unisex sizing. Washable to 120°F, 50°C*
- ▶ *#6016H Standard Brief with high durability pads. Washable to 160°F, 71°C*

## #6017 INCONTINENT BRIEF

- ▶ *Snap front for easier application over diaper*
- ▶ *Unisex sizing. Washable to 120°F, 50°C*
- ▶ *#6017H Incontinent Brief with high durability pads. Washable to 160°F, 71°C*

## #6018 MALE FLY BRIEF

- ▶ *Easily fits on over undergarments, or can be worn as underwear*
- ▶ *Fly front for improved compliance in male residents*
- ▶ *Washable to 120°F, 50°C*

## #6019 EZ-ON BRIEF

- ▶ *Residents can wear their own undergarments*
- ▶ *Can be worn in the shower*
- ▶ *Hip pads can be removed for laundering or replacement.*
- ▶ *Washable to 120°F, 50°C*

*HOME WASHING INSTRUCTIONS:*
*All Posey Hipsters may be washed on "hot",*
*dry on low, bleach as directed on container.*

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30"  or  71 - 77cm | 35" - 37"  or  88 - 94cm |
| M | 32" - 34"  or  81 - 87cm | 39" - 41"  or  99 - 105cm |
| L | 36" - 38"  or  91 - 97cm | 43" - 45"  or 109 - 115cm |
| XL | 40" - 42"  or 101 - 107cm | 47" - 49"  or 119 - 125cm |
| XXL | 44" - 46"  or 111 - 117cm | 51" - 53"  or 129 - 135cm |

### FALL FACTS

*The total annual cost of hip fractures is projected to reach $240 billion by the year 2040.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. www.cdc.gov)*

*Approximately 95% of hip fractures are caused by falls.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. http://www.cdc.gov)*

PC 1741

# Clinical References Supporting the Use of Hip Protectors

Title:  
Author:  
Publication:

**_External Hip Protectors to Prevent Osteoporotic Hip Fractures_**  
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall  
The Lancet, volume 350, August 23, 1997

*Study Objectives:*  Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:*  The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

*Recommendations:*  "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

Title:  
Author:  
Publication:

**_Prevention Of Hip Fracture in Elderly People_**  
Pekka Kannus, M.D., Ph.D., et al  
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:*  The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:*  The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:*  "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

Please detach and fax to 1-626-443-5014, or call us at 1-800-44-POSEY to start your trial

# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



Name

Title

Institution

Address

City                                State            Zip

Telephone (    )                    Best time to call        am        pm

Fax or mail to:  

J.T. Posey Company  
Attn: Marketing Dept.  
5635 Peck Road  
Arcadia, CA 91006-0020 USA  
Fax 626-443-5014  
www.posey.com

**PC 1742**

M6079 102704

**EXHIBIT 7**

# For Some Residents, Every Fall is a Big One



**Posey®** | FIRST IN FALL MANAGEMENT

PC 1093

# Posey Hipsters Help Protect Against Injury From Falls



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- *High impact-absorbing viscoelastic pads protect hip bones against injury from falls*
- *Soft, comfortable pads improve compliance versus hard-shell products*
- *Washable to CDC guidelines for soiled linen without removing the pads*
- *100% latex-free*
- *Five sizes for correct fit*
- *Discreet, low-profile pads are virtually undetectable under clothing*

 

*Posey Hipsters innerwear fit discretely under men's and women's clothing, as shown by these models who are wearing Standard Hipsters Briefs.*

## Now, Posey Hipster Pads are available in two models!

All Posey Hipsters can be washed according to CDC guidelines for healthcare facilities. Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot 180°F (82°C) washing and high temperature drying cycles. Standard Hipsters will wash at 120°F (50°C) and dry at medium temperatures. The complete Guidelines for Laundry in Health Care facilities are available at: www.cdc.gov/od/ohs/biosfty/laundry.htm. The CDC states that "the risk of actual disease transmission from soiled linen is negligible" and "recent studies have shown that a satisfactory reduction of microbial contamination can be achieved at lower water temperatures of 72°-122°F (22°-50°C) when the cycling of the washer, the wash formula, and the amount of chlorine bleach are carefully monitored and controlled." CDC offers the following advice for home care, "In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely." [1]  Lower wash/dry temperatures will prolong garment life.

**LAUNDERING INSTRUCTIONS:**

**Hipsters** 

**High Durability Hipsters** 

Posey High Durability Hipsters contain denser foam than the standard Hipsters. This increased density aids in its ability to withstand higher hot washing and drying cycles.

[1] www.cdc.gov/ncidod/hip/Sterile/laundry.htm

## Special offer: 30-day no-risk free trial.
## Test the Posey Hipsters for yourself with no obligation to buy.

PC 1094

# POSEY HIPSTERS INNERWEAR



### #6016 STANDARD BRIEF
- *Easily fits over undergarments, or can be worn as underwear.*
- *Unisex sizing.*
- *#6016H Standard Brief with High Durability Pads.*



### #6017 INCONTINENT BRIEF
- *Snap front for easier application over diaper. Unisex sizing.*
- *#6017H Incontinent Brief with High Durability Pads.*



### #6018 MALE FLY BRIEF
- *Easily fits over undergarments, or can be worn as underwear.*
- *Fly front for improved compliance in male residents.*
- *#6018H Male Fly Brief with High Durability Pads.*



### #6019 EZ-ON BRIEF
- *Residents can wear their own undergarments.*
- *Can be worn in the shower.*
- *Hip pads can be removed for laundering or replacement.*
- *#6019H EZ-ON Brief with High Durability Pads.*

## Posey Community Hipsters



### #6030 LADIES PANTIES
- *Same look as regular day-to-day panties.*
- *Ladies model is made of soft pink cotton blend material and decorative pink lace with a small rose detail.*
- *Reinforced panty line.*
- *Latex free.*




### #6031 MEN'S FLY BRIEF
- *Designed to mirror men's regular briefs.*
- *Men's model is made of soft gray cotton blend material.*
- *Latex free.*

# POSEY HIPSTERS OUTERWEAR



### #6007 SHORTS
- *Soft, preshrunk polyester/cotton blend garment.*
- *Soft, inner lining holds High Durability Pads in place.*
- *Available in Ash Gray or Navy Blue.*



### #6009 SWEATPANTS
- *Soft, preshrunk polyester/cotton blend garment.*
- *Ankle zippers provide added comfort to swollen feet and ankles.*
- *Soft, inner lining holds High Durability Pads in place.*
- *Available in Ash Gray or Navy Blue.*

| SIZING CHART | | | | | |
|---|---|---|---|---|---|
| Size | Waist Measurement | | | Hip Measurement | |
| XS | 26" - 28" | or | 66 - 71cm | 33" - 35" or 83 - 88cm | |
| S | 28" - 30" | or | 71 - 76cm | 35" - 37" or 89 - 94cm | |
| M | 30" - 34" | or | 76 - 86cm | 37" - 41" or 94 - 104cm | |
| L | 34" - 38" | or | 86 - 96cm | 41" - 45" or 104 - 114cm | |
| XL | 38" - 42" | or | 96 - 106cm | 45" - 49" or 114 - 124cm | |
| XXL | 42" - 46" | or | 106 - 116cm | 49" - 53" or 124 - 134cm | |

Note: Sweatpants and Shorts are available in sizes X-Small - X-Large only.

PC 1095



**✠ Posey®**  J.T. Posey Company • 5635 Peck Road, Arcadia, CA 91006-0020 USA
Phone: 800-447-6739 • Fax: 800-767-3933 • Web: www.posey.com

# Clinical References Supporting the Use of Hip Protectors

**Title:**      **External Hip Protectors to Prevent Osteoporotic Hip Fractures**
**Author:**      A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:**      The Lancet, volume 350, August 23, 1997

*Study Objectives:*    Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:*    The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

*Recommendations:* "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:**      **Prevention Of Hip Fracture in Elderly People**
**Author:**      Pekka Kannus, M.D., Ph.D., et al
**Publication:**      The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:*    The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:*    The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:* "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protectors for one year (or 8 persons for five years) in order for one fracture to be prevented."

---

NOTE: Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma.

------------------------------------------------------------------------------------

**Please detach and fax to 1-626-443-5014, or call us at 1-800-44-POSEY to start your trial**

# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



| | |
|---|---|
| Name | |
| Title | |
| Facility | |
| Address | |
| City | State    Zip |
| Telephone | Best time to call   am   pm |
| Email | |

**Fax or mail to:**    **Posey Company**
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

PC 1096    ✚**Posey**®

**EXHIBIT 8**



# Posey® Hipsters™

Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall.

Hipsters are available in innerwear and outer-wear models. Innerwear garments are made of a polyester/cotton/Lycra® blend. Outerwear garments are made of a soft, preshrunk polyester/cotton blend and are available in a choice of deep navy or ash gray.



### Hipsters are available in six styles:

* Standard Unisex Brief easily fits over undergarments, or can be worn as underwear.
* Incontinent Brief features a snap front for easier application over adult diapers.
* Male Fly Brief easily fits over undergarments, or can be worn as underwear.
* EZ-On Brief features a crotchless design that allows patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipster to be worn during bathing.
* Sweatpants that provide added comfort and warmth.
* Shorts that provide added comfort.

Hipsters Sweatpants and Shorts feature high durability padding. All other models are available with original foam padding, or high durability padding designed to withstand laundering in large capacity machines at higher temperature hot washing cycles.

* 6016 Hipsters, Standard Brief
* 6017 Hipsters, Incontinent Brief
* 6018 Hipsters, Male Fly Brief
* 6019 Hipsters, EZ On
* 6006 Replacement Pads, 1 pair
* 6016H Hipsters, High Durability Pads, Standard Brief
* 6017H Hipsters, High Durability Pads, Incontinent Brief
* 6018H Hipsters, High Durability Pads, Male Fly Brief
* 6019H Hipsters, High Durability Pads, EZ On
* 6006H Replacement High Durability Pads, 1 pair
* 6007A Hipsters Shorts, High Durability Pads, Ash Gray
* 6007N Hipsters Shorts, High Durability Pads, Navy
* 6009A Hipsters Sweatpants, High Durability Pads, Ash Gray
* 6009N Hipsters Sweatpants, High Durability Pads, Navy

### Application Instructions:

*Standard, Male Fly, Incontinent Brief, Sweatpants and Shorts*

With the Posey label in the Back, step into the garment and gently slide it up over the hips. Adjust to assure that the foam pads are properly aligned with and cover the hip joint.

*EZ On Model*

1. Unfasten the hook and loop at the waist and thighs.

1 Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Sterile/laundry.htm



#6016 / #6016H



#6017 / #6017H



#6018 / #6018H



#6019 / #6019H



#6007A



#6009A

2. Wrap the garment around your waist. The labels should be at the back and on the inside of the waistband.

3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shift-ing of the garment, but should not feel tight or restrictive.

4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.

5. Secure the leg band around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.

6. Repeat steps 4 and 5 on the right side.



**J.T. Posey Company** • 5635 Peck Road • Arcadia, CA 91006-0020 USA
Phone 1- 800-447-6739 • Fax 1-800-767-3933 • www.posey.com



MDSS
Burckhardtstr. 1,
D-30163, Hannover, Germany
© 2004 J.T. Posey Company. All rights reserved.    M6139 042805    CE

PC 0402

**Laundering Instructions**

Posey Hipster with High Durability pads are designed to withstand laundering in higher temperature hot washing cycles. Hipsters can be washed according to CDC guidelines for soiled linen. However, using the lower temperature washing and drying cycle for non-contaminated linen will prolong product life. "Studies have shown that a satisfactory reduction of microbial contamination can be achieved at water temperatures lower than 160°F if laundry chemicals suitable for lower-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely."[1]

- Adhere hook and loop straps before laundering to prevent lint build-up on hook during laundry cycle. If hook and loop does not adhere due to lint, clean hook material with a stiff brush.
- If EZ On pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.

**Hipsters**  

**High Durability Hipsters** 

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| XS | 26" - 28"  or  66 - 71cm | 33" - 35"  or  83 - 88cm |
| S | 28" - 30"  or  71 - 76cm | 35" - 37"  or  88 - 93cm |
| M | 30" - 34"  or  76 - 86cm | 37" - 41"  or  93 - 104cm |
| L | 34" - 38"  or  86 - 96cm | 41" - 45"  or  104 - 114cm |
| XL | 38" - 42"  or  96 - 106cm | 45" - 49"  or  114 - 124cm |
| XXL | 42" - 46"  or  106 - 116cm | 49" - 53"  or  124 - 134cm |

Note: Sweatpants and shorts are available in sizes XS - XL only.

# Clinical References Supporting the Use of Hip Protectors

Title: ***External Hip Protectors to Prevent Osteoporotic Hip Fractures***
Author: A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
Publication: The Lancet, volume 350, August 23, 1997

*Study Objectives:* Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in "Effect of external hip protectors on hip fractures."

*Results:* The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

*Recommendations:* "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

Title: ***Prevention Of Hip Fracture in Elderly People***
Author: Pekka Kannus, M.D., Ph.D., et al
Publication: The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:* The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:* The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:* "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protectors. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

## ⚠ WARNING

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

Posey Hipsters contain foam pads that are sealed in a pouch to protect it from water. If the pouch is cut or the seal is broken during laundering, moisture will enter the pouch and may result in waterlogged foam. Waterlogged foam encased in the pouch may promote the growth of bacteria.

- Test the foam and pouch integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel liquid or air escaping, the pouch is damaged.
- If the pouch is damaged, discontinue use and discard.

---

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

**PC 0403**