UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The Hipsaver Company, Inc.
        Plaintiff,                    CIVIL ACTION
                                      NO.  05-10917-PBS
    v.

J.T. Posey Company
        Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                        January 18, 2007

      TAKE NOTICE that the above-entitled case has been set for a Summary Judgment Motion Hearing on **February 14, 2007**, at **2:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                   By the Court,


                                                                                   _/s/ Robert C. Alba_
                                                                                   Deputy Clerk


Copies to:  All Counsel