**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., ) | |
| ) | |
| Plaintiff / Counterclaim Defendant, ) | |
| ) | |
| v ) | Civil Action No. 05-10917 PBS |
| ) | |
| J.T. POSEY COMPANY, ) | |
| ) | |
| Defendant / Counterclaim Plaintiff. ) | |

**MOTION TO STRIKE POSEY'S OBJECTIONS TO**
**DECLARATION OF EDWARD L. GOODWIN**

Plaintiff, The HipSaver Company, Inc. ("HipSaver") respectfully submits this motion to strike Defendant J.T. Posey, Inc.'s ("Posey") Objections to Declaration of Edward L. Goodwin [D.N. 204] ("Objections"). Posey's Objections attempt to make an end-run on the page limitation for summary judgment motions to launch an ad hominem attack on Mr. Goodwin and to warp Mr. Goodwin's deposition testimony. Goodwin's declaration, submitted in Opposition to Posey's Motion to Dismiss HipSaver's Complaint to refute Posey's claim of no damages, sets forth evidence that is consistent with his deposition testimony and permissible under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1 and 37.1

I hereby certify that on February 12, 2007, counsel for HipSaver and local counsel for Posey conferred by telephone in a good faith attempt to resolve or narrow the issues presented in this motion but were unable to reach agreement.

THE HIPSAVER COMPANY, INC.
By its Attorneys,
/s/ Courtney M. Quish
Lee Carl Bromberg, BBO No.: 058480
Edward J. Dailey, BBO No.: 112220
Courtney M. Quish, BBO No.: 662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
cquish@bromsun.com
Dated: February 12, 2007

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

/s/ Courtney M. Quish
February 12, 2007

02820/00502 616690.1