UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J.T. POSEY COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10917 PBS |

## NOTICE OF APPEARANCE

In the above-captioned action, please enter the appearance of Daniel B. Winslow of Duane Morris LLP, 470 Atlantic Avenue, Boston, MA 02210, as counsel for Defendant J.T. Posey Company.

        J.T. POSEY COMPANY
        By their attorneys,

        /s/ Daniel B. Winslow
        Daniel B. Winslow, BBO No. 541972
        Duane Morris LLP
        470 Atlantic Avenue, Suite 500
        Boston, MA 02210
        Phone: (857) 488-4200
        Fax:   (857) 488-4201

Dated: February 13, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants February 13, 2007.

                                                /s/ Daniel B. Winslow
                                                Daniel B. Winslow

DM1\751847.1