# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE HIPSAVER COMPANY, INC., | ) | Civil Action No. 05-10917 PBS |
| Plaintiff, | ) | |
| v. | ) | |
| J.T. POSEY COMPANY, | ) | |
| Defendant. | ) | |
| AND RELATED COUNTERCLAIM. | ) | |

**APPENDIX OF POSEY ADVERTISING DOCUMENTS FILED WITH FURTHER SUBMISSION OF DEFENDANT AND COUNTERCLAIMANT J.T. POSEY COMPANY, INC. IN RESPONSE TO COURT REQUEST FOR CLARIFICATION REGARDING PUBLICATION OF POSEY PROMOTIONAL MATERIALS**

**INDEX TO APPENDIX OF POSEY ADVERTISING DOCUMENTS**

| New Ex. No. | Pltf's Ex. No. | Dfdt's Ex. No. | Description/Dates of Dissemination | Supporting Evidence |
|---|---|---|---|---|
| | | | **Posey Product Catalogs** | |
| 501 | n/a | Ex. 4 | 2002 Posey Product Catalog (Cover and p. 25 only) (Newly produced in color as Bates Nos. PC5927-PC5928; Previously produced in black & white as Bates Nos. PC1804-PC1805) – Disseminated from late 2001 through 2002. | Declaration of Victoria Lewis, paragraph 13 (hereafter cited "Lewis Decl., ¶ ___."). |
| 502 | Ex. 1, pp. 10-11 | Ex. Ex. 1, pp. 1.10-1.11 | 2002 Posey Product Catalog (Alternative Cover and p. 25 only) (Bates Nos. PC1029-PC1030) – Disseminated from late 2001 through 2002. | Lewis Decl., ¶ 13. |
| 503 | Ex. 1, pp. 24-26 and 14 | Ex. 1, pp. 1.24-1.26 and 1.14 | 2003 Posey Product Catalog (Cover, pp. 16-17 and back cover only), Part No. CATL03 (Newly produced in color as Bates Nos. PC5929-PC5932; Previously produced in black & white as Bates Nos. PC1033-PC1035 and PC0410) – Disseminated from late 2002 through 2003. | Lewis Decl., ¶¶ 15 and 24. |
| | | | **Posey Hipsters Flyer, Part No. MK 1162** | |
| 504 | Ex. 1, pp. 20-21 | Ex. 1, pp.1.20-1.21 | Posey Hipsters Flyer, Part No. MK 1162 (Newly produced in color as Bates Nos. PC5933-PC5934; Previously produced in black & white as Bates Nos. PC1025-PC1026) – Disseminated from September/October 2001 through November/December 2001. | Lewis Decl., ¶ 22. |
| | | | **Posey Hipsters Flyer, Part No. 6023** | |
| 505 | Ex. 1, pp. 8-9 | Ex. 1, pp. 1.08-09 | First Generation of Posey Hipsters Flyer, Part No. MK 6023 (Bates Nos. PC3006-PC3007) – Disseminated from November/December 2001 through April/May 2002. | Lewis Decl., ¶ 14. |
| 506 | | Ex. 3 | Second Generation of Posey Hipsters Flyer, Part No. MK 6023 (Bates Nos. PC3008- | Lewis Decl., ¶ 9. |

| New Ex. No. | Pltf's Ex. No. | Dfdt's Ex. No. | Description/Dates of Dissemination | Supporting Evidence |
|---|---|---|---|---|
| | | | PC3009) – Disseminated from April/May 2002 through February/March 2003. | |
| **Posey "Tight-Rope Walker" Flyer, Part No. 6079** | | | | |
| 507 | Ex. 1, pp. 16-19 | Ex. 1, pp. 1.16-1.19 | First Generation of Posey "Tight-Rope Walker" Flyer, Part No. 6079 (Bates Nos. PC1806-PC1809) – Disseminated from December 2002 or January 2003 until September or October 2003. | Lewis Decl., ¶¶ 8 and 16. |
| 508 | | Ex. 5 | Second Generation of Posey "Tight-Rope Walker Flyer", Part No. 6079 (Newly produced in color as Bates Nos. PC5935-PC5938; Previously produced in black & white as Bates Nos. PC1810-PC1813) – Disseminated from September or October 2003 through November 2004. | Lewis Decl., ¶ 17. |
| 509 | | Ex. 6 | Third Generation of Posey "Tight-Rope Walker" Flyer, Part No. 6079 (Bates Nos. PC1739-PC1742) – Disseminated from November 2004 through March 2005. | Lewis Decl., ¶ 18. |
| 510 | Ex. 1, pp.32-35 | Ex. 1, pp. 1.32-1.35 | Fourth Generation of Posey "Tight-Rope Walker Flyer, Part No. 6079 (Bates Nos. PC1743-PC1746) – Disseminated from March 2005 until early May 2005. | Lewis Decl., ¶ 19. |
| 511 | Ex. 1, pp. 36-37 | Ex. 1, pp. 1.36-37 | Fifth Generation of Posey "Tight-Rope Walker Flyer", Part No. 6079 (Bates Nos. PC0400-PC0401) – Disseminated from May 2005 until August/September 2005. | Lewis Decl., ¶ 20. |
| 512 | | Ex. 7 | Sixth Generation of Posey "Tight-Rope Walker Flyer", Part No. 6079 (Bates Nos. PC1093-PC1096) – Disseminated from August/September 2005 until the present. | Lewis Decl., ¶ 21. |
| **Posey EZ On Hipsters Instruction Sheet, Part No. 5017** | | | | |
| 513 | 1, pp. | 1, pp. | First Generation of Posey EZ On Hipsters | Lewis Decl., |

| New Ex. No. | Pltf's Ex. No. | Dfdt's Ex. No. | Description/Dates of Dissemination | Supporting Evidence |
|---|---|---|---|---|
| | 27-28 | 1.27-1.28 | Instruction Sheet, Part No. 5017 (Produced by Posey as Bates Nos. PC0406-PC0407; Produced by HipSaver as Bates Nos. HS2 0818-19) – Disseminated from June/July 2003 through October 2004. | ¶¶ 25 and 26. |
| 514 | 1, pp. 29-30 | 1, pp. 1.29-1.30 | Second Generation of Posey EZ On Hipsters Instruction Sheet, Part No. 5017 (Bates Nos. PC1071-PC1072) – Disseminated from October 2004 through January 2005. | Lewis Decl., ¶¶ 25, 26 and 27. |
| **Posey Hipsters Instruction Sheet, Part No. 6139** | | | | |
| 515 | 1, pp. 38-39 | 1, pp. 1.38-1.39 | First Generation of Posey Hipsters Instruction Sheet, Part No. 6139 (Produced by Posey as PC0404-PC0405; Produced by HipSaver as Bates Nos. HS2 0058-59 – Disseminated from January/February 2005 until April/May 2005. | Lewis Decl., ¶ 28. |
| 516 | | 8 | Second Generation of Posey Hipsters Instruction Sheet, Part No. 6139 (Bates Nos. PC0402-PC0403) – Disseminated from April/May 2005 until September 2005. | Lewis Decl., ¶¶ 28 and 29. |
| 517 | | 9 | Third Generation of Posey Hipsters Instruction Sheet, Part No. 6139 (Bates Nos. PC1051-PC1052) – Disseminated from September 2005 through the present. | Lewis Decl., ¶¶ 29. |
| **Posey "Hipsters III" Promotional Video** | | | | |
| 518 | 1, p. 4; 2 | 1, p 1.04; 2, p. 2.01 | Screen Shot from Hipsters III Videotape (No Bates No.) – Disseminated beginning in 2001. Stopped dissemination as a consequence of the commencement of the instant litigation. | Lewis Decl., ¶ 11. |
| **Email Communication Between Posey Employee and Third Parties** | | | | |
| 519 | 1, pp. 5-6 | 1, pp. 1.05-1.06 | Email dated 07/27/01 from Jeffrey Yates (Posey Marketing Director) to Robert Weaver (VA Hospital in Los Angeles) re impact tests | Lewis Decl., ¶ 12. |

| New Ex. No. | Pltf's Ex. No. | Dfdt's Ex. No. | Description/Dates of Dissemination | Supporting Evidence |
|---|---|---|---|---|
| | | | conducted in 2001 on Posey Hipsters, together with information sheet depicting graph comparing results of various protectors (Bates Nos. PC0853 & PC0852) – Disseminated in July 2001. | |

Dated: February 28, 2007

J.T. POSEY COMPANY

By its attorneys,

/s/ Douglas H. Morseburg
Jeffrey G. Sheldon (CA Bar No. 67516)
Douglas H. Morseburg (CA Bar No. 126205)
SHELDON MAK ROSE & ANDERSON PC
225 South Lake Avenue, Suite 900
Pasadena, CA 91001
(626) 796-4000

Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

/s/ Donald K. Piper_____

February 28, 2007                                           Donald K. Piper

**EXHIBIT 501**

P O S E Y **CA**
*Care Alternatives Division*

2

0

0

2




P O S E Y
PATIENT SAFETY DIVISION

Complete Healthcare

Catalog

**PC 5927**

POSEY **CA**

*Alternatives in Care*

## POSEY HIPSTER III

*Indications: Patients at risk for falling; those at risk for hip fracture.*



**NEW!**

#6016



**NEW!**

#6017

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. The Posey Hipster III features impact absorbing pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra® with a low-profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipster III to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipster III is available in two styles; standard unisex and incontinent models. The standard unisex brief easily slips on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipster III fits comfortably around the patient's waist and features a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex-free.

| CAT. # | STYLE |
|--------|-------|
| 6016 | **Hipsters III Standard Brief** (Replaces Posey #6010 unisex Hipster brief) |
| 6017 | **Hipsters III Incontinent Brief** (Replaces Posey #6011 Incontinent Hipster II brief) |

| SIZE | WAIST SIZE | HIP SIZE |
|------|-----------|----------|
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



***Low Profile** - Both styles fit discreetly under clothing.*

### Posey Hipsters Proven Effective in Laboratory Test

Chart — G-Force:
- Baseball Struck by a Bat*: 3000
- Fall on concrete from 36": 2660
- Fall on Linoleum from 36": ~1850
- Fall on Concrete w/Hipsters III: **90% Impact Reduction**

*Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company*

An independent laboratory study was conducted to determine the most effective commercially available impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36," or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660 G's and, for purposes of comparison, is just slightly less impact force than a baseball being struck by a bat*. In this extreme test, the low profile Posey Hipster III reduced the impact force by 90% and showed excellent impact energy absorption.

*Source: www.madsci.org.

**PC 5928**

**EXHIBIT 502**



# P O S E Y *CA*
## *Care Alternatives Division*

# 2002
### Restraint Alternatives

**PC 1029**

# POSEY *CA*
*Alternatives in Care*

# FALL PREVENTION

## POSEY HIPSTER III

*Indications: Patients at risk for falling; those at risk for hip fracture.*



**NEW!**

#6016



**NEW!**

#6017

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. The Posey Hipster III features impact absorbing pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra® with a low-profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipster III to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipster III is available in two styles; standard unisex and incontinent models. The standard unisex brief easily slips on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipster III fits comfortably around the patient's waist and features a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex-free.

| CAT. # | STYLE |
|--------|-------|
| 6016 | Hipsters III Standard Brief (Replaces Posey #6010 unisex Hipster brief) |
| 6017 | Hipsters III Incontinent Brief (Replaces Posey #6011 Incontinent Hipster II brief) |

| SIZE | WAIST SIZE | HIP SIZE |
|------|-----------|----------|
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



*Low Profile - Both styles fit discreetly under clothing.*



### Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective commercially available impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36," or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660 G's and, for purposes of comparison, is just slightly less impact force than a baseball being struck by a bat*. In this extreme test, the low profile Posey Hipster III reduced the impact force by 90% and showed excellent impact energy absorption.

*Source: www.madsci.org.

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company

PC 1030

**EXHIBIT 503**

LEANNE'S
MASTER

P O S E Y **CA**
*Care Alternatives Division*



POSEY **CA**
*Care Alternatives Division*

*Patient Care and Therapy Products*
2003

**Complete
Healthcare Catalog** 2003



*Patient Safety & Restraints*
2003



P O S E Y
**PATIENT SAFETY DIVISION**

PC 5929

# POSEY CA
*Alternatives in Care*

## POSEY HIPSTERS



#6016



#6017



NEW!

#6018

**Indications:** Patients at risk for falling; those at risk for hip fracture.

Studies have documented the efficacy of external hip protectors in preventing hip fractures. Posey Hipsters feature impact absorbing pads over the critical hip fracture area to minimize potential damage, including hip fractures, that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra with a low profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipsters to be discretely worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipsters are available in three styles; standard unisex brief, male fly brief, and incontinent models. The standard unisex brief and male fly models easily slip on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipsters fit comfortably around the patient's waist and feature a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex-free.

| CAT. # | STYLE |
|--------|-------|
| 6016 | Hipsters Standard Brief |
| 6017 | Hipsters Incontinent Brief |
| 6018 | Hipsters Male Fly Brief |

| SIZE | WAIST SIZE | HIP SIZE |
|------|-----------|----------|
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



*Low Profile - Both styles fit discreetly under clothing.*

1-800-44-POSEY
www.posey.com

16

PC 5930

www.posey.com

## Posey Hipsters Proven Effective in Laboratory Test



An independent laboratory study was conducted to determine the most effective commercially available impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36," or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660 G's and, for purposes of comparison, is just slightly less impact force than a baseball being struck by a bat*. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company

*Source: www.madsci.org.



## CLINICAL REFERENCES SUPPORTING THE USE OF EXTERNAL HIP PROTECTORS

*"If hip protectors are worn, the doubling of hip fractures expected in the next few decades because of aging of the population might not turn out to be reality."*

Lauritzen, J.B., Petersen, M.M., Lund, B. (1993, January 2). Effect of external hip protectors on hip fractures. Lancet, (341).

*"With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."*

Elkman, A., Mallmin, H., Michaelsson, K., Ljunghall, S. (1997, August 23). External hip protectors to prevent osteoporotic hip fractures. Lancet, (350).

*"Only 41 persons need to use the hip protector for one year (or 8 persons for 5 years) in order for one fracture to be prevented."*

Pekka Kannus, M.D., Ph.D. (2000, November). Prevention of hip fracture in elderly people. New England Journal of Medicine, (343, No. 21).

### FALL FACTS

*In 1996, older Americans suffered hip fractures at a cost in excess of $10 billion.*

(Source: George F. Fuller, Col, MC, Falls in the Elderly, American Family Physician, April 2000)

PC 5931

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE.



We have better ways to protect your residents.

## POSEY HIPSTERS

It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. High energy-absorbing, viscoelastic foam pads built into Hipsters increase the odds of surviving a fall uninjured. They are comfortable and slim enough to be virtually undetectable beneath clothing.

By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.



### IMPACT REDUCED BY 90%

An independent laboratory study simulated the fall of a 120-lb object onto concrete from a height of 36". Posey Hipster pads reduced the impact force by 90%.

Data on file at J.T. Posey Company.



### SPECIAL OFFER:
### 30-day no-obligation free trial.

Test the new Hipster for yourself at no charge. Call or visit our Website today to start your free trial.

## POSEY CA
### Care Alternatives Division
### Fall Protection That Fits

©2001 J.T. Posey Company      J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020  www.posey.com  1-800-44-POSEY      CATL03  091702

PC 5932

**EXHIBIT 504**



# Posey® Hipsters
## A better way to protect your patients





#6016 Standard Unisex Brief



#6017 Incontinent Brief



*Posey Hipsters can be worn discreetly under clothing.*

- Soft foam pads help minimize potential damage that can occur from a fall.
- Low profile, ¹/₂" thick pads allow the Hipster to be virtually undetectable under clothing.
- Discreet low-profile pads with soft foam help improve patient compliance.
- NO ASSEMBLY REQUIRED – Completely launderable according to CDC standards for soiled linen WITHOUT removing the pads.
- 100% Latex Free
- Incontinent brief features a snap front for easier application over adult diapers. May also be worn as a male fly model.
- Available in five sizes to ensure proper fit.

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36"- 38" | 43" - 45" |
| XL | 40"- 42" | 47" - 49" |
| XXL | 44"- 48" | 51" - 53" |

**See reverse**

PC 5933

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

MK1162  092001

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org



POSEY *CA*
*Care Alternatives Division*

*For more information or to place an order, contact your*
*Posey District Manager or call 1-800-44-POSEY*

PC 5934

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

**EXHIBIT 505**



# Posey® Hipsters
## A better way to protect your patients





**#6016 Standard Unisex Brief**



**#6017 Incontinent Brief**



*Posey Hipsters can be worn discreetly under clothing.*

- Soft foam pads help minimize potential damage that can occur from a fall.
- Low profile, $1/2$" thick pads allow the Hipster to be virtually undetectable under clothing.
- Discreet low-profile pads with soft foam help improve patient compliance.
- NO ASSEMBLY REQUIRED – Completely launderable according to CDC standards for soiled linen WITHOUT removing the pads.
- 100% Latex Free
- Incontinent brief features a snap front for easier application over adult diapers. May also be worn as a male fly model.
- Available in five sizes to ensure proper fit.

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36"- 38" | 43" - 45" |
| XL | 40"- 42" | 47" - 49" |
| XXL | 44"- 48" | 51" - 53" |

POSEY *CA*
*Care Alternatives Division*

*For more information or to place an order, contact your
Posey District Manager or call 1-800-44-POSEY*

**PC 3006**

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org

# Clinical References Supporting the Use of Hip Protectors

| | |
|---|---|
| Title: | ***External Hip Protectors to Prevent Osteoporotic Hip Fractures***      **PC 3007** |
| Author: | A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall |
| Publication: | The Lancet, volume 350, August 23, 1997 |

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the Lauritzen and colleagues 1993 reported findings.

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

| | |
|---|---|
| Title: | ***Prevention Of Hip Fracture in Elderly People*** |
| Author: | Pekka Kannus, M.D., Ph.D., et al |
| Publication: | The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000 |

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

M6023 110201

**EXHIBIT 506**

# Posey® Hipsters
## A better way to protect your patients





#6016 Standard Unisex Brief



#6018 Male Fly Model



#6017 Incontinent Brief



Posey Hipsters can be worn discreetly under clothing.

- Soft foam pads help minimize potential damage that can occur from a fall.
- Low profile, $1/2$" thick pads allow the Hipster to be virtually undetectable under clothing.
- Discreet low-profile pads with soft foam help improve patient compliance.
- NO ASSEMBLY REQUIRED – Completely launderable according to CDC standards for soiled linen WITHOUT removing the pads.
- 100% Latex-free
- Incontinent brief features a snap front for easier application over adult diapers. May also be worn as a male fly model.
- Available in five sizes to ensure proper fit.

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

POSEY CA
Care Alternatives Division

For more information or to place an order, contact your
Posey District Manager or call 1-800-44-POSEY

PC 3008

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

# Clinical References Supporting the Use of Hip Protectors

| | |
|---|---|
| Title: | ***External Hip Protectors to Prevent Osteoporotic Hip Fractures*** |
| Author: | A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall |
| Publication: | The Lancet, volume 350, August 23, 1997 |

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

| | |
|---|---|
| Title: | ***Prevention Of Hip Fracture in Elderly People*** |
| Author: | Pekka Kannus, M.D., Ph.D., et al |
| Publication: | The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000 |

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



PC 3009

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org

**J.T. Posey Company,** 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

M6023   042302

**EXHIBIT 507**

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE



**POSEY** *CA*
*Care Alternatives Division*

**PC 1806**

Case 1:06-cv-10177-RMB    Document 117-6    Filed 06/30/2009    Page 1 of 1

# POSEY HIPSTERS PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- *High impact-absorbing viscoelastic pads protect hip bones against injury from falls*
- *Soft, comfortable pads improve compliance versus hard-shelled products*
- *Washable to CDC standards for soiled linen without removing the pads*
- *100% latex-free*
- *Five sizes for correct fit*
- *Discreet, low-profile pads are virtually undetectable under clothing*

**PROVEN IMPACT REDUCTION**
*In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.*



*Low Profile - All styles fit discreetly under men's and women's clothing.*



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company

P O S E Y *CA*
*Care Alternatives Division*

PC 1807

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.



### #6016 HIPSTERS STANDARD BRIEF

▶ Easily fits on over undergarments, or can be worn as underwear.

▶ Unisex sizing

### #6017 INCONTINENT BRIEF

▶ Snap front for easier application over diaper

▶ Unisex sizing

### #6018 MALE FLY BRIEF

▶ Easily fits on over undergarments, or can be worn as underwear

▶ Fly front for improved compliance in male residents

**SIZING CHART**

| Size | Waist Measurement | Hip Measurement |
|------|-------------------|-----------------|
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

### FALL FACTS

*The total annual cost of hip fractures is projected to reach $240 billion by the year 2040.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001, www.cdc.gov)*

*Approximately 95% of hip fractures are caused by falls.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001, http://www.cdc.gov)*

**PC 1808**

# Clinical References Supporting the Use of Hip Protectors

| | |
|---|---|
| Title: | ***External Hip Protectors to Prevent Osteoporotic Hip Fractures*** |
| Author: | A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall |
| Publication: | The Lancet, volume 350, August 23, 1997 |

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:** With improved compliance, external hip protectors should be an effective prophylactic against hip fractures.

---

| | |
|---|---|
| Title: | ***Prevention Of Hip Fracture in Elderly People*** |
| Author: | Pekka Kannus, M.D., Ph.D., et al |
| Publication: | The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000 |

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons for five years) in order for one fracture to be prevented."

---

**Please detach and fax to 1-800-767-3933, or call us at 1- 800-44-POSEY to start your trial**

# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



| | |
|---|---|
| Name | |
| Title | |
| Institution | |
| Address | |
| City | State    Zip |
| Telephone (    ) | Best time to call    am    pm |

Fax or mail to: 

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020
Fax 800-767-3933

**PC 1809**

M6079 121302

**EXHIBIT 508**

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE





PC 5935

# POSEY HIPSTERS PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- High impact-absorbing viscoelastic pads protect hip bones against injury from falls
- Soft, comfortable pads improve compliance versus hard-shelled products
- Washable to CDC standards for soiled linen without removing the pads
- 100% latex-free
- Five sizes for correct fit
- Discreet, low-profile pads are virtually undetectable under clothing

*PROVEN IMPACT REDUCTION*
*In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.*



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company



*Low Profile - All styles fit discreetly under men's and women's clothing.*

 POSEY

PC 5936

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.









### #6016 HIPSTERS STANDARD BRIEF

- Easily fits on over undergarments, or can be worn as underwear
- Unisex sizing

### #6017 INCONTINENT BRIEF

- Snap front for easier application over diaper
- Unisex sizing

### #6018 MALE FLY BRIEF

- Easily fits on over undergarments, or can be worn as underwear
- Fly front for improved compliance in male residents

### #6019 EZ-ON BRIEF

- Residents can wear their own undergarments
- Can be worn in the shower

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

### FALL FACTS

The total annual cost of hip fractures is projected to reach $240 billion by the year 2040.
(Source: Centers for Disease Control and Prevention, 3 Aug 2001. www.cdc.gov)

Approximately 95% of hip fractures are caused by falls.
(Source: Centers for Disease Control and Prevention, 3 Aug 2001. http://www.cdc.gov)

PC 5937

# Clinical References Supporting the Use of Hip Protectors

Title:     ***External Hip Protectors to Prevent Osteoporotic Hip Fractures***
Author:     A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
Publication:     The Lancet, volume 350, August 23, 1997

*Study Objectives:*     Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:*     The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

*Recommendations:*     "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

Title:     ***Prevention Of Hip Fracture in Elderly People***
Author:     Pekka Kannus, M.D., Ph.D., et al
Publication:     The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:*     The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:*     The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:*     "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

**Please detach and fax to 1-800-767-3933, or call us at 1- 800-44-POSEY to start your trial**

# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



| Name | | |
| --- | --- | --- |
| Title | | |
| Institution | | |
| Address | | |
| City | State | Zip |
| Telephone (    ) | Best time to call | am    pm |

**Fax or mail to:** 

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020
Fax 800-767-3933

PC 5938

M6079 092603

**EXHIBIT 509**

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE



 **Posey**®

PC 1739

# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- *High impact-absorbing viscoelastic or high durability pads protect hip bones against injury from falls*

- *Soft, comfortable pads improve compliance versus hard-shelled products*

- *Washable to CDC standards for soiled linen without removing the pads*

- *100% latex-free*

- *Five sizes for correct fit*

- *Discreet, low-profile pads are virtually undetectable under clothing*

**PROVEN IMPACT REDUCTION**
*In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.*



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company



*Low Profile - All styles fit discreetly under men's and women's clothing.*



**Posey**®

5635 Peck Road, Arcadia, CA 91006-0020 USA
Tel: 1-626-443-3143  Fax: 626-443-5014
www.posey.com

PC 1740

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.



### #6016 HIPSTERS STANDARD BRIEF

- *Easily fits on over undergarments, or can be worn as underwear.*
- *Unisex sizing. Washable to 120°F, 50°C*
- *#6016H Standard Brief with high durability pads. Washable to 160°F, 71°C*

### #6017 INCONTINENT BRIEF

- *Snap front for easier application over diaper*
- *Unisex sizing. Washable to 120°F, 50°C*
- *#6017H Incontinent Brief with high durability pads. Washable to 160°F, 71°C*

### #6018 MALE FLY BRIEF

- *Easily fits on over undergarments, or can be worn as underwear*
- *Fly front for improved compliance in male residents*
- *Washable to 120°F, 50°C*

### #6019 EZ-ON BRIEF

- *Residents can wear their own undergarments*
- *Can be worn in the shower*
- *Hip pads can be removed for laundering or replacement.*
- *Washable to 120°F, 50°C*

*HOME WASHING INSTRUCTIONS:*
*All Posey Hipsters may be washed on "hot", dry on low, bleach as directed on container.*

| SIZING CHART | | |
|---|---|---|
| **Size** | **Waist Measurement** | **Hip Measurement** |
| S | 28" - 30"  or  71 - 77cm | 35" - 37"  or  88 - 94cm |
| M | 32" - 34"  or  81 - 87cm | 39" - 41"  or 99 - 105cm |
| L | 36" - 38"  or  91 - 97cm | 43" - 45"  or 109 - 115cm |
| XL | 40"- 42"  or 101 - 107cm | 47" - 49"  or 119 - 125cm |
| XXL | 44"- 46"  or 111 - 117cm | 51" - 53"  or 129 - 135cm |

**FALL FACTS**

*The total annual cost of hip fractures is projected to reach $240 billion by the year 2040.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. www.cdc.gov)*

*Approximately 95% of hip fractures are caused by falls.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. http://www.cdc.gov)*

PC 1741

# Clinical References Supporting the Use of Hip Protectors

**Title:**  ***External Hip Protectors to Prevent Osteoporotic Hip Fractures***
**Author:**  A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:**  The Lancet, volume 350, August 23, 1997

**Study Objectives:**  Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:**  The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:**  "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:**  ***Prevention Of Hip Fracture in Elderly People***
**Author:**  Pekka Kannus, M.D., Ph.D., et al
**Publication:**  The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:**  The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:**  The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:**  "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

**Please detach and fax to 1-626-443-5014, or call us at 1-800-44-POSEY to start your trial**

# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



| Name | | |
|------|------|------|
| Title | | |
| Institution | | |
| Address | | |
| City | State | Zip |
| Telephone (    ) | Best time to call    am    pm | |

Fax or mail to: 

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

**PC 1742**

M6079 102704

**EXHIBIT 510**

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE







**Posey** ®
FIRST IN FALL PREVENTION

**PC 1743**

# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- **High impact-absorbing viscoelastic pads protect hip bones against injury from falls**
- **Soft, comfortable pads improve compliance versus hard-shelled products**
- **Washable to CDC standards for soiled linen without removing the pads**
- **100% latex-free**
- **Five sizes for correct fit**
- **Discreet, low-profile pads are virtually undetectable under clothing**




*Low Profile - All styles fit discreetly under men's and women's clothing.*

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories.
Data on file at J.T. Posey Company *Source: www.madsci.org

---

### Special offer: 30-day no-risk free trial.
Test the Posey Hipsters for yourself with no obligation to buy.

**PC 1744**









## POSEY #6016 HIPSTERS STANDARD BRIEF

▶ *Easily fits over undergarments, or can be worn as underwear.*

▶ *Unisex sizing.*

 ▶ *#6016H Standard Brief with high durability pads.*

## POSEY #6017 INCONTINENT BRIEF

▶ *Snap front for easier application over diaper. Unisex sizing.*

▶ *#6017H Incontinent Brief with high durability pads.*

## POSEY #6018 MALE FLY BRIEF

▶ *Easily fits over undergarments, or can be worn as underwear.*

▶ *Fly front for improved compliance in male residents.*

 ▶ *#6018H Male Fly Brief with high durability pads.*

## POSEY #6019 EZ-ON BRIEF

▶ *Residents can wear their own undergarments.*

▶ *Can be worn in the shower.*

▶ *Hip pads can be removed for laundering or replacement.*

 ▶ *#6019H EZ-ON Brief with high durability pad.*

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30"  or  71 - 76cm | 35" - 37"  or  88 - 93cm |
| M | 30" - 34"  or  76 - 86cm | 37" - 41"  or 93 - 104cm |
| L | 34" - 38"  or  86 - 96cm | 41" - 45"  or 104 - 114cm |
| XL | 38" - 42"  or  96 - 106cm | 45" - 49"  or 114 - 124cm |
| XXL | 42" - 46"  or 106 - 116cm | 49" - 53"  or 124 - 134cm |

Posey High Durability Hipsters contain denser foam than the standard Hipsters. This increased density aids in its ability to withstand higher hot washing and drying cycles.

## LAUNDERING INSTRUCTIONS:

*Hipsters*       

120°F/50°C WASH HOT    BLEACH AS DIRECTED ON CONTAINER    DRY ON MEDIUM

*High Durability Hipsters*

180°F/82°C WASH HOT 25 MIN.    BLEACH AS DIRECTED ON CONTAINER    DRY ON HIGH

 **J T Posey Company**
Arcadia, CA 91006 USA
Tel: 800-447-6739
www.posey.com

**PC 1745**

# Clinical References Supporting the Use of Hip Protectors

**Title:**
### *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
**Author:**
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:**
The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:**
### *Prevention Of Hip Fracture in Elderly People*
**Author:**
Pekka Kannus, M.D., Ph.D., et al
**Publication:**
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protectors for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

Posey Hipsters can be washed according to CDC guidelines for soiled linen.  Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot (180º) washing and high temperature drying cycles.

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma.

---

**Please detach and fax to1-626-443-5014, or call us at  1-800-44-POSEY to start your trial**



# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.

| Name | | |
|---|---|---|
| Title | | |
| Institution | | |
| Address | | |
| City | State | Zip |
| Telephone (    ) | Best time to call | am    pm |

Fax or mail to: 

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

**PC 1746**

M6079 010305

**EXHIBIT 511**

PC 0400

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE



**Posey** ®
FIRST IN FALL PREVENTION

## Clinical References Supporting the Use of Hip Protectors

**Title:** *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
**Author:** A. Ekman, H. Mallmin, K. Michaelsson, S. Ljunghall
**Publication:** The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in "Effect of external hip protectors on hip fractures."

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

**Title:** *Prevention Of Hip Fracture in Elderly People*
**Author:** Pekka Kannus, M.D., Ph.D., et al
**Publication:** The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protectors for one year (or 8 persons, for five years) in order for one fracture to be prevented."

Posey Hipsters can be washed according to CDC guidelines for soiled linen. Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot (180°) washing and high temperature drying cycles.

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma.

## yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



Please detach and fax to **1-626-443-5014**, or call us at **1-800-44-POSEY** to start your trial

Name _____
Title _____
Institution _____
Address _____
City _____  State _____  Zip _____
Telephone ( ) _____  Best time to call _____ am _____ pm

Fax or mail to:

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

M0078 050905

PC 0401

## POSEY #6016 HIPSTERS STANDARD BRIEF
- Easily fits over undergarments, or can be worn as underwear.
- Unisex sizing.
- #6016H Standard Brief with high durability pads.

## POSEY #6017 INCONTINENT BRIEF
- Snap front for easier application over diaper. Unisex sizing.
- #6017H Incontinent Brief with high durability pads.

## POSEY #6018 MALE FLY BRIEF
- Easily fits over undergarments, or can be worn as underwear.
- Fly front for improved compliance in male residents.
- #6018H Male Fly Brief with high durability pads.

## POSEY #6019 EZ-ON BRIEF
- Residents can wear their own undergarments.
- Can be worn in the shower.
- Hip pads can be removed for laundering or replacement.
- #6019H EZ-ON Brief with high durability pad.

NEW! NEW! NEW! NEW!

### SIZING CHART

| Size | Waist Measurement | Hip Measurement |
|------|-------------------|------------------|
| S | 26"-30" or 71"-76cm | 35"-37" or 88"-93cm |
| M | 30"-34" or 76"-86cm | 37"-41" or 93"-104cm |
| L | 34"-38" or 86"-96cm | 41"-45" or 104"-114cm |
| XL | 38"-42" or 96"-106cm | 45"-49" or 114"-124cm |
| XXL | 42"-46" or 106"-116cm | 49"-53" or 124"-134cm |

### LAUNDERING INSTRUCTIONS:

Posey High Durability Hipsters contain denser foam than the standard Hipsters. This increased density aids in its ability to withstand higher hot washing and drying cycles.

Hipsters

High Durability Hipsters

    

J T Posey Company
Arcadia, CA 91006 USA
Tel: 800-447-6739
www.posey.com

 
#6017#6017H

 
#6018#6018H


#6019#6019H

#6016#6016H

# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- High impact-absorbing viscoelastic pads protect hip bones against injury from falls
- Soft, comfortable pads improve compliance versus hard-shelled products
- Washable to CDC standards for soiled linen without removing the pads
- 100% latex-free
- Five sizes for correct fit
- Discreet, low-profile pads are virtually undetectable under clothing

*Low Profile - All sizes fit discreetly under men's and women's clothing.*

## Posey Hipsters Proven Effective in Laboratory Test

Posey engaged Garwood Laboratories to conduct testing to select a comfortable and effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 30", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.

Testing was conducted by Garwood Laboratories.
Data on file at J.T. Posey Company *Source: www.madsci.org

**Special offer. 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.

**EXHIBIT 512**

# For Some Residents, Every Fall is a Big One



**✚ Posey®** | FIRST IN FALL MANAGEMENT

PC 1093

# Posey Hipsters Help Protect Against Injury From Falls



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- *High impact-absorbing viscoelastic pads protect hip bones against injury from falls*
- *Soft, comfortable pads improve compliance versus hard-shell products*
- *Washable to CDC guidelines for soiled linen without removing the pads*
- *100% latex-free*
- *Five sizes for correct fit*
- *Discreet, low-profile pads are virtually undetectable under clothing*




Posey Hipsters innerwear fit discretely under men's and women's clothing, as shown by these models who are wearing Standard Hipsters Briefs.

## Now, Posey Hipster Pads are available in two models!

All Posey Hipsters can be washed according to CDC guidelines for healthcare facilities. Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot 180°F (82°C) washing and high temperature drying cycles. Standard Hipsters will wash at 120°F (50°C) and dry at medium temperatures. The complete Guidelines for Laundry in Health Care facilities are available at: www.cdc.gov/od/ohs/biosfty/laundry.htm. The CDC states that "the risk of actual disease transmission from soiled linen is negligible" and "recent studies have shown that a satisfactory reduction of microbial contamination can be achieved at lower water temperatures of 72°-122°F (22°-50°C) when the cycling of the washer, the wash formula, and the amount of chlorine bleach are carefully monitored and controlled." CDC offers the following advice for home care, "In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely." [1] Lower wash/dry temperatures will prolong garment life.

### LAUNDERING INSTRUCTIONS:

| | | | |
|---|---|---|---|
| Hipsters | 120°F 50°C WASH HOT | CL BLEACH AS DIRECTED ON CONTAINER | DRY ON MEDIUM |
| High Durability Hipsters | 180°F 82°C WASH HOT 25 MIN. | CL BLEACH AS DIRECTED ON CONTAINER | DRY ON HIGH |

Posey High Durability Hipsters contain denser foam than the standard Hipsters. This increased density aids in its ability to withstand higher hot washing and drying cycles.

[1] www.cdc.gov/ncidod/hip/Sterile/laundry.htm

---

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.

PC 1094

# POSEY HIPSTERS INNERWEAR



### #6016 STANDARD BRIEF
- Easily fits over undergarments, or can be worn as underwear.
- Unisex sizing.
- #6016H Standard Brief with High Durability Pads.



### #6017 INCONTINENT BRIEF
- Snap front for easier application over diaper. Unisex sizing.
- #6017H Incontinent Brief with High Durability Pads.



### #6018 MALE FLY BRIEF
- Easily fits over undergarments, or can be worn as underwear.
- Fly front for improved compliance in male residents.
- #6018H Male Fly Brief with High Durability Pads.



### #6019 EZ-ON BRIEF
- Residents can wear their own undergarments.
- Can be worn in the shower.
- Hip pads can be removed for laundering or replacement.
- #6019H EZ-ON Brief with High Durability Pads.

## Posey Community Hipsters



### #6030 LADIES PANTIES
- Same look as regular day-to-day panties.
- Ladies model is made of soft pink cotton blend material and decorative pink lace with a small rose detail.
- Reinforced panty line.
- Latex free.



### #6031 MEN'S FLY BRIEF
- Designed to mirror men's regular briefs.
- Men's model is made of soft gray cotton blend material.
- Latex free.

# POSEY HIPSTERS OUTERWEAR



### #6007 SHORTS
- Soft, preshrunk polyester/cotton blend garment.
- Soft, inner lining holds High Durability Pads in place.
- Available in Ash Gray or Navy Blue.



### #6009 SWEATPANTS
- Soft, preshrunk polyester/cotton blend garment.
- Ankle zippers provide added comfort to swollen feet and ankles.
- Soft, inner lining holds High Durability Pads in place.
- Available in Ash Gray or Navy Blue.

| SIZING CHART | | | | | |
|---|---|---|---|---|---|
| Size | Waist Measurement | | | Hip Measurement | |
| XS | 26" - 28" | or | 66 - 71cm | 33" - 35"   or   83 - 88cm | |
| S | 28" - 30" | or | 71 - 76cm | 35" - 37"   or   89 - 94cm | |
| M | 30" - 34" | or | 76 - 86cm | 37" - 41"   or   94 - 104cm | |
| L | 34" - 38" | or | 86 - 96cm | 41" - 45"   or   104 - 114cm | |
| XL | 38" - 42" | or | 96 - 106cm | 45" - 49"   or   114 - 124cm | |
| XXL | 42" - 46" | or | 106 - 116cm | 49" - 53"   or   124 - 134cm | |

Note: Sweatpants and Shorts are available in sizes X-Small - X-Large only.

**PC 1095**





**Posey®** J.T. Posey Company • 5635 Peck Road, Arcadia, CA 91006-0020 USA
Phone: 800-447-6739 • Fax: 800-767-3933 • Web: www.posey.com

# Clinical References Supporting the Use of Hip Protectors

**Title:**             **External Hip Protectors to Prevent Osteoporotic Hip Fractures**
**Author:**            A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:**        The Lancet, volume 350, August 23, 1997

*Study Objectives:*    Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip frac-
tures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and
colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:*            The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms
a reduced risk for hip fractures of the same magnitude as the previous report ."

*Recommendations:* "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:**             **Prevention Of Hip Fracture in Elderly People**
**Author:**            Pekka Kannus, M.D., Ph.D., et al
**Publication:**     The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:*    The purpose of this study was "to determine whether an external hip protector would be effective in
preventing hip fractures among elderly adults." The study population was comprised of elderly adults
from 22 community based health-care centers in Finland; a treatment group of 653 and a control group
of 1,148 participants.

*Results:*            The degree of compliance with the hip protector was $48 \pm 29\%$. The hip protector group suffered 13
hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in
the control group.

*Recommendations:* "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an
anatomically designed external hip protector. Only 41 persons need to use the hip protectors for one
year (or 8 persons for five years) in order for one fracture to be prevented."

---

**NOTE:** Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is
protected from hip trauma.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please detach and fax to 1-626-443-5014, or call us at 1-800-44-POSEY to start your trial**



# yes!

I want to take advantage of
your 30-day trial offer. Please
have a representative call me
to discuss Posey Hipsters.

Name _____

Title _____

Facility _____

Address _____

City _____ State _____ Zip _____

Telephone _____ Best time to call ____ am ___ pm

Email _____



Fax or mail to:     **Posey Company**
Attn: Marketing Dept.
5635 Peck Road

**PC 1096**      ✚ **Posey**®    Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

**EXHIBIT 513**



# Posey® EZ On Hipsters™

In 1996, hospital admissions for hip fractures among people aged 65 and older totaled 340,000 and is expected to exceed 500,000 with a projected annual cost of $240 billion by the year 2040.[1] Tragically, half of all older adults hospitalized for hip fractures cannot return home or live independently after their injury and about one quarter will die within one year due to the fracture or related complications.[2]

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. These same studies also point out that patient compliance is a driving factor in product effectiveness. Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The low profile pads allow the Hipsters to be discreetly worn under clothing. These soft pads offer greater comfort when compared to hard shell style hip protectors. Patient comfort, coupled with the low profile design, helps increase patient compliance.

The EZ On Hipsters are applied around the waist and lower thigh using the hook-and-loop attachments, and allow the patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipsters to be worn during bathing.



EZ On Hipsters feature removable pads. Although the pads are removable, the Hipsters can be laundered with the pads in place. Removing the pads prior to laundering will help prolong the life of the product.

While no product can provide complete protection from hip fractures, Posey Hipsters will help to minimize the potential for damage that can occur from a fall.

**#6019 EZ On Hipsters**
**#6008 Replacement Pads, 1 pair**

## Application Instructions

1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The labels should be oriented towards the back and on the inside of the waistband.
3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.
6. Repeat steps 4 and 5 on right side.

## Laundering Instructions

Posey Hipsters may be washed according to CDC standards (see symbols below). Using the lower temperature washing and drying cycle for non-contaminated linen will prolong product life.

- If hook and loop does not adhere, it is most likely due to a collection of lint. Clean hook by brushing with a stiff brush.
- If pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.



#6019

### Sizing Chart

| Size | Waist Measurement | Hip Measurement |
|------|-------------------|-----------------|
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36"- 38" | 43" - 45" |
| XL | 40"- 42" | 47" - 49" |
| XXL | 44"- 48" | 51" - 53" |

### ⚠ WARNING

Due to the random possibilities of fall characteristics, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

### ⚠ WARNING

- Posey Hipsters contain foam pads that are sealed in a pouch to protect the foam.
- If the pouch is cut or the seal is broken in laundering, moisture will enter the pouch and compromise the impact absorption quality of the foam.
- Test pouch and foam integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel air or liquid escaping, or the foam feels soft and spongy, the pouch is damaged.
- Remove the damaged pouch and replace with a new one.



WASH HOT 160°F/71°C 25 MIN.    BLEACH AS DIRECTED ON CONTAINER    DRY ON LOW

1 Centers for Disease Control and Prevention, 3 Aug 2001, www.cdc.gov. 2 Rubenstein, Laurence, M.D., M.P.H. (2000) Hip Protectors – A Breakthrough in Fracture Prevention. The New England Journal of Medicine.

**J.T. Posey Company** 5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com.
EU AUTH. PERSON: (MDD 93/42/EEC) MDSS GmbH, Burckhardtstr. 1, D-30163, Hannover, Germany ⓒⒺ

© 2002 J.T. Posey Company. All rights reserved.

M5017 062003

**PC 0406**

# Clinical References Supporting the Use of Hip Protectors

| | |
|---|---|
| Title: | ***External Hip Protectors to Prevent Osteoporotic Hip Fractures*** |
| Author: | A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall |
| Publication: | The Lancet, volume 350, August 23, 1997 |

*Study Objectives:*  Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:*  The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report.."

*Recommendations:*  "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

| | |
|---|---|
| Title: | ***Prevention Of Hip Fracture in Elderly People*** |
| Author: | Pekka Kannus, M.D., Ph.D., et al |
| Publication: | The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000 |

*Study Objectives:*  The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:*  The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:*  "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector (for an average person for two years) in order for one fracture to be prevented."

---

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company.
*Source: www.madsci.org

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

**PC 0407**

**EXHIBIT 514**



# Posey® EZ On Hipsters™

In 1996, hospital admissions for hip fractures among people aged 65 and older totaled 340,000 and is expected to exceed 500,000 with a projected annual cost of $240 billion by the year 2040.[1] Tragically, half of all older adults hospitalized for hip fractures cannot return home or live independently after their injury and about one quarter will die within one year due to the fracture or related complications.[2]

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. These same studies also point out that patient compliance is a driving factor in product effectiveness. Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The low profile pads allow the Hipsters to be discreetly worn under clothing. These soft pads offer greater comfort when compared to hard shell style hip protectors. Patient comfort, coupled with the low profile design, helps increase patient compliance.

The EZ On Hipsters are applied around the waist and lower thigh using the hook-and-loop attachments, and allow the patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipsters to be worn during bathing.

EZ On Hipsters feature removable pads. Although the pads are removable, the Hipsters can be laundered with the pads in place. Removing the pads prior to laundering will help prolong the life of the product.

While no product can provide complete protection from hip fractures, Posey Hipsters will help to minimize the potential for damage that can occur from a fall.



**#6019 EZ On Hipsters**
**#6008 Replacement Pads, 1 pair**

## Application Instructions

1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The labels should be oriented towards the back and on the inside of the waistband.
3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.
6. Repeat steps 4 and 5 on right side.

## Laundering Instructions

For longest garment life wash hot, dry on low and bleach as directed on container. "Studies have shown that a satisfactory reduction of microbial contamination can be achieved at water temperatures lower than 160ºF if laundry chemicals suitable for low-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Instructions of the manufacturers of the machine and the detergent or wash additive should be followed closely."[3] Washing and drying cycles with higher temperatures will shorten garment life.

- If hook and loop does not adhere, it is most likely due to a collection of lint. Clean hook by brushing with a stiff brush.
- If pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.



#6019

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36"- 38" | 43" - 45" |
| XL | 40"- 42" | 47" - 49" |
| XXL | 44"- 48" | 51" - 53" |

**⚠WARNING**

Due to the random possibilities of fall characteristics, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

**⚠WARNING**

- Posey Hipsters contain foam pads that are sealed in a pouch to protect the foam.
- If the pouch is cut or the seal is broken in laundering, moisture will enter the pouch and compromise the impact absorption quality of the foam.
- Test pouch and foam integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel air or liquid escaping, or the foam feels soft and spongy, the pouch is damaged.
- Remove the damaged pouch and replace with a new one.

    

WASH HOT      BLEACH AS DIRECTED ON CONTAINER      DRY ON LOW

1 Centers for Disease Control and Prevention, 3 Aug 2001, www.cdc.gov. 2 Rubenstein, Laurence, M.D., M.PH. (2000) Hip Protectors – A Breakthrough in Fracture Prevention. The New England Journal of Medicine. 3 Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Sterilelaundry.htm

**J.T. Posey Company** 5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com
EU AUTH. PERSON: (MDD 93/42/EEC) MDSS GmbH, Burckhardtstr. 1, D-30163, Hannover, Germany       CE

© 2002 J.T. Posey Company. All rights reserved.     M5017 092804

**PC 1071**

# Clinical References Supporting the Use of Hip Protectors

Title:
Author:
Publication:

### External Hip Protectors to Prevent Osteoporotic Hip Fractures
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

Title:
Author:
Publication:

### Prevention Of Hip Fracture in Elderly People
Pekka Kannus, M.D., Ph.D., et al
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

PC 1072

**EXHIBIT 515**

5.17.05 0923



# *Posey® Hipsters™*

*Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall.*

**Hipsters are available in four styles:**
- *Standard Unisex Brief easily fits over undergarments, or can be worn as underwear.*
- *Incontinent Brief features a snap front for easier application over adult diapers.*
- *Male Fly Brief easily fits over undergarments, or can be worn as underwear.*
- *EZ-On Brief features a crotchless design that allows patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipster to be worn during bathing.*

*All Hipsters are available with original foam padding, or high durability padding designed to withstand laundering in large capacity machines at higher temperature hot washing cycles.*

[REF] **6016 Hipsters, Standard Brief**
[REF] **6017 Hipsters, Incontinent Brief**
[REF] **6018 Hipsters, Male Fly Brief**
[REF] **6019 Hipsters, EZ On**
[REF] **6008 Replacement Pads, 1 pair**
[REF] **6016H Hipsters, High Durability Pads, Standard Brief**
[REF] **6017H Hipsters, High Durability Pads, Incontinent Brief**
[REF] **6018H Hipsters, High Durability Pads, Male Fly Brief**
[REF] **6019H Hipsters, High Durability Pads, EZ On**
[REF] **6008H Replacement High Durability Pads, 1 pair**

## Application Instructions:

*Standard, Male Fly and Incontinent Brief Models*
With the Posey label in the back, put the Hipsters on as you would a pair of shorts, sliding them gently over the hips. Adjust to assure that the foam pads are properly aligned with and cover the hip joint.

### EZ On Model
1. Unfasten the hook and loop at the waist and thighs.

2. Wrap the garment around your waist. The labels should be at the back and on the inside of the waistband.

3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment, but should not feel tight or restrictive.

4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.

5. Secure the leg band around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.

6. Repeat steps 4 and 5 on the right side.

*1 Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Sterile/laundry.htm*



#6016 / #6016H          #6017 / #6017H



#6018 / #6018H          #6019 / #6019H

### Laundering Instructions
Posey Hipster with High Durability pads are designed to withstand laundering in higher temperature hot washing cycles. Hipsters can be washed according to CDC guidelines for soiled linen. However, using the lower temperature washing and drying cycle for non-contaminated linen will prolong product life. "Studies have shown that a satisfactory reduction of microbial contamination can be achieved at water temperatures lower than 160°F if laundry chemicals suitable for lower-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely."[1]

- Adhere hook and loop straps before laundering to prevent lint build-up on hook during laundry cycle. If hook and loop does not adhere due to lint, clean hook material with a stiff brush.
- If EZ On pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.

*Hipsters*
  
120°F/50°C WASH HOT    BLEACH AS DIRECTED ON CONTAINER    DRY ON MEDIUM

*High Durability Hipsters*
 
180°F/82°C WASH HOT 25 MIN.    BLEACH AS DIRECTED ON CONTAINER    DRY ON HIGH

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30"   or   71 - 76cm | 35" - 37"   or   88 - 93cm |
| M | 30" - 34"   or   76 - 86cm | 37" - 41"   or   93 - 104cm |
| L | 34" - 38"   or   86 - 96cm | 41" - 45"   or   104 - 114cm |
| XL | 38" - 42"   or   96 - 106cm | 45" - 49"   or   114 - 124cm |
| XXL | 42" - 46"   or   106 - 116cm | 49" - 53"   or   124 - 134cm |

**J.T. Posey Company**
5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com
© 2004 J.T. Posey Company. All rights reserved.

EC REP  MDSS Burckhardtstr. 1, 30163, Hannover, Germany  CE  M6139 012405

**PC 0404**

---

**⚠ WARNING**

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

Posey Hipsters contain foam pads that are sealed in a pouch to protect it from water. If the pouch is cut or the seal is broken during laundering, moisture will enter the pouch and may result in waterlogged foam. Waterlogged foam encased in the pouch may promote the growth of bacteria.
- Test the foam and pouch integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel liquid or air escaping, the pouch is damaged.
- If the pouch is damaged, discontinue use and discard.

---

## Clinical References Supporting the Use of Hip Protectors

**Title:**     ***External Hip Protectors to Prevent Osteoporotic Hip Fractures***
**Author:**     A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:**     The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:**     ***Prevention Of Hip Fracture in Elderly People***
**Author:**     Pekka Kannus, M.D., Ph.D., et al
**Publication:**     The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protectors. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories.
Data on file at J.T. Posey Company *Source: www.madsci.org

---

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

**PC 0405**

**EXHIBIT 516**



# *Posey® Hipsters™*

*Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall.*

*Hipsters are available in innerwear and outerwear models. Innerwear garments are made of a polyester/cotton/Lycra® blend. Outerwear garments are made of a soft, preshrunk polyester/cotton blend and are available in a choice of deep navy or ash gray.*

### Hipsters are available in six styles:



- *Standard Unisex Brief easily fits over undergarments, or can be worn as underwear.*
- *Incontinent Brief features a snap front for easier application over adult diapers.*
- *Male Fly Brief easily fits over undergarments, or can be worn as underwear.*
- *EZ-On Brief features a crotchless design that allows patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipster to be worn during bathing.*
- *Sweatpants that provide added comfort and warmth.*
- *Shorts that provide added comfort.*

*Hipsters Sweatpants and Shorts feature high durability padding. All other models are available with original foam padding, or high durability padding designed to withstand laundering in large capacity machines at higher temperature hot washing cycles.*

REF **6016 Hipsters, Standard Brief**
REF **6017 Hipsters, Incontinent Brief**
REF **6018 Hipsters, Male Fly Brief**
REF **6019 Hipsters, EZ On**
REF **6008 Replacement Pads, 1 pair**
REF **6016H Hipsters, High Durability Pads, Standard Brief**
REF **6017H Hipsters, High Durability Pads, Incontinent Brief**
REF **6018H Hipsters, High Durability Pads, Male Fly Brief**
REF **6019H Hipsters, High Durability Pads, EZ On**
REF **6008H Replacement High Durability Pads, 1 pair**
REF **6007A Hipsters Shorts, High Durability Pads, Ash Gray**
REF **6007N Hipsters Shorts, High Durability Pads, Navy**
REF **6009A Hipsters Sweatpants, High Durability Pads, Ash Gray**
REF **6009N Hipsters Sweatpants, High Durability Pads, Navy**

### Application Instructions:

*Standard, Male Fly, Incontinent Brief, Sweatpants and Shorts*

With the Posey label in the Back, step into the garment and gently slide it up over the hips. Adjust to assure that the foam pads are properly aligned with and cover the hip joint.

*EZ On Model*

1. Unfasten the hook and loop at the waist and thighs.

1 Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Sterile/laundry.htm





#6016 / #6016H    #6017 / #6017H



#6018 / #6018H    #6019 / #6019H




#6007A    #6009A

2. Wrap the garment around your waist. The labels should be at the back and on the inside of the waistband.

3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment, but should not feel tight or restrictive.

4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.

5. Secure the leg band around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.

6. Repeat steps 4 and 5 on the right side.



**J.T. Posey Company** • 5635 Peck Road • Arcadia, CA 91006-0020 USA
Phone 1- 800-447-6739 • Fax: 1-800-767-3933 • www.posey.com




MDSS
Burckhardtstr. 1,
D-30163, Hannover, Germany
© 2004 J.T. Posey Company. All rights reserved.    M6139 042805

PC 0402

**Laundering Instructions**

Posey Hipster with High Durability pads are designed to withstand laundering in higher temperature hot washing cycles. Hipsters can be washed according to CDC guidelines for soiled linen. However, using the lower temperature washing and drying cycle for non-contaminated linen will prolong product life. "Studies have shown that a satisfactory reduction of microbial contamination can be achieved at water temperatures lower than 160°F if laundry chemicals suitable for lower-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely."[1]

- Adhere hook and loop straps before laundering to prevent lint build-up on hook during laundry cycle. If hook and loop does not adhere due to lint, clean hook material with a stiff brush.
- If EZ On pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.

*Hipsters*     

*High Durability Hipsters*    

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| XS | 26" - 28"  or  66 - 71cm | 33" - 35"  or  83 - 88cm |
| S | 28" - 30"  or  71 - 76cm | 35" - 37"  or  88 - 93cm |
| M | 30" - 34"  or  76 - 86cm | 37" - 41"  or  93 - 104cm |
| L | 34" - 38"  or  86 - 96cm | 41" - 45"  or  104 - 114cm |
| XL | 38" - 42"  or  96 - 106cm | 45" - 49"  or  114 - 124cm |
| XXL | 42" - 46"  or  106 - 116cm | 49" - 53"  or  124 - 134cm |

Note: Sweatpants and shorts are available in sizes XS - XL only.

# Clinical References Supporting the Use of Hip Protectors

Title:   ***External Hip Protectors to Prevent Osteoporotic Hip Fractures***
Author:   A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
Publication:   The Lancet, volume 350, August 23, 1997

*Study Objectives:*   Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:*   The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

*Recommendations:*   "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

Title:   ***Prevention Of Hip Fracture in Elderly People***
Author:   Pekka Kannus, M.D., Ph.D., et al
Publication:   The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:*   The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:*   The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:*   "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protectors. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

**⚠ WARNING**

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

Posey Hipsters contain foam pads that are sealed in a pouch to protect it from water. If the pouch is cut or the seal is broken during laundering, moisture will enter the pouch and may result in waterlogged foam. Waterlogged foam encased in the pouch may promote the growth of bacteria.
- Test the foam and pouch integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel liquid or air escaping, the pouch is damaged.
- If the pouch is damaged, discontinue use and discard.

---

**J.T. Posey Company,** 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

**PC 0403**

**EXHIBIT 517**

# *Posey® Hipsters*™

Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall.

Hipsters are available in innerwear and outerwear models. Innerwear garments are made of a polyester/cotton/Lycra® blend. Outerwear garments are made of a soft, preshrunk polyester/cotton blend and are available in a choice of navy blue or ash gray.

### Hipsters are available in eight styles:

- Standard Unisex Brief easily fits over undergarments, or can be worn as underwear.
- Incontinent Brief features a snap front for easier application over adult diapers.
- Male Fly Brief easily fits over undergarments, or can be worn as underwear.
- EZ-On Brief features a crotchless design that allows patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ-On Hipster to be worn during bathing.
- Women's Brief has the same look as regular day-to-day panties and is made of a soft cotton blend material.
- Men's Brief mirror men's regular briefs and are made of a soft gray cotton blend material.
- Sweatpants provide added comfort and warmth.
- Shorts provide added comfort.

Hipsters Sweatpants and Shorts feature high durability padding. All other models are available with original foam padding, or high durability padding designed to withstand laundering in large capacity machines at higher temperature hot washing cycles.

- REF 6016 Hipsters, Standard Brief
- REF 6017 Hipsters, Incontinent Brief
- REF 6018 Hipsters, Male Fly Brief
- REF 6019 Hipsters, EZ-On
- REF 6008 Replacement Pads, 1 pair
- REF 6016H Hipsters, High Durability Pads, Standard Brief
- REF 6017H Hipsters, High Durability Pads, Incontinent Brief
- REF 6018H Hipsters, High Durability Pads, Male Fly Brief
- REF 6019H Hipsters, High Durability Pads, EZ-On
- REF 6008H Replacement High Durability Pads, 1 pair
- REF 6007A Hipsters Shorts, High Durability Pads, Ash Gray
- REF 6007N Hipsters Shorts, High Durability Pads, Navy
- REF 6009A Hipsters Sweatpants, High Durability Pads, Ash Gray
- REF 6009N Hipsters Sweatpants, High Durability Pads, Navy
- REF 6030 Hipsters Women's Brief
- REF 6031 Hipsters Men's Brief

PC 1051

## INNERWEAR


#6016 / #6016H


#6017 / #6017H


#6018 / #6018H


#6019 / #6019H


#6030


#6031

### Application Instructions:

*Standard, Male Fly, Incontinent Brief, Sweatpants and Shorts, Women's and Men's Briefs*
With the Posey label in the Back, step into the garment and gently slide it up over the hips. Adjust to assure that the foam pads are properly aligned with and cover the hip joint.

*EZ-On Model*
1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The label should be at the back and on the inside of the waistband.

---

**⊕ Posey®**  |  J.T. Posey Company • 5635 Peck Road • Arcadia, CA 91006-0020 USA
Phone 1- 800-447-6739 • Fax: 1-800-767-3933 • www.posey.com

EC REP  MDSS
Burckhardtstr. 1,
D-30163, Hannover, Germany

C E

© 2005 J.T. Posey Company. All rights reserved.    M6139 083105

3. Fasten the hook and loop at the front of your waist. The waist-band should be securely fastened to allow minimal shifting of the garment, but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure the leg band around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place, without restricting circulation.
6. Repeat steps 4 and 5 on the right side.

**Laundering Instructions**

All Posey Hipsters can be washed according to CDC guide-lines for healthcare facilities. Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot 180°F (82°C) washing and high temperature drying cycles. Standard Hipsters will wash at 120°F (50°C) and dry at medium temperatures. The complete Guidelines for Laundry in Health Care facilities are available at: www.cdc.gov/od/ohs/biosfty/laundry.htm. The CDC states that "the risk of actual disease transmission from soiled linen is negligible" and "recent studies have shown that a satisfactory reduction of microbial contamination can be achieved at lower water temperatures of 72°-122°F (22°-50°C) when the cycling of the washer, the wash formula, and the amount of chlorine bleach are carefully monitored and controlled." CDC offers the following advice for home care, "In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely."[1] Lower wash/dry temperatures will prolong garment life.

- Adhere hook and loop straps before laundering to prevent lint build-up on hook during laundry cycle. If hook and loop does not adhere due to lint, clean hook material with a stiff brush.
- If EZ-On pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.

*Hipsters*  120°F/50°C WASH HOT | CL BLEACH AS DIRECTED ON CONTAINER | DRY ON MEDIUM

*High Durability Hipsters*  180°F/82°C WASH HOT 25 MIN. | CL BLEACH AS DIRECTED ON CONTAINER | DRY ON HIGH

[1] www.cdc.gov/ncidod/hip/Sterile/laundry.htm

**OUTERWEAR**



#6007A



#6007N



#6009A



#6009N

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| XS | 26" - 28"  or  66 - 71cm | 33" - 35"  or  83 - 88cm |
| S | 28" - 30"  or  71 - 76cm | 35" - 37"  or  88 - 93cm |
| M | 30" - 34"  or  76 - 86cm | 37" - 41"  or  93 - 104cm |
| L | 34"- 38"  or  86 - 96cm | 41" - 45"  or 104 - 114cm |
| XL | 38"- 42"  or  96 - 106cm | 45" - 49"  or 114 - 124cm |
| XXL | 42"- 46"  or 106 - 116cm | 49" - 53"  or 124 - 134cm |

Note: Sweatpants and shorts are available in sizes XS - XL only.

**⚠ WARNING**

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

Posey Hipsters contain foam pads that are sealed in a pouch to protect it from water. If the pouch is cut or the seal is broken during laundering, moisture will enter the pouch and may result in waterlogged foam. Waterlogged foam encased in the pouch may promote the growth of bacteria.
- Test the foam and pouch integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel liquid or air escaping, the pouch is damaged.
- If the pouch is damaged, discontinue use and discard.

PC 1052

**EXHIBIT 518**



"In an independent laboratory test designed to simulate a fall causing direct impact to the greater trochanter, the Posey Hipster III reduced the impact force by 90%, the best results of any hip protector available."

**EXHIBIT 519**

| From: | Jeffrey Yates |
| --- | --- |
| Sent: | Friday, July 27, 2001 5:30 PM |
| To: | 'Robert.Weaver2@med.va.gov'; Gary Platzman |
| Cc: | Dorene.Opava-Rutter@med.va.gov; Vicky Walters; Ernie Posey; 'jim.mcfall@med.va.gov' |
| Subject: | Impact Data regarding Posey Hipsters |



HipsterIII VA.doc

Greetings,

Thank you for your message Bob.

Attached to this email is an outline of the impact tests that were recently completed on the New Posey Hipster III product. The New Posey Hipster III absorbs 90% of the impact force of a fall (27% better performance than the current Hipster product).

Manufacturing will begin in a few weeks and I expect we will be in-stock and ready to ship near the end of August.

Vicky and I would like to meet with you early next week to review this study, present the falls research papers we have collected and most importantly, discuss the correlation of the data from the 1994 and 1999 Finnish and studies to the laboratory tests completed on our product this week through an independent testing facility.

If you are in agreement with the test results, Vicky and I would like to work with you on test protocols for a clinical trial on this product and any other products of interest. As Gary and I mentioned during our visit, Posey will provide a reasonable quantity of the Hipster III for clinical trials at NO COST. This is how confident we are that the new Posey Hipster III is the best energy absorbing external hip protector on the market.

I left voicemails for Dr. Rutter and Bob Weaver today (7/27) and will follow-up with another call on Monday to confirm receipt of this email.

I hope you have/had a great weekend.
--------------------------------

---

Jeffrey Yates
Director of Marketing
J.T. Posey Company
5635 Peck Road
Arcadia, CA  91006
(626) 443-3143 x102
(626) 443-5064 - Fax
jyates@posey.com

PC 0853



# Posey Company

**5635 Peck Road**
**Arcadia, CA 91006-0020 USA**
**Web: www.posey.com**

*Victoria Walters*
*Product Manager*
*Tel: (626) 443-3143 Ext. 181*
*Fax: (626) 443-5064*
*Email: vwalters@posey.com*

---

### Posey Impact Test Results
### July 26, 2001

---

The graph below depicts the level of impact reduction from different commercially available hip protector products sold in the US when tested according to the following protocol.

1. Tests were conducted using a guided drop tower
   - missile weight = 72.5lbs
   - contact surface = 6 inches in diameter
   - drop height – 28.5 inches
1. Three drops per specimen
2. Three-minute recovery time between drops
3. All measurements were recorded in G-Force
4. A baseline of 2,660G was used to measure impact absorption. We estimate that 2,660G's is the approximate impact force to the area of the greater trochanter for a 120lb person falling from a height of 36".



Deposition of Victoria Lewis
Date December 15, 2005
Plaintiff's Exhibit 90
For Indentification
Denise Herft, CSR 12983    Manufacturers and worldwide distributors of quality healthcare products since 1937

CONFIDENTIAL
ATTY'S EYES ONLY

PC 0852