# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE HIPSAVER COMPANY, INC., | ) | |
| Plaintiff / Counterclaim Defendant, | ) | |
| | ) | |
| v | ) | Civil Action No. 05-10917 PBS |
| | ) | |
| J.T. POSEY COMPANY, | ) | |
| Defendant / Counterclaim Plaintiff. | ) | |
| | ) | |

## HIPSAVER'S REPLY TO POSEY'S FURTHER SUBMISSION FOR CLARIFICATION REGARDING PUBLICATION OF ITS PROMOTIONAL MATERIALS

In response to the court's request for clarification concerning the Posey Garwood advertisements at issue in this lawsuit, Posey submitted a chart listing all Posey advertisements referencing tests conducted at Garwood Laboratories from 2001 through 2005. [D.N. 216].  With this Reply, HipSaver submits the *complete* list of Garwood advertisements, including additional advertisements not identified in Posey's Submission. *See* **Exhibit** A.

In HipSaver's Exhibit A, the chart identifies each document number and the date marked on each Garwood advertisement distributed by Posey from 2001 through 2005. This date can be found in small print in virtually every advertisement and appears to be the only concrete evidence of publication or distribution that is available for these advertisements.  These dates are circled for the court's convenience in the attached **Exhibits** 1-31.

With reference to a previously submitted declaration by Victoria Lewis, Posey now claims that three advertisements were distributed during the Posey I litigation and

through the effective date of the Posey I Settlement Agreement in mid September 2004. As noted in the chart below, the dates published on the advertisements suggest that these advertisements were published and distributed *before* the start of the 2004 litigation and predate the September 22, 2004, Settlement Agreement.

| Exhibit No. | Bates No. | Date Printed on the Advertisement |
|-------------|-----------|-----------------------------------|
| Exh. 508    | PC5935-5938 | 9/26/03 |
| Exh. 513    | PC0406-PC0407 | 06/2003 |
| Exh. 518    | PC 5699   | 2001 |

Given that the dates printed on these advertisements predate the 2004 litigation and Settlement Agreement, Ms. Lewis' testimony to the contrary raises a genuine issue of material fact as to the distribution dates of these materials.

Ms. Lewis' declaration cannot credibly support Posey's claims of continuous distribution because Ms. Lewis does not have adequate personal knowledge to testify regarding the sales, advertising or marketing of the Hipster product. Ms. Lewis is a product manager and does not have any responsibilities relating to the logistics of publication or distribution of Posey advertisements. In fact, through the 2004 settlement, John Frymark was Posey's Vice President of Marketing. And in a declaration submitted to this court in July 2004 for the Posey I lawsuit, Mr. Frymark stated that he – not Ms. Lewis – was responsible for "developing and executing marketing plans and goals and planning and overseeing advertising and promotional activities." *See* **Exhibit** B, Frymark Declaration at ¶2. Clearly, Mr. Frymark is the person who would have had direct knowledge of what was distributed and when during Posey I; yet he has not submitted a declaration in this case.

At deposition, Ms. Lewis testified that she does not have any knowledge pertaining to mailings to Posey customers:

> Q: Does your company give the institution any information?
> A: We give them our catalog with the product information in it
> Q: Do you give them any other information?
> A: I don't know. I don't sell. I'm not on the sales team. I don't know.

**Exhibit** C, Deposition of Victoria Lewis, December 15, 2006, p. 24-25. This testimony applies equally to Ms. Lewis' knowledge of advertising mailers because the laundering instructions was often coupled with a Garwood advertisement and mailed together.

HipSaver does not argue that Ms. Lewis 'knows nothing about advertising'; rather, HipSaver simply argues that Ms. Lewis, who is a product manager but who is not involved in marketing, sales, or advertising, does not know *enough* to credibly offer a fact based declaration relating to advertisement distribution. The sum and substance of her knowledge is derived from some manner of review of "documents that Posey used in connection with that marketing and, most importantly, upon a review of the business records Posey keeps in connection with its advertising of Hipster products". Posey's Further Submission, [D.N. 216] at 11. No showing has been made that Ms. Lewis, who doesn't know, doesn't sell, and is not on the sales team, is somehow qualified to interpret business related to advertising when she has no role in sales, advertising, or marketing. Moreover, despite Ms. Lewis' questionable testimony based on these records, Posey has never produced the "business records" to HipSaver – or to the court for its independent evaluation. As such, Posey continues to demand acceptance of its claim to continuous advertising during Posey I because it says so. That cannot carry its burden.

Without actual evidence of the dates of distribution of the advertisements, there remains (at the very least) a genuine issue of material fact as to whether the Garwood ads were distributed during the Posey I litigation and up through the effective date of the Posey I Settlement Agreement in mid September 2004. In sum, Posey's Submission does nothing to resolve this issue; and HipSaver maintains that the Garwood ads had been abandoned during the Posey I litigation. Furthermore, of course, Posey's Submission does not resolve ambiguities in the Posey I Settlement Agreement. There remains an ambiguity as to whether the Settlement Agreement covers any advertising unrelated to the UCLA advertisements challenged in Posey I, whether or not there was abandonment during the Posey I litigation. At the very least, however, it is clear that the Settlement Agreement was not prospective and did not release Posey from liability for its revival of its false Garwood ads *after* September 22, 2004. *See* ¶ 11 in the Posey I Settlement Agreement which is expressly limited to claims "which were asserted or could be asserted ***prior to the date*** of this Agreement". [emphasis added].

## CONCLUSION

Posey's latest Submission does not resolve the issue of its abandonment of the Garwood ads during the first lawsuit, and it does not resolve ambiguities in the Posey I Settlement Agreement. Material issues of fact remain, as pointed out in HipSaver's earlier Memorandums. HipSaver's Opposition to Defendant J.T. Posey Company's Motion for Summary Judgment on Plaintiff's Complaint [D.N. 179]; HipSaver's Reply in Further Support of Its Motion for Partial Summary Judgment on the Complaint and in Further Opposition to Posey's Cross Motion on the Complaint. [D.N. 198]. These matters

should be resolved properly by a jury. *Nadherny v. Roseland Property Co., Inc.,* 390 F.3d

44 (1st Cir. 2004).


Respectfully submitted
The HipSaver Company, Inc.
By its Attorneys,


/s/  Courtney M. Quish
Lee Carl Bromberg, BBO No.:  058480
Edward J. Dailey, BBO No.:  112220
Courtney M. Quish, BBO No.:  662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004  Fax
cquish@bromsun.com
March 5, 2007

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.


/s/   Courtney M. Quish
Courtney M. Quish


02820/00502 629110.1

# EXHIBIT A

**EXHIBIT A**

**Posey Advertisements distributed between 2001 and 2005 that reference tests conducted by Garwood Laboratories**

| EXHIBIT NO. | DATE OF CIRCULATION ESTIMATED BY POSEY | ADVERTISEMENTS CONTAINING GARWOOD REFERENCES as listed by Posey | ADDITIONAL ADVERTISEMENTS CONTAINING REFERENCES TO GARWOOD | DATE (as marked on each advertisement) |
|---|---|---|---|---|
| 1 | 2001 | PC1025-PC1026 | | Date not legible |
| 2 | | PC852 | | 7/26/01 |
| 3 | | PC0853 | | 7/27/01 |
| | | Screenshot from Hipsters III | | 2001 |
| 4 | 2001-2002 | PC3006-PC3007 | | 11/02/01 |
| 5 | | PC1029-PC1030 | | 2002 Catalog |
| 6 | 2002 | | PC3002-3005 | 11/06/02 |
| 7 | | | PC408-409 | 12/13/02 |
| 8 | | | PC1073-PC1076 | 12/13/02 |
| 9 | | | PC1031-PC1032 | 2002 Catalog |
| 10 | 2002-2003 | PC3008-PC3009 | | 04/23/02 |
| 11 | | PC0410 | | 09/17/02 |
| 12 | | PC1806-PC1809 | | 12/13/02 |
| 13 | | PC1033-PC1035 | | 2003 Catalog |
| 14 | 2003 | | PC 3000 | 2/11/03 |
| 15 | 2003-2004 | PC0406-0407 (HS2 0818-19) | | 06/2003 |
| 16 | | PC1810-PC1813 | | 09/26/03 |

**EXHIBIT A**

**Posey Advertisements distributed between 2001 and 2005 that reference tests conducted by Garwood Laboratories**

| EXHIBIT NO. | DATE OF CIRCULATION ESTIMATED BY POSEY | ADVERTISEMENTS CONTAINING GARWOOD REFERENCES as listed by Posey | ADDITIONAL ADVERTISEMENTS CONTAINING REFERENCES TO GARWOOD | DATE (as marked on each advertisement) |
|---|---|---|---|---|
| 17 | 2004 | | PC1065-1066 (contains Garwood graph but does not contain Garwood text) | Mock-up dated 09/28/04 |
| 18 | | | PC1077-1080 (contains Garwood graph but does not contain Garwood text) | 10/27/04 |
| 19 | | | PC5724-5727 (contains Garwood graph but does not contain Garwood text) | 10/27/04 |
| 20 | | | HS2 063 | No date available |
| 21 | 2004-2005 | PC1071-1072 | | 09/28/04 |
| 22 | | PC1739-1742 | | 10/27/04 |
| 23 | 2005 | PC1743-1746 | | 01/03/05 |
| 24 | | | PC1081-1084 | 01/03/05 |
| 25 | | | PC1804-1805 | 01/03/05 |
| 26 | | PC0402-0403 | | 04/28/06 |
| 27 | | PC0404-PC0405 | | 01/24/05 |
| 28 | | HS2 0058-59 | | 01/24/05 |
| 29 | | PC1051-1052 | | Date not legible |
| 30 | | PC1093-1096 | | Mock-up dated 9/2/05 |
| 31 | | PC400-401 | | No date available |

# EXHIBIT 1



# Posey Hipsters
### A better way to protect your patients





#### #6016 Standard Unisex Brief



#### #6017 Incontinent Brief



*Posey Hipsters can be worn discreetly under clothing.*

- Soft foam pads help minimize potential damage that can occur from a fall.
- Low profile, ¼" thick pads allow the Hipster to be virtually undetectable under clothing.
- Discreet low-profile pads with soft foam help improve patient compliance.
- NO ASSEMBLY REQUIRED – Completely launderable according to CDC standards for soiled linen WITHOUT removing the pads.
- 100% Latex Free
- Incontinent brief features a snap front for easier application over adult diapers. May also be worn as a male fly model.
- Available in five sizes to ensure proper fit.

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36"- 38" | 43" - 45" |
| XL | 40"- 42" | 47" - 49" |
| XXL | 44"- 48" | 51" - 53" |

See reverse

PC 1025

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

MK116  6920

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org


## Care Alternatives Division

For more information or to place an order, contact your
Posey District Manager or call 1-800-44-POSEY

**PC 1026**

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

# EXHIBIT 2



# Posey Company

**5635 Peck Road**
**Arcadia, CA 91006-0020 USA**
**Web: www.posey.com**

*Victoria Walters*
*Product Manager*
*Tel: (626) 443-3143 Ext. 181*
*Fax: (626) 443-5064*
*Email: vwalters@posey.com*

---

### Posey Impact Test Results
### July 26, 2001

---

The graph below depicts the level of impact reduction from different commercially available hip protector products sold in the US when tested according to the following protocol.

1.  Tests were conducted using a guided drop tower
    - missile weight = 72.5lbs
    - contact surface = 6 inches in diameter
    - drop height – 28.5 inches
1.  Three drops per specimen
2.  Three-minute recovery time between drops
3.  All measurements were recorded in G-Force
4.  A baseline of 2,660G was used to measure impact absorption. We estimate that 2,660G's is the approximate impact force to the area of the greater trochanter for a 120lb person falling from a height of 36".



## Hip Protector Impact Reduction Rate Comparison

Deposition of *Victoria Lewis*
Date *December 15, 2005*
*Plaintiff's* Exhibit *90*
For Indentification
Denise Herft, CSR 1298?

Manufacturers and worldwide distributors of quality healthcare products since 1937

CONFIDENTIAL
ATTY'S EYES ONLY

PC 0852

# EXHIBIT 3

**Lee Rash**

From:        Jeffrey Yates
Sent:        Friday, July 27, 2001 5:30 PM
To:          'Robert.Weaver2@med.va.gov'; Gary Platzman
Cc:          Dorene.Opava-Rutter@med.va.gov; Vicky Walters; Ernie Posey; 'jim.mcfall@med.va.gov'
Subject:     Impact Data regarding Posey Hipsters



HipsterIII VA.doc

                Greetings,

Thank you for your message Bob.

Attached to this email is an outline of the impact tests that were
recently completed on the New Posey Hipster III product. The New Posey
Hipster III absorbs 90% of the impact force of a fall (27% better
performance than the current Hipster product).

Manufacturing will begin in a few weeks and I expect we will be in-stock
and ready to ship near the end of August.

Vicky and I would like to meet with you early next week to review this
study, present the falls research papers we have collected and most
importantly, discuss the correlation of the data from the 1994 and 1999
Finnish and studies to the laboratory tests completed on our product
this week through an independent testing facility.

If you are in agreement with the test results, Vicky and I would like to
work with you on test protocols for a clinical trial on this product and
any other products of interest. As Gary and I mentioned during our
visit, Posey will provide a reasonable quantity of the Hipster III for
clinical trials at NO COST. This is how confident we are that the new
Posey Hipster III is the best energy absorbing external hip protector on
the market.

I left voicemails for Dr. Rutter and Bob Weaver today (7/27) and will
follow-up with another call on Monday to confirm receipt of this email.

I hope you have/had a great weekend.
--------------------------------
Jeffrey Yates
Director of Marketing
J.T. Posey Company
5635 Peck Road
Arcadia, CA  91006
(626) 443-3143 x102
(626) 443-5064 - Fax
jyates@posey.com

-----Original Message-----
From: Robert.Weaver2@med.va.gov [mailto:Robert.Weaver2@med.va.gov]
Sent: Thursday, July 26, 2001 8:05 AM
To: Gary Platzman; Jeffrey Yates
Cc: Dorene.Opava-Rutter@med.va.gov
Subject: VA Hip protectors

Good morning,
I wanted to keep you both updated on our progress here at the falls
clinic
in WLA. The executive manager of prosthetics, James McFall, cleared the

CONFIDENTIAL
ATTY'S EYES ONLY

PC 0853

1

# EXHIBIT 4



# Posey® Hipsters
## A better way to protect your patients





#6016 Standard Unisex Brief



#6017 Incontinent Brief



*Posey Hipsters can be worn discreetly under clothing.*

- Soft foam pads help minimize potential damage that can occur from a fall.
- Low profile, ½" thick pads allow the Hipster to be virtually undetectable under clothing.
- Discreet low-profile pads with soft foam help improve patient compliance.
- NO ASSEMBLY REQUIRED – Completely launderable according to CDC standards for soiled linen WITHOUT removing the pads.
- 100% Latex Free
- Incontinent brief features a snap front for easier application over adult diapers. May also be worn as a male fly model.
- Available in five sizes to ensure proper fit.

| Sizing Chart | | |
| --- | --- | --- |
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

POSEY *CA*
*Care Alternatives Division*

PC 3006

For more information or to place an order, contact your
Posey District Manager or call 1-800-44-POSEY

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing materi-
al as of July 2001. A test was created that would simulate a fall causing direct impact to the greater
trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a
height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The
baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of
a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force
than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced
the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company.
*Source: www.madsci.org

# Clinical References Supporting the Use of Hip Protectors

---

| Title: | *External Hip Protectors to Prevent Osteoporotic Hip Fractures* | **PC 3007** |
| Author: | A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall | |
| Publication: | The Lancet, volume 350, August 23, 1997 | |

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One
expectation was to either confirm or disprove the Lauritzen and colleagues 1993 reported findings.

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced
risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

| Title: | *Prevention Of Hip Fracture in Elderly People* |
| Author: | Pekka Kannus, M.D., Ph.D., et al |
| Publication: | The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000 |

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip
fractures among elderly adults." The study population was comprised of elderly adults from 22 community based
health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures,
9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically
designed external hip protector. Only 41 persons need to use the hip protector for one year for 8 persons, for five
years, in order for one fracture to be prevented."

---

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

M602 10201

# EXHIBIT 5

# P O S E Y *CA*
## *Care Alternatives Division*



**2002**
Restraint Alternatives

PC 1029

# POSEY CA
*Alternatives in Care*

# FALL PREVENTION

## POSEY HIPSTER III
*Indications: Patients at risk for falling; those at risk for hip fracture.*



#6016



#6017

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. The Posey Hipster III features impact absorbing pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra® with a low-profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipster III to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipster III is available in two styles; standard unisex and incontinent models. The standard unisex brief easily slips on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipster III fits comfortably around the patient's waist and features a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex-free.

| CAT# | STYLE |
|---|---|
| 6016 | Hipsters III Standard Brief (Replaces Posey #6010 unisex Hipster brief) |
| 6017 | Hipsters III Incontinent Brief (Replaces Posey #6011 Incontinent Hipster II brief) |

| SIZE | WAIST SIZE | HIP SIZE |
|---|---|---|
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



*Low Profile – Both styles fit discreetly under clothing.*



Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective commercially available impact absorbing material. In July 2001, it was created that used similar traits using direct impact to the wearer, In this study, a weighted wooden ball was guided drop to simulate a 120 lb. subject falling from a height of 36" or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement obtained force was determined to be a fall directly onto concrete. The G-force of a fall under this scenario was 2,660 G's and, for purposes of comparison, is just slightly less impact force than a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster III reduced the impact force by 90% and showed excellent impact energy absorption.
*Source: www.madsci.org.

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company

# EXHIBIT 6

# FOR SOME RESIDENTS,



## POSEY HIPSTERS

r's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. High energy-absorbing, viscoelastic foam pads built into Hipsters increase the odds of surviving a fall uninjured. They are comfortable and slim enough to be virtually undetectable beneath clothing.

By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

### IMPACT REDUCED BY 90%

An independent laboratory study simulated the fall of a 120-lb object onto concrete from a height of 36". Posey Hipster pads reduced the impact force by 90%.

Data on file at J.T. Posey Company.





### SPECIAL OFFER:

30-day no-obligation free trial.

Test the new Hipster for yourself at no charge. Call or visit our Website today to start your free trial.

POSEY *CA*
*Care Alternatives Division*

**Fall Protection That Fits**

PC 3002

©2002 J.T. Posey Company   J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020  www.posey.com  1-800-44-POSEY

MR 1228

# POSEY CA
*Alternatives in Care*

## POSEY HIPSTERS







**NEW!**

Indications: Patients at risk for falling, those at risk for hip.

Studies have documented the efficacy of external hip protectors in preventing hip fractures. Posey Hipsters feature impact absorbing pads over the critical hip fracture area to minimize potential damage, including hip fractures, that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra with a low profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipsters to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipsters are available in three styles: standard unisex brief, male fly brief, and incontinent models. The standard unisex brief and male fly models easily slip on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipsters fit comfortably around the patient's waist and feature a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex Free.

| CAT. # | STYLE |
|--------|-------|
| 6016 | Hipsters Standard Brief |
| 6017 | Hipsters Incontinent Brief |
| 6018 | Hipsters Male Fly Brief |

| SIZE | WAIST SIZE | HIP SIZE |
|------|-----------|----------|
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



Low Profile – All styles fit discreetly under men's and women's clothing.

1-800-44-POSEY
www.posey.com





Sitter II shown with wheelchair mounting bracket #8289.



#8280H Sitter II  Alarm Package

WITH VOICE!

*With voice, 10 tones, variable delay, volume control and nurse call interface.*

## POSEY SITTER II® FALL PREVENTION MONITOR



LIFETIME WARRANTY

Indication: Patients at risk for falling; for fall assess~

The Posey Sitter II offers caregivers the best of fall prevention in one simple-to-use, non-invasive unit. The lightweight design along with multiple bracket options allows the monitor to be strategically placed out of patient's reach. Indicator lights, visible from all angles, allow caregivers to verify alarm status at a glance, day or night.

Designed for use with one of many bed or chair sensor options, the Posey Sitter II allows caregivers the flexibility to select the suitable sensor for individual patient care. 10 alarm tones, combined with the personalized recording, help to extend the caregiver's reach, reduce patient agitation, minimize facility noise, and differentiate between different patients and other alarms within the facility. Caregivers can also choose from four alarm modes; Voice Only, Tone Only, Voice and Tone, or Mute to allow roommate's undisturbed sleep. Nurse call interface provides dual staff notification while the time delay accommodates restless sleepers and eliminates false alarms.

The "HOLD" feature allows the patient to be away from the bed or chair for up to six hours without having to adjust the alarm settings. Alarm automatically resets and resumes monitoring once the patient returns. This helps ensure continuity of care and continuous patient monitoring.

PC 3004



# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE.



PC 3005

www.posey.com
J.T. Posey Company
5635 Peck Road, Arcadia, CA 91006-0020

POSEY CA
Care Alternatives Division

# EXHIBIT 7

# POSEY HIPSTERS PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- High impact-absorbing viscoelastic pads protect hip bones against injury from falls
- Soft, comfortable pads improve compliance versus hard-shelled products
- Washable to CDC standards for soiled linen without removing the pads
- 100% latex-free
- Five sizes for correct fit
- Discreet, low-profile pads are virtually undetectable under clothing

**PROVEN IMPACT REDUCTION**
In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company



*Low Profile – All styles fit discreetly under men's and women's clothing.*

## P O S E Y *CA*
*Care Alternatives Division*

PC 0408

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.

# Clinical References Supporting the Use of Hip Protectors

| | |
|---|---|
| Title: | ***External Hip Protectors to Prevent Osteoporotic Hip Fractures*** |
| Author: | A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall |
| Publication: | The Lancet, volume 350, August 23, 1997 |

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

| | |
|---|---|
| Title: | ***Prevention Of Hip Fracture in Elderly People*** |
| Author: | Pekka Kannus, M.D., Ph.D., et al |
| Publication: | The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000 |

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was $48 \pm 29\%$. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

Please detach and fax to 1-800-767-3933, or call us at 1- 800-44-POSEY to start your trial

# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



| | |
|---|---|
| Name | |
| Title | |
| Institution | |
| Address | |
| City | State    Zip |
| Telephone (    ) | Best time to call    am    pm |



Fax or mail to:

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020
Fax 800-767-3933

**PC 0409**



# EXHIBIT 8

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE



P O S E Y *CA*
*Care Alternatives Division*

PC 1073

# POSEY HIPSTERS
# PROTECT AGAINST INJURY
# FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- High impact-absorbing viscoelastic pads protect hip bones against injury from falls
- Soft, comfortable pads improve compliance versus hard-shelled products
- Washable to CDC standards for soiled linen without removing the pads
- 100% latex-free
- Five sizes for correct fit
- Discreet, low-profile pads are virtually undetectable under clothing

**PROVEN IMPACT REDUCTION**
In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company



*Low Profile - All styles fit discreetly under men's and women's clothing.*

P O S E Y *CA*
*Care Alternatives Division*

PC 1074

Special offer: 30-day no-risk free trial
Test the Posey Hipster for yourself with no obligation to buy



### #6016 HIPSTERS STANDARD BRIEF

- *Easily fits on over undergarments, or can be worn as underwear.*

- *Unisex sizing*

### #6017 INCONTINENT BRIEF

- Snap front for easier application over diaper

- Unisex sizing

### #6018 MALE FLY BRIEF

- *Easily fits on over undergarments, or can be worn as underwear*

- *Fly front for improved compliance in male residents*

| SIZING CHART | | |
|------|-------------------|-----------------|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36"- 38" | 43" - 45" |
| XL | 40"- 42" | 47" - 49" |
| XXL | 44"- 48" | 51" - 53" |



**FALL FACTS**

The total annual cost of hip fractures is projected to reach $240 billion by the year 2040.
(Source: Centers for Disease Control and Prevention, 3 Aug 2001, www.cdc.gov)

- Approximately 95% of hip fractures are caused by falls. (Source: Centers for Disease Control and Prevention, 3 Aug 2001, http://www.cdc.gov)

PC 1075

# Clinical References Supporting the Use of Hip Protectors

**Title:**          *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
**Author:**          A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:**          The Lancet, volume 350, August 23, 1997

*Study Objectives:*          Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:*          The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

*Recommendations:*          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

**Title:**          *Prevention Of Hip Fracture in Elderly People*
**Author:**          Pekka Kannus, M.D., Ph.D., et al
**Publication:**          The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:*          The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:*          The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:*          "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

Please detach and fax to 1-800-767-3933, or call us at 1- 800-44-POSEY to start your trial

# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



| | |
|---|---|
| Name | |
| Title | |
| Institution | |
| Address | |
| City | State Zip |
| Telephone ( ) | Best time to call am pm |

Fax or mail to:        J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020
Fax 800-767-3933

**PC 1076**


M6076 121302

# EXHIBIT 9



2

0

0

2



PC 1031

# POSEY CA
*Alternatives in Care*

# FALL PREVENTION

## POSEY HIPSTER III

*Indications: Patients at risk for falling; those at risk for hip fracture.*



#6016



#6017

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. The Posey Hipster III features impact absorbing pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra® with a low-profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipster III to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipster III is available in two styles; standard unisex and incontinent models. The standard unisex brief easily slips on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipster III fits comfortably around the patient's waist and features a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex-free.

| CAT.# | STYLE |
|-------|-------|
| 6016 | Hipsters III Standard Brief (Replaces Posey #6010 unisex Hipster brief) |
| 6017 | Hipsters III Incontinent Brief (Replaces Posey #6011 Incontinent Hipster II brief) |

| SIZE | WAIST SIZE | HIP SIZE |
|------|-----------|----------|
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



*Low Profile – Both styles fit discreetly under clothing.*

## Posey Hipsters Proven Effective in Laboratory Test



An independent laboratory study was conducted to determine the most effective commercially available impact absorbing materials in July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660 G's and, for purposes of comparison, is just slightly less impact force than a baseball being struck by a bat*. In this extreme test, the low profile Posey Hipster III reduced the impact force by 90% and showed excellent impact energy absorption.

*Source: www.madsci.org.

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company.

# EXHIBIT 10

# Posey® Hipsters
## A better way to protect your patients



#6016 Standard Unisex Brief



#6018 Male Fly Model



#6017 Incontinent Brief



Posey Hipsters can be worn discreetly under clothing.

- Soft foam pads help minimize potential damage that can occur from a fall.
- Low profile, ¹/₂" thick pads allow the Hipster to be virtually undetectable under clothing.
- Discreet low-profile pads with soft foam help improve patient compliance.
- NO ASSEMBLY REQUIRED – Completely launderable according to CDC standards for soiled linen WITHOUT removing the pads.
- 100% Latex-free
- Incontinent brief features a snap front for easier application over adult diapers. May also be worn as a male fly model.
- Available in five sizes to ensure proper fit.

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28"- 30" | 35"- 37" |
| M | 32"- 34" | 39"- 41" |
| L | 36"- 38" | 43"- 45" |
| XL | 40"- 42" | 47"- 49" |
| XXL | 44"- 48" | 51"- 53" |

POSEY *CA*
*Care Alternatives Division*
For more information or to place an order, contact your
Posey District Manager or call 1-800-44-POSEY

PC 3008

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

# Clinical References Supporting the Use of Hip Protectors

Title:
Author:
Publication:

*External Hip Protectors to Prevent Osteoporotic Hip Fractures*
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report .."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

Title:
Author:
Publication:

*Prevention Of Hip Fracture in Elderly People*
Pekka Kannus, M.D., Ph.D., et al
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



PC 3009

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

M6023  042302

# EXHIBIT 11

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE.



We have better ways to protect your residents.

## POSEY HIPSTERS

It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. High energy-absorbing, viscoelastic foam pads built into Hipsters increase the odds of surviving a fall uninjured. They are comfortable and slim enough to be virtually undetectable beneath clothing.

By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

**IMPACT REDUCED BY 90%**
An independent laboratory study simulated the fall of a 120-lb object onto concrete from a height of 36". Posey Hipster pads reduced the impact force by 90%.

Data on file at J.T. Posey Company.





**SPECIAL OFFER:**
30-day no-obligation free trial.

Test the new Hipster for yourself at no charge. Call or visit our Website today to start your free trial.

## POSEY *CA*
*Care Alternatives Division*
Fall Protection That Fits

©2001 J.T. Posey Company    J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020  www.posey.com  1-800-44-POSEY

CATLRF03 091702



**PC 0410**

# EXHIBIT 12

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE



P O S E Y CA
*Care Alternatives Division*

PC 1806

# POSEY HIPSTERS PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- *High impact-absorbing viscoelastic pads protect hip bones against injury from falls*
- *Soft, comfortable pads improve compliance versus hard-shelled products*
- *Washable to CDC standards for soiled linen without removing the pads*
- *100% latex-free*
- *Five sizes for correct fit*
- *Discreet, low-profile pads are virtually undetectable under clothing*

*PROVEN IMPACT REDUCTION*
*In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.*



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company



*Low Profile - All styles fit discreetly under men's and women's clothing.*

# POSEY CA
*Care Alternatives Division*

PC 1807

Special offer: 30-day no-risk free trial
Test the Posey Hipsters for yourself with no obligation to buy.



| Size | Waist Measurement | Hip Measurement |
|------|-------------------|-----------------|
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

## #6016 HIPSTERS STANDARD BRIEF

- Easily fits on over undergarments, or can be worn as underwear.
- Unisex sizing

## #6017 INCONTINENT BRIEF

- Snap front for easier application over diaper
- Unisex sizing

## #6018 MALE FLY BRIEF

- Easily fits on over undergarments, or can be worn as underwear
- Fly front for improved compliance in male residents

### FALL FACTS

The total annual cost of hip fractures is projected to reach $240 billion by the year 2040. (Source: Center for Disease Control and Prevention 3 Aug 2001 www.cdc.gov)

Approximately 95% of hip fractures are caused by falls (Source: Center for Disease Control and Prevention 3 Aug 2001 http://www.cdc.gov)

PC 1808

# Clinical References Supporting the Use of Hip Protectors

Title:
Author:
Publication:

**External Hip Protectors to Prevent Osteoporotic Hip Fractures**
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

*Study Objectives:* Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:* The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

*Recommendations:* [text redacted]

---

Title:
Author:
Publication:

**Prevention Of Hip Fracture in Elderly People**
Pekka Kannus, M.D., Ph.D., et al
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:* The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:* The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:* "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. [text redacted]

---

Please detach and fax to 1-800-767-3933, or call us at 1- 800-44-POSEY to start your trial



yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.

| Name |
| Title |
| Institution |
| Address |
| City | State | Zip |
| Telephone ( ) | Best time to call | am | pm |

Fax or mail to: 

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020
Fax 800-767-3933

**PC 1809**



M6079-121302

# EXHIBIT 13





Patient Care and Nursing Facilities
2003



# Complete
# Healthcare Catalog 2003



2003



PATIENT SAFETY DIVISION

PC 1033

# POSEY CA
## *Alternatives in Care*

## POSEY HIPSTERS



#6016



#6017



**NEW**

#6018

Studies have documented the efficacy of external hip protectors in preventing hip fractures. Posey Hipsters feature impact absorbing pads over the critical hip fracture area to minimize potential damage, including hip fractures, that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra with a low profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipsters to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipsters are available in three styles; standard unisex brief, male fly brief, and incontinent models. The standard unisex brief and male fly models easily slip on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipsters fit comfortably around the patient's waist and feature a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex-free.

| CAT. # | STYLE |
|--------|-------|
| 6016 | Hipsters Standard Brief |
| 6017 | Hipsters Incontinent Brief |
| 6018 | Hipsters Male Fly Brief |

| SIZE | WAIST SIZE | HIP SIZE |
|------|-----------|----------|
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



*Low Profile - Both styles fit discreetly under clothing.*

## PC 1034

1 - 8 0 0 - 4 4 - P O S E Y
w w w . p o s e y . c o m

**FALL MANAGEMENT · FALL PROTECTION**

## Posey Hipsters Proven Effective in Laboratory Test



Study was conducted by Canwood Laboratories for the Posey Company.



PC 1035

**FALL FACTS**
*In 1996, older Americans suffered hip fractures at a cost in excess of $10 billion.*
(Source: George F. Fuller, GA, MC, Falls in the Elderly, American Family Physician, April 2000)

17

# EXHIBIT 14

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE.



We have better ways to protect your residents.

## POSEY HIPSTERS

It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. High energy-absorbing, viscoelastic foam pads built into Hipsters increase the odds of surviving a fall uninjured. They are comfortable and slim enough to be virtually undetectable beneath clothing.

By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.



### IMPACT REDUCED BY 90%

An independent laboratory study simulated the fall of a 120-lb object onto concrete from a height of 36". Posey Hipster pads reduced the impact force by 90%.

Data on file at J.T. Posey Company.



### SPECIAL OFFER:
30-day no-obligation free trial.

Test the new Hipster for yourself at no charge. Call or visit our Website today to start your free trial.

## POSEY CA
### Care Alternatives Division
**Fall Protection That Fits**

PC 3000

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020  www.posey.com  1-800-44-POSEY    ©2002 J.T. Posey Company

MX 1191   3/11/03

# EXHIBIT 15



# Posey® EZ On Hipsters™

In 1996, hospital admissions for hip fractures among people aged 65 and older totaled 340,000 and is expected to exceed 500,000 with a projected annual cost of $240 billion by the year 2040.[1] Tragically, half of all older adults hospitalized for hip fractures cannot return home or live independently after their injury and about one quarter will die within one year due to the fracture or related complications.[2]

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. These same studies also point out that patient compliance is a driving factor in product effectiveness. Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The low profile pads allow the Hipsters to be discreetly worn under clothing. These soft pads offer greater comfort when compared to hard shell style hip protectors. Patient comfort, coupled with the low profile design, helps increase patient compliance.



#6019

The EZ On Hipsters are applied around the waist and lower thigh using the hook-and-loop attachments, and allow the patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipsters to be worn during bathing.

EZ On Hipsters feature removable pads. Although the pads are removable, the Hipsters can be laundered with the pads in place. Removing the pads prior to laundering will help prolong the life of the product.

While no product can provide complete protection from hip fractures, Posey Hipsters will help to minimize the potential for damage that can occur from a fall.

### #6019 EZ On Hipsters
### #6008 Replacement Pads, 1 pair

### Application Instructions

1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The labels should be oriented towards the back and on the inside of the waistband.
3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.
6. Repeat steps 4 and 5 on right side.

### Laundering Instructions

Posey Hipsters may be washed according to CDC standards (see symbols below). Using the lower temperature washing and drying cycle for non-contaminated linen will prolong product life.

- If hook and loop does not adhere, it is most likely due to a collection of lint. Clean hook by brushing with a stiff brush.
- If pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.



**Sizing Chart**

| Size | Waist Measurement | Hip Measurement |
|------|-------------------|-----------------|
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

### ⚠ WARNING

Due to the random possibilities of fall characteristics, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

### ⚠ WARNING

- Posey Hipsters contain foam pads that are sealed in a pouch to protect the foam.
- If the pouch is cut or the seal is broken in laundering, moisture will enter the pouch and compromise the impact absorption quality of the foam.
- Test pouch and foam integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel air or liquid escaping, or the foam feels soft and spongy, the pouch is damaged.
- Remove the damaged pouch and replace with a new one.

WASH HOT 25 MIN.    BLEACH AS DIRECTED ON CONTAINER    DRY ON LOW

1 Centers for Disease Control and Prevention, 3 Aug 2001, www.cdc.gov. 2 Rubenstein, Laurence, M.D., M.P.H. (2000) Hip Protectors – A Breakthrough in Fracture Prevention. The New England Journal of Medicine.

**J.T. Posey Company** 5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com
EU AUTH. PERSON: (MDD 93/42/EEC) MDSS GmbH, Burckhardstr. 1, D-30163, Hannover, Germany



© 2002 J.T. Posey Company. All rights reserved.

M5017 062003

**PC 0406**

# Clinical References Supporting the Use of Hip Protectors

**Title:**
**Author:**
**Publication:**

*External Hip Protectors to Prevent Osteoporotic Hip Fractures*
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendations:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

**Title:**
**Author:**
**Publication:**

*Prevention Of Hip Fracture in Elderly People*
Pekka Kannus, M.D., Ph.D., et al
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was $48 \pm 29\%$. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

PC 0407

# EXHIBIT 16

# FOR SOME RESIDENTS,
# EVERY FALL IS A BIG ONE



 P O S E Y

PC 1810

# POSEY HIPSTERS
# PROTECT AGAINST INJURY
# FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

*PROVEN IMPACT REDUCTION*
*In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.*

- ➡ *High impact-absorbing viscoelastic pads protect hip bones against injury from falls*
- ➡ *Soft, comfortable pads improve compliance versus hard-shelled products*
- ➡ *Washable to CDC standards for soiled linen without removing the pads*
- ➡ *100% latex-free*
- ➡ *Five sizes for correct fit*
- ➡ *Discreet, low-profile pads are virtually undetectable under clothing*



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company



*Low Profile - All styles fit discreetly under men's and women's clothing.*



POSEY

PC 1811

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.









### #6016 HIPSTERS STANDARD BRIEF

- Easily fits on over undergarments, or can be worn as underwear.
- Unisex sizing

### #6017 INCONTINENT BRIEF

- Snap front for easier application over diaper
- Unisex sizing

### #6018 MALE FLY BRIEF

- Easily fits on over undergarments, or can be worn as underwear
- Fly front for improved compliance in male residents

### #6019 EZ-ON BRIEF

- Residents can wear their own undergarments
- Can be worn in the shower

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

### FALL FACTS

*The total annual cost of hip fractures is projected to reach $240 billion by the year 2040.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. www.cdc.gov)*

*Approximately 95% of hip fractures are caused by falls.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. http://www.cdc.gov)*

# Clinical References Supporting the Use of Hip Protectors

**Title:**      ***External Hip Protectors to Prevent Osteoporotic Hip Fractures***
**Author:**      A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:**      The Lancet, volume 350, August 23, 1997

**Study Objectives:**    Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:**    The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendations:**    "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:**      ***Prevention Of Hip Fracture in Elderly People***
**Author:**      Pekka Kannus, M.D., Ph.D., et al
**Publication:**      The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:**    The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:**    The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:**    "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons for five years) in order for one fracture to be prevented."

---

Please detach and fax to 1-800-767-3933, or call us at 1- 800-44-POSEY to start your trial



# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.

| Name | | |
|---|---|---|
| Title | | |
| Institution | | |
| Address | | |
| City | State | Zip |
| Telephone (    ) | Best time to call | am   pm |

Fax or mail to:      J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020
Fax 800-767-3933

**PC 1813**



M607 092603

# EXHIBIT 17



# Posey® Hipsters™

In 1996, hospital admissions for hip fractures among people aged 65 and older totaled 340,000 and is expected to exceed 500,000 with a projected annual cost of $240 billion by the year 2040.[1] Tragically, half of all older adults hospitalized for hip fractures cannot return home or live independently after their injury and about one quarter will die within one year due to the fracture or related complications.[2]

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. These same studies also point out that patient compliance is a driving factor in product effectiveness.

While no product can provide complete protection from hip fractures, Posey Hipsters will help to minimize the potential for damage that can occur from a fall.

The Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The low profile pads are sewn into a slim fitting poly-cotton-Lycra® brief allowing the Hipsters to be discretely worn under clothing. These soft pads offer greater comfort when compared to hard shell style hip protectors. Patient comfort coupled with the low profile design helps increase patient compliance.

Hipsters are available in three styles; standard unisex, male fly and incontinent models. The standard unisex and male fly briefs easily slip on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipsters elastic waistband fits comfortably around the patient's waist and is completely latex-free.

**#6016 Hipsters Standard Brief**
**#6017 Hipsters Incontinent Brief**
**#6018 Hipsters Male Fly Brief**

## APPLICATION INSTRUCTIONS

1. With the Posey label in the back, put Hipsters on as you would a pair of shorts, sliding them gently over the hips. Adjust to assure that the foam pads are properly aligned with and cover the hip joint.

## LAUNDERING INSTRUCTIONS

For longest garment life wash hot, dry on low and bleach as directed on container. "Studies have shown that a satisfactory reduction of microbial contamination can be achieved at water temperatures lower than 160°F if laundry chemicals suitable for low-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Instructions of the manufacturers of the machine and the detergent and wash additive should be followed closely."[3] Washing and drying cycles with higher temperatures will shorten garment life.



#6017

#6018

Posey Hipsters can be worn discretely under clothing.

#6016

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

**⚠ WARNING**

Due to the random possibilities of fall characteristics, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

**⚠ WARNING**

• Posey Hipsters contain foam pads that are sealed in a pouch to protect the foam.
• If the pouch is cut or the seal is broken in laundering, moisture will enter the pouch and compromise the impact absorption quality of the foam.
• Test pouch and foam integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
• If you hear or feel air or liquid escaping, or the foam feels soft and spongy, the pouch is damaged.
• If the pouch is damaged discontinue use immediately!



WASH HOT    BLEACH AS DIRECTED ON CONTAINER    DRY ON LOW

1 Centers for Disease Control and Prevention, 3 Aug 2001, www.cdc.gov
2 Rubenstein, Laurence, M.D., M.P.H. (2000) Hip Protectors – A Breakthrough in Fracture Prevention. The New England Journal of Medicine.
3 Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Sterile/laundry.htm

**J.T. Posey Company** 5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com
EU AUTH. PERSON: (MDD 93/42/EEC) MDSS GmbH, Burckhardtstr. 1, D-30163, Hannover, Germany

© 1999 J.T. Posey Company. All rights reserved.

**PC 1065**

M6016 092804

 



# Clinical References Supporting the Use of Hip Protectors

**Title:**
**Author:**
**Publication:**

*Effect of External Hip Protectors on Hip Fractures*
J.B. Lauritzen, M.M. Petersen, B. Lund
The Lancet, volume 341, January 2, 1993

**Study Objectives:** This study evaluates the efficacy of external hip protectors in preventing hip fractures in nursing home residents. The study consisted of two groups; a treatment group of 247 residents who received external hip protectors and the control group of 418 residents who did not receive external hip protectors.

**Results:** The study confirmed positive results for nursing home residents who were in compliance for wearing hip protectors. ████████████████████████████████████████████████████████████████████

**Recommendations:** ████████████████████████████████████████████████████████████████

---

**Title:**
**Author:**
**Publication:**

*Hip Fracture Disease: Coping with a Contemporary Epidemic*
William J. Robb III, M.D.
The Journal of Musculoskeletal Medicine, December 1993

**Study Objective:** With hip fractures estimated to occur at a rate of greater than 760 per day, the National Institute on Aging looked at the use of hip protectors as a fracture prevention device for those patients with a high risk of falls.

**Results:** Hip protectors proved successful in preventing hip fractures. Of the more than ninety recorded fall incidents, not one fracture occurred in those patients wearing hip pads. Smaller studies from Denmark and Germany reported similar results.

**Recommendation:** "Passive protectors for high-risk persons or high-risk institutional environments may be an important part of future fracture prevention programs." ████████████████████████████████████████████████ ████████████████████████████

---

**Title:**
**Author:**
**Publication:**

*External Hip Protectors to Prevent Osteoporotic Hip Fractures*
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of Lauritzen and colleagues.

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendations:** ████████████████████████████████████████████████████████████████████████████

---

**Title:**
**Author:**
**Publication:**

*Prevention Of Hip Fracture in Elderly People*
Pekka Kannus, M.D., Ph.D., et al
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. ████████████████████████████████████████████████████ ██████████████████████████████████"

**PC 1066**

J.T. Posey Company 5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com

# EXHIBIT 18

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE



 **Posey**®

PC 1077

X     1 change
ßee 11/14/04

# POSEY HIPSTERS *HELP* PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- **High impact-absorbing viscoelastic or high durability pads protect hip bones against injury from falls**

- **Soft, comfortable pads improve compliance versus hard-shelled products**

- **Washable to CDC standards for soiled linen without removing the pads**

- **100% latex-free**

- **Five sizes for correct fit**

- **Discreet, low-profile pads are virtually undetectable under clothing**

*PROVEN IMPACT REDUCTION*
In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company



*Low Profile - All styles fit discreetly under men's and women's clothing.*

 **Posey**®

5635 Peck Road, Arcadia, CA, 91006-0020 USA
Tel: 1-626-443-3143  Fax: 626-443-5014
www.posey.com

PC 1078

## Special offer: 30-day no-risk free trial.
Test the Posey Hipsters for yourself with no obligation to buy.

#6016

#6017

#6018

#6019

## #6016 HIPSTERS STANDARD BRIEF

▶ *Easily fits on over undergarments, or can be worn as underwear.*

▶ *Unisex sizing. Washable to 120°F, 50°C*

▶ *#6016H Standard Brief with high durability pads. Washable to 160°F, 71°C*

## #6017 INCONTINENT BRIEF

▶ *Snap front for easier application over diaper*

▶ *Unisex sizing. Washable to 120°F, 50°C*

▶ *#6017H Incontinent Brief with high durability pads. Washable to 160°F, 71°C*

## #6018 MALE FLY BRIEF

▶ *Easily fits on over undergarments, or can be worn as underwear*

▶ *Fly front for improved compliance in male residents*

▶ *Washable to 120°F, 50°C*

## #6019 EZ-ON BRIEF

▶ *Residents can wear their own undergarments*

▶ *Can be worn in the shower*

▶ *Hip pads can be removed for laundering or replacement.*

▶ *Washable to 120°F, 50°C*

*HOME WASHING INSTRUCTIONS:*
*All Posey Hipsters may be washed on "hot", dry on low, bleach as directed on container.*

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30"  or  71 - 77cm | 35" - 37" or 88 - 94cm |
| M | 32" - 34"  or  81 - 87cm | 39" - 41" or 99 - 105cm |
| L | 36" - 38"  or  91 - 97cm | 43" - 45" or 109 - 115cm |
| XL | 40" - 42"  or 101 - 107cm | 47" - 49" or 119 - 125cm |
| XXL | 44" - 46"  or 111 - 117cm | 51" - 53" or 129 - 135cm |

## FALL FACTS

*The total annual cost of hip fractures is projected to reach $240 billion by the year 2040.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. www.cdc.gov)*

*Approximately 95% of hip fractures are caused by falls.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. http://www.cdc.gov)*

PC 1079

# Clinical References Supporting the Use of Hip Protectors

**Title:**
**Author:**
**Publication:**

### *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

**Study Objectives:**   Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:**   The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:**   "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:**
**Author:**
**Publication:**

### *Prevention Of Hip Fracture in Elderly People*
Pekka Kannus, M.D., Ph.D., et al
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:**   The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:**   The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:**   "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomicaly designed external hip protector. Only 41 persons need to use the hip protector for one year (ordy persons for five years) in order for one fracture to be prevented."

---

Please detach and fax to 1-626-443-5014, or call us at  1-800-44-POSEY to start your trial



# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.

| Name | | |
|---|---|---|
| Title | | |
| Institution | | |
| Address | | |
| City | State | Zip |
| Telephone ( ) | Best time to call | am p |

Fax or mail to:   

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

**PC 1080**

M6078 102704

# EXHIBIT 19

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE



CONFIDENTIAL
ATTY'S EYES ONLY

 Posey®

PC 5724

# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- ▶ High impact-absorbing viscoelastic or high durability pads protect hip bones against injury from falls
- ▶ Soft, comfortable pads improve compliance versus hard-shelled products
- ▶ Washable to CDC standards for soiled linen without removing the pads
- ▶ 100% latex-free
- ▶ Five sizes for correct fit
- ▶ Discreet, low-profile pads are virtually undetectable under clothing

**PROVEN IMPACT REDUCTION**
In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.





*Low Profile - All styles fit discreetly under men's and women's clothing.*

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company

 **Posey**®

CONFIDENTIAL
ATTY'S EYES ONLY

5635 Peck Road, Arcadia, CA 91006-0020 USA
Tel: 1-626-443-3143  Fax: 626-443-5014
www.posey.com

PC 5725

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.



## #6016 HIPSTERS STANDARD BRIEF

- *Easily fits on over undergarments, or can be worn as underwear.*
- *Unisex sizing. Washable to 120°F, 50°C*
- *#6016H Standard Brief with high durability pads. Washable to 160°F, 71°C*

## #6017 INCONTINENT BRIEF

- *Snap front for easier application over diaper*
- *Unisex sizing. Washable to 120°F, 50°C*
- *#6017H Incontinent Brief with high durability pads. Washable to 160°F, 71°C*

## #6018 MALE FLY BRIEF

- *Easily fits on over undergarments, or can be worn as underwear*
- *Fly front for improved compliance in male residents*
- *Washable to 120°F, 50°C*

## #6019 EZ-ON BRIEF

- *Residents can wear their own undergarments*
- *Can be worn in the shower*
- *Hip pads can be removed for laundering or replacement.*
- *Washable to 120°F, 50°C*

*HOME WASHING INSTRUCTIONS:*
*All Posey Hipsters may be washed on "hot", dry on low, bleach as directed on container.*

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30"  or  71 - 77cm | 35" - 37"  or  88 - 94cm |
| M | 32" - 34"  or  81 - 87cm | 39" - 41"  or 99 - 105cm |
| L | 36"- 38"  or  91 - 97cm | 43" - 45" or 109 - 115cm |
| XL | 40"- 42"  or 101 - 107cm | 47" - 49" or 119 - 125cm |
| XXL | 44"- 46"  or 111 - 117cm | 51" - 53" or 129 - 135cm |

### FALL FACTS

*The total annual cost of hip fractures is projected to reach $240 billion by the year 2040.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. www.cdc.gov)*

*Approximately 95% of hip fractures are caused by falls.*
*(Source: Centers for Disease Control and Prevention, 3 Aug 2001. http://www.cdc.gov)*

CONFIDENTIAL
ATTY'S EYES ONLY

PC 5726

# Clinical References Supporting the Use of Hip Protectors

Title:          ***External Hip Protectors to Prevent Osteoporotic Hip Fractures***
Author:        A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
Publication:    The Lancet, volume 350, August 23, 1997

*Study Objectives:*    Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:*    The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

*Recommendations:*    "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

Title:          ***Prevention Of Hip Fracture in Elderly People***
Author:        Pekka Kannus, M.D., Ph.D., et al
Publication:    The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:*    The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:*    The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:*    "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

**Please detach and fax to 1-626-443-5014, or call us at 1-800-44-POSEY to start your trial**

# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



| | |
|---|---|
| Name | |
| Title | |
| Institution | |
| Address | |
| City | State          Zip |
| Telephone (    ) | Best time to call    am    pm |

Fax or mail to:  

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

**CONFIDENTIAL
ATTY'S EYES ONLY**          **PC 5727**

M6079 02704

# EXHIBIT 20

# POSEY HIPSTERS HELP
## PROTECT AGAINST INJURY
### FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall unscathed. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- ✦ High impact-absorbing viscoelastic pads protect hip bones against injury from falls.
- ✦ Soft, comfortable pads improve compliance versus hard-shelled products.
- ✦ Washable to CDC standards for soiled linen without removing the pads.
- ✦ 100% latex-free
- ✦ Five sizes for correct fit
- ✦ Discreet, low-profile pads are virtually undetectable under clothing.



Low Profile—
All styles fit discreetly
and smoothly
under men's
and women's
clothing.

## Posey Hipsters Proven Effective in Laboratory Test

Posey engaged Garwood Laboratories to conduct testing to select a comfortable and effective impact-absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was reduced in a guided drop to simulate a 120 lb. subject falling from a height of 30" or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660.03 and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low-profile Posey Hipster reduced the impact force on average by 50% and showed excellent impact energy absorption.




---








---

### POSEY #6016 HIPSTERS STANDARD BRIEF
- ✦ Easily fits over undergarments, or can be worn as underwear.
- ✦ Unisex sizing.
- ✦ #6016H Standard Brief with high durability pads.

### POSEY #6017 INCONTINENT BRIEF
- ✦ Snap front for easier application over diaper. Unisex sizing.
- ✦ #6017H Incontinent Brief with high durability pads.

### POSEY #6018 MALE FLY BRIEF
- ✦ Easily fits over undergarments, or can be worn as underwear.
- ✦ Fly front for improved compliance with male residents.
- ✦ #6018H Male Brief with high durability pads.

### POSEY #6019 EZ-ON BRIEF
- ✦ Residents can wear their own undergarments.
- ✦ Can be worn in the shower.
- ✦ Hip pads can be removed for laundering or replacement.
- ✦ #6019H EZ-ON Brief with high durability pad.

Posey High Durability Hipsters contain denser foam than the standard Hipsters, the increased density aids in its ability to withstand higher hot washing and drying cycles.

#### LAUNDERING INSTRUCTIONS:

| | | |
|---|---|---|
| Hipsters | | |
| High Durability Hipsters | | |

#### SIZING CHART

| Size | Waist Measurement | Hip Measurement |
|---|---|---|
| S | 28"-34" or 71-86cm | 33"-37" or 84-94cm |
| M | 30"-36" or 76-91cm | 37"-41" or 94-104cm |
| L | 34"-38" or 86-96cm | 41"-45" or 104-114cm |
| XL | 38"-42" or 96-106cm | 45"-49" or 114-124cm |
| XXL | 42"-46" or 106-116cm | 49"-53" or 124-134cm |



J T Posey Company
Arcadia, CA 91006 USA
Tel: 800-447-6739
www.posey.com

Special Offer: 30-day, no-risk free trial!
Test Our Posey Hipsters for yourself with no obligation to buy.

# EXHIBIT 21



# Posey® EZ On Hipsters™

In 1996, hospital admissions for hip fractures among people aged 65 and older totaled 340,000 and is expected to exceed 500,000 with a projected annual cost of $240 billion by the year 2040.[1] Tragically, half of all older adults hospitalized for hip fractures cannot return home or live independently after their injury and about one quarter will die within one year due to the fracture or related complications.[1]

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. These same studies also point out that patient compliance is a driving factor in product effectiveness. Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The low profile pads allow the Hipsters to be discretely worn under clothing. These soft pads offer greater comfort when compared to hard shell style hip protectors. Patient comfort, coupled with the low profile design, helps increase patient compliance.

The EZ On Hipsters are applied around the waist and lower thigh using the hook-and-loop attachments, and allow the patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipsters to be worn during bathing.

EZ On Hipsters feature removable pads. Although the pads are removable, the Hipsters can be laundered with the pads in place. Removing the pads prior to laundering will help prolong the life of the product.

While no product can provide complete protection from hip fractures, Posey Hipsters will help to minimize the potential for damage that can occur from a fall.

### #6019 EZ On Hipsters
### #6008 Replacement Pads, 1 pair

### Application Instructions

1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The labels should be oriented towards the back and on the inside of the waistband.
3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.
6. Repeat steps 4 and 5 on right side.

### Laundering Instructions

For longest garment life wash hot, dry on low and bleach as directed on container. "Studies have shown that a satisfactory reduction of microbial contamination can be achieved at water temperatures lower than 160°F if laundry chemicals suitable for low-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Instructions of the manufacturers of the machine and the detergent or wash additive should be followed closely." Washing and drying cycles with higher temperatures will shorten garment life.

- If hook and loop does not adhere, it is most likely due to a collection of lint. Clean hook by brushing with a stiff brush.
- If pads are removed, wipe clean with mild liquid disinfectant before replacing in the pants.

   

WASH HOT    BLEACH AS DIRECTED ON CONTAINER    DRY ON LOW

1 Centers for Disease Control and Prevention, 5 Aug 2001, www.cdc.gov. 2 Rubenstein, Lawrence, M.D., M.PH. (2000) Hip Protectors – A Breakthrough in Fracture Prevention. The New England Journal of Medicine. 3 Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Stor/sclaundry.htm



#### #6019

| Sizing Chart | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30" | 35" - 37" |
| M | 32" - 34" | 39" - 41" |
| L | 36" - 38" | 43" - 45" |
| XL | 40" - 42" | 47" - 49" |
| XXL | 44" - 48" | 51" - 53" |

⚠ **WARNING**

Due to the random possibilities of fall characteristics, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

⚠ **WARNING**

- Posey Hipsters contain foam pads that are sealed in a pouch to protect the foam.
- If the pouch is cut or the seal is broken in laundering, moisture will enter the pouch and compromise the impact absorption quality of the foam.
- Test pouch and foam integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel air or liquid escaping, or the foam feels soft and spongy, the pouch is damaged.
- Remove the damaged pouch and replace with a new one.



**J.T. Posey Company** 5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com
EU AUTH. PERSON: (MDD 93/42/EEC) MDSS GmbH, Burckhardtstr. 1, D-30163, Hannover, Germany

© 2002 J.T. Posey Company. All rights reserved.

M5017 092804



# Clinical References Supporting the Use of Hip Protectors

**Title:**
**Author:**
**Publication:**

*External Hip Protectors to Prevent Osteoporotic Hip Fractures*
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:**
**Author:**
**Publication:**

*Prevention Of Hip Fracture in Elderly People*
Pekka Kannus, M.D., Ph.D., et al
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons for five years) in order for one fracture to be prevented."

---

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120lb subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company
*Source: www.madsci.org

# EXHIBIT 22

# FOR SOME RESIDENTS,
# EVERY FALL IS A BIG ONE



 Posey®

PC 1739

# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- ▶ *High impact-absorbing viscoelastic or high durability pads protect hip bones against injury from falls*
- ▶ *Soft, comfortable pads improve compliance versus hard-shelled products*
- ▶ *Washable to CDC standards for soiled linen without removing the pads*
- ▶ *100% latex-free*
- ▶ *Five sizes for correct fit*
- ▶ *Discreet, low-profile pads are virtually undetectable under clothing*

**PROVEN IMPACT REDUCTION**
*In an independent laboratory, simulating a fall from a height of 36 inches, the Hipsters reduced the impact force by over 90%.*



Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company



*Low Profile - All styles fit discreetly under men's and women's clothing.*

  **Posey**®

5635 Peck Road, Arcadia, CA 91006-0020 USA
Tel: 1-626-443-3143  Fax: 626-443-5014
www.posey.com

PC 1740

---

### Special offer: 30-day no-risk free trial.
Test the Posey Hipsters for yourself with no obligation to buy.



## #6016 HIPSTERS STANDARD BRIEF

- *Easily fits on over undergarments, or can be worn as underwear.*
- *Unisex sizing. Washable to 120°F, 50°C*
- *#6016H Standard Brief with high durability pads. Washable to 160°F, 71°C*

## #6017 INCONTINENT BRIEF

- *Snap front for easier application over diaper*
- *Unisex sizing. Washable to 120°F, 50°C*
- *#6017H Incontinent Brief with high durability pads. Washable to 160°F, 71°C*

## #6018 MALE FLY BRIEF

- *Easily fits on over undergarments, or can be worn as underwear*
- *Fly front for improved compliance in male residents*
- *Washable to 120°F, 50°C*

## #6019 EZ-ON BRIEF

- *Residents can wear their own undergarments*
- *Can be worn in the shower*
- *Hip pads can be removed for laundering or replacement.*
- *Washable to 120°F, 50°C*

*HOME WASHING INSTRUCTIONS:*
*All Posey Hipsters may be washed on "hot",*
*dry on low, bleach as directed on container.*

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30"  or  71 - 77cm | 35" - 37"  or  88 - 94cm |
| M | 32" - 34"  or  81 - 87cm | 39" - 41"  or  99 - 105cm |
| L | 36" - 38"  or  91 - 97cm | 43" - 45"  or 109 - 115cm |
| XL | 40" - 42"  or 101 - 107cm | 47" - 49"  or 119 - 125cm |
| XXL | 44" - 46"  or 111 - 117cm | 51" - 53"  or 129 - 135cm |

## FALL FACTS

*The total annual cost of hip fractures*
*is projected to reach $240 billion*
*by the year 2040.*
*(Source: Centers for Disease Control and*
*Prevention, 3 Aug 2001. www.cdc.gov)*

*Approximately 95% of hip fractures*
*are caused by falls.*
*(Source: Centers for Disease Control*
*and Prevention, 3 Aug 2001.*
*http://www.cdc.gov)*

PC 1741

# Clinical References Supporting the Use of Hip Protectors

**Title:**            *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
**Author:**          A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:**      The Lancet, volume 350, August 23, 1997

**Study Objectives:**    Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:**           The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:**   ."With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:**            *Prevention Of Hip Fracture in Elderly People*
**Author:**          Pekka Kannus, M.D., Ph.D., et al
**Publication:**      The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:**    The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:**           The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:**   "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

---

Please detach and fax to 1-626-443-5014, or call us at 1-800-44-POSEY to start your trial



# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.

**PC 1742**

Name _____
Title _____
Institution _____
Address _____
City _____ State _____ Zip _____
Telephone ( ____ ) _____ Best time to call ___ am ___ pm

Fax or mail to: 

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

M607 102704

# EXHIBIT 23

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE







FIRST IN FALL PREVENTION

PC 1743

# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- ⟐ *High impact-absorbing viscoelastic pads protect hip bones against injury from falls*
- ⟐ *Soft, comfortable pads improve compliance versus hard-shelled products*
- ⟐ *Washable to CDC standards for soiled linen without removing the pads*
- ⟐ *100% latex-free*
- ⟐ *Five sizes for correct fit*
- ⟐ *Discreet, low-profile pads are virtually undetectable under clothing*

 

*Low Profile - All styles fit discreetly under men's and women's clothing.*

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories.
Data on file at J.T. Posey Company *Source: www.madsci.org

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.

PC 1744









## POSEY #6016 HIPSTERS STANDARD BRIEF

 *Easily fits over undergarments, or can be worn as underwear.*

- *Unisex sizing.*
- *#6016H Standard Brief with high durability pads.*

## POSEY #6017 INCONTINENT BRIEF

 *Snap front for easier application over diaper. Unisex sizing.*

- *#6017H Incontinent Brief with high durability pads.*

## POSEY #6018 MALE FLY BRIEF

 *Easily fits over undergarments, or can be worn as underwear.*

- *Fly front for improved compliance in male residents.*
- *#6018H Male Fly Brief with high durability pads.*

## POSEY #6019 EZ-ON BRIEF

- *Residents can wear their own undergarments.*
- *Can be worn in the shower.*
- *Hip pads can be removed for laundering or replacement.*
- *#6019H EZ-ON Brief with high durability pad.*

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28" - 30"  or  71 - 76cm | 35" - 37"  or  88 - 93cm |
| M | 30" - 34"  or  76 - 86cm | 37" - 41"  or  93 - 104cm |
| L | 34" - 38"  or  86 - 96cm | 41" - 45"  or 104 - 114cm |
| XL | 38" - 42"  or  96 - 106cm | 45" - 49"  or 114 - 124cm |
| XXL | 42" - 46"  or 106 - 116cm | 49" - 53"  or 124 - 134cm |

Posey High Durability Hipsters contain denser foam than the standard Hipsters. This increased density aids in its ability to withstand higher hot washing and drying cycles.

### LAUNDERING INSTRUCTIONS:

*Hipsters*    120°F / 50°C WASH HOT    CL BLEACH AS DIRECTED ON CONTAINER    DRY ON MEDIUM

*High Durability Hipsters*    150°F / 82°C WASH HOT 25 MIN.    CL BLEACH AS DIRECTED ON CONTAINER    DRY ON HIGH

 **J T Posey Company**
Arcadia, CA 91006 USA
Tel: 800-447-6739
www.posey.com

**PC 1745**

# Clinical References Supporting the Use of Hip Protectors

| | |
|---|---|
| Title: | ***External Hip Protectors to Prevent Osteoporotic Hip Fractures*** |
| Author: | A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall |
| Publication: | The Lancet, volume 350, August 23, 1997 |

*Study Objectives:*  Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:*  The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

*Recommendations:*  "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

| | |
|---|---|
| Title: | ***Prevention Of Hip Fracture in Elderly People*** |
| Author: | Pekka Kannus, M.D., Ph.D., et al |
| Publication: | The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000 |

*Study Objectives:*  The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:*  The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:*  "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protectors for one year (or 8 persons for five years) in order for one fracture to be prevented."

Posey Hipsters can be washed according to CDC guidelines for soiled linen. Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot (180°) washing and high temperature drying cycles.

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma.

---------------------------------------------------------------------------------

Please detach and fax to1-626-443-5014, or call us at  1-800-44-POSEY to start your trial



# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.

| | | | |
|---|---|---|---|
| Name | | | |
| Title | | | |
| Institution | | | |
| Address | | | |
| City | | State | Zip |
| Telephone (    ) | | Best time to call | am    pm |

Fax or mail to:      J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

## PC 1746

M607 010305

# EXHIBIT 24

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE







PC 1081

# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- **High impact-absorbing viscoelastic pads protect hip bones against injury from falls**
- **Soft, comfortable pads improve compliance versus hard-shelled products**
- **Washable to CDC standards for soiled linen without removing the pads**
- **100% latex-free**
- **Five sizes for correct fit**
- **Discreet, low-profile pads are virtually undetectable under clothing**

 

*Low Profile - All styles fit discreetly under men's and women's clothing.*

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories. Data on file at J.T. Posey Company *Source: www.madsci.org

PC 1082

**Special offer: 30-day no-risk free trial**
Test the Posey Hipsters for yourself with no obligation to buy.



## POSEY #6016 HIPSTERS STANDARD BRIEF



- ▶ *Easily fits over undergarments, or can be worn as underwear.*
- ▶ *Unisex sizing.*
- ▶ *#6016H Standard Brief with high durability pads.*

## POSEY #6017 INCONTINENT BRIEF



- ▶ *Snap front for easier application over diaper. Unisex sizing.*
- ▶ *#6017H Incontinent Brief with high durability pads.*

## POSEY #6018 MALE FLY BRIEF

- ▶ *Easily fits over undergarments, or can be worn as underwear.*
- ▶ *Fly front for improved compliance in male residents.*
- ▶ *#6018H Male Fly Brief with high durability pads.*

## POSEY #6019 EZ-ON BRIEF



- ▶ *Residents can wear their own undergarments.*
- ▶ *Can be worn in the shower.*
- ▶ *Hip pads can be removed for laundering or replacement.*
- ▶ *#6019H EZ-ON Brief with high durability pad.*

| SIZING CHART | | |
|---|---|---|
| **Size** | **Waist Measurement** | **Hip Measurement** |
| S | 28" - 30"  or  71 - 76cm | 35" - 37"  or  88 - 93cm |
| M | 30" - 34"  or  76 - 86cm | 37" - 41"  or 93 - 104cm |
| L | 34" - 38"  or  86 - 96cm | 41" - 45"  or 104 - 114cm |
| XL | 38" - 42"  or  96 - 106cm | 45" - 49"  or 114 - 124cm |
| XXL | 42" - 46"  or 106 - 116cm | 49" - 53"  or 124 - 134cm |

Posey High Durability Hipsters contain denser foam than the standard Hipsters. This increased density aids in its ability to withstand higher hot washing and drying cycles.

**LAUNDERING INSTRUCTIONS:**

*Hipsters*   120°F 54°C WASH HOT | CL BLEACH AS DIRECTED ON CONTAINER | DRY ON MEDIUM

*High Durability Hipsters*   180°F 82°C WASH HOT 25 MIN. | CL BLEACH AS DIRECTED ON CONTAINER | DRY ON HIGH



**J T Posey Company**
Arcadia, CA 91006 USA
Tel: 800-447-6739
www.posey.com

**PC 1083**

# Clinical References Supporting the Use of Hip Protectors

**Title:** *External Hip Protectors to Prevent Osteoporotic Hip Fractures*

**Author:** A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall

**Publication:** The Lancet, volume 350, August 23, 1997

*Study Objectives:* Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:* The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

*Recommendations:* With improved compliance, external hip protectors should be an effective prophylactic against hip fractures.

---

**Title:** *Prevention Of Hip Fracture in Elderly People*

**Author:** Pekka Kannus, M.D., Ph.D., et al

**Publication:** The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:* The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:* The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:* "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. For all persons over 80 years, or for persons over 75 years, for whom a fall or other health care is prevented."

---

Posey Hipsters can be washed according to CDC guidelines for soiled linen. Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot (180°) washing and high temperature drying cycles.

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma.

---

Please detach and fax to 1-626-443-5014, or call us at 1-800-44-POSEY to start your trial

# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.



| Name | | |
|---|---|---|
| Title | | |
| Institution | | |
| Address | | |
| City | State | Zip |
| Telephone ( ) | Best time to call | am pm |

Fax or mail to:



J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

PC 1084

M6019 010305

# EXHIBIT 25

# POSEY CA
## Care Alternatives Division

2

0

0

2



2002.

POSEY
### PATIENT SAFETY DIVISION

PC 1804



# FALL PREVENTION

## POSEY HIPSTER III

*Indications: Patients at risk for falling; those at risk for hip fracture.*



#6016



#6017

Several studies have documented the efficacy of external hip protectors in preventing hip fractures. The Posey Hipster III features impact absorbing pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall. The brief is made from comfortable poly-cotton-Lycra® with a low-profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipster III to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipster III is available in two styles; standard unisex and incontinent models. The standard unisex brief easily slips on over undergarments or can be worn as underwear. The incontinent brief features a snap front for easier application over adult diapers. The Hipster III fits comfortably around the patient's waist and features a latex-free elastic waistband. 47% polyester, 47% cotton, 6% Lycra. Latex-free.

| CAT.# | STYLE | |
|-------|-------|---|
| 6016 | Hipsters III Standard Brief (Replaces Posey #6010 unisex Hipster brief) | |
| 6017 | Hipsters III Incontinent Brief (Replaces Posey #6011 Incontinent Hipster II brief) | |

| SIZE | WAIST SIZE | HIP SIZE |
|------|-----------|----------|
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |
| XXL | 44-46" | 51-53" |



*Low Profile - Both styles fit discreetly under clothing.*



### Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective commercially available impact absorbing material as of July 2001. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660 G's and, for purposes of comparison, is just slightly less impact force than a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster III reduced the impact force by 90% and showed excellent impact energy absorption.

\* Source: www.madsci.org.

Testing was conducted by Garwood Laboratories, July 2001. Data on file at J.T. Posey Company

# EXHIBIT 26



# *Posey® Hipsters™*

*Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall.*

*Hipsters are available in innerwear and outer-wear models. Innerwear garments are made of a polyester/cotton/Lycra® blend. Outerwear garments are made of a soft, preshrunk polyester/cotton blend and are available in a choice of deep navy or ash gray.*



## Hipsters are available in six styles:

- *Standard Unisex Brief easily fits over undergarments, or can be worn as underwear.*
- *Incontinent Brief features a snap front for easier application over adult diapers.*
- *Male Fly Brief easily fits over undergarments, or can be worn as underwear.*
- *EZ-On Brief features a crotchless design that allows patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipster to be worn during bathing.*
- *Sweatpants that provide added comfort and warmth.*
- *Shorts that provide added comfort.*

*Hipsters Sweatpants and Shorts feature high durability padding. All other models are available with original foam padding, or high durability padding designed to withstand laundering in large capacity machines at higher temperature hot washing cycles.*

REF **6016 Hipsters, Standard Brief**
REF **6017 Hipsters, Incontinent Brief**
REF **6018 Hipsters, Male Fly Brief**
REF **6019 Hipsters, EZ On**
REF **6008 Replacement Pads, 1 pair**
REF **6016H Hipsters, High Durability Pads, Standard Brief**
REF **6017H Hipsters, High Durability Pads, Incontinent Brief**
REF **6018H Hipsters, High Durability Pads, Male Fly Brief**
REF **6019H Hipsters, High Durability Pads, EZ On**
REF **6008H Replacement High Durability Pads, 1 pair**
REF **6007A Hipsters Shorts, High Durability Pads, Ash Gray**
REF **6007N Hipsters Shorts, High Durability Pads, Navy**
REF **6009A Hipsters Sweatpants, High Durability Pads, Ash Gray**
REF **6009N Hipsters Sweatpants, High Durability Pads, Navy**

## Application Instructions:

### Standard, Male Fly, Incontinent Brief, Sweatpants and Shorts

With the Posey label in the Back, step into the garment and gently slide it up over the hips. Adjust to assure that the foam pads are properly aligned with and cover the hip joint.

### EZ On Model

1. Unfasten the hook and loop at the waist and thighs.

*1 Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Sterile/laundry.htm*


#6016 / #6016H


#6017 / #6017H


#6018 / #6018H

#6019 / #6019H


#6007A

#6009A

2. Wrap the garment around your waist. The labels should be at the back and on the inside of the waistband.

3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shift-ing of the garment, but should not feel tight or restrictive.

4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.

5. Secure the leg band around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.

6. Repeat steps 4 and 5 on the right side.



**Posey®**   J.T. Posey Company • 5635 Peck Road • Arcadia, CA 91006-0020 USA
Phone 1- 800-447-6739 • Fax: 1-800-767-3933 • www.posey.com



EC REP   MOSS Burckhardtstr. 1, D-30163, Hannover, Germany
© 2004 J.T. Posey Company. All rights reserved.   M6139 042805



PC 0402

**Laundering Instructions**

Posey Hipster with High Durability pads are designed to withstand laundering in higher temperature hot washing cycles. Hipsters can be washed according to CDC guidelines for soiled linen. However, using the lower temperature washing and drying cycle for non-contaminated linen will prolong product life. "Studies have shown that a satisfactory reduction of microbial contamination can be achieved at water temperatures lower than 160°F if laundry chemicals suitable for lower-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely."[1]

- Adhere hook and loop straps before laundering to prevent lint build-up on hook during laundry cycle. If hook and loop does not adhere due to lint, clean hook material with a stiff brush.
- If EZ On pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.

**Hipsters**  

**High Durability Hipsters** 

| SIZING CHART | | | | |
|---|---|---|---|---|
| Size | Waist Measurement | | Hip Measurement | |
| XS | 26" - 28" | or  66 - 71cm | 33" - 35" | or  83 - 88cm |
| S | 28" - 30" | or  71 - 76cm | 35" - 37" | or  88 - 93cm |
| M | 30" - 34" | or  76 - 86cm | 37" - 41" | or  93 - 104cm |
| L | 34" - 38" | or  86 - 96cm | 41" - 45" | or 104 - 114cm |
| XL | 38" - 42" | or  96 - 106cm | 45" - 49" | or 114 - 124cm |
| XXL | 42" - 46" | or 105 - 116cm | 49" - 53" | or 124 - 134cm |

Note: Sweatpants and shorts are available in sizes XS - XL only.

# Clinical References Supporting the Use of Hip Protectors

Title:      ***External Hip Protectors to Prevent Osteoporotic Hip Fractures***
Author:      A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
Publication:      The Lancet, volume 350, August 23, 1997

*Study Objectives:*    Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:*    The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report .[8]

*Recommendations:* "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."[8]

Title:      ***Prevention Of Hip Fracture in Elderly People***
Author:      Pekka Kannus, M.D., Ph.D., et al
Publication:      The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:*    The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:*    The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:* "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protectors. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."[8]

---

## ⚠ WARNING

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

Posey Hipsters contain foam pads that are sealed in a pouch to protect it from water. If the pouch is cut or the seal is broken during laundering, moisture will enter the pouch and may result in waterlogged foam. Waterlogged foam encased in the pouch may promote the growth of bacteria.
- Test the foam and pouch integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel liquid or air escaping, the pouch is damaged.
- If the pouch is damaged, discontinue use and discard.

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

# EXHIBIT 27

5.17.05 0923



# Posey® Hipsters™

*Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall.*

**Hipsters are available in four styles:**
- *Standard Unisex Brief easily fits over undergarments, or can be worn as underwear.*
- *Incontinent Brief features a snap front for easier application over adult diapers.*
- *Male Fly Brief easily fits over undergarments, or can be worn as underwear.*
- *EZ-On Brief features a crotchless design that allows patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipster to be worn during bathing.*

*All Hipsters are available with original foam padding, or high durability padding designed to withstand laundering in large capacity machines at higher temperature hot washing cycles.*

[REF] **6016 Hipsters, Standard Brief**
[REF] **6017 Hipsters, Incontinent Brief**
[REF] **6018 Hipsters, Male Fly Brief**
[REF] **6019 Hipsters, EZ On**
[REF] **6008 Replacement Pads, 1 pair**
[REF] **6016H Hipsters, High Durability Pads, Standard Brief**
[REF] **6017H Hipsters, High Durability Pads, Incontinent Brief**
[REF] **6018H Hipsters, High Durability Pads, Male Fly Brief**
[REF] **6019H Hipsters, High Durability Pads, EZ On**
[REF] **6008H Replacement High Durability Pads, 1 pair**

**Application Instructions:**

*Standard, Male Fly and Incontinent Brief Models*
With the Posey label in the back, put the Hipsters on as you would a pair of shorts, sliding them gently over the hips. Adjust to assure that the foam pads are properly aligned with and cover the hip joint.

*EZ On Model*
1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The labels should be at the back and on the inside of the waistband.
3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment, but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure the leg band around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.
6. Repeat steps 4 and 5 on the right side.

1 Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Sterile/laundry.htm





#6016 / #6016H         #6017 / #6017H



#6018 / #6018H         #6019 / #6019H

**Laundering Instructions**
Posey Hipster with High Durability pads are designed to withstand laundering in higher temperature hot washing cycles. Hipsters can be washed according to CDC guidelines for soiled linen. However, using the lower temperature washing and drying cycle for non-contaminated linen will prolong product life. "Studies have shown that a satisfactory reduction of microbial contamination can be achieved at water temperatures lower than 160°F if laundry chemicals suitable for lower-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely."[1]

- Adhere hook and loop straps before laundering to prevent lint build-up on hook during laundry cycle. If hook and loop does not adhere due to lint, clean hook material with a stiff brush.
- If EZ On pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.

*Hipsters*            

| | | |
|---|---|---|
| 125°F/50°C WASH HOT | CL BLEACH AS DIRECTED ON CONTAINER | DRY ON MEDIUM |

*High Durability Hipsters*

| | | |
|---|---|---|
| 180°F/82°C WASH HOT 25 MIN. | CL BLEACH AS DIRECTED ON CONTAINER | DRY ON HIGH |



| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28"- 30"  or  71 - 76cm | 35"- 37"  or  88 - 93cm |
| M | 30"- 34"  or  76 - 86cm | 37"- 41"  or  93 - 104cm |
| L | 34"- 38"  or  86 - 96cm | 41"- 45"  or  104 - 114cm |
| XL | 38"- 42"  or  96 - 106cm | 45"- 49"  or  114 - 124cm |
| XXL | 42"- 46"  or  106 - 116cm | 49"- 53"  or  124 - 134cm |

**J.T. Posey Company**
5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com
© 2004 J.T. Posey Company. All rights reserved.

 EC REP MDSS Burckhardtstr. 1, 30163, Hannover, Germany M6139 12405



**PC 0404**

⚠ **WARNING**

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

Posey Hipsters contain foam pads that are sealed in a pouch to protect it from water. If the pouch is cut or the seal is broken during laundering, moisture will enter the pouch and may result in waterlogged foam. Waterlogged foam encased in the pouch may promote the growth of bacteria.
- Test the foam and pouch integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
- If you hear or feel liquid or air escaping, the pouch is damaged.
- If the pouch is damaged, discontinue use and discard.

## Clinical References Supporting the Use of Hip Protectors

**Title:** *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
**Author:** A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:** The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

**Results:** The use of hip protectors was preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

**Recommendations:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

**Title:** *Prevention Of Hip Fracture in Elderly People*
**Author:** Pekka Kannus, M.D., Ph.D., et al
**Publication:** The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendations:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protectors. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

## Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories.
Data on file at J.T. Posey Company *Source: www.madsci.org

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

**PC 0405**

# EXHIBIT 28

5.17.05 0923



# Posey® Hipsters™

Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall.

**Hipsters are available in four styles:**
- Standard Unisex Brief easily fits over undergarments, or can be worn as underwear.
- Incontinent Brief features a snap front for easier application over adult diapers.
- Male Fly Brief easily fits over undergarments, or can be worn as underwear.
- EZ-On Brief features a crotchless design that allows patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ On Hipster to be worn during bathing.

All Hipsters are available with original foam padding, or high durability padding designed to withstand laundering in large capacity machines at higher temperature hot washing cycles.

- REF **6016 Hipsters, Standard Brief**
- REF **6017 Hipsters, Incontinent Brief**
- REF **6018 Hipsters, Male Fly Brief**
- REF **6019 Hipsters, EZ On**
- REF **6008 Replacement Pads, 1 pair**
- REF **6016H Hipsters, High Durability Pads, Standard Brief**
- REF **6017H Hipsters, High Durability Pads, Incontinent Brief**
- REF **6018H Hipsters, High Durability Pads, Male Fly Brief**
- REF **6019H Hipsters, High Durability Pads, EZ On**
- REF **6008H Replacement High Durability Pads, 1 pair**

## Application Instructions:

### Standard, Male Fly and Incontinent Brief Models
With the Posey label in the back, pull the Hipsters on as you would a pair of shorts, sliding them gently over the hips. Adjust to assure that the foam pads are properly aligned with and cover the hip joint.

### EZ On Model
1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The labels should be at the back and on the inside of the waistband.
3. Fasten the hook and loop at the front of your waist. The waistband should be securely fastened to allow minimal shifting of the garment, but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure the leg band around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place without restricting circulation.
6. Repeat steps 4 and 5 on the right side.

1 Center for Disease Control and Prevention, 27 Aug 2004, www.cdc.gov/ncidod/hip/Sterile/laundry.htm



#6016 / #6016H



#6017 / #6017H



#6018 / #6018H          #6019 / #6019H

## Laundering Instructions
Posey Hipster with High Durability pads are designed to withstand laundering in higher temperature hot washing cycles. Hipsters can be washed according to CDC guidelines for soiled linen. However, using the lower temperature washing and drying cycle for non-contaminated linen will prolong product life. "Studies have shown that a satisfactory reduction of microbial contamination can be achieved at water temperatures lower than 160°F if laundry chemicals suitable for lower-temperature washing are used at proper concentrations. In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely."[1]

- Adhere hook and loop straps before laundering to prevent lint build-up on hook during laundry cycle. If hook and loop does not adhere due to lint, clean hook material with a stiff brush.
- If EZ On pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.

Hipsters      

High Durability Hipsters

| Size | Waist Measurement | Hip Measurement |
|------|-------------------|------------------|
| S | 28" - 30"  or  71 - 76cm | 35" - 37"  or  88 - 93cm |
| M | 30" - 34"  or  76 - 86cm | 37" - 41"  or  93 - 104cm |
| L | 34" - 38"  or  86 - 96cm | 41" - 45"  or 104 - 114cm |
| XL | 38" - 42"  or  96 - 106cm | 45" - 49"  or 114 - 124cm |
| XXL | 42" - 46"  or 106 - 116cm | 49" - 53"  or 124 - 134cm |

### J.T. Posey Company
5635 Peck Road • Arcadia, CA 91006-0020 USA • Tel: 800-447-6739 or 626-443-3143 • Fax: 800-767-3933 or 626-443-5014 • www.posey.com
© 2004 J.T. Posey Company. All rights reserved.



EC REP  MDSS
Burckhardtstr. 1,
30163, Hannover, Germany
M6135012405

HS2 000058

**⚠ WARNING**

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

Posey Hipsters contain foam pads that are sealed in a pouch to protect it from water. If the pouch is cut or the seal is broken during laundering, moisture will enter the pouch and may result in waterlogged foam. Waterlogged foam encased in the pouch may promote the growth of bacteria.
• Test the foam and pouch integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
• If you hear or feel liquid or air escaping, the pouch is damaged.
• If the pouch is damaged, discontinue use and discard.

# Clinical References Supporting the Use of Hip Protectors

**Title:** *External Hip Protectors to Prevent Osteoporotic Hip Fractures*
**Author:** A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
**Publication:** The Lancet, volume 350, August 23, 1997

*Study Objectives:* Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:* The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report ."

*Recommendations:* "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

**Title:** *Prevention Of Hip Fracture in Elderly People*
**Author:** Pekka Kannus, M.D., Ph.D., et al
**Publication:** The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:* The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:* The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:* "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protector for one year (or 8 persons, for five years) in order for one fracture to be prevented."

# Posey Hipsters Proven Effective in Laboratory Test

An independent laboratory study was conducted to determine the most effective impact absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study, a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,660G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force on average by 90% and showed excellent impact energy absorption.



Testing was conducted by Garwood Laboratories.
Data on file at J.T. Posey Company •Source: www.madsci.org

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

HS2 000059

# EXHIBIT 29



# *Posey® Hipsters*™

*Posey Hipsters feature impact absorbing, soft foam pads over the critical fracture area to help minimize potential damage, including hip fractures that can occur from a fall.*

*Hipsters are available in innerwear and outerwear models. Innerwear garments are made of a polyester/cotton/Lycra® blend. Outerwear garments are made of a soft, preshrunk polyester/cotton blend and are available in a choice of navy blue or ash gray.*



## Hipsters are available in eight styles:

- **Standard Unisex Brief** easily fits over undergarments, or can be worn as underwear.
- **Incontinent Brief** features a snap front for easier application over adult diapers.
- **Male Fly Brief** easily fits over undergarments, or can be worn as underwear.
- **EZ-On Brief** features a crotchless design that allows patients to wear their own undergarments. The mesh material is water permeable, allowing the EZ-On Hipster to be worn during bathing.
- **Women's Brief** has the same look as regular day-to-day panties and is made of a soft cotton blend material.
- **Men's Brief** mirror men's regular briefs and are made of a soft gray cotton blend material.
- **Sweatpants** provide added comfort and warmth.
- **Shorts** provide added comfort.

*Hipsters Sweatpants and Shorts feature high durability padding. All other models are available with original foam padding, or high durability padding designed to withstand laundering in large capacity machines at higher temperature hot washing cycles.*

| REF | |
|---|---|
| 6016 | Hipsters, Standard Brief |
| 6017 | Hipsters, Incontinent Brief |
| 6018 | Hipsters, Male Fly Brief |
| 6019 | Hipsters, EZ-On |
| 6008 | Replacement Pads, 1 pair |
| 6016H | Hipsters, High Durability Pads, Standard Brief |
| 6017H | Hipsters, High Durability Pads, Incontinent Brief |
| 6018H | Hipsters, High Durability Pads, Male Fly Brief |
| 6019H | Hipsters, High Durability Pads, EZ-On |
| 6008H | Replacement High Durability Pads, 1 pair |
| 6007A | Hipsters Shorts, High Durability Pads, Ash Gray |
| 6007N | Hipsters Shorts, High Durability Pads, Navy |
| 6009A | Hipsters Sweatpants, High Durability Pads, Ash Gray |
| 6009N | Hipsters Sweatpants, High Durability Pads, Navy |
| 6030 | Hipsters Women's Brief |
| 6031 | Hipsters Men's Brief |

PC 1051

## INNERWEAR



#6016 / #6016H



#6017 / #6017H



#6018 / #6018H



#6019 / #6019H



#6030



#6031

### Application Instructions:

*Standard, Male Fly, Incontinent Brief, Sweatpants and Shorts, Women's and Men's Briefs*
With the Posey label in the Back, step into the garment and gently slide it up over the hips. Adjust to assure that the foam pads are properly aligned with and cover the hip joint.

*EZ-On Model*
1. Unfasten the hook and loop at the waist and thighs.
2. Wrap the garment around your waist. The label should be at the back and on the inside of the waistband.

 **Posey®**    J.T. Posey Company • 5635 Peck Road • Arcadia, CA 91006-0020 USA
Phone 1-800-447-6139 • Fax: 1-800-767-3933 • www.posey.com

 MDSS
Burckhardtstr. 1,
D-30163, Hannover, Germany
© 2005 J.T. Posey Company. All rights reserved.    M6139-0831C



3. Fasten the hook and loop at the front of your waist. The waist-band should be securely fastened to allow minimal shifting of the garment, but should not feel tight or restrictive.
4. Pull the left panel taut over the left hip and thigh. The pad should be positioned directly over the hip joint.
5. Secure the leg band around the lower thigh using the hook and loop attachment. The elastic band should be tight enough to prevent the pad from sliding out of place, without restricting circulation.
6. Repeat steps 4 and 5 on the right side.

## Laundering Instructions

All Posey Hipsters can be washed according to CDC guide-lines for healthcare facilities. Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot 180°F (82°C) washing and high temperature drying cycles. Standard Hipsters will wash at 120°F (50°C) and dry at medium temperatures. The complete Guidelines for Laundry in Health Care facilities are available at: www.cdc.gov/od/ohs/biosfty/laundry.htm. The CDC states that "the risk of actual disease transmission from soiled linen is negligible" and "recent studies have shown that a satisfactory reduction of microbial contamination can be achieved at lower water temperatures of 72°-122°F (22°-50°C) when the cycling of the washer, the wash formula, and the amount of chlorine bleach are carefully monitored and controlled." CDC offers the following advice for home care: "In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely." Lower wash/dry temperatures will prolong garment life.

• Adhere hook and loop straps before laundering to prevent lint build-up on hook during laundry cycle. If hook and loop does not adhere due to lint, clean hook material with a stiff brush.

• If EZ-On pads are removed, wipe clean with mild, liquid disinfectant before replacing in the pants.

*Hipsters*

*High Durability Hipsters*



www.cdc.gov/ncidod/hip/Sterile/laundry.htm



#6007A



#6007N



#6009A



#6009N

### OUTERWEAR

### SIZING CHART

| Size | Waist Measurement | Hip Measurement |
|------|-------------------|-----------------|
| XS | 26" - 28"  or  66 - 71cm | 33" - 35"  or  83 - 88cm |
| S | 28" - 30"  or  71 - 76cm | 35" - 37"  or  88 - 93cm |
| M | 30" - 34"  or  76 - 86cm | 37" - 41"  or  93 - 104cm |
| L | 34" - 38"  or  86 - 96cm | 41" - 45"  or  104 - 114cm |
| XL | 38" - 42"  or  96 - 106cm | 45" - 49"  or  114 - 124cm |
| XXL | 42" - 46"  or  106 - 116cm | 49" - 53"  or  124 - 134cm |

Note: Sweatpants and shorts are available in sizes XS - XL only.

### ⚠WARNING

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma. The skin under the pants should be assessed regularly and Hipsters should be changed and washed after each incontinent episode to prevent skin breakdown.

Posey Hipsters contain foam pads that are sealed in a pouch to protect it from water. If the pouch is cut or the seal is broken during laundering, moisture will enter the pouch and may result in waterlogged foam. Waterlogged foam encased in the pouch may promote the growth of bacteria.

• Test the foam and pouch integrity by squeezing the pad in one fist, forcing the air to one end, resulting in an air bubble.
• If you hear or feel liquid or air escaping, the pouch is damaged.
• If the pouch is damaged, discontinue use and discard.

PC 1052

J.T. Posey Company, 5635 Peck Road, Arcadia, CA 91006-0020 • Phone 800-447-6739 • Fax 800-767-3933 • www.posey.com

# EXHIBIT 30

# For Some Residents, Every Fall is a Big One



**Posey**® | FIRST IN FALL MANAGEMENT

PC 1093

# Posey Hipsters Help Protect Against Injury From Falls



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- *High impact-absorbing viscoelastic pads protect hip bones against injury from falls*
- *Soft, comfortable pads improve compliance versus hard-shell products*
- *Washable to CDC guidelines for soiled linen without removing the pads*
- *100% latex-free*
- *Five sizes for correct fit*
- *Discreet, low-profile pads are virtually undetectable under clothing*

 

*Posey Hipsters innerwear fit discretely under men's and women's clothing, as shown by these models who are wearing Standard Hipsters Briefs.*

## Now, Posey Hipster Pads are available in two models!

All Posey Hipsters can be washed according to CDC guidelines for healthcare facilities. Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot 180°F (82°C) washing and high temperature drying cycles. Standard Hipsters will wash at 120°F (50°C) and dry at medium temperatures. The complete Guidelines for Laundry in Health Care facilities are available at: www.cdc.gov/od/ohs/biosfty/laundry.htm. The CDC states that "the risk of actual disease transmission from soiled linen is negligible" and "recent studies have shown that a satisfactory reduction of microbial contamination can be achieved at lower water temperatures of 72°-122°F (22°-50°C) when the cycling of the washer, the wash formula, and the amount of chlorine bleach are carefully monitored and controlled." CDC offers the following advice for home care, "In the home, normal washing and drying cycles including 'hot' or 'cold' cycles are adequate to ensure patient safety. Manufacturers instructions for the machine and the detergent or wash additive should be followed closely." [1] Lower wash/dry temperatures will prolong garment life.

### LAUNDERING INSTRUCTIONS:

| | | | |
|---|---|---|---|
| **Hipsters** | 120°F/50°C WASH HOT | CL BLEACH AS DIRECTED ON CONTAINER | DRY ON MEDIUM |
| **High Durability Hipsters** | 180°F/82°C WASH HOT 25 MIN. | CL BLEACH AS DIRECTED ON CONTAINER | DRY ON HIGH |

 

Posey High Durability Hipsters contain denser foam than the standard Hipsters. This increased density aids in its ability to withstand higher hot washing and drying cycles.

[1] www.cdc.gov/ncidod/hip/Sterile/laundry.htm

---

**Special offer: 30-day no-risk free trial.**
**Test the Posey Hipsters for yourself with no obligation to buy.**

PC 1094

# POSEY HIPSTERS INNERWEAR



### #6016 STANDARD BRIEF
- Easily fits over undergarments, or can be worn as underwear.
- Unisex sizing.
- #6016H Standard Brief with High Durability Pads.



### #6017 INCONTINENT BRIEF
- Snap front for easier application over diaper. Unisex sizing.
- #6017H Incontinent Brief with High Durability Pads.



### #6018 MALE FLY BRIEF
- Easily fits over undergarments, or can be worn as underwear.
- Fly front for improved compliance in male residents.
- #6018H Male Fly Brief with High Durability Pads.



### #6019 EZ-ON BRIEF
- Residents can wear their own undergarments.
- Can be worn in the shower.
- Hip pads can be removed for laundering or replacement.
- #6019H EZ-ON Brief with High Durability Pads.

## Posey Community Hipsters



### #6030 LADIES PANTIES
- Same look as regular day-to-day panties.
- Ladies model is made of soft pink cotton blend material and decorative pink lace with a small rose detail.
- Reinforced panty line.
- Latex free.



### #6031 MEN'S FLY BRIEF
- Designed to mirror men's regular briefs.
- Men's model is made of soft gray cotton blend material.
- Latex free.

# POSEY HIPSTERS OUTERWEAR



### #6007 SHORTS
- Soft, preshrunk polyester/cotton blend garment.
- Soft, inner lining holds High Durability Pads in place.
- Available in Ash Gray or Navy Blue.



### #6009 SWEATPANTS
- Soft, preshrunk polyester/cotton blend garment.
- Ankle zippers provide added comfort to swollen feet and ankles.
- Soft, inner lining holds High Durability Pads in place.
- Available in Ash Gray or Navy Blue.

| | | SIZING CHART | | | |
|---|---|---|---|---|---|
| Size | Waist Measurement | | | Hip Measurement | |
| XS | 26" - 28" | or | 66 - 71cm | 33" - 35" | or | 83 - 88cm |
| S | 28" - 30" | or | 71 - 76cm | 35" - 37" | or | 89 - 94cm |
| M | 30" - 34" | or | 76 - 86cm | 37" - 41" | or | 94 - 104cm |
| L | 34" - 38" | or | 86 - 96cm | 41" - 45" | or | 104 - 114cm |
| XL | 38" - 47" | or | 96 - 106cm | 45" - 49" | or | 114 - 124cm |
| XXL | 42" - 46" | or | 106 - 116cm | 49" - 53" | or | 124 - 134cm |

Note: Sweatpants and Shorts are available in sizes X-Small - X-Large only.

**PC 1095**

**✛ Posey®** | J.T. Posey Company • 5635 Peck Road, Arcadia, CA 91006-0020 USA
Phone: 800-447-6739 • Fax: 800-767-3933 • Web: www.posey.com

# Clinical References Supporting the Use of Hip Protectors

**Title:**
**Author:**
**Publication:**

### External Hip Protectors to Prevent Osteoporotic Hip Fractures
A. Ekman, H. Mallmin, K. Michaëlsson, S. Ljunghall
The Lancet, volume 350, August 23, 1997

*Study Objectives:* Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in *"Effect of external hip protectors on hip fractures."*

*Results:* The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

*Recommendations:* "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

---

**Title:**
**Author:**
**Publication:**

### Prevention Of Hip Fracture in Elderly People
Pekka Kannus, M.D., Ph.D., et al
The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

*Study Objectives:* The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

*Results:* The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

*Recommendations:* "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protectors for one year or 8 persons for five years in order for one fracture to be prevented."

---

**NOTE:** Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma.

---

Please detach and fax to 1-626-443-5014, or call us at 1-800-44-POSEY to start your trial



# yes!

I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.

Name _____

Title _____

Facility _____

Address _____

City _____ State _____ Zip _____

Telephone _____ Best time to call ___ am ___ pm

Email _____

Fax or mail to:    **Posey Company**
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

PC 1096    **✚Posey®**

# EXHIBIT 31

PC 0400

# FOR SOME RESIDENTS, EVERY FALL IS A BIG ONE



## Posey®
FIRST IN FALL PREVENTION

## Clinical References Supporting the Use of Hip Protectors

**Title:** External Hip Protectors to Prevent Osteoporotic Hip Fractures
**Author:** A. Ekman, H. Mallmin, K. Michaelsson, S. Ljunghall
**Publication:** The Lancet, volume 350, August 23, 1997

**Study Objectives:** Ekman and colleagues conducted a controlled study on the use of hip protection to prevent hip fractures. One expectation was to either confirm or disprove the 1993 reported findings of J.B. Lauritzen and colleagues in "Effect of external hip protectors on hip fractures."

**Results:** The use of hip protectors as preventative treatment for hip fractures was validated. "Our study confirms a reduced risk for hip fractures of the same magnitude as the previous report."

**Recommendation:** "With improved compliance, external hip protectors should be an effective prophylactic against hip fractures."

**Title:** Prevention Of Hip Fracture in Elderly People
**Author:** Pekka Kannus, M.D., Ph.D., et al
**Publication:** The New England Journal of Medicine, Vol. 343, No. 21, November 21, 2000

**Study Objectives:** The purpose of this study was "to determine whether an external hip protector would be effective in preventing hip fractures among elderly adults." The study population was comprised of elderly adults from 22 community based health-care centers in Finland; a treatment group of 653 and a control group of 1,148 participants.

**Results:** The degree of compliance with the hip protector was 48 ± 29%. The hip protector group suffered 13 hip fractures, 9 of which occurred while not wearing the hip protector, compared to 67 hip fractures in the control group.

**Recommendation:** "We conclude that the risk of hip fractures can be reduced in frail elderly adults through the use of an anatomically designed external hip protector. Only 41 persons need to use the hip protectors for one year (or 8 persons, for five years) in order for one fracture to be prevented."

Posey Hipsters can be washed according to CDC guidelines for soiled linen. Hipsters with high durability pads are designed to withstand laundering in large capacity machines at higher temperature hot (180°) washing and high temperature drying cycles.

Due to the random possibility of falls, the Posey Company makes no guarantee, express or implied, that the user is protected from hip trauma.

**yes!**
I want to take advantage of your 30-day trial offer. Please have a representative call me to discuss Posey Hipsters.

Please detach and fax to: 1-626-443-5014, or call us at 1-800-44-POSEY to start your trial

| | |
|---|---|
| Name | |
| Title | |
| Institution | |
| Address | |
| City | State        Zip |
| Telephone (    ) | Best time to call      a.m.      p.m. |

Fax or mail to:

J.T. Posey Company
Attn: Marketing Dept.
5635 Peck Road
Arcadia, CA 91006-0020 USA
Fax 626-443-5014
www.posey.com

M0076 020905

# POSEY HIPSTERS HELP PROTECT AGAINST INJURY FROM FALLS



It's a long way down for residents at risk of injury from falls. You can greatly reduce that risk with Posey Hipsters. The Hipsters' high energy-absorbing foam pads are positioned precisely over the hip bones, increasing the odds of surviving a fall uninjured. The Hipsters are comfortable and slim enough to be virtually undetectable under clothing. By offering increased protection, Hipsters relieve residents' anxiety about falling and enhance their quality of life.

- High impact-absorbing viscoelastic pads protect hip bones against injury from falls
- Soft, comfortable pads improve compliance versus hard-shelled products
- Washable to CDC standards for soiled linen without removing the pads
- 100% latex-free
- Five sizes for correct fit
- Discreet, low-profile pads are virtually undetectable under clothing





Low Profile
All styles fit
discreetly
under work
and everyday
clothing.

## Posey Hipsters Proven Effective in Laboratory Test

Posey engaged Garwood Laboratories to conduct testing to select a comfortable and effective impact-absorbing material. A test was created that would simulate a fall causing direct impact to the greater trochanter. In this study a weight was released in a guided drop to simulate a 120 lb. subject falling from a height of 36", or the estimated height of the hip above the floor for a typical nursing home resident. The baseline measurement of impact force was determined to be a fall directly onto concrete. The G-Force of a fall under this scenario was 2,600G's and, for purposes of comparison, is just slightly less impact force than that of a baseball being struck by a bat. In this extreme test, the low profile Posey Hipster reduced the impact force an average by 90% and showed excellent impact energy absorption.

Testing was conducted by Garwood Laboratories.
Data on file at J.T. Posey Company, Boston, www.nmaolf.org

**Special offer: 30-day no-risk free trial.**
Test the Posey Hipsters for yourself with no obligation to buy.

---



**POSEY #6016 HIPSTERS STANDARD BRIEF**
- Easily fits over undergarments, or can be worn as underwear.
- Unisex sizing.
- #6016H Standard Brief with high durability pads.

**POSEY #6017 INCONTINENT BRIEF**
- Snap front for easier application over existing undergarments.
- Unisex sizing.
- #6017H Incontinent Brief with high durability pads.

**POSEY #6018 MALE FLY BRIEF**
- Easily fits over undergarments, or can be worn as underwear.
- Fly front for improved compliance in male residents.
- #6018H Male Fly Brief with high durability pads.

**POSEY #6019 EZ-ON BRIEF**
- Residents can wear their own undergarments.
- Can be worn in the shower.
- Hip pads can be removed for laundering or replacement.
- #6019H EZ-ON Brief with high durability pad.

   

| SIZING CHART | | |
|---|---|---|
| Size | Waist Measurement | Hip Measurement |
| S | 28"-30" or 71-76cm | 35"-37" or 88-93cm |
| M | 30"-34" or 76-86cm | 37"-41" or 93-104cm |
| L | 34"-38" or 86-96cm | 41"-45" or 104-114cm |
| XL | 38"-42" or 96-106cm | 45"-49" or 114-124cm |
| XXL | 42"-46" or 106-116cm | 49"-53" or 124-134cm |

Posey High Durability Hipsters contain denser foam than the standard Hipsters. This increased density aids in its ability to withstand higher hot washing and drying cycles.

LAUNDERING INSTRUCTIONS:



J T Posey Company
Arcadia, CA 91006 USA
Tel: 800-447-6739
www.posey.com

PC 0401

EXHIBIT B, PART 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11294-PBS

HIPSAVER COMPANY, INC.,

    Plaintiff,

    v.

J.T. POSEY COMPANY,

    Defendant.

DOCKET

## DECLARATION OF JOHN ROSS FRYMARK

I, John Ross Frymark, declare:

1.     I am Vice-President of Marketing for J.T. Posey Company ("Posey"). I have held this position at Posey since April 2002. I was previously employed by Posey from July 1999 through February 2000 as Vice-President of Sales and Marketing, and I served as a consultant to Posey between October 2001 and April 2002. Between February 2000 and October 2001, I worked for a different company and/or was self-employed. The facts recited in this declaration are within my personal knowledge and if called as a witness I could and would testify thereto.

2.     My responsibilities at Posey include, among other things, developing and executing marketing plans and goals, and planning and overseeing advertising and promotional activities.

3.     In approximately June 2002, Vicky Lewis, who is a Product Manager for Posey, told me that she had been contacted by Bimal P. Gandhi, a

1

graduate student at UCLA. Ms. Lewis told me that Mr. Gandhi wanted

to do a master's thesis in which he would conduct scientific tests of hip

protector products to test their force attenuation, and that Mr. Gandhi

had asked for assistance from Posey in this endeavor.

4.    Mr. Gandhi's idea of testing hip protector products seemed to be a good

opportunity to evaluate the effectiveness of hip protectors from various

sources. I discussed this idea with Ms. Lewis and with Ernest Posey,

who is Posey's chief executive officer.

5.    In July or August 2002, I spoke with Dr. Vijay Gupta, the UCLA

professor who supervised Mr. Gandhi's project. Dr. Gupta explained

that Mr. Gandhi intended to conduct experimental laboratory tests, which

required developing special equipment. Dr. Gupta asked for Posey to

sponsor the research project through the contribution of funds. Dr.

Gupta mentioned three ways that Posey could support the project: (1)

Posey could make a grant for a specific purpose; (2) Posey could make

an outright gift; or (3) Posey could arrange for a consultancy relationship

with Dr. Gupta.

6.    On August 9, 2002 there was a meeting at UCLA, attended by myself,

Ms. Lewis, Dr. Gupta and Mr. Gandhi. This was the first of two

meetings at UCLA that I attended. At that meeting, Dr. Gupta and Mr.

Gandhi outlined the basic ideas for the testing, described some of the

equipment that would be needed, and estimated some of the costs. Dr.

Gupta asked whether Posey would be willing to contribute sufficient

funds to cover the costs of the equipment. I stated that Posey would

consider it.

7.    In September 2002, we decided to contribute funds in the form of an

outright gift to UCLA's Engineering Department. We understood that

2

the purpose of the gift was to allow graduate student research of hip protector devices under the supervision of Dr. Gupta, to establish a test protocol, build a test bed, and test various product devices to determine effectiveness. This outright gift was the only funding Posey ever gave to Dr. Gupta or UCLA. Posey never contributed any other funds of any kind directly or indirectly to Dr. Gupta, Mr. Gandhi or UCLA.

8.    The statement made by Mr. Goodwin that Mr. Gandhi had been "retained" by Posey is incorrect. Posey never retained Mr. Gandhi. Posey never paid any money to Mr. Gandhi.

9.    Posey did not at any time directly or indirectly participate in the development of the test protocol or any methodology of testing the devices or interpretation of the test results. These matters were entirely in the hands of Dr. Gupta and Mr. Gandhi.

10.    At the request of Mr. Gandhi, Ms. Lewis obtained various product samples of hip protectors. The sample products were: (1) Posey Hipster; (2) SafeHip; (3) Fall Guard; (4) HipSaver Nursing Home model and (5) HipSaver SlimFit model. Ms. Lewis mistakenly referred to the HipSaver SlimFit model as a "Slimsaver," and in documents ultimately authored by Mr. Gandhi the correct name of the product referred to as the "Hipsaver Slimsaver" is the HipSaver SlimFit.

11.    The second meeting at UCLA took place on February 19, 2003. That meeting was attended by Dr. Gupta, Mr. Gandhi, Ms. Lewis, myself, and Ernest Posey. At that meeting, they told us that the Posey Hipster had outperformed all products that they tested. During this meeting, we learned that Mr. Gandhi had tested the foam pads that are used in the various products. We requested that they also test the pads contained in their pouches. Dr. Gupta stated he did not think it would make any

3

difference in the testing whether the pads were tested within the pouches or outside the pouches because he said "the air could not be displaced fast enough to affect the impact time."

12. Despite the fact that Dr. Gupta said he did not think it would make any difference, we requested that they test the pads in their pouches. They agreed that they would do so.

13. At that meeting, we discussed with Dr. Gupta the idea of having a "White Paper" which would summarize the results of Mr. Gandhi's experiments. Dr. Gupta agreed that a White Paper would be provided to Posey.

14. No one at Posey ever told Dr. Gupta or Mr. Gandhi what information to include in or exclude from the White Paper. That was entirely up to Dr. Gupta and Mr. Gandhi. Our only concern was that the White Paper be accurate and that it be reasonably brief so that it could be read and understood by potential customers of Posey.

15. After the February 19, 2003 meeting, Ms. Lewis obtained some additional samples for Mr. Gandhi to test in the pouches. These included four different types of foam that were used or potentially could be used in the Posey products, and additional samples of the HipSaver Nursing Home model and the HipSaver SlimFit model.

16. We received the final version of the White Paper from Mr. Gandhi in October 2003. I have always believed that Mr. Gandhi had accurately summarized the results of his testing in the White Paper. Neither I nor anyone at Posey ever asked Mr. Gandhi to include any specific information in the White Paper or to exclude anything from the White Paper. We never told him what conclusions to reach or how to express his conclusions. We never told him how to establish his test protocol.

4

EXHIBIT B, PART 2

what type of equipment to use, how to conduct the tests, or how to interpret the test results.

17. The only thing we ever requested was that the foam pads be tested inside their pouches. It was and is my understanding that Mr. Gandhi's conclusions stated in the White Paper included his testing of the pads within the pouches. My understanding was supported by Dr. Gupta's statements that there should be no difference in the comparative results whether the pads were tested in the pouch or out of the pouch.

18. Posey did not ever make any substantive changes to the White Paper. One of the marketing editors at Posey made some editing changes, such as formatting and grammatical changes, changing syntax and the like, which were approved by Mr. Gandhi. Other than those types of changes, Posey had no input whatsoever in the content of the White Paper.

19. I and everyone involved at Posey have always believed that Mr. Gandhi and Dr. Gupta conducted appropriate tests of the hip protectors that were supplied to them, and that the conclusions stated by Mr. Gandhi in the White Paper are accurate and reliable.

20. Since this lawsuit was filed, I have spoken with Dr. Gupta and Mr. Gandhi. Neither Dr. Gupta nor Mr. Gandhi ever said to me that anything in the testing methodology or interpretation of the results as expressed by Mr. Gandhi in his thesis and in the White Paper is in any way inaccurate or unreliable.

21. One question raised by HipSaver was why did the White Paper not mention the results of testing of the SafeHip product. The explanation for that, according to both Dr. Gupta and Mr. Gandhi, is that the SafeHip product has a hard plastic shell, whereas the Posey and

5

HipSaver products use a soft foam pad. Consequently, Mr. Gandhi felt that the SafeHip product is not comparable to or competitive with the Posey and HipSaver products, and therefore, he did not include it in the comparisons discussed in the White Paper. On the other hand, according to Dr. Gupta and Mr. Gandhi, the Fall Guard product was included in the White Paper because it is a hybrid, that is, it has both a hard plastic shell and a foam pad.

22. I understand that Mr. Goodwin and The HipSaver Company have accused Posey and Mr. Gandhi of manipulating or falsifying data from Mr. Gandhi's experiments. Those accusations are absolutely incorrect. It was always the intention of myself and everyone at Posey that the testing performed by Mr. Gandhi would be appropriate, accurate, and reliable. I also understand that the methodology employed by Mr. Gandhi has been criticized. Neither I nor anyone at Posey had anything to do with the methodology employed by Mr. Gandhi.

23. Dr. Gupta also said that he had been contacted several times by Edward Goodwin from HipSaver. Among other things, Dr. Gupta explained that Mr. Goodwin wanted to know whether the foam pads from the products were tested in their pouches or not. Dr. Gupta explained that he first told Mr. Goodwin that the pads were tested outside the pouches. Later, however, Dr. Gupta learned from discussing the matter with Mr. Gandhi that indeed Mr. Gandhi had also tested the pads inside the pouches. Dr. Gupta said he telephoned Mr. Goodwin and left a voice message for Mr. Goodwin stating that the pads had also been tested inside the pouches and that the Posey product performed better than the HipSaver product when tested inside the pouches. Dr. Gupta said that Mr. Goodwin did not return the call.

24. I understand that Mr. Goodwin and The HipSaver Company accused Mr. Gandhi of falsely claiming to have included two HipSaver protectors in his testing. Mr. Gandhi told me that he had received email correspondence from Mr. Goodwin, dated January 22, 2004, from Mr. Goodwin to Mr. Gandhi that states

> "we have a model called the SlimFit HipSaver. Is the product listed as Slimsaver a SlimFit or is it the product of another manufacturer other than HipSaver?"

Mr. Gandhi's reply email to Mr. Goodwin dated January 26, 2004 states

> "Yes, the product listed as Slimsaver is the Hipsaver Slimfit model."

Attached hereto as Exhibit A is a true and correct copy of that email correspondence.

25. On June 18, 2004, at the direction of Ernest Posey, I instructed all independent sales representatives of Posey Hipsters to discontinue use of the White Paper, and to discontinue use of advertising or promotional materials that refer to information contained in the White Paper pending further investigation.

26. HipSaver's website, www.hipsaver.com, contains several comparative advertisements directed at Posey, which are false. For example, HipSaver's website states:

a. *"Only HipSaver can be laundered according to the CDC (Center for Disease Control) Guidelines for laundry."* But Posey's Hipster can also be laundered according to the CDC Guidelines for laundry.

b. *"Posey®Hipsters wash care instructions: Up to a maximum of 160°F (CDC guideline suggested minimum)."* This statement is incorrect.

7

Posey's wash care instructions for the Hipster state: "Posey Hipsters may be washed according to 'CDC standards'" with wash symbols noting the same.

27.  The table listed in HipSaver's website also inaccurately represents that Posey does not have adaptive models to meet varied patients' needs. Posey's Hipster is available to customers in a variety of models, including the Standard Brief to be worn as unisex underwear, E-Z-ON Model ideal for showering or over an undergarment, Incontinent Brief for use over adult diapers; and Male Fly Brief for simplification of male toileting.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of July, 2004 at Arcadia, California.

John Ross Prymark

8



From: "HipSaver." <hipsavers@msn.com>    Show full message header
To: bgandhi@ucla.edu                      Printer-Friendly Version
Date: Thu, 22 Jan 2004 10:51:34 -0500
Subject: Hip protector tests

Hello Mr Gandhi,

I see that you have done biomechanical tests on hip protectors. Your graph
caption lists
the product of my company:HipSaver, but we have no record or knowledge of
sending you a sample. Could you please tell me where you got the sample
listed as HipSaver? Also we have a model called SlimFit HipSaver. Is the
product listed as Slimsaver a Slimfit or is that the product of another
manufactuer other than HipSaver? Thanks for your help!---Ed


Edward L. Goodwin
President
HipSaver
7 Hubbard Street
Canton, MA 02021
Toll Free in US: 1-800-358-4477
781-828-3880
Fax: 781-821-6514

http://www.hipsavers.com/

*** The User Friendly Hip Protector
Incorporating the dual mechanism airPad. ***

> >From: "Bimal Gandhi" <bgandhi@ucla.edu>
> >To: "'HipSaver ,'" <hipsavers@msn.com>
> >Subject: RE: Hip protector tests
> >Date: Mon, 26 Jan 2004 12:56:42 -0800
> >
> >Hello Mr. Goodwin,
> >
> >Sorry I did not return your email sooner, I rarely check this account
> >anymore. The Hipsaver samples used in my vitro biomechanical were
> >purchased from
> >
> >A&M Homecare Medical Supply
> >617 W. Huntington Dr.
> >Monrovia, CA
> >
> >Yes, the product listed as Slimsaver is the Hipsaver Slimfit model.
> >
> >Have a nice day,
> >
> >Bimal Gandhi

# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE STATE OF MASSACHUSETTS

| | |
|---|---|
| THE HIP SAVER COMPANY, INC., | ) |
| PLAINTIFF, | ) |
| VS. | ) |
| J.T. POSEY COMPANY, | ) NO. 05-10917 PBS |
| DEFENDANT. | ) |
| J.T. POSEY COMPANY, INC., | ) |
| COUNTERCLAIM PLAINTIFF, | ) |
| VS. | ) |
| THE HIP SAVER COMPANY, INC.; AND EDWARD L. GOODWIN, | ) |
| COUNTERCLAIM DEFENDANTS. | ) |

CONFIDENTIAL

CERTIFIED COPY

DEPOSITION OF VICTORIA LEWIS

CERRITOS, CALIFORNIA

THURSDAY, DECEMBER 15, 2005

REPORTED BY:

DENISE HERFT
CSR NO. 12983

JOB NO.:
A0413NCV

*Kennedy*

C O U R T   R E P O R T E R S ,   I N C .

(800) 231-2682

MAILING ADDRESS
Orange County
920 W. 17th Street, Second Floor
Santa Ana, CA 92706

| Los Angeles | Central Coast |
|---|---|
| 523 West Sixth Street | 1610 Oak Street |
| Los Angeles, CA 90014 | Solvang, CA 93463 |

UNITED STATES DISTRICT COURT

FOR THE STATE OF MASSACHUSETTS

THE HIP SAVER COMPANY, INC.,                    )
                                                )
                PLAINTIFF,                      )
                                                )
        VS.                                     )
                                                ) NO. 05-10917 PBS
J.T. POSEY COMPANY,                             )
                                                )
                DEFENDANT.                      )
                                                )
J.T. POSEY COMPANY, INC.,                       )
                                                )
                COUNTERCLAIM PLAINTIFF,         )
                                                )
        VS.                                     )
                                                )
THE HIP SAVER COMPANY, INC.; AND                )
EDWARD L. GOODWIN,                              )
                                                )
                COUNTERCLAIM DEFENDANTS.        )
                                                )
    _____)


DEPOSITION OF VICTORIA LEWIS,

TAKEN ON BEHALF OF THE PLAINTIFF, AT,

17871 PARK PLAZA DRIVE, SUITE 200,

CERRITOS, CALIFORNIA, COMMENCING AT

2:06 P.M., ON THURSDAY, DECEMBER 15, 2005,

REPORTED BY DENISE HERFT, CSR NO. 12983, A

CERTIFIED SHORTHAND REPORTER IN AND FOR

THE STATE OF CALIFORNIA, PURSUANT TO NOTICE.

APPEARANCES:

```
        FOR THE PLAINTIFF/          LAW OFFICES OF
        COUNTERCLAIM DEFENDANT:     BROMBERG & SUNSTEIN
                                    BY:  EDWARD J. DAILEY
                                    125 SUMMER STREET
                                    BOSTON, MASSACHUSETTS
                                             02210-1618


        FOR THE DEFENDANT/          LAW OFFICES OF
        COUNTERCLAIM PLAINTIFF:     SHELDON & MAK
                                    BY:  DOUGLAS H. MORSEBURG
                                    225 SOUTH LAKE AVENUE
                                    SUITE 900
                                    PASADENA, CALIFORNIA
                                             91101



        THE VIDEOGRAPHER:           NANCY HOTALING



        ALSO PRESENT:               ERNEST POSEY
```

1        MR. MORSEBURG:  OBJECT; VAGUE AND AMBIGUOUS.

2   BY MR. DAILEY:

3        Q    IF YOU UNDERSTAND THE QUESTION.

4        A    WHAT DO YOU MEAN BY "INFORM"?

5        Q    THE TWO PRODUCTS LOOK ALIKE; IS THAT A FAIR

6   STATEMENT?

7        A    YES.

8        Q    86 AND 87; HOW IS AN INSTITUTION ABLE TO

9   DISTINGUISH WHICH PRODUCT TO PURCHASE?

10       A    THAT'S UP TO THE INSTITUTION TO DECIDE.

11       Q    DO YOU -- DOES YOUR COMPANY GIVE THE

12  INSTITUTION ANY INFORMATION?

13       A    WE GIVE THEM OUR CATALOG WITH THE PRODUCT

14  INFORMATION IN IT.

15       Q    DO YOU GIVE THEM ANY OTHER INFORMATION?

16       A    I DON'T KNOW.  I DON'T SELL.  I'M NOT ON THE

17  SALES TEAM.  I DON'T KNOW.

18       Q    THAT'S FAIR ENOUGH.  BUT YOUR TESTIMONY IS, I

19  GATHER, THAT AS FAR AS YOU KNOW YOUR COMPANY SELLS BOTH

20  EXHIBIT 86, THAT PRODUCT, AND THE PRODUCT THAT'S

21  EXHIBIT 87 TO INSTITUTIONS; IS THAT CORRECT?

22       A    YES.

23       Q    AND DO YOU KNOW OF ANY INFORMATION OTHER THAN

24  WHAT IS IN THE CATALOG THAT WOULD DISTINGUISH ONE PRODUCT

25  FROM THE OTHER?

*24*

```
 1          A     I'M SORRY.  CAN YOU REPEAT THAT?

 2          Q     DO YOU KNOW OF ANY INFORMATION OTHER THAN WHAT

 3    IS IN THE CATALOG -- THAT IS, YOUR COMPANY SALES

 4    CATALOG -- THAT WOULD DISTINGUISH THE PRODUCT THAT IS

 5    MARKED EXHIBIT 86 FROM THAT WHICH IS MARKED EXHIBIT 87?

 6          A     THE PRODUCT LABEL.

 7          Q     AND WHAT LABEL ARE YOU REFERRING TO?

 8          A     WITH THE CATALOG NUMBER ON IT.

 9          Q     OKAY.

10          A     ONE IS LABELED "HIGH-DURABILITY" AND THE OTHER

11    IS NOT.

12          Q     OKAY.  BUT YOU DON'T KNOW WHAT THE DIFFERENCE

13    IS BETWEEN HIGH-DURABILITY AND THE OTHER; IS THAT CORRECT?

14          MR. MORSEBURG:  OBJECT; MISSTATES HER TESTIMONY.

15    BY MR. DAILEY:

16          Q     DO YOU KNOW THE DIFFERENCE?

17          A     I BELIEVE I ANSWERED THAT ALREADY.

18          Q     OKAY.  AND WHAT ARE THOSE DIFFERENCES, IF ANY?

19          A     THAT THE PRODUCT LABELED AS HIGH-DURABILITY

20    WAS DESIGNED TO BE A MORE DURABLE PRODUCT.

21          Q     SO THAT WAS THE LITANY YOU GAVE ME BEFORE; IS

22    THAT CORRECT?

23          A     CORRECT.

24          Q     OKAY.  FINE.

25                I'M GOING TO ASK THAT ONE MORE PHYSICAL
```

25

STATE OF CALIFORNIA          )
                             )
COUNTY OF                    )


      I AM THE WITNESS IN THE FOREGOING DEPOSITION.

I HAVE READ THE FOREGOING DEPOSITION AND HAVING MADE

CHANGES AND CORRECTIONS AS I DESIRE, I CERTIFY THAT THE

SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO THOSE

MATTERS WHICH ARE THEREIN STATED UPON MY INFORMATION OR

BELIEF, AND AS TO THOSE MATTERS, I BELIEVE IT TO BE TRUE.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE

FOREGOING IS TRUE AND CORRECT.

      EXECUTED ON _____

AT _____, CALIFORNIA.


                   _____

                      VICTORIA LEWIS

113

REPORTER'S CERTIFICATE

I, LORI ODELL KENNEDY, CSR NO. 3320, PRESIDENT OF KENNEDY COURT REPORTERS, INC., DO HEREBY CERTIFY:

THAT THE FOREGOING DEPOSITION WAS TAKEN BEFORE ____DENISE HERFT_____ ON ___THURSDAY, DECEMBER 15, 2005__, AT THE TIME AND PLACE SET FORTH, AND WAS TAKEN DOWN BY HIM/HER IN SHORTHAND, AND THEREAFTER TRANSCRIBED INTO TYPEWRITING UNDER MY DIRECTION AND SUPERVISION.

AND I HEREBY CERTIFY THAT THE FOREGOING DEPOSITION IS A FULL, TRUE AND CORRECT TRANSCRIPT OF HIS/HER SHORTHAND NOTES SO TAKEN, TO THE BEST OF OUR ABILITY.

I CERTIFY THAT I AM NEITHER COUNSEL FOR NOR RELATED TO ANY PARTY IN SAID ACTION, NOR IN ANYWISE INTERESTED IN THE OUTCOME THEREOF.

IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY NAME THIS ___3RD___ DAY OF ___JANUARY_____, 20 _06_ .

_Lori Odell Kennedy_
LORI ODELL KENNEDY, CSR NO. 3320
CERTIFIED SHORTHAND REPORTER
FOR THE STATE OF CALIFORNIA

114