# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE HIPSAVER COMPANY, INC., <br>     Plaintiff / Counterclaim Defendant, <br><br> v <br><br> J.T. POSEY COMPANY, <br>     Defendant / Counterclaim Plaintiff. | Civil Action No. 05-10917 PBS |

**JOINT MOTION FOR A CONTINUANCE OF JUNE 4, 2007, TRIAL**

Plaintiff The HipSaver Company, Inc. ("HipSaver") and Defendant J.T. Posey Company ("Posey") file this joint motion for continuance of the trial and, in support thereof, show the following:

1. On February 14, 2007, after Summary Judgment arguments were heard, the Clerk scheduled trial for June 4, 2007.

2. HipSaver subsequently learned of the unavailability of one of its two expert witnesses during the first two weeks in June because of a conflict with a trial in Oregon. Although this expert witness has attempted to resolve the conflict, he has been unsuccessful and is not available from June 4-June 15, 2007.

3. The parties' experts and witnesses are available any date in June-August *other* than the dates set forth below:

    HipSaver: June 4 – 15, 2007; August 15-30, 2007

    Posey: June 18 – 29, 2007; July 16– 25, 2007; July 30, 2007 – August 17, 2007

4. If convenient to the court, the parties prefer that trial be held July 2 – July 13, 2007.

5.  This continuance is not sought for the purposes of delay but, rather, for the express reasons set forth above.

## REQUEST FOR RELIEF

Plaintiff HipSaver and Defendant Posey respectfully request that the Court continue the trial in this case from June 4, 2007 until any date other than the dates specified in Paragraph 3.  Furthermore, the parties request that the Court also revise the pretrial schedule to be consistent with the new trial date.

CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1 and 37.1

I hereby certify that on March 26 and 27th, 2007, counsel for HipSaver and counsel for Posey conferred by telephone and agreed to an assented motion for continuance.

Respectfully submitted

THE HIPSAVER COMPANY, INC.
By its Attorneys,

/s/  Courtney M. Quish
Lee Carl Bromberg, BBO No.:  058480
Edward J. Dailey, BBO No.:  112220
Courtney M. Quish, BBO No.:  662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004  Fax
cquish@bromsun.com
March 27, 2007

J.T. POSEY COMPANY
By its Attorneys,

        /s/ Douglas H. Morseburg
        Jeffrey G. Sheldon (CA Bar No. 67516)
        Douglas H. Morseburg (CA Bar No. 126205)
        SHELDON MAK ROSE & ANDERSON PC
        225 South Lake Avenue, Suite 900
        Pasadena, CA 91001
        (626) 796-4000
        doug@usip.com

        Anthony J. Fitzpatrick (BBO # 564324)
        DUANE MORRIS LLP
        470 Atlantic Avenue, Suite 500
        Boston, MA 02210
        (617) 289-9200
        March 27, 2007

## CERTIFICATE OF SERVICE

      I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

/s/   Courtney M. Quish
Courtney M. Quish

02820/00502  632943.1