UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE HIPSAVER COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-10917 PBS |
| J.T. POSEY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**ASSENTED-TO MOTION OF DEFENDANT J.T. POSEY COMPANY FOR ONE-DAY EXTENSION OF DEADLINE TO FILE JOINT PRETRIAL MEMORANDUM AND TO SERVE FED. R. CIV. P. 26(A)(3) DISCLOSURES**

Defendant J.T. Posey Company ("J.T. Posey") respectfully moves for a one-day extension of the deadline to file the Joint Pretrial Memorandum, and to serve its Fed. R. Civ. P. 26(a)(3) disclosures, from April 30, 2007 to May 1, 2007. The ground for this motion is that lead counsel for J.T. Posey, from the law firm of Sheldon Mak Rose & Anderson PC, do not have access to their office computer network and telephone system today, due to unexpected delays arising from the relocation of their offices over this past weekend. Counsel for the plaintiff have assented to this motion.

This request will not result in the delay of any other deadlines or events set in the Court's Pretrial Order in this case, including the final pretrial conference scheduled for May 29, 2007.

WHEREFORE, Defendant J.T. Posey respectfully moves for a one-day extension of the deadline to file the Joint Pretrial Memorandum, and to serve its Fed. R. Civ. P. 26(a)(3) disclosures, from April 30, 2007 to May 1, 2007.

Respectfully submitted,

J.T. POSEY COMPANY,

By its attorneys,

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(857) 488-4200

Jeffrey G. Sheldon (*Pro hac vice;* CA Bar No. 67516)
Douglas H. Morseburg (*Pro hac vice;* CA Bar No. 126205)
SHELDON MAK ROSE & ANDERSON PC
100 E. Corson Street, 3rd Floor
Pasadena, CA 91103
(626) 796-4000

April 30, 2007

ASSENTED TO:

/s/ Edward J. Dailey
Lee Carl Bromberg, BBO No.:  058480
Edward J. Dailey, BBO No.:  112220
Courtney M. Quish, BBO No.:  662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, MA 02110-1618
(617) 443-9292

**CERTIFICATION UNDER L.R. 7.1(A)(2)**

The undersigned counsel for the defendant J.T. Posey Company ("J.T. Posey") hereby certifies that counsel for Posey has conferred with plaintiff's counsel, who have assented to the foregoing motion.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on April 30, 2007.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

DM2\1128980.1