## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HIPSAVER COMPANY, INC., ) | Case No. CV-05-10917 PBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| J.T. POSEY COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| AND RELATED COUNTERCLAIM. ) | |
| ) | |

### NOTICE OF CHANGE OF FIRM ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, as of April 30, 2007, Sheldon Mak Rose & Anderson

PC, counsel for defendant J. T. Posey Company in this matter has changed its office address.

The new address is as follows:

**SHELDON MAK ROSE & ANDERSON PC**
100 East Corson Street, Third Floor
Pasadena, California 91103-3842.

The telephone numbers for the office remain the same.

Dated: May 2, 2007

Respectfully submitted,

J.T. POSEY COMPANY
By its attorneys,

 /s/ Douglas H. Morseburg
Jeffrey G. Sheldon,

Admitted Pro Hac Vice
Douglas H. Morseburg
Admitted Pro Hac Vice
SHELDON MAK ROSE & ANDERSON PC
100 East Corson Street, Third Floor
Pasadena, California 91103-3842
(626) 796-4000

Anthony Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
(617) 289-9200

## CERTIFICATE OF SERVICE

I certify that a copy of this document has been forwarded by electronic mail and by USPS First Class mail today to Plaintiff's counsel of record, Edward J. Dailey, Esq., BROMBERG SUNSTEIN, LLP, 125 Summer Street, 11th Floor, Boston, Massachusetts 02110-1618.

Dated: May 2, 2007                    /s/ Donald K. Piper
                                       Donald K. Piper