## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., | ) Civil Action No. 05-10917 PBS |
| Plaintiff, | ) |
| v. | ) DESIGNATION OF DEPOSITIONS |
| J.T. POSEY COMPANY, | ) |
| Defendant. | ) |
| AND RELATED COUNTERCLAIM. | ) |

## J.T. POSEY COMPANY, INC.'S
## DESIGNATION OF DEPOSITION TESTIMONY

Defendant and counterclaimant J.T. Posey Company, Inc. hereby designate the following portions of the following depositions to be read at trial:

**Deposition of Tim Sturkie, taken December 7, 2005, 2005:**

Pg: 6 Ln: 8 – 10

Pg: 6 Ln: 17 – 21

Pg: 7 Ln: 23 - Pg: 8 Ln: 2

Pg: 11 Ln: 7 – 17

Pg: 11 Ln: 22 - Pg: 12 Ln: 3

Pg: 13 Ln: 4 – 9

Pg: 13 Ln: 13 – 18

Pg: 13 Ln: 23 – 25

Pg: 14 Ln: 2

Pg: 14 Ln: 25 - Pg: 15 Ln: 10

Pg: 15 Ln: 13 - Pg: 16 Ln: 1

Pg: 16 Ln: 15 - 24 Pg: 17 Ln: 4 – 15

Pg: 17 Ln: 16 – 18

Pg: 18 Ln: 1 - 10

Pg: 19 Ln: 5 – 8

Pg: 19 Ln: 12 – 19

Pg: 19 Ln: 21 - Pg: 20 Ln: 16

Pg: 21 Ln: 5 – 10

Pg: 22 Ln: 3 – 5

Pg: 22 Ln: 13 - Pg: 23 Ln: 3

Pg: 23 Ln: 5 – 21

Pg: 27 Ln: 9 – 13

Pg: 28 Ln: 1 – 23

Pg: 28 Ln: 25 - Pg: 29 Ln: 11

Pg: 30 Ln: 4 – 11

Pg: 30 Ln: 24 - Pg: 31 Ln: 8

Pg: 31 Ln: 9 - Pg: 32 Ln: 4

Pg: 32 Ln: 5 – 16

Pg: 32 Ln: 17 – 22

Pg: 33 Ln: 4 – 15

Pg: 33 Ln: 21 – 25

Pg: 34 Ln: 3 – 13

Pg: 35 Ln: 5 – 8

Pg: 35 Ln: 11 – 15

Pg: 35 Ln: 17 – 23

Pg: 36 Ln: 6 - Pg: 37 Ln: 20

Pg: 39 Ln: 11 - Pg: 40 Ln: 8

Pg: 40 Ln: 21 - Pg: 41 Ln: 12

Pg: 42 Ln: 5 – 11

Pg: 42 Ln: 24 - Pg: 43 Ln: 12

Pg: 43 Ln: 17 - Pg: 44 Ln: 11

Pg: 44 Ln: 14 – 21

Pg: 45 Ln: 4 – 7

Pg: 45 Ln: 13 – 21

Pg: 46 Ln: 1 - Pg: 47 Ln: 8

Pg: 47 Ln: 9 – 21

Pg: 48 Ln: 1 – 14

Pg: 49 Ln: 7 – 9

Pg: 49 Ln: 18 – 23

Pg: 51 Ln: 11 – 19

Pg: 52 Ln: 17 - Pg: 53 Ln: 5

Pg: 53 Ln: 8 - Pg: 54 Ln: 3

Pg: 54 Ln: 5 – 10

Pg: 54 Ln: 12 – 14

Pg: 54 Ln: 16

Pg: 55 Ln: 8 – 15

Pg: 55 Ln: 16 – 24

Pg: 56 Ln: 1 – 8

Pg: 59 Ln: 4 – 10

Pg: 61 Ln: 8 – 16

Pg: 62 Ln: 6 – 25

Pg: 63 Ln: 2

Pg: 64 Ln: 1 – 13

Pg: 64 Ln: 23 - Pg: 66 Ln: 9

Pg: 66 Ln: 11 – 15

Pg: 66 Ln: 17 - Pg: 67 Ln: 15

Pg: 67 Ln: 22 - Pg: 68 Ln: 13

Pg: 68 Ln: 18 – 24

Pg: 68 Ln: 25 - Pg: 69 Ln: 4

Pg: 69 Ln: 6 – 10

Pg: 76 Ln: 2 – 6

Pg: 76 Ln: 12 – 18

Pg: 84 Ln: 6 – 13

Pg: 85 Ln: 16 - Pg: 86 Ln: 11

Pg: 87 Ln: 13 – 19

Pg: 87 Ln: 20 - Pg: 88 Ln: 15

Pg: 89 Ln: 1 – 11

Pg: 89 Ln: 19 – 25

Pg: 95 Ln: 15 - Pg: 96 Ln: 12

Pg: 100 Ln: 14 – 18

Pg: 103 Ln: 8 - Pg: 104 Ln: 5

Pg: 106 Ln: 24 - Pg: 107 Ln: 3

Pg: 109 Ln: 8 – 11

### Deposition of Vernon Armstrong, taken December 29, 2005:

Pg: 4 Ln: 11 – 12

Pg: 5 Ln: 2 – 15

Pg: 5 Ln: 16 – 19

Pg: 5 Ln: 23 – 24

Pg: 6 Ln: 3 – 8

Pg: 7 Ln: 7 – 9

Pg: 8 Ln: 14 - Pg: 9 Ln: 15

Pg: 9 Ln: 23 - Pg: 10 Ln: 3

**From the Confidential Transcript:**

Pg: 4 Ln: 7 – 20

Pg: 12 Ln: 3 – 17

Pg: 12 Ln: 24 - Pg: 13 Ln: 1

Pg: 13 Ln: 2 – 20

Pg: 13 Ln: 21 - Pg: 14 Ln: 10

Pg: 14 Ln: 11 - Pg: 15 Ln: 24

Pg: 15 Ln: 25 - Pg: 16 Ln: 4

Pg: 16 Ln: 12 – 18

Pg: 16 Ln: 19 – 25

Pg: 17 Ln: 7 – 17

Pg: 17 Ln: 18 - Pg: 18 Ln: 11

Pg: 18 Ln: 12 – 20

Pg: 18 Ln: 21 - Pg: 19 Ln: 2

Pg: 19 Ln: 3 – 7

Pg: 20 Ln: 4 – 7

Pg: 21 Ln: 5

Pg: 21 Ln: 6 - Pg: 22 Ln: 3

Pg: 22 Ln: 4 – 9

Pg: 22 Ln: 10 – 25

Pg: 23 Ln: 1 – 8

Pg: 23 Ln: 17 – 18

Pg: 23 Ln: 22 - Pg: 24 Ln: 9

Pg: 24 Ln: 19 – 24

Pg: 26 Ln: 1 – 7

Pg: 26 Ln: 8 – 14

Pg: 26 Ln: 19 - Pg: 27 Ln: 1

Pg: 27 Ln: 21 - Pg: 28 Ln: 10

Pg: 28 Ln: 11 – 15

Pg: 28 Ln: 18 - Pg: 29 Ln: 1

Pg: 29 Ln: 10 – 19

Pg: 30 Ln: 5 – 14

Pg: 31 Ln: 5 – 14

Pg: 31 Ln: 25 - Pg: 32 Ln: 9

Pg: 32 Ln: 19 - Pg: 33 Ln: 3

Pg: 33 Ln: 13 – 22

Pg: 38 Ln: 1 – 2

Pg: 38 Ln: 4 – 6

Pg: 42 Ln: 17 – 25

**Deposition of Jeffery B. Burl, M.D., taken August 25, 2005:**

Pg: 4 Ln: 9 - Pg: 5 Ln: 6

Pg: 7 Ln: 12 - Pg: 9 Ln: 17

Pg: 9 Ln: 24 - Pg: 10 Ln: 8

Pg: 10 Ln: 12 – 22

Pg: 10 Ln: 23 - Pg: 11 Ln: 22

Pg: 12 Ln: 2 – 7

Pg: 12 Ln: 8 – 14

Pg: 12 Ln: 19 – 23

Pg: 13 Ln: 8 – 17

Pg: 13 Ln: 18 – 24

Pg: 14 Ln: 1 – 10

Pg: 14 Ln: 11 – 14

Pg: 16 Ln: 14 - Pg: 17 Ln: 1

Pg: 19 Ln: 3 – 24

Pg: 20 Ln: 8 – 21

Pg: 20 Ln: 22 - Pg: 21 Ln: 3

Pg: 21 Ln: 4 – 15

Pg: 22 Ln: 16 – 19

Pg: 24 Ln: 20 - Pg: 25 Ln: 6

Pg: 25 Ln: 7 – 17

Pg: 25 Ln: 18 - Pg: 26 Ln: 1

Pg: 26 Ln: 2 – 17

Pg: 26 Ln: 18 – 20


Dated: May 15, 2007

J.T. POSEY COMPANY

By its attorneys,

/s/ Douglas H. Morseburg
Jeffrey G. Sheldon (CA Bar No. 67516)
Douglas H. Morseburg
          (CA Bar No. 126205)
SHELDON MAK ROSE & ANDERSON
100 E. Corson Street, 3d Floor
Pasadena, CA  91103-3842
626.796.4000

Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
857.488.4200

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

May 15, 2007                                             /s/ Donald K. Piper_____
                                                         Donald K. Piper