UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J.T. POSEY COMPANY, ) <br> ) <br> Defendant. ) <br> ) <br> AND RELATED COUNTERCLAIM. ) <br> ) | Civil Action No. 05-10917 PBS |

## WITNESS LIST OF J.T. POSEY COMPANY, INC.

J.T. Posey Company, Inc. ("Posey") hereby designates the following trial witnesses:

The following will testify:

Mr. Vernon Armstrong (may be by deposition)

Ms. Helen Brogna (may be by deposition)

Dr. Jeffrey Burl (may be by deposition)

Dr. Edward Ebramzadeh (may be by deposition)

Mr. Edward Goodwin (may be by deposition)

Mr. Creighton Hoffman or Mr. Philip Green

Ms. Victoria Lewis (may be by deposition)

Mr. Kevin Minissian (may be by deposition)

Mr. Charles Nail

Mr. Gary Reich

Mr. Tim Sturkie (may be by deposition)

The following may testify:

Mr. Roy Carr

Mr. Rick Clemons

Dr. Roy J. Epstein

Mr. William Flower

Mr. Dominic Hunter

Mr. Charles Kline

Mr. Ernest Posey

Ms. Leann Powers

Mr. Lee Rash

A representative of Rogers Corporation (may be by deposition)

Mr. Ken Tyler

Mr. Jeff Yates

Dated: May 15, 2007

J.T. POSEY COMPANY, INC.
By its attorneys,

/s/ Douglas H. Morseburg
Jeffrey G. Sheldon, Admitted Pro Hac Vice
Douglas H. Morseburg
       Admitted Pro Hac Vice
SHELDON MAK ROSE & ANDERSON
100 East Corson Street, 3rd Floor
Pasadena, California 91103
(626) 796-4000

Anthony Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
(617) 289-9200

J:\Posey\16112.24 HipSaver MA\Trial\010 Posey Witness List.doc

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

May 15, 2007                                           /s/ Donald K. Piper_____
                                                       Donald K. Piper