# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
THE HIPSAVER COMPANY, INC.,         )
                                    )
    Plaintiff / Counterclaim Defendant, )
                                    )
v                                   )  Civil Action No. 05-10917 PBS
                                    )
J.T. POSEY COMPANY,                 )
                                    )
    Defendant / Counterclaim Plaintiff. )
                                    )
_____)

## VOIR DIRE QUESTIONS FOR JURY
### [PROPOSED BY PLAINTIFF, HIPSAVER COMPANY, INC.]

The plaintiff, HipSaver Company, Inc., respectfully requests that the following questions be asked of the potential jurors as a group during live voir dire:

1. Have you, a relative, or a close friend ever been employed by a distributor of health care products, such as Alimed, Kindred Health Systems, McKesson, Cardinal Health, Medline, Gulf South, or any others?

2. Have you, a relative, or a close friend ever been employed by a health care facility, such as Manorcare, Life Care, MedLine, Sun Health, the Veterans Administration health care system, or any other long-term care facility or hospital?

3. Do you know any of the witnesses who are likely to be called in this case?[1]

4. Have you had any dealings with the law firms representing the parties in this case?

---

[1] A list of witnesses whom the parties expect to call in this case is attached below.

If any potential juror answers one or more of these questions in the affirmative, HipSaver requests that he or she be called to the sidebar to explain the basis for the affirmative answer, and be asked follow up questions at the discretion of the Court.

Respectfully submitted
The HipSaver Company, Inc.
By its Attorneys,


/s/_____
Lee Carl Bromberg, BBO No.: 058480
Edward J. Dailey, BBO No.: 112220
Courtney M. Quish, BBO No.: 662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004  Fax
cquish@bromsun.com
May 15, 2007


## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.


/s/  Courtney M. Quish
May 15, 2007


02820/00502  666982.1

2

**NAMES AND ADDRESSES OF WITNESSES**

**Witnesses whom the parties expect to call at trial:** [2]

**By The HipSaver Company, Inc.:**

Mr. Edward Goodwin
Fact witness; co-owner and President of The HipSaver Company, Inc.

Mr. Ernest Posey
Fact witness; owner and President of The Posey Company

Dr. Roy J. Epstein
Expert witness regarding damages

Dr. Wilson C. Hayes
Expert witness regarding hip injury, biomechanics, and biomechanical testing

Mr. Charles Sweeney
Fact witness

**By The Posey Company, Inc.:**

Mr. Vernon Armstrong
Fact witness; President and CEO of Garwood Laboratories

Ms. Helen Brogna
Fact witness; co-owner and Executive Vice President of The HipSaver Company, Inc.

Dr. Jeffrey Burl
Fact witness; Researcher and Author of Compliance study

Mr. Roy Carr
Fact witness; Product Development for The Posey Company

Mr. Rick Clemons
Fact witness, Garwood Laboratories

Dr. Edward Ebramzadeh
Expert witness regarding hip injury, biomechanics, and biomechanical testing

Mr. William Flower
Fact Witness; Garwood Laboratories, Quality Manager

Mr. Philip Green

---

[2] Witness list subject to change based on parties final witness list

3

Mr. Creighton Hoffman
Expert witnesses regarding damages

Mr. Dominic Hunter
Fact witness; Garwood Laboratories, Laboratory Technician

Mr. Charles Kline
Fact witness; Engineer involved at least in the 2001 Garwood project

Ms. Victoria Lewis
Fact witness; Product Manager for The Posey Company

Mr. Kevin Minissian
Expert witness regarding laundering

Mr. Charles Nail
Fact witness; Controller for The Posey Company

Ms. Leann Powers,
Fact witness; Marketing and Communications Director for The Posey Company in at least 2001

Mr. Lee Rash,
Fact witness; Manager of New Product Development for the Posey Company from at leats as early as 2001; Director of Materials for the Posey Company from at least as early as 2005

Mr. Gary Reich
Expert witness regarding marketing

Mr. Tim Sturkie
Fact witness; Garwood Laboratories, Laboratory Manager

Mr. Ken Tyler
Fact witness; CEO/President of TYCORPS

Mr. Jeff Yates
Fact witness; Director of Marketing for The Posey Company

A representative of Rogers Corporation
Fact witness; Rogers Corporation