## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                        )
THE HIPSAVER COMPANY, INC.,       )
                                                       )
     Plaintiff / Counterclaim Defendant,     )
                                                       )
v                                                        )     Civil Action No. 05-10917 PBS
                                                       )
JET. POSEY COMPANY,               )
                                                     )
     Defendant / Counterclaim Plaintiff.   )
                                                     )
_____)

**HIPSAVER'S DESIGNATIONS OF DEPOSITION TESTIMONY**

Plaintiff The HipSaver Company, Inc. ("HipSaver") hereby makes the following designations of deposition testimony. These designations are subject to revision.

Deposition of Victoria Lewis, December 15, 2005: deposition in its entirety

Deposition of Roy Seizo Carr, December 16, 2005: pages 7-10,13,14,22-25,29,30

Deposition of Charles Nail, December 15, 2005: pages 19-32

Deposition of Edward Ebramzadeh, November 10, 2006: deposition in its entirety

Deposition of Kevin Minissian, November 10, 2006: deposition in its entirety

The following deposition testimony may be relied upon for rebuttal or clarification, if the need arises:

Depositions of Edward Goodwin, October 18, 2005, November 30, 2005, March 3, 2006: deposition in its entirety

Deposition of Helen Brogna, March 2, 2006: deposition in its entirety

Respectfully submitted
The HipSaver Company, Inc.
By its Attorneys,


/s/  Courtney M. Quish
Lee Carl Bromberg, BBO No.:  058480
Edward J. Dailey, BBO No.:  112220
Courtney M. Quish, BBO No.:  662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004  Fax
cquish@bromsun.com
May 15, 2007


## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.


/s/   Courtney M. Quish
Courtney M. Quish

02820/00502  668523.1