# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
)
THE HIPSAVER COMPANY, INC., )
)
    Plaintiff / Counterclaim Defendant, )
)
v )    Civil Action No. 05-10917 PBS
)
J.T. POSEY COMPANY, )    **Hearing Requested**
)
    Defendant / Counterclaim Plaintiff. )
)
_____)

### HIPSAVER'S MOTION *IN LIMINE* TO EXCLUDE
### EXPERT TESTIMONY OF KEVIN MINISSIAN

    The plaintiff, HipSaver Company, Inc. ("HipSaver"), moves *in limine* to exclude the opinions, testimony, and any evidence proffered by Kevin Minissian. The expert reports and testimony of Mr. Minissian fail to satisfy the requirements of the Federal Rules of Evidence and existing case law, which require that experts employ a reliable methodology. Mr. Minissian failed to personally conduct or adequately supervise the tests upon which his conclusions are based, and his qualifications as an expert are similarly inadequate. His conclusory opinions will fail to assist the jury in finding the facts and accordingly, should be excluded.

    HipSaver submits a memorandum in support of this motion.

<u>CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1</u>

    I hereby certify that on May 10 and 14, 2007, counsel for HipSaver and counsel for Posey conferred by telephone in a good faith attempt to resolve or narrow the issues presented in this motion but were unable to reach agreement.

Respectfully submitted
The HipSaver Company, Inc.
By its Attorneys,


/s/  Courtney M. Quish
Lee Carl Bromberg, BBO No.:  058480
Edward J. Dailey, BBO No.:  112220
Courtney M. Quish, BBO No.:  662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004  Fax
cquish@bromsun.com
May 15, 2007


## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.


/s/   Courtney M. Quish
Courtney M. Quish


02820/00502  667441.1