UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE HIPSAVER COMPANY, INC., )<br>)<br>   Plaintiff / Counterclaim Defendant, )<br>)<br>v )<br>)<br>J.T. POSEY COMPANY, )<br>)<br>   Defendant / Counterclaim Plaintiff. )<br>) | Civil Action No. 05-10917 PBS |

**PLAINTIFF'S FINAL WITNESS AND EXHIBIT LISTS**

Plaintiff The HipSaver Company, Inc. ("HipSaver") identifies the following witnesses whom it expects to call at trial and the following exhibits that it expects to offer into evidence at trial. These disclosures are subject to revision, and specifically do not include demonstrative exhibits (such as charts and summaries) that are based upon other admissible evidence.

**A. Identification of Witnesses**

HipSaver identifies the following witnesses whom it expects to call at trial:

  Mr. Edward Goodwin
  Mr. Ernest Posey
  Ms. Victoria Lewis (may be by deposition)
  Dr. Roy J. Epstein, PhD
  Mr. Creighton Hoffman
  Dr. Wilson C. Hayes, PhD
  Dr. Edward Ebramzadeh, PhD
  Mr. Roy S. Carr (may be by deposition)

1

      Dr. Jeffrey B. Burl, MD, CMD

      Mr. Charles Nail (may be by deposition)

      Ms. Helen Brogna

      Mr. Gary Reich

      Mr. Kevin Minissian

      Mr. Charles Sweeney

**B. Identification of Exhibits**

HipSaver identifies the exhibits on the attached **Exhibit A** as those that it expects to offer into evidence at trial.

Dated: Boston, Massachusetts
       May 15, 2007

Respectfully submitted,

THE HIPSAVER COMPANY, INC.
By its Attorneys,

/s/ Courtney M. Quish
Lee Carl Bromberg
BBO No.: 058480
Edward J. Dailey
BBO No.: 112220
Courtney M. Quish
BBO No.: 662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
cquish@bromsun.com

**CERTIFICATE OF SERVICE**

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

/s/ Courtney M. Quish
Courtney M. Quish

02820/00502 668663.1

Exhibit A
HipSaver's Final Trial Exhibit List

| Trial Exhibit # | Batesno | Summary | Doctype | Docdate | Authors |
|---|---|---|---|---|---|
| 001 | EXH0001 | Article re: hip protector use | Article | 8/25/2005 | Jeffrey B. Burl, MD, CMD<br>James Centola, PT<br>Alice Bonner, APRN-BC<br>Colleen Burque, PTA |
| 004 | EXH0004 | Guidelines for Environmental Infection Control in Health-Care Facilities | Report | 00/00/2003 | U.S. Dep't of Health and Human Services;<br>CDC |
| 005 | EXH0005 | Guidelines for Laundry in Health Care Facilities | Report | 00/00/0000 | U.S. Dep't of Health and Human Services;<br>CDC |
| 007 | EXH0007 | Settlement Agreement | Agreement | 9/22/2004 | Posey<br>Goodwin |
| 009 | HS2 000046 | Tampere, Finland tests | Report | 08/00/2000 | Kannus<br>Parkkari;<br>Poutala |
| 010 | HS2 000043 | Hip Pads: Effective Fracture Prevention | Article | 10/30/2000 | George Gross;<br>Tsan-Hui Chen;<br>Carolyn Flaherty |
| 012 | EXH0012 | Posey Hipsters | Advertisement | 5/17/2005 | Posey Co. |
| 035 | EXH0035 | New Published Study Reports High Compliance Rates and No Hip Fractures with HipSaver | Website page | 00/00/0000 | HipSaver |
| 055 | HS2 000080<br>HA 000027 | 2001 - 2004 Tax Forms for Hipsaver | Tax Form | 00/00/0000 | |
| 056 | HS2 000082 | 2002 Tax Form for HipSaver | Tax Form | 00/00/2002 | |
| 057 | HS2 000084 | 2003 Tax Form for HipSaver | Tax Form | 00/00/2003 | |
| 058 | HS2 000086 | HipSaver tax return 2004 | Tax Form | 00/00/2004 | |
| 061 | EXH0061 | Hip Protectors & The Laundry | Website pages | 00/00/0000 | HipSaver |
| 065 | G 000285 | Force Attenuation Properties of Various Trochanteric Padding Materials Under Typical Falling Conditions of the Elderly | Article | 00/00/1996 | Parkkari;<br>Kannus;<br>Poutala;<br>Vuori |
| 081 | PC 000852 | Email forwarding Posey Impact Test Results | Report | 7/26/2001 | Yates, Jeffrey |
| 085 | EXH0085 | Photos of Posey Hipster with laundry label showing | Photo | 00/00/0000 | |
| 086 | EXH0086 | Photos of Posey Hipster with laundry label showing; product information | Photo | 00/00/0000 | |
| 087 | EXH0087 | Photos of Posey Hipster with laundry label showing; product information | Photo and product info | 00/00/0000 | |

Exhibit A
HipSaver's Final Trial Exhibit List

| Trial Exhibit # | Batesno | Summary | Doctype | Docdate | Authors |
|---|---|---|---|---|---|
| 088 | EXH0088 | Photo of HipSaver hip protectors with laundry label showing | Photo | 00/00/0000 | |
| 089 | G 000184 | Environmental Test Report on Various Hip Protectors | Report | 8/7/2001 | Garwood Laboratories |
| 090 | PC 000852 | Email enclosing impact test results on Posey Hipster | Email enclosing report | 7/27/2001 | Yates, Jeffrey |
| 091 | G 000245 | Environmental Test Report on Hip Protectors | Report | 5/2/2001 | Garwood Laboratories |
| 092 | PC 000894 | Impact test results for various hip protectors | Bar graphs | 00/00/0000 | |
| 093 | G 000115 | Environmental Test Report on Six Hip Protectors | Report | 1/18/2005 | Garwood Laboratories |
| 094 | G 000053 | Environmental Test Report on Thirteen Hip Protectors | Report | 3/31/2005 | Garwood Laboratories |
| 095 | HS 000302 | Photos of Posey Hipsters | Photo | 00/00/0000 | |
| 096 | PC 0001971 | Hip protector test data; email from McGrath to Minns requesting additional info regarding test | Letter enclosing test report; email | 10/8/2005 | Minns, Julian; McGrath, Charleen |
| 097 | PC 000400 | Posey product info / advertisement | Advertisement | 00/00/0000 | Posey Co. |
| 098 | PC 000799 | Study: A Solution to Hip Fractures Using Performance Tested Hip Protectors | Report | 08/00/2003 | Gandhi, Bimal |
| 099 | PC 000373 | Special Announcement" regarding unreliability of "white paper"" | Press Release | 00/00/0000 | |
| 100 | HS 000303 | Email from Hedman to Goodwin | Email | 11/29/2004 | Hedman, Tom |
| 101 | PC 000898 | Meeting notes from meeting on problems with Posey Hipsters | Memo | 4/25/2002 | Rash, Lee |
| 102 | PC 001989 | Email string regarding Hipsters | Email | 2/24/2005 | Nentrup, Randall |
| 103 | PC 001988 | Email string regarding changing info in NCPS video | Email | 4/29/2005 | Lewis, Vicky |
| 125 | HS2 000325 | HipSaver US Sales 2001-2005 | Financial | 00/00/0000 | |
| 129 | HS2 000138 | Letter enclosing impact test results of Goodwin hip pad | Letter | 4/9/1996 | Hayes, Wilson |
| 134 | HS2 000408 | HipSaver Tax return 2003 | Tax | 00/00/2003 | |
| 135 | HS2 000399 | HipSaver Tax return 2002 | Tax | 00/00/2002 | |
| 136 | HS2 000388 | HipSaver Tax return 2001 | Tax | 00/00/2001 | |
| 143 | EXH0143 | Expert Report of Roy J. Epstein 09/25/2006 | Pleading / Expert report | 9/25/2006 | Epstein, Roy |
| 144 | EXH0144 | Expert Report of Creighton Hoffman and Philip Green | Pleading / Expert report | 2/16/2006 | Hoffman, Creighton; Green, Philp |
| 145 | EXH0145 | Supplemental Report of Roy J. Epstein 10/31/2006 | Pleading / Expert report | 10/31/2006 | Epstein, Roy |
| 159 | HS2 002198~ | NCPS video: Hip Protector information | | 00/00/0000 | NCPS |
| 166 | EXH0166 | Hayes Report to B&S | Report | 9/22/2006 | Hayes, Wilson |
| 167 | EXH0167 | Hayes sur-rebuttal report | Report | 11/9/2006 | Hayes, Wilson |

Exhibit A
HipSaver's Final Trial Exhibit List

| Trial Exhibit # | Batesno | Summary | Doctype | Docdate | Authors |
|---|---|---|---|---|---|
| 500 | COR 000001 | Hoffman and Green report | Pleading | 10/16/2006 | Hoffman, Creighton; Green, Philip |
| 501 | COR 000368 | Health Hospitals article | Article | 7/17/2006 | |
| 502 | COR 000394 | Advertising, Conferences, Mailings | Corporate | 00/00/0000 | HipSaver |
| 503 | COR 000396 | New Sales $ for each advertising $ spent | Financial | 00/00/0000 | HipSaver |
| 504 | HS 000003 | Advertisement for Posey Fall Management and Bed Safety Products | Advertisment | 00/00/0000 | Posey Co. |
| 505 | HS 000071 | Advertisement for Posey Hipster | Advertisement | 00/00/0000 | Posey Co. |
| 506 | HS 000107 | Advertisement for Posey Hipsters | Advertisement | 00/00/0000 | Posey Co. |
| 507 | HS 000109 | email titled: The ONLY SCIENTIFICALLY VALIDATED hip protector? | email | 1/21/2004 | Anderson, Brian |
| 508 | HS2 000001 | Actual pair of Hipsaver Briefs (photo showing cross section) | Sample | 00/00/0000 | |
| 509 | HS2 000001a | Pair of hip protectors with pads removed | Sample | 00/00/0000 | |
| 510 | HS2 000008 | Letter enclosing Posey Hipster mistakenly returned to HipSaver, and photos of same | Letter | 5/2/2003 | Oha, Michelle |
| 511 | HS2 000038 | Hip Protector Compliance: A 13-Month Study on Factors and Cost in a Long-Term Care Facility | Article | 09/00/2003 | Burl, Jeffrey; Centola, James; Bonner, Alice; Burque, Colleen |
| 512 | HS2 000043 | Hip Pads: Effective Fracture Prevention | Article | 10/30/2000 | Gross, George; Chen, Tsan-Hui; Flaherty, Carolyn |
| 513 | HS2 000058 | Posey Hipsters ad | Advertisement | 5/17/2005 | |
| 514 | HS2 000059 | Posey Hipsters ad | Advertisement | 5/17/2005 | |
| 515 | HS2 000063 | Ad - Posey Hipsters Help Protect Against Injury from Falls | Advertisement | 00/00/0000 | |
| 516 | HS2 000073 | HipSaver order form | Invoice | 00/00/0000 | |
| 517 | HS2 000074 | HipSaver order form | Invoice | 00/00/0000 | |
| 518 | HS2 000075 | HipSaver order form | Invoice | 5/9/2001 | |
| 519 | HS2 000130 | Hip Pads: Effective Fracture Prevention | Article | 10/30/2000 | Gross, George; Chen, Tsan-Hui; Flaherty, Carolyn |
| 520 | HS2 000324 | Photocopy of file folder labeled: #26 Sales [illegible] Costs | File folder | 00/00/0000 | |
| 521 | HS2 000326 | HipSaver Unit Cost Sheet for US Sales 2005 | Cost Sheet | 00/00/0000 | |
| 522 | HS2 000387 | Photocopy of file folder labeled: #29 Financials | File folder | 00/00/0000 | |
| 523 | HS2 000426 | Handwritten Ledger | Ledger | 00/00/0000 | |
| 524 | HS2 000438 | Handwritten Ledger | Ledger | 00/00/0000 | |

Exhibit A
HipSaver's Final Trial Exhibit List

| Trial Exhibit # | Batesno | Summary | Doctype | Docdate | Authors |
|---|---|---|---|---|---|
| 525 | HS2 000455 | Handwritten Ledger | Ledger | 00/00/0000 | |
| 526 | HS2 000476 | Handwritten Ledger | Ledger | 00/00/0000 | |
| 527 | HS2 000496 | Handwritten Ledger | Ledger | 00/00/0000 | |
| 528 | HS2 000518 | HipSaver Co. Financial Statement Worksheet for YTD 12/31/2004 | Financial Statement | 9/15/2005 | |
| 529 | HS2 000520 | HipSaver Co. YTD General Ledger | Ledger | 9/15/2005 | |
| 530 | HS2 000532 | HipSaver Co. Bank of America Savings Account Analysis | Savings Account Analysis | 12/31/2004 | |
| 531 | HS2 000533 | Annual Depreciation Report for the Fiscal Year Ended 12/31/2004 | Depreciation Report | 9/15/2005 | |
| 532 | HS2 000536 | HipSaver Co. Bank Reconciliation | Bank Reconciliation | 12/31/2004 | |
| 533 | HS2 000537 | Payroll journels and Employer Tax returns | Payroll and Employer Tax documents | 12/31/2004 | |
| 534 | HS2 000543 | Financial Statement Worksheets and General Ledger | Worksheets and Ledger | 12/31/2003 | |
| 535 | HS2 000546 | Hipsaver Co. YTD General Ledger | Ledger | 00/00/2003 | |
| 536 | HS2 000553 | Handwritten note listing HipSaver's 2003 Financial situation | Note | 00/00/2003 | |
| 537 | HS2 000554 | HipSaver Co. Bank Reconciliation | Bank Reconciliation | 12/31/2003 | |
| 538 | HS2 000555 | HipSaver Co. Annual Depreciation Report for the Fiscal Year Ended 12/31/2003 | Depreciation Report | 9/11/2004 | |
| 539 | HS2 000557 | HipSaver SEP Calculation, Payroll Tax, Quarter Wage Summary | Payroll documents | 12/31/2003 | |
| 540 | HS2 000560 | HipSaver Co. Financial Statement Worksheet for the Year to Date period ending 12/31/2002 | Financial Statement | 12/31/2003 | |
| 541 | HS2 000562 | HipSaver Co. Year-to-date General Ledger For 01/03/2002 to 12/31/2002 | Ledger | 9/16/2003 | |
| 542 | HS2 000571 | HipSaver Bank Statement as of 12/31/2002, Bank Balance as of 12/31/2002 | Bank Statement | 12/31/2002 | |
| 543 | HS2 000572 | HipSaver Co. Annual Depreciation Report for the FY ended 12/31/2002, Retired Assets Report | Depreciation Report, Retired Assets Report | 9/2/2003 | |
| 544 | HS2 000575 | HipSaver Co. Salary Analysis | Salary Analysis | 12/31/2002 | |
| 545 | HS2 000576 | HipSaver Co. Finanacial Statement Worksheet for YTD period ending 12/31/2001 | Financial Statement | 9/1/2002 | |
| 546 | HS2 000578 | HipSaver Co. YTD General Ledger for 01/01/01 to 12/31/01 | Ledger | 9/1/2002 | |
| 547 | HS2 000584 | Handwritten note listing outstanding checks | Note | 12/31/2001 | |
| 548 | HS2 000585 | HipSaver Co. Annual Depreciation Report For the FY ended 12/31/01 | Depreciation Report | 1/30/2002 | |

Exhibit A
HipSaver's Final Trial Exhibit List

| Trial Exhibit # | Batesno | Summary | Doctype | Docdate | Authors |
|---|---|---|---|---|---|
| 549 | HS2 000804 | FW: Posey Hipsters brand hip protectors | email | 10/15/2004 | Hynous, Liz |
| 550 | HS2 000808 | Advertisement for Posey Hipsters | Advertisement | 00/00/0000 | Posey Co. |
| 551 | HS2 000818 | Advertisement for Posey EZ On Hipsters | Advertisement | 00/00/0000 | Posey Co. |
| 552 | HS2 001517 | Journal of Biomechanical Engineering: Energy-Shunting Hip Padding System Attenuates Femoral Impact Force in a Simulated Fall | Article | 11/00/1995 | Robinovitch, S.N.; Hayes, W.C; McMahon, T.A. |
| 553 | HS2 001554 | Letter enclosing Hipsters for participation in NCPS test | Letter | 7/30/2003 | Lewis, Victoria |
| 554 | HS2 002074 | HipSaver Tax Return 1995 | | 00/00/1995 | |
| 555 | HS2 002079 | HipSaver Tax Return 1996 | | 00/00/1996 | |
| 556 | HS2 002079 | HipSave tax return 1996 | | 00/00/1996 | |
| 557 | HS2 002083 | HipSaver Tax Return 1997 | | 00/00/1997 | |
| 558 | HS2 002088 | HipSaver Tax Return 1998 | | 00/00/1998 | |
| 559 | HS2 002092 | HipSaver Tax Return 1999 | | 00/00/1999 | |
| 560 | HS2 002095 | HipSaver Tax Return 2000 | | 00/00/2000 | |
| 561 | HS2 002099 | Protective Properties of Two Brands of Hip Protectors After Repeated Laundering - VISN 8 Patient Safety Center of Inquiry | Study/Article | 00/00/0000 | Stalhandske, Erik |
| 562 | HS2 002160 | HipSaver Tax return 2005 - Produced in CD production of 09/27/2006 | | 00/00/2005 | |
| 563 | HS2 002294 | CDC Guideline: Laundry: Washing Infected Material | Guideline | 11/18/2000 | CDC |
| 564 | HS2 002320 | Declaration of Ernest M. Posey | Pleading | 7/29/2004 | Posey, Ernest |
| 565 | HS2 002328 | Posey Fall Management and Bed Safety Products catalog | Advertisement / Catalog | | |
| 566 | HS2 002360 | Posey Healthcare Product Selection Guide catalog | Advertisement / Catalog | | |
| 567 | HS2 002428 | Posey 2005 Healthcare Product Selection Guide catalog | Advertisement / Catalog | 00/00/2005 | |
| 568 | HS2 002504 | Posey 2006 Healthcare Product Catalog | Advertisement / Catalog | 00/00/2006 | |
| 569 | HS2 002605~ | HipSaver US Sales 2001-2005 | Financial | | HipSaver |
| 570 | HS2 002606 | HipSaver certificate of incorporation | Cerificate of incorporation | 5/3/2007 | |
| 571 | HS2 002607 | FDA 2007 Annual Registration of Device Establishment | Registration certificate | 00/00/2007 | |
| 572 | PC 000365 | Settlement Agreement | Pleading | 9/22/2004 | |
| 573 | PC 000400 | Advertisement / Product info for Posey Hipsters Posey advertisements | Advertisement / Product info | 00/00/0000 | Posey Co. |

Exhibit A
HipSaver's Final Trial Exhibit List

| Trial Exhibit # | Batesno | Summary | Doctype | Docdate | Authors |
|---|---|---|---|---|---|
| 574 | PC 000406 | Advertisement / Product info for Posey Hipsters | | 00/00/0000 | |
| 575 | PC 000408 | Advertisement / Product info for Posey Hipsters | | 00/00/0000 | |
| 576 | PC 000809 | Sales report spanning 2001 to September 2005 | Sales Report | 00/00/2005 | |
| 577 | PC 000853 | Impact Data regarding Posey Hipsters | email | 7/27/2001 | Yates, Jeffrey |
| 578 | PC 000919 | FW: Posey Hipsters consideration of poron foam/ cost considerations | email | 9/25/2003 | Carr, Roy |
| 579 | PC 001022 | Email re: wash tests | E-mail | 3/23/2005 | Keefe, Mike |
| 580 | PC 001025 | Posey Hipsters ad | Advertisement | 00/00/0000 | |
| 581 | PC 001026 | Posey Hipsters Proven Effective in Laboratory Test | Advertisement | 00/00/0000 | |
| 582 | PC 001027 | Posey Restraint Alternatives 2001 / fall prevention ad | Catalog | 00/00/2001 | |
| 583 | PC 001029 | Posey Care Alternatives Division 2002 | Catalog | 00/00/2002 | |
| 584 | PC 001033 | Posey Care Alternatives Division - Fall Management / Fall Prevention - Hipsters, citing Garwood July 2001 test 2003 Posey care alternatives catalog~Hipster advertisements | Catalog | 00/00/2003 | |
| 585 | PC 001036 | Posey Healthcare Product Selection Guide | Catalog | 00/00/2004 | |
| 586 | PC 001038 | Posey 2005 Healthcare Product Selection Guide | Catalog | 00/00/2005 | |
| 587 | PC 001040 | Selected pages from the Posey 2006 catalog | Marketing | 00/00/2006 | |
| 588 | PC 001057 | Posey Hipsters package inserts | Marketing | 00/00/1999 | |
| 589 | PC 001067 | Posey EZ On Hipsters package inserts | Marketing | 00/00/0000 | |
| 590 | PC 001073 | Posey ad For Some Residents Every Fall is A Big One | Advertisement | 00/00/0000 | |
| 591 | PC 001077 | Draft of Posey ad | Advertisement | 11/14/2004 | |
| 592 | PC 001081 | Draft of Posey ad | Advertisement | 3/10/2005 | |
| 593 | PC 001468 | Sales records for 2001 - September of 2005 Summary of Posey Sales 2001-2005 | Ledger | 00/00/0000 | |
| 594 | PC 001473 | Ad in HME News for Posey Hipsters sweatpants and shorts HME news October 2005, Posey advertisement | Advertisement | 10/00/2005 | |
| 595 | PC 001736 | 2006 Posey Healthcare Product Selection Guide 2006 Healthcare Product catalog | Catalog | 00/00/2006 | |
| 596 | PC 001743 | Draft of Hipster ad | Advertisement | 3/10/2005 | |
| 597 | PC 001747 | Draft of Hipster ad | Advertisement | 00/00/0000 | |
| 598 | PC 001754 | Draft of Posey Hipsters with High Durability Pads ad M6127 | Advertisement | 9/28/2004 | |
| 599 | PC 001805 | Posey Hipsters III ad, citing July 2001 Garwood test | Advertisement | 00/00/0000 | |

Exhibit A
HipSaver's Final Trial Exhibit List

| Trial Exhibit # | Batesno | Summary | Doctype | Docdate | Authors |
|---|---|---|---|---|---|
| 600 | PC 001806 | Draft of Hipster ad, Posey Hipsters HELP Protect Against Injury from Falls | Advertisement | 00/00/0000 | |
| 601 | PC 001810 | Draft of Hipster ad, Posey Hipsters HELP Protect Against Injury from Falls | Advertisement | 00/00/0000 | |
| 602 | PC 001817 | Posey Hipsters ad citing CDC and Rubenstein | Advertisement | 00/00/1999 | |
| 603 | PC 001818 | Clinical References Supporting the Use of Hip Protectors | Advertisement | 00/00/0000 | |
| 604 | PC 001829 | Posey Hipsters ad (M6127) | Advertisement | 00/00/2004 | |
| 605 | PC 001832 | Posey EZ On Hipsters, and ad form (M5017) | Advertisement | 00/00/2002 | |
| 606 | PC 002169 | Effects of Loading Rate on Strength of the Proximal Femur | Article | 00/00/1994 | Courtney, A.C.; Wachtel, E.F.; Myers, E.R.; Hayes, W.C. |
| 607 | PC 002260 | Etiology and Prevention of Age-Related Hip Fractures | Article | 00/00/1996 | Hayes, W.C.; Myers, E.R.; Robinovitch, S.N.; Van Den Kroonenberg, A.; Courtney, A.C.; McMahon, T.A. |
| 608 | PC 002278 | Comparison of Force Attenuation Properties of Four Different Hip Protectors Under Simulated Falling Conditions in the Elderly: An In Vitro Biomechanical Study | Article | 00/00/1999 | Kannus, P.;Parkkari, J.;Poutala, J. |
| 609 | PC 002351 | Energy-Shunting External Hip Protector Attenuates the Peak Femoral Impact Force below the Theoretical Fracture Threshold: An In Vitro Biomechanical Study under Falling Conditions of the Elderly | Article | 00/00/1995 | Parkarri, Jari; Kannus, Pekka; Heikkila, Jussi; Poutala, Jarmo; Sievanen, Harri; Vuori, Ilkka |
| 610 | PC 002367 | Prediction of Femoral Impact Forces in Falls on the Hip | Article | 11/00/1991 | Robinovitch, S.N.;Hayes, W.C.; McMahon, T.A. |
| 611 | PC 002381 | Force Attenuation in Trochanteric Soft Tissues During Impact from a Fall | Article | 12/1/1994 | Robinovitch, Stephen; McMahon, Thomas; Hayes, Wilson |
| 612 | PC 002486 | Advertisement for Posey Hipsters; illegible excerpt from The Lancet; Hip Fracture Disease: Coping with a contemporary epidemic; Effect of External Hip Protectors on Hip Fractures | Advertisement | 00/00/0000 | |
| 613 | PC 002754 | Posey 2005 Healthcare Product Selection Guide | Catalog | 00/00/2005 | |

Exhibit A
HipSaver's Final Trial Exhibit List

| Trial Exhibit # | Batesno | Summary | Doctype | Docdate | Authors |
|---|---|---|---|---|---|
| 614 | PC 002893 | Sales of Posey Hipsters, 2001 - 2005 | Sales data | 00/00/0000 | |
| 615 | PC 002899 | Domestic Sales of Posey Hipsters, 2004 - 2005 | Sales data | 1/31/2006 | |
| 616 | PC 002998 | Monthly Hipster Sales 2004 to 2005 | Financial data | 00/00/0000 | |
| 617 | PC 003000 | Advertisement for Posey Hipsters | Advertisement | 00/00/0000 | Posey Co. |
| 618 | PC 003002 | Advertisement for Posey Hipsters | Advertisement | 00/00/0000 | Posey Co. |
| 619 | PC 003006 | Advertisement for Posey Hipsters | Advertisement | 00/00/0000 | Posey Co. |
| 620 | PC 003382 | Hipsaver Request #15 - Sales and Costs of Designated Fall Management Products 2001 to 2005 | Sales informaiton | 00/00/0000 | |
| 621 | PC 003397 | Hipsaver Request #16 - Sales and Costs of Hip Protection Products 2001 to 2005 | Sales informaiton | 00/00/0000 | |
| 622 | PC 003422 | Hipsaver Request #17 - Bill to Customer Names and Addresses | Sales informaiton | 00/00/0000 | |
| 623 | PC 003429 | Hipsaver Request #17 - Ship to Address and Hip Protector Sales | Sales informaiton | 00/00/0000 | |
| 624 | PC 003853 | Hipsaver Request #17 - Payment Application Data~~PC 003853- PC 003962~~Produced on CD | Sales informaiton | 00/00/0000 | |
| 625 | PC 003963 | CD containing Hipster invoices; duplicate CD at PC 003964 | Disk | 00/00/0000 | |
| 626 | PC 003965 | CD containing data re: Hipster RMAs (comments re: returns); PC 003965-PC 004528 | Disk | 00/00/0000 | |
| 627 | PC 004529 | CD containing data re: Posey Hipster RMAs (comments re: returns) | Disk | 00/00/0000 | |
| 628 | PC 005153 | Posey 2004 S-Corporation Return | Tax return | 00/00/2004 | |
| 629 | PC 005180 | Posey 2003 S-Corporation Return | Tax return | 00/00/2003 | |
| 630 | PC 005204 | Posey 2002 S-Corporation Return | Tax return | 00/00/2002 | |
| 631 | PC 005232 | Posey 2001 S-Corporation Return | Tax return | 00/00/2001 | |
| 632 | PC 005722 | Hipsters advertisement | | 00/00/0000 | |
| 633 | PC 005724 | Posey Hipster catalog/advertisement | | 00/00/0000 | |
| 634 | PC 005736 | CD containing Hipsters returns 2001-2005 | | 00/00/0000 | |
| 635 | PC 005842 | Place holder for CD of Excel spreadsheet also found at PC 005817 - PC 005841 | CD | 00/00/0000 | |
| 636 | PC 005868 | Preliminary summary of Hayes' opinions / Hayes expert report | Letter / Report | 6/14/2004 | Hayes, Toby |
| 637 | PC 005914 | Email exchange re picture of Posey pad showing incorrect positioning | Email | 12/4/2006 | Morseburg, Doug |
| 638 | PC 005927 | Color Copy of 2002 Catalog / advertisement | Catalog / Advertisement | 00/00/2002 | |

Exhibit A
HipSaver's Final Trial Exhibit List

| Trial Exhibit # | Batesno | Summary | Doctype | Docdate | Authors |
|---|---|---|---|---|---|
| 639 | RJE 000138 | Expert Designation Inclusing Report of Gary Reich | Pleading | 2/16/2006 | Reich, Gary |
| 640 | RJE 000153 | Top 25 nursing home chains | Article | 09/00/2002 | Appleby, Jean |
| 641 | RJE 000154 | Printout from www.hipprotector.com website | Website | 00/00/0000 | |
| 642 | RJE 000157 | Printout from CDC website | Website | 00/00/0000 | |
| 643 | WCH 000073 | Am. J of Phys Article: How to hit home runs: Optimum baseball bat swing parameters for maximum range trajectories | Article | 11/00/2003 | Sawicki, Gregory; Hubbard, Mont; Stronge, William |
| 644 | WCH 000084 | Composite Structures article: Performance Assessment of Wood, Metal, and Composite Baseball bats | Article | 00/00/2001 | Shenoy, Mahesh; Smith, Lloyd; Axtell, John |
| 645 | WCH 000092 | Journal of Biomechanical Engineering article: Dynamic Models for Sideways Falls from Standing Height | Article | 09/00/1995 | van den Kroonenberg; Hayes, W.C.; McMahon, T.A. |
| 646 | WCH 000178 | Hayes Rebuttal Report to Ebramzadeh report (unsigned) | Letter / Report | 8/14/2004 | Hayes, Toby |
| 647 | HS2 000298 | HipSaver Slimfit model | Hip protector | 00/00/0000 | |
| 648 | | 2007 version of HipSaver pad (to be provided) | Hip protector pad | 00/00/0000 | |
| 649 | | DermaSaver skin protectors (three models - to be provided) | Hip protectors | 00/00/0000 | |
| 650 | | DermaSaver Product Guide (to be provided) | Product Guide | 00/00/0000 | |
| 651 | | Posey first generation Hipster (to be provided) | Hip protector | 00/00/0000 | |
| 652 | | Graphic of pelvic bones (chalk to be provided) | Graphic | 00/00/0000 | |
| 653 | | HipSaver website pages | Website | 00/00/0000 | |
| 654 | | Doing Business in Massachusetts reports (Alimed, Kindred, Life Care, McKesson, Cardinal, Medline, Gulf South, Sun Health, Manor Care, VHA) (not yet received from Secretary of the Commonwealth) | Reports | 00/00/0000 | |
| 655 | | Hayes powerpoint presentation (to be provided) | Presentation | 00/00/0000 | |
| 656 | | Epstein powerpoint presentation (to be provided) | Presentation | 00/00/0000 | |
| 657 | | HipSaver's Stipulated Facts | Pleading | | |