# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
)
THE HIPSAVER COMPANY, INC.,        )
                                   )
   Plaintiff / Counterclaim Defendant, )
                                   )
v                                  )   Civil Action No. 05-10917 PBS
                                   )
J.T. POSEY COMPANY,                )
                                   )
   Defendant / Counterclaim Plaintiff. )
                                   )
_____)

## HIPSAVER'S MOTION *IN LIMINE* TO EXCLUDE
## OPINION TESTIMONY OF GARY REICH

The plaintiff, HipSaver Company, Inc. ("HipSaver"), moves *in limine* to exclude evidence of the opinions of Gary Reich as not based on sufficient facts or data, not based on reliable principles and methods, and unhelpful to the jury.

HipSaver submits a memorandum in support of this motion.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on May 10 and 14, 2007, counsel for HipSaver and counsel for Posey conferred by telephone in a good faith attempt to resolve or narrow the issues presented in this motion but were unable to reach agreement.

Respectfully submitted
The HipSaver Company, Inc.
By its Attorneys,


/s/  Courtney M. Quish
Lee Carl Bromberg, BBO No.:  058480
Edward J. Dailey, BBO No.:  112220
Courtney M. Quish, BBO No.:  662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004  Fax
cquish@bromsun.com
May 15, 2007


## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.


/s/   Courtney M. Quish
Courtney M. Quish


02820/00502  666072.1