# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., | ) |
| | ) Civil Action No. 05-10917 PBS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| J.T. POSEY COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| AND RELATED COUNTERCLAIM. | ) |
| | ) |

## EXHIBIT LIST OF J.T. POSEY COMPANY, INC.

J.T. Posey Company, Inc. designates as exhibits to be used at trial the documents and things listed on the attached Exhibit "A". Posey reserves the right to amend its exhibit list to include any inadvertently omitted documents or to delete any inadvertently included documents, as well as the right to modify its list in response to the Court's recent ruling on the parties' motions for summary judgment and/or the Court's

/

/

/

1

future rulings on the parties' motions in limine.  Posey further reserves the right to

introduce any and all exhibits contained on the exhibit list of The HipSaver Company,

Inc.


Dated: May 15, 2007                          J.T. POSEY COMPANY, INC.
                                             By its attorneys,


                                             /s/ Douglas H. Morseburg
                                             Jeffrey G. Sheldon, Admitted Pro Hac Vice
                                             Douglas H. Morseburg
                                                  Admitted Pro Hac Vice
                                             SHELDON MAK ROSE & ANDERSON
                                             100 East Corson Street, 3rd Floor
                                             Pasadena, California 91103
                                             (626) 796-4000

                                             Anthony Fitzpatrick (BBO # 564324)
                                             DUANE MORRIS LLP
                                             470 Atlantic Avenue, Suite 500
                                             Boston, Massachusetts 02210
                                             (617) 289-9200

J:\Posey\16112.24 HipSaver MA\Trial\011 Posey Exhibit List.doc

## **CERTIFICATE OF SERVICE**

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

May 15, 2007                                          /s/ Donald K. Piper_____
                                                           Donald K. Piper

J:\Posey\16112.24 HipSaver MA\Trial\011 Posey Exhibit List.doc

**EXHIBIT "A"**

**POSEY EXHIBIT LIST**

| Ex. No. | Date ID'd | Admitted | Description |
|---|---|---|---|
| 1 | | | Article: HipProtector Compliance: A 13- Month Study on Factors and Cost In a Long-Term Care Facility by Burl, et al. (PC 0414-419) |
| 4 | | | Partial Guidelines for Environmental Infection Control in Health-Care Facilities (PC 0377-389) |
| 5 | | | Guidelines for Laundry In Health Care Facilities (PC 0375-376) |
| 7 | | | Settlement Agreement (PC 0365-373) |
| 8 | | | Letter dated 04/09/96 from Hayes to Goodwin and results of impact test |
| 9 | | | Interpretation of Biomechanical Testing of HipSaver Dual-mechanism Shunting/Absorbing airPad (HS2 0046-49) |
| 10 | | | Article: Hip Pads: Effective Fracture Prevention by Gross, et al. (HS2 0043-45) |
| 13 | | | HipSaver approximate units sold per year (HS2 0034) |
| 14 | | | HipSaver Complaint dated 05/04/2005 |
| 17 | | | Email dated 05/21/02 from E. Goodwin to E. Posey (PC 0187-189) |

## POSEY EXHIBIT LIST

| Ex. No. | Date ID'd | Admitted | Description |
|---------|-----------|----------|-------------|
| 36 | | | Letter dated 03/07/05 from E. Posey to E. Goodwin r |
| 37 | | | Email dated 03/18/05 from E. Goodwin to E. Posey (PC 0099-100) |
| 38 | | | Email dated 03/19/05 from E. Goodwin to E. Posey |
| 39 | | | Email dated 03/21/05 from E. Goodwin to E. Posey re: "haveyasscrewedanyonetoday?" (PC 0095-96) |
| 42 | | | Email dated 04/02/05 from E. Goodwin to E. Posey re: CDC laundry |
| 43 | | | 2003 HipSaver catalog |
| 45 | | | HipSaver Open-Bottom 3 Snap (HS2 0028-29) |
| 49 | | | HipSaver response to Posey's First Set of Interrogatories, dated 09/16/05 |
| 50 | | | HipSaver response to Posey's First Request for Production dated 08/25/05 |
| 55 | | | Partial 2001 HipSaver Tax Return (HS2 0081-82) |
| 56 | | | Partial 2002 HipSaver Tax Return (HS2 0082-83) |
| 57 | | | Partial 2003 HipSaver Tax Return (HS2 0084-85 |

## POSEY EXHIBIT LIST

| Ex. No. | Date ID'd | Admitted | Description |
|---------|-----------|----------|-------------|
| 58 | | | Partial 2004 HipSaver Tax Return (HS2 0086-87) |
| 64 | | | ASTM Designation F355 – 95 (PC 1914-1917) |
| 65 | | | Article: Parkkari, et al. Force Attenuation Properties of Various Trochanteric Padding Materials Under Typical Falling Conditions of the Elderly, Journal of Bone and Mineral Research, Vol. 9, 11/09/94, pp.1391-96 (G 0285-90) |
| 69 | | | Letter dated 03/20/2001 from Walters to Sturkie (G 0259) |
| 70 | | | ASTM Designation F1292-99 (PC 1876-1890) |
| 74 | | | Letter dated 06/27/01 from Garwood to Walters (G 0239) |
| 75 | | | Letter dated 07/05/01 from V. Walters to T. Sturkie (PC 0831) (G 0024) |
| 76 | | | Hipsters Impact Absorption Testing (G 0243) |
| 78 | | | Photograph of Garwood Testing Equipment |
| 79 | | | Photograph of Garwood Testing Equipment |
| 80 | | | Photograph of Garwood Testing Equipment |

**POSEY EXHIBIT LIST**

| Ex. No. | Date ID'd | Admitted | Description |
|---------|-----------|----------|-------------|
| 84 | | | Posey Sales Data (PC 1468) |
| 91 | | | Environmental Test Report dated 05/02/01 (G 0246-291) |
| 93 | | | Environmental Test Report dated 01/18/05 (G 0116-0145) |
| 105 | | | Email string dated 09/25/03 from R. Carr to C. Kline (PC 0919-920) |
| 109 | | | Environmental Test Report dated 09/20/02 (PC 1340-1367) |
| 110 | | | Environmental Test Report dated 05/28/03 (PC 1301-1339) |
| 111 | | | Environmental Test Report dated 07/30/03 (PC 1113-1165) |
| 112 | | | Environmental Test Report dated 10/02/03 (PC 1166-1193) |
| 113 | | | Environmental Test Report dated 07/07/04 (PC 1194-1247) |
| 114 | | | Environmental Test Report dated 01/08/05 (PC 420-452) |
| 115 | | | Environmental Test Report dated 03/31/05 (PC |

## POSEY EXHIBIT LIST

| Ex. No. | Date ID'd | Admitted | Description |
|---------|-----------|----------|-------------|
|         |           |          | 1248-1300) |
| 116     |           |          | Garwood Brochure (PC 1788 – 1801) |
| 124     |           |          | HipSaver unit cost sheet (HS2 0326) |
| 125     |           |          | HIpSaver US Sales (HS2 0325) |
| 126     |           |          | HipSaver unit cost sheet (for US Sales 2005) |
| 127     |           |          | 2004 HipSaver Tax Return (HS2 0417-0425) |
| 129     |           |          | Letter dated 04/29/96 from Hayes to Goodwin re: pad testing (HS2 0138-0143) |
| 130     |           |          | 02/21/00 Trochanteric padding material tests – HipSaver (HS2 0151-52) |
| 131     |           |          | 09/15/00 Trochanteric pad tests - HipSaver (HS2 0153-54) |
| 134     |           |          | 2003 HipSaver Tax Return (HS2 0408-0416) |
| 135     |           |          | 2002 HipSaver Tax Return (HS2 0399-407) |
| 136     |           |          | 2001 HipSaver Tax Return (HS2 0388-0398) |
| 139     |           |          | Screen shot from HipSaver website – Hip Protectors |

POSEY EXHIBIT LIST

| Ex. No. | Date ID'd | Admitted | Description |
|---------|-----------|----------|-------------|
|         |           |          | and the Laundry |
| 140     |           |          | Screen shot from HipSaver website – Validation and Testing |
| 144     |           |          | Expert Report of Creighton Hoffman and Philip Green (PC 3189-3206) |
| 147     |           |          | Email dated 10/20/06 from Epstein to Shukla |
| 152     |           |          | Handwritten notes (RJE 001-002) |
| 154     |           |          | Expert Report of Kevin Minissian (HS2 2210-2220) |
| 155     |           |          | Supplemental Expert Report of Kevin Minissian (HS2 2222-2223) |
| 158     |           |          | Screen shot of HipSaver website – Hip Protectors & The Laundry |
| 162     |           |          | Expert Report of Edward Ebramzadeh (HS2 2224-2256) |
| 163     |           |          | Rebuttal Expert Report of Edward Ebramzadeh (HS2 2257-2286) |
| 165     |           |          | Injury Biomechanics Clearly Explained |
| 168     |           |          | Letter dated 10/20/06 from Dailey to Hayes (WCH 0110-112) |

**POSEY EXHIBIT LIST**

| Ex. No. | Date ID'd | Admitted | Description |
|---|---|---|---|
| 171 | | | Screen shot from HipSaver website – "HipSaver Validation and Testing" |
| 1001 | | | HipSaver Laundry Label (PC 1986) |
| 1002 | | | Email dated 05/06/03 from Goodwin to Stalhanske re Posey hip protectors (HS2 2058-59) |
| 1003 | | | Letter dated 04/08/05 from E. Goodwin to E. Posey (PC 0394) |
| 1004 | | | Letter dated 04/22/05 from E. Posey to E. Goodwin (HS2 2290-2292) |
| 1005 | | | Letter dated 05/03/05 from E. Daily to E. Posey |
| 1006 | | | Undated Instron Literature (HS2 1743-46) |
| 1006a | | | Undated Instron Literature |
| 1007 | | | Email string dated 05/18/02 from E. Posey to M. Keefe, et al. (PC 0192-194) |
| 1008 | | | Letter dated 09/08/05 from J. Minns to Kay w/attached test results (PC 1971-1982) |
| 1009 | | | Email dated 11/04/03 from Nentrup to E. Posey re: feedback (PC 2015-2016) |

## POSEY EXHIBIT LIST

| Ex. No. | Date ID'd | Admitted | Description |
|---|---|---|---|
| 1010 | | | Results of Tampere testing of Posey hip protectors on 06/02/06 (PC 5737-5742) |
| 1011 | | | Correspondence between E. Posey and J. Minns (PC 5914-5915) |
| 1012 | | | Exemplars of Posey Hipsters tested at Tampere |
| 1013 | | | Exemplars of Posey Hipsters produced at Posey's Rule 30(b)(6) depositions |
| 1014 | | | Environmental Test Report dated 05/02/01 (PC 0453-796) |
| 1015 | | | Letter dated 06/22/01 from Walters to Sturkie (PC 0812) |
| 1016 | | | Documents re Bids for Garwood Testing (PC 0819-0823) |
| 1017 | | | Letter dated 06/22/01 from V. Walters to T. Sturkie (PC 0830) |
| 1018 | | | Impact Test data (PC 0815) |
| 1019 | | | Environmental Test Report dated 08/07/01 (PC 001-074) |
| 1020 | | | ASTM Designation F355-95 (PC 1914-1917) |

## POSEY EXHIBIT LIST

| Ex. No. | Date ID'd | Admitted | Description |
|---|---|---|---|
| 1021 | | | Exemplars of tested pads (pictured at PC 1475-1482) |
| 1022 | | | Email string dated 01/22/04 from Evans to Taylor, including message from Lewis (HS2 0816-819) |
| 1023 | | | Posey Advertisement (PC 1025-26) |
| 1024 | | | Partial 2002 Posey Catalog (PC 1029-30) |
| 1025 | | | Partial 2002 Posey Patient Safety Division Catalog (PC 1031-1032) |
| 1026 | | | Partial 2003 Posey Complete Healthcare Catalog (PC 1033-35) |
| 1027 | | | Partial 2004 Posey Healthcare Product Selection Guide (PC 1036-37) |
| 1028 | | | Partial 2005 Posey Healthcare Product Selection Guide (PC 1038-39) |
| 1029 | | | Partial 2006 Posey Healthcare Product Catalog (PC 1040-1042) |
| 1030 | | | Posey Hipsters Product Insert - M6139 (PC 1043-1044) |
| 1031 | | | Posey Hipsters Product Insert - M6139 (PC 1045-1046) |

### POSEY EXHIBIT LIST

| Ex. No. | Date ID'd | Admitted | Description |
|---|---|---|---|
| 1032 | | | Posey Hipsters Product Insert - M6139 (PC 1047-1048) |
| 1033 | | | Posey Hipsters Product Insert - M6139 (PC 1049-1050) |
| 1034 | | | Posey Hipsters Product Insert - M6139 (PC 1051-52) |
| 1035 | | | Posey High Durability Hipster Product Insert - M6127 (PC 1055-1056) |
| 1036 | | | Posey Hipsters Product Inserts - M6016 (PC 1057-1058) |
| 1037 | | | Posey Hipsters Product Inserts - M6016 (PC 1059-1060) |
| 1038 | | | Posey Hipsters Product Inserts - M6016 (PC 1061-1062) |
| 1039 | | | Posey Hipsters Product Inserts - M6016 (PC 1063-1064) |
| 1040 | | | Posey Hipsters Product Inserts - M6016 (PC 1065-1066) |
| 1041 | | | Posey EZ On Hipsters Product Inserts - M5017 (PC 1067-68) |
| 1042 | | | Posey EZ On Hipsters Product Inserts - M5017 (PC |

**POSEY EXHIBIT LIST**

| Ex. No. | Date ID'd | Admitted | Description |
|---------|-----------|----------|-------------|
| | | | 1069-70) |
| 1043 | | | Posey EZ On Hipsters Product Inserts - M5017 (PC 1071-1072) |
| 1044 | | | Posey Tight Rope Walker Flyers - M6079 (PC-1073-1076) |
| 1045 | | | Posey Tight Rope Walker Flyers - M6079 (PC-1077-1080) |
| 1046 | | | Posey Tight Rope Walker Flyers - M6079 (PC-1081-1084) |
| 1047 | | | Posey Tight Rope Walker Flyers - M6079 (PC-1085-1088) |
| 1048 | | | Posey Tight Rope Walker Flyers - M6079 (PC-1089-1092) |
| 1049 | | | Posey Tight Rope Walker Flyers - M6079 (PC-1089-1092) |
| 1050 | | | Posey Tight Rope Walker Flyers - M6079 (PC-1093-1096) |
| 1051 | | | Email dated 05/09/05 from V. Lewis to E. Posey re Hipster Literature Changes (PC 1097) |
| 1052 | | | Posey Tight Rope Walker Flyer - M6079 (PC 1747-1750) |
| 1053 | | | List of M6079 Shipments (PC 1770-1787) |

**POSEY EXHIBIT LIST**

| Ex. No. | Date ID'd | Admitted | Description |
|---|---|---|---|
| 1054 | | | Posey Product Instruction Sheets w/Change Notices (PC 1751-53) |
| 1055 | | | Posey Product Instruction Sheets w/Change Notices (PC 1754-56) |
| 1056 | | | Posey Product Instruction Sheets w/Change Notices (PC 1757-59) |
| 1057 | | | Posey Hipsters Product Inserts w/Change Notices (PC 1814-1816) |
| 1058 | | | Posey Hipsters Product Inserts w/Change Notices (PC 1817-1819) |
| 1059 | | | Posey Hipsters Product Inserts w/Change Notices (PC 1820-1822) |
| 1060 | | | Posey Hipsters Product Inserts w/Change Notices (PC 1823-1825) |
| 1061 | | | Posey Hipsters w/High Durability Pads Product Insert w/Change Notice (PC 1829-31) |
| 1062 | | | Posey EZ On Hipsters Product Inserts w/Change Notices - M5017 (PC 1832-1834) |
| 1063 | | | Posey EZ On Hipsters Product Inserts w/Change Notices - M5017 (PC 1835-1837) |

**POSEY EXHIBIT LIST**

| Ex. No. | Date ID'd | Admitted | Description |
|---|---|---|---|
| 1064 | | | Finished Goods Change Notices For Hipsters (PC 2860-2862) |
| 1065 | | | Finished Goods Change Notices For Hipsters (PC 2863-2865) |
| 1066 | | | Finished Goods Change Notices For Hipsters (PC 2866-2868) |
| 1067 | | | Finished Goods Change Notices For Hipsters (PC 2869-2871) |
| 1068 | | | Finished Goods Change Notices For Hipsters (PC 2872-2874) |
| 1069 | | | Finished Goods Change Notices For Hipsters (PC 2875-2877) |
| 1070 | | | Finished Goods Change Notices For Hipsters (PC 2878-2880) |
| 1071 | | | Finished Goods Change Notices For Hipsters (PC 2881-2883) |
| 1072 | | | Finished Goods Change Notices For Hipsters (PC 2884-2886) |
| 1073 | | | Finished Goods Change Notices For Hipsters (PC 2887-2889) |

## POSEY EXHIBIT LIST

| Ex. No. | Date ID'd | Admitted | Description |
|---------|-----------|----------|-------------|
| 1074 | | | Various Finished Goods Change Notices For Hipsters (PC 2890-2892) |
| 1075 | | | Hipsters Advertising (PC 3000) |
| 1076 | | | Hipsters Advertising (PC 3001) |
| 1077 | | | Hipsters Advertising (PC 3002-3005) |
| 1078 | | | Hipsters Advertising (PC 3006-3007) |
| 1079 | | | Hipsters Advertising (PC 3008-) |
| 1080 | | | Hipsters Advertising (PC 3010-3011) |
| 1081 | | | Finished Goods Literature Change Order/Release Notice (PC 5712-5714) |
| 1082 | | | Finished Goods Literature Change Order/Release Notices (PC 5715-5717) |
| 1082 | | | Finished Goods Literature Change Order/Release Notices (PC 5718-20) |
| 1084 | | | Finished Goods Literature Change Order/Release Notices (PC 5721-5723) |
| 1085 | | | Color copies of Posey advertising materials (PC 5927-5928) |
| 1086 | | | Color copies of Posey advertising materials (PC 5929-5932) |

**POSEY EXHIBIT LIST**

| Ex. No. | Date ID'd | Admitted | Description |
|---|---|---|---|
| 1087 | | | Color copies of Posey advertising materials (PC 5933-5934) |
| 1088 | | | Color copies of Posey advertising materials (PC 5935-5938) |
| 1089 | | | Textbook - Physics, (2d ed. 1989) by Ohanian |
| 1090 | | | Supplemental Expert Report of Creighton Hoffman and Philip Green |
| 1091 | | | Exemplars of Posey Hipsters washed at direction of Minissian |
| 1092 | | | Complete 2003 Guidelines for Environmental Infection Control in Health-Care Facilities (PC 1483-1731) |
| 1093 | | | TRSA - Guidelines for Healthcare Linen Service - 1999 (PC 2101-2112) |
| 1094 | | | TRSA - Healthcare Service Operations Manual (PC 2113-2155) |
| 1095 | | | Wash logs (EM 527-528) |
| 1101 | | | Excerpt from VA manual re laundry facility operations (PC 5916-5926) |
| 1102 | | | Washroom Time Line Report Summary – February |

### POSEY EXHIBIT LIST

| Ex. No. | Date ID'd | Admitted | Description |
|---|---|---|---|
| | | | 2006 (EM 527) |
| 1103 | | | Washroom Time Line Report Summary – April 2006 (EM 528-533) |
| 1104 | | | Washroom Time Line Report Summary (EM 534-536) |
| 1105 | | | Wash Formula Guides (EM 537-538) |
| 1106 | | | TRSA Laundry Textbook |
| 1110 | | | Expert Report of Gary Reich |
| 1111 | | | Supplemental Expert Report of Gary Reich |
| 1120 | | | Letter dated June 14, 2004 from Hayes to Dailey (PC 5868-5875) |
| 1125 | | | Summary of Hipster Sales (PC 0809) |
| 1126 | | | Sample of Hipster pad (PC 1111-1112) |
| 1131 | | | HipSaver Flyer (PC 1922) |
| 1131 | | | Spec sheet (PC 2099-2100) |
| 1132 | | | Raw Material Specification (PC 2476) |

**POSEY EXHIBIT LIST**

| Ex. No. | Date ID'd | Admitted | Description |
|---------|-----------|----------|-------------|
| 1133 | | | Rogers Technical Data (PC 2834-2856) |
| 1136 | | | Exemplars of the parties' respective products |
| 1140 | | | Hipster Sales Summaries (PC 2893-2904) |
| 1141 | | | Hipster Monthly Sales (PC 2998-99) |
| 1142 | | | Sales and Costs of Designated Posey Fall Management Products 2001-2005 (PC 3382-3396) |
| 1143 | | | Sales and Costs of Posey Hip Protection Products 2001-2005 (PC 3397-3421) |
| 1144 | | | Bill to Customer Names and Addresses (PC 3422-3428) |
| 1145 | | | Ship to Address and Hipster Sales 2001-2005 (PC 3429-3852) |
| 1146 | | | Payment Application Data 2001-2005 (PC3853-3962) |
| 1147 | | | Posey Tax Return - 2001 (PC 5232-5257) |
| 1148 | | | Posey Tax Return - 2002 (PC5204-5231) |
| 1149 | | | Posey Tax Return - 2003 (PC 5180-5203) |

### POSEY EXHIBIT LIST

| Ex. No. | Date ID'd | Admitted | Description |
|---|---|---|---|
| 1150 | | | Posey Tax Return - 2004 (PC 5153-5179) |
| 1151 | | | Posey Tax Return - 2005 (PC 5743-5767) |
| 1152 | | | Detailed Financial Data 2001-2005 (PC 5817-5841) |
| 1153 | | | Bone article (PC5768-5774) |
| 1154 | | | Article –Wiener, et al., (HS2 1436-47) |
| 1155 | | | Article – Cameron, et al., (HS2 1635-1639) |
| 1156 | | | Article – (HS2 1640-48) |
| 1157 | | | Article – Kannus, et al., (HS2 1850-56) |
| 1158 | | | Article – Cameron, (HS2 1860) |
| 1159 | | | Article – Nabhani, et al., (HS2 1999-2006) |
| 1171 | | | Documents re: Garwood testing in 02/01 (G0257-0284) |
| 1172 | | | Complaint dated 06/10/2004 |
| | | | |