## HipSaver's Objections to Posey's Final Exhibit List

| Ex. No. | Description | HipSaver's Objections |
|---------|-------------|------------------------|
| Ex.1 | Article: Hip Protector Compliance: A 13- Month Study on Factors and Cost In a Long-Term Care Facility by Burl, et al. | None |
| Ex. 4 | Partial Guidelines for Environmental Infection Control in Health-Care Facilities | None |
| Ex. 5 | Guidelines for Laundry In Health Care Facilities | None |
| Ex. 7 | Settlement Agreement (PC 0365-373) | None |
| Ex. 8 | Letter dated 04/09/96 and results of impact test | None |
| Ex. 9 | Interpretation of Biomechanical Testing of HipSaver Dual-mechanism Shunting/Absorbing airPad (HS2 0046-49) | None |

# HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 10 | Article: Hip Pads: Effective Fracture Prevention by Gross et al. (HS2 0043-45) | None |
| Ex. 13 | HipSaver approximate units sold per year (HS2 0034) | None |
| Ex. 14 | HipSaver Complaint dated 05/04/2005 | None |
| Ex. 17 | Email dated 05/21/02 from E. Goodwin to E. Posey (PC 0187-189) | FRE 401; FRE 402; FRE 403; FRE 404; FRE 802; FRE 803 |
| Ex. 36 | Letter dated 03/07/05 from E. Posey to E Goodwin | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 37 | Email dated 03/18/05 from E. Goodwin to E. Posey (PC 0099-100) | FRE 401; FRE 402; FRE 403; FRE 404; FRE 802; FRE 803 |
| Ex. 38 | Email dated 03/19/05 from E. Goodwin to E. Posey | FRE 401; FRE 402; FRE 403; FRE 404; FRE 802; FRE 803 |
| Ex. 39 | Email dated 03/21/05 from E. Goodwin to E. Posey (PC 0095-96) | FRE 401; FRE 402; FRE 403; FRE 404; FRE 802; FRE 803 |

# HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 42 | Email dated 04/02/05 from E. Goodwin to E. Posey re CDC laundry | FRE 401; FRE 402; FRE 403; FRE 404; FRE 802; FRE 803 |
| Ex. 43 | 2003 HipSaver Catalog | FRE 401; FRE 402 |
| Ex. 45 | HipSaver Open-Bottom 3 Snap (HS2 0028-29) | None |
| Ex. 49 | HipSaver response to Posey's First Set of Interrogatories, dated 09/16/05 | None |
| Ex. 50 | HipSaver response to Posey's First Request for Production dated 08/25/05 | None |
| Ex. 55 | Partial 2001 HipSaver Tax Return (HS2 0081-82) | None |
| Ex. 56 | Partial 2002 HipSaver Tax Return (HS2 0082-83) | None |
| Ex. 57 | Partial 2003 HipSaver Tax Return (HS2 0084-85) | None |
| Ex. 58 | Partial 2004 HipSaver Tax Return (HS2 0086-87) | None |

# HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 64 and Ex. 1020 | ASTM Designation F355 – 95 (PC 1914 – 1917) | None |
| Ex. 65 | Article: Parkari, et al. Force Attenuation Properties of Various Trochanteric Padding Materials Under Typical Falling Conditions of the Elderly, Journal of Bone and Mineral Research, Vol. 9, 11/09/94, pp.1391-96 (G 0285-90) | FRE 401; FRE 402; FRE 802 FRE; 803 |
| Ex. 69 | Letter dated 03/20/2001 from Walters to Sturkie (G 0259) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 70 | ASTM Designation F1292-99 (PC 1876-1890) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 74 | Letter dated 06/27/01 from Garwood to Walters (G 0239) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 76 | Hipsters Impact Absorption Testing (G 0243) | FRE 802; FRE 803; FRE 901 |

# HipSaver's Objections to Posey's Final Exhibit List

| Ex. 84 | Posey Sales Data (PC 1468) | None |
|---|---|---|
| Ex. 93 | Environmental Test Report dated 01/18/05 (G 0116-0145) | None |
| Ex. 110 | Environmental Test Report dated 05/28/03 (PC 1301-1339) | FRE 401; FRE 402 |
| Ex. 116 | Garwood Brochure (PC 1788-1801) | None |
| Ex. 124 | HipSaver unit cost sheet (HS2 0326) | None |
| Ex. 125 | HipSaver US Sales (HS2 0325) | None |
| Ex. 126 | HipSaver unit cost sheet (for US sales 2005) | None |
| Ex. 127 | 2004 HipSaver Tax Return (HS2 0417-0425) | None |

## HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 129 | Letter dated 04/29/96 from Hayes to Goodwin re: pad testing (HS2 0138-0143) | FRE 401; FRE 402 |
| Ex. 130 | 02/21/00 Trochanteric padding material tests – HipSaver (HS2 0151-52) | FRE 401; FRE 402 |
| Ex. 131 | 09/15/00 Trochanteric pad tests – HipSaver (HS2 0153-54) | FRE 401; FRE 402 |
| Ex. 134 | 2003 HipSaver Tax Return (HS2 0408-0416) | None |
| Ex. 135 | 2002 HipSaver Tax Return (HS2 0399-407) | None |
| Ex. 136 | 2001 HipSaver Tax Return (HS2 0388-0398) | None |
| Ex. 139 and Ex. 158 | Screen shot from HipSaver website – Hip Protectors and the Laundry | FRE 401; FRE 402 |

## HipSaver's Objections to Posey's Final Exhibit List

| Ex. 140 and Ex. 171 | Screen shot from HipSaver website – Validation and Testing | FRE 401; FRE 402 |
|---|---|---|
| Ex. 147 | Email dated 10/20/06 from Epstein to Shukla | FRE 401; FRE 402 |
| Ex. 152 | Handwritten notes (RJE 001-002) | FRE 401; FRE 402 |
| Ex. 1002 | Email dated 05/06/03 from Goodwin to Stalhanske re Posey hip protectors (HS2 2058-59) | FRE 401; FRE 402 |
| Ex. 1004 | Letter dated 04/22/05 from E. Posey to E. Goodwin (HS2 2290-2292) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 1005 | Letter dated 05/03/05 from E. Dailey to E. Posey | FRE 401; FRE 402 |
| Ex. 1006 | Undated Instron Literature (HS2 1743-46) | FRE 401; FRE 402; FRE 802; FRE 803 |

**HipSaver's Objections to Posey's Final Exhibit List**

| | | |
|---|---|---|
| Ex. 1006a | Undated Instron Literature | FRE 401; FRE 402 |
| Ex. 1007 | Email string dated 05/18/02 from Ed. Posey to M. Keefe, et al. (PC 0192-194) | FRE 401; FRE 402; FRE 802; FRE 803; FRE 805 |
| Ex. 1009 | Email dated 11/04/03 from Nentrup to E. Posey re: feedback (PC 2015-2016) | FRE 401; FRE 402; FRE 802; FRE 803; FRE 805 |
| Ex. 1019 | Environmental Test Report dated 08/07/01 (PC 001-074) | None |
| Ex. 1022 | Email string dated 01/22/04 from Evans to Taylor, including message from Lewis (HS2 0816-819) | FRE 401; FRE 402 |
| Ex. 1003 | Letter dated 04/08/05 from E. Goodwin to E. Posey (PC 0394) | FRE 401; FRE 402 |
| Ex. 114 | Environmental Test Report dated 01/08/05 (PC 420-452) | None |
| Ex. 91 | Environmental Test Report dated 05/02/01 (G 0246-291) | FRE 401; FRE 402 |

# HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 1014 | Environmental Test Report dated 05/02/01 (PC 0453-796) | FRE 401; FRE 402 |
| Ex. 1125 | Summary of Hipster Sales (PC 0809) | None |
| Ex. 1015 | Letter dated 06/22/01 from Walter to Sturkie (PC0812) | FRE 401; FRE 402 |
| Ex. 1018 | Impact Test data (PC 0815) | None |
| Ex. 1016 | Documents re Bids for Garwood Testing (PC 0819-0823) | FRE 401; FRE 402 |
| Ex. 1017 | Letter dated 06/22/01 from V. Walters to T. Sturkie (PC 0830) | FRE 401; FRE 402 |
| Ex. 75 | Letter dated 07/05/01 from V. Walters to T. Sturkie (PC 0831) | FRE 401; FRE 402 |
| Ex. 105 | Email string dated 09/25/03 from R. Carr to C. Kline (PC 0919-920) | None |
| Ex. 1023 | Posey Advertisement (PC 1025-26) | None |

# HipSaver's Objections to Posey's Final Exhibit List

| Ex. 1024 | Partial 2002 Posey Catalog (PC 1029-30) | None |
|---|---|---|
| Ex. 1025 | Partial 2002 Posey Patient Safety Division Catalog (PC 1031-1032) | None |
| Ex. 1026 | Partial 2003 Posey Complete Healthcare Catalog (PC 1033-35) | None |
| Ex. 1027 | Partial 2004 Posey Healthcare Product Selection Guide (PC 1036-37) | None |
| Ex. 1028 | Partial 2005 Posey Healthcare Product Selection Guide (PC 1038-39) | None |
| Ex. 1029 | Partial 2006 Posey Healthcare Product Catalog (PC 1040-1042) | None |
| Ex. 1030 | Posey Hipsters Product Inserts - M6139 (PC 1043-1044) | None |

# HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 1031 | Posey Hipsters Product Insert – M6139 (PC 1045-1046) | None |
| Ex. 1032 | Posey Hipsters Product Insert – M6139 (PC 1047-1048) | None |
| Ex. 1033 | Posey Hipsters Product Insert – M6139 (PC 1049-1050) | None |
| Ex. 1034 | Posey Hipsters Product Insert – M6139 (PC 1051-52) | None |
| Ex. 1035 | Posey High Durability Hipster Product Insert - M6127 (PC 1055-1056) | None |
| Ex. 1036, 1037, 1038, 1039, 1040 | Posey Hipsters Product Inserts - M6016 (PC 1057-1066) | None |
| Ex. 1041, 1042, 1043 | Posey EZ On Hipsters Product Inserts - 5017 (PC 1067-1072) | None |

# HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 1044. 1045, 1046, 1047, 1048, 1049, 1050 | Posey Tight Rope Walker Flyers - M6079 (PC-1073-1096) | None |
| Ex. 1051 | Email dated 05/09/05 from V. Lewis to E. Posey re Hipster Literature Changes (PC 1097) | FRE 401; FRE 402; FRE 403; FRE 404; FRE 802; FRE 803 |
| Ex. 1126 | Sample of Hipster pad (PC1111-1112) | FRE 401; FRE 402 |
| Ex. 111 | Environmental Test Report dated 07/30/03 (PC 1118-1165) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 112 | Environmental Test Report dated 10/02/03 (PC 1166-1193) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 113 | Environmental Test Report dated 07/07/04 (PC 1194-1247) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 115 | Environmental Test Report dated 03/31/05 (PC 1248-1300) | None |

# HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 109 | Environmental Test Report dated 09/20/02 (PC 1340-1367) | FRE 401; FRE 402 |
| Ex. 1021 | Exemplars of tested pads (PC 1475-1482) | None |
| Ex. 1092 | Complete 2003 Guidelines for Environmental Infection Control in Health-Care Facilities (PC 1483-1731) | None |
| Ex. 1052 | Posey Tight Rope Walker Flyers - M6079 (PC 1747-1750) | None |
| Ex. 1054, 1055, 1056 | Posey Product Instruction Sheets w/Change Notices (PC 1751-59) | None |
| Ex. 1053 | List of M6079 Shipments (PC 1770-1787) | None |
| Ex. 1057, 1058, 1059, 1060 | Posey Hipsters Product Inserts w/Change Notices (PC 1814-1825) | None |
| Ex. 1061 | Posey Hipsters w/High Durability Pads Product Insert w/Change Notice (PC 1829-31) | None |

# HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 1062, 1063 | Posey EZ On Hipsters Product Inserts w/Change Notices - M5017 (PC 1832-1837) | None |
| Ex. 78, 79, 80 | Photographs of Garwood testing equipment (PC1918- 1920) | None |
| Ex. 1120 | Letter dated June 14, 2004 from Hayes to Dailey (PC 5868-5875) | None |
| Ex. 1131 | HipSaver Flyer (PC 1922) | FRE 401; FRE 402 |
| Ex. 1008 | Letter dated 09/08/05 from J. Minns to Kay w/attached test results (PC 1971-1978) | FRE 401; FRE 402 |
| Ex. 1001 | HipSaver Laundry Label (PC 1986) | None |
| Ex. 1131 (dupe exhibit no.) | Spec sheet (PC 2099-2100) | FRE 401; FRE 402 |
| Ex. 1093 | TRSA - Guidelines for Healthcare Linen Service - 1999 (PC 2101-2112) | FRE 401; FRE 402 |

# HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 1094 | TRSA - Healthcare Service Operations Manual (PC 2113-2155) | FRE 401; FRE 402 |
| Ex. 1132 | Raw Material Specification (PC 2476) | FRE 401; FRE 402 |
| Ex. 1133 | Rogers Technical Data (PC 2834-2856) | FRE 401; FRE 402 |
| Ex. 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074 | Various Finished Goods Change Notices For Hipsters (PC 2860-2892) | FRE 401; FRE 402 |
| Ex. 1140 | Hipster Sales Summaries (PC 2893-2904) | None |
| Ex. 1141 | Hipster Monthly Sales (PC 2998-99) | None |
| Ex. 1075, 1076, 1077, 1078, 1079, 1080 | Hipsters Advertising (PC 3000-3011) | None |
| Ex. 1013 | Exemplars of Posey Hipsters produced at Posey's Rule 30(b)(6) depositions | None |

## HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 1012 | Exemplars of Posey Hipsters tested at Tampere | For the reasons stated in HipSaver's Motion in Limine [D.N. 241], HipSaver objects to the introduction of the 2006 Tampere test. |
| Ex. 1136 | Exemplars of the parties' respective products | None |
| Ex. 144 | Expert Report of Creighton Hoffman and Philip Green (PC 3189-3206) | None |
| Ex. 1090 | Supplemental Expert Report of Creighton Hoffman and Philip Green | None |
| Ex. 162 | Expert Report of Edward Ebramzadeh | None |
| Ex. 163 | Supplemental Expert Report of Edward Ebramzadeh | None |
| Ex. 165 | Injury Biomechanics Clearly Explained | None |

## HipSaver's Objections to Posey's Final Exhibit List

| Ex. 168 | Letter dated 10/20/06 from Dailey to Hayes (WCH 0110-112) | FRE 401; FRE 402 |
| Ex. 154 | Expert Report of Kevin Minissian | For the reasons stated in HipSaver's Motion in Limine [D.N. 243], HipSaver objects to the testimony and expert reports of Kevin Minissian |
| Ex. 155 | Supplemental Expert Report of Kevin Minissian | For the reasons stated in HipSaver's Motion in Limine [D.N. 243], HipSaver objects to the testimony and expert reports of Kevin Minissian |
| Ex. 1091 | Exemplars of Posey Hipsters washed at direction of Minissian | FRE 901 |
| Ex. 1110 | Expert Report of Gary Reich | For the reasons stated in HipSaver's Motion in Limine [D.N. 247], HipSaver objects to the testimony and expert reports of Gary Reich |
| Ex. 1111 | Supplemental Expert Report of Gary Reich | For the reasons stated in HipSaver's Motion in Limine [D.N. 247], HipSaver objects to the testimony and expert reports of Gary Reich |
| Ex. 1142 | Sales and Costs of Designated Posey Fall Management Products 2001-2005 (PC 3382-3396) | None |

**HipSaver's Objections to Posey's Final Exhibit List**

| | | |
|---|---|---|
| Ex. 1143 | Sales and Costs of Posey Hip Protection Products 2001-2005 (PC 3397-3421) | None |
| Ex. 1144 | Bill to Customer Names and Addresses (PC 3422-3428) | None |
| Ex. 1145 | Ship to Address and Hipster Sales 2001-2005 (PC 3429- 3852) | None |
| Ex. 1146 | Payment Application Data 2001-2005 (PC3853-3962) | None |
| Ex. 1147 | Posey Tax Return - 2001 (PC 5232-5257) | None |
| Ex. 1148 | Posey Tax Return - 2002 (PC5204-5231) | None |
| Ex. 1149 | Posey Tax Return - 2003 (PC 5180-5203) | None |
| Ex. 1150 | Posey Tax Return - 2004 (PC 5153-5179) | None |
| Ex. 1151 | Posey Tax Return - 2005 (PC 5743-5767) | None |

# HipSaver's Objections to Posey's Final Exhibit List

| Ex. 1081, 1082, 1083, 1084 | Finished Goods Literature Change Order/Release Notices (PC 5712-5723) | None |
|---|---|---|
| Ex. 1010 | Results of Tampere testing on 06/02/06 (PC 5737-5742) | For the reasons stated in HipSaver's Motion in Limine [D.N. 241], HipSaver objects to the introduction of the 2006 Tampere test. |
| Ex. 1153 | Bone article (PC5768-5774) | FRE 401; FRE 402; FRE 802, FRE 803 |
| Ex. 1152 | Detailed Financial Data 2001-2005 (PC 5817-5841) | None |
| Ex. 1154 | Article - Wiener, et al., (HS2 1436-47) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 1155 | Article – Cameron, et al., (HS2 1635-1639) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 1156 | Article – (HS2 1640-48) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 1157 | Article – Kannus, et al., (HS2 1850-56) | FRE 401; FRE 402; FRE 802; FRE 803 |

**HipSaver's Objections to Posey's Final Exhibit List**

| | | |
|---|---|---|
| Ex. 1158 | Article – Cameron, (HS2 1860) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 1159 | Article – Nabhani, et al., (HS2 1999-2006) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 1171 | Documents re: Garwood testing in 02/01 (G 0257-0284) | FRE 401; FRE 402 |
| Ex. 1172 | Complaint dated 06/10/2004 | None |
| Ex. 1011 | Correspondence between E. Posey and J. Minns (PC 5914-5915) | For the reasons stated in HipSaver's Motion in Limine [D.N. 241], HipSaver objects to the introduction of the 2006 Tampere test. If however, the Tampere test is allowed into evidence, HipSaver agrees that correspondence between Dr. Minns and Ernest Posey is relevant. |

# HipSaver's Objections to Posey's Final Exhibit List

| | | |
|---|---|---|
| Ex. 1101 | Excerpt from VA manual re laundry facility operations (PC 5916-5926) | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 1102, 1103, 1104 | Washroom Time Line Report Summaries (EM 527-536) | FRE 901 |
| Ex. 1085, 1086, 1087, 1088 | Color copies of Posey advertising material (PC 5927-5938) | None |
| Ex. 1105 | Wash Formula Guides (EM 537-538) | FRE 901 |
| Ex. 1089 | Textbook - Physics, (2d ed. 1989) by Ohanian | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 1106 | TRSA Laundry textbook | FRE 401; FRE 402; FRE 802; FRE 803 |
| Ex. 1095 | Wash logs (EM 527-528) | FRE 901 |