# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
)
THE HIPSAVER COMPANY, INC., )
)
    Plaintiff, )
)
v )   Civil Action No. 05-10917 PBS
)
J.T. POSEY COMPANY, )
)
    Defendant. )
)
_____)

**HIPSAVER'S OPPOSITION TO POSEY'S FIRST MOTION *IN LIMINE* FOR AN ORDER PRECLUDING USE OF CERTAIN TERMS TO REFER TO POSEY, ITS PRESIDENT AND ITS PRODUCTS**

    Posey's motion is inappropriate. Neither HipSaver nor its attorneys plan to engage in name calling. To the extent that the HipSaver and Posey hip protector garments look and feel the same, and to the extent that this fact is relevant to the history between the parties and the directly competitive relationship of the parties, this information is relevant to causation, damages, and a finding that this is an exceptional case.

    Posey's motion, and its hypocritical attempt to taint this Court's view of HipSaver's character, should be dismissed.

2

Respectfully submitted
The HipSaver Company, Inc.
By its Attorneys,


/s/  Courtney M. Quish
Lee Carl Bromberg, BBO No.:  058480
Edward J. Dailey, BBO No.:  112220
Courtney M. Quish, BBO No.:  662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004  Fax
cquish@bromsun.com
May 22, 2007

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.


/s/  Courtney M. Quish
Courtney M. Quish

02820/00502  670099.1