# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE HIPSAVER COMPANY, INC., ) | ) Civil Action No. 05-10917 PBS |

THE HIPSAVER COMPANY, INC.,    )

       Plaintiff,    )

  v.    )

J.T. POSEY COMPANY,    )

       Defendant.    )

AND RELATED COUNTERCLAIM.    )

) Civil Action No. 05-10917 PBS

## OBJECTIONS OF J.T. POSEY COMPANY, INC. TO HIPSAVER'S
## FINAL EXHIBIT LIST

J. T. Posey Company, Inc. ("Posey") objects to the exhibits designated by The HipSaver

Company Inc., as set forth on the attached Exhibit "A".

Dated: May 22, 2007

J.T. POSEY COMPANY

By its attorneys,

/s/ Douglas H. Morseburg
Jeffrey G. Sheldon, Admitted Pro Hac Vice
Douglas H. Morseburg , Admitted Pro Hac Vice
SHELDON MAK ROSE & ANDERSON PC
100 East Corson Street, Third Floor
Pasadena, CA  91103-3842
(626) 796-4000

Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.


May 22, 2007

/s/ Donald K. Piper_____
Donald K. Piper

**EXHIBIT "A"**

**Exhibit "A"**
## POSEY'S OBJECTIONS TO HIPSAVER'S EXHIBIT LIST*

| Exhibit No. | Objections | Description |
|---|---|---|
| 001 | | Article re: hip protector use |
| 004 | | Guidelines for Environmental Infection Control in Health-Care Facilities |
| 005 | | Guidelines for Laundry in Health Care Facilities |
| 007 | | Settlement Agreement |
| 009 | | Tampere, Finland tests |
| 010 | | Hip Pads: Effective Fracture Prevention |
| 012 | | Posey Hipsters |
| 035 | | New Published Study Reports High Compliance Rates and No Hip Fractures with HipSaver |
| 055 | | 2001 - 2004 Tax Forms for Hipsaver |
| 056 | | 2002 Tax Form for HipSaver |
| 057 | | 2003 Tax Form for HipSaver |
| 058 | | HipSaver tax return 2004 |
| 061 | | Hip Protectors & The Laundry |
| 065 | | Force Attenuation Properties of Various Trochanteric Padding Materials Under Typical Falling Conditions of the Elderly |
| 081 | 2, 4 | Email forwarding Posey Impact Test Results |
| 085 | 2, 4 | Photos of Posey Hipster with laundry label showing |
| 086 | | Photos of Posey Hipster with laundry label showing; product information |
| 087 | | Photos of Posey Hipster with laundry label showing; product information |
| 088 | | Photo of HipSaver hip protectors with laundry label showing |
| 089 | 1 | Environmental Test Report on Various Hip Protectors |
| 090 | 2, 4 | Email enclosing impact test results on Posey Hipster |
| 091 | | Environmental Test Report on Hip Protectors |
| 092 | 1, 2, 3, 4, 6 | Impact test results for various hip protectors |
| 093 | | Environmental Test Report on Six Hip Protectors |
| 094 | 1, 2, 4 | Environmental Test Report on Thirteen Hip Protectors |
| 095 | 2, 4 | Photos of Posey Hipsters |

*See key to objections on Page 8.*

Exhibit "A"
## POSEY'S OBJECTIONS TO HIPSAVER'S EXHIBIT LIST

| Exhibit No. | Objections | Description |
|---|---|---|
| 096 | 2, 4 | Hip protector test data; email from McGrath to Minns requesting additional info regarding test |
| 097 | 1, 10 | Posey product info / advertisement |
| 098 | 2, 4 | Study: A Solution to Hip Fractures Using Performance Tested Hip Protectors |
| 099 | 2, 4 | Special Announcement" regarding unreliability of "white paper"" |
| 100 | 2, 3, 4 | Email from Hedman to Goodwin |
| 101 | 2, 4 | Meeting notes from meeting on problems with Posey Hipsters |
| 102 | 2, 4 | Email string regarding Hipsters |
| 103 | 2, 4 | Email string regarding changing info in NCPS video |
| 125 | | HipSaver US Sales 2001-2005 |
| 129 | | Letter enclosing impact test results of Goodwin hip pad |
| 134 | | HipSaver Tax return 2003 |
| 135 | | HipSaver Tax return 2002 |
| 136 | | HipSaver Tax return 2001 |
| 143 | 2, 3, 4, 6, 10 | Expert Report of Roy J. Epstein 09/25/2006 |
| 144 | | Expert Report of Creighton Hoffman and Philip Green |
| 145 | 2, 3, 4, 6, 10 | Supplemental Report of Roy J. Epstein 10/31/2006 |
| 159 | 2, 4 | NCPS video: Hip Protector information |
| 166 | 2, 3, 4 | Hayes Report to B&S |
| 167 | 2, 3, 4 | Hayes sur-rebuttal report |
| 500 | | Hoffman and Green report |
| 501 | 1, 2, 3, 4, 6 | Health Hospitals article |
| 502 | 1, 2, 3, 4, 6 | Advertising, Conferences, Mailings |
| 503 | 1, 2, 3, 4, 6 | New Sales $ for each advertising $ spent |
| 504 | 1, 2, 3, 4, 6 | Advertisement for Posey Fall Management and Bed Safety Products |
| 505 | | Advertisement for Posey Hipster |
| 506 | | Advertisement for Posey Hipsters |
| 507 | 2, 4 | email titled: The ONLY SCIENTIFICALLY VALIDATED hip protector? |
| 508 | | Actual pair of Hipsaver Briefs (photo showing cross section) |
| 509 | | Pair of hip protectors with pads removed |
| 510 | 1, 2, 3, 4, 6 | Letter enclosing Posey Hipster mistakenly returned to HipSaver, and photos of same |
| 511 | | Hip Protector Compliance: A 13-Month Study on Factors and Cost in a Long-Term Care Facility |

2

Exhibit "A"
## POSEY'S OBJECTIONS TO HIPSAVER'S EXHIBIT LIST

| Exhibit No. | Objections | Description |
|---|---|---|
| 512 | | Hip Pads: Effective Fracture Prevention |
| 513 | 1, 10 | Posey Hipsters ad |
| 514 | 1, 10 | Posey Hipsters ad |
| 515 | 1, 10 | Ad - Posey Hipsters Help Protect Against Injury from Falls |
| 516 | 2, 4 | HipSaver order form |
| 517 | 2, 4 | HipSaver order form |
| 518 | 2, 3, 4, 6 | HipSaver order form |
| 519 | | Hip Pads: Effective Fracture Prevention |
| 520 | | Photocopy of file folder labeled: #26 Sales [illegible] Costs |
| 521 | | HipSaver Unit Cost Sheet for US Sales 2005 |
| 522 | | Photocopy of file folder labeled: #29 Financials |
| 523 | 1, 2, 3, 6 | Handwritten Ledger |
| 524 | 1, 2, 3, 6 | Handwritten Ledger |
| 525 | 1, 2, 3, 6 | Handwritten Ledger |
| 526 | 1, 2, 3, 6 | Handwritten Ledger |
| 527 | 1, 2, 3, 6 | Handwritten Ledger |
| 528 | 1, 2, 3, 6 | HipSaver Co. Financial Statement Worksheet for YTD 12/31/2004 |
| 529 | 1, 2, 3, 6 | HipSaver Co. YTD General Ledger |
| 530 | 1, 2, 3, 6 | HipSaver Co. Bank of America Savings Account Analysis |
| 531 | 1, 2, 3, 6 | Annual Depreciation Report for the Fiscal Year Ended 12/31/2004 |
| 532 | 1, 2, 3, 6 | HipSaver Co. Bank Reconciliation |
| 533 | 1, 2, 3, 6 | Payroll journels and Employer Tax returns |
| 534 | 1, 2, 3, 6 | Financial Statement Worksheets and General Ledger |
| 535 | 1, 2, 3, 6 | Hipsaver Co. YTD General Ledger |
| 536 | 1, 2, 3, 6, 7 | Handwritten note listing HipSaver's 2003 Financial situation |
| 537 | 1, 2, 3, 6 | HipSaver Co. Bank Reconciliation |
| 538 | 1, 2, 3, 6 | HipSaver Co. Annual Depreciation Report for the Fiscal Year Ended 12/31/2003 |
| 539 | 1, 2, 3, 6 | HipSaver SEP Calculation, Payroll Tax, Quarter Wage Summary |
| 540 | 1, 2, 3, 6 | HipSaver Co. Financial Statement Worksheet for the Year to Date period ending 12/31/2002 |
| 541 | 1, 2, 3, 6 | HipSaver Co. Year-to-date General Ledger For 01/03/2002 to 12/31/2002 |

Exhibit "A"
## POSEY'S OBJECTIONS TO HIPSAVER'S EXHIBIT LIST

| Exhibit No. | Objections | Description |
|---|---|---|
| 542 | 1, 2, 3, 6 | HipSaver Bank Statement as of 12/31/2002, Bank Balance as of 12/31/2002 |
| 543 | 1, 2, 3, 6 | HipSaver Co. Annual Depreciation Report for the FY ended 12/31/2002, Retired Assets Report |
| 544 | 1, 2, 3, 6 | HipSaver Co. Salary Analysis |
| 545 | 1, 2, 3, 6 | HipSaver Co. Finanacial Statement Worksheet for YTD period ending 12/31/2001 |
| 546 | 1, 2, 3, 6 | HipSaver Co. YTD General Ledger for 01/01/01 to 12/31/01 |
| 547 | 1, 2, 3, 6 | Handwritten note listing outstanding checks |
| 548 | 1, 2, 3, 6 | HipSaver Co. Annual Depreciation Report For the FY ended 12/31/01 |
| 549 | 1, 2, 3, 4, 6, 10 | FW: Posey Hipsters brand hip protectors |
| 550 | 2, 4 | Advertisement for Posey Hipsters |
| 551 | | Advertisement for Posey EZ On Hipsters |
| 552 | 2, 4 | Journal of Biomechanical Engineering: Energy-Shunting Hip Padding System Attenuates Femoral Impact Force in a Simulated Fall |
| 553 | 2, 4 | Letter enclosing Hipsters for participation in NCPS test |
| 554 | | HipSaver Tax Return 1995 |
| 555 | | HipSaver Tax Return 1996 |
| 556 | | HipSave tax return 1996 |
| 557 | | HipSaver Tax Return 1997 |
| 558 | | HipSaver Tax Return 1998 |
| 559 | | HipSaver Tax Return 1999 |
| 560 | | HipSaver Tax Return 2000 |
| 561 | 1, 2, 3, 4, 6 | Protective Properties of Two Brands of Hip Protectors After Repeated Laundering - VISN 8 Patient Safety Center of Inquiry |
| 562 | | HipSaver Tax return 2005 - Produced in CD production of 09/27/2006 |
| 563 | | CDC Guideline: Laundry: Washing Infected Material |
| 564 | | Declaration of Ernest M. Posey |
| 565 | | Posey Fall Management and Bed Safety Products catalog |
| 566 | | Posey Healthcare Product Selection Guide catalog |
| 567 | | Posey 2005 Healthcare Product Selection Guide catalog |
| 568 | | Posey 2006 Healthcare Product Catalog |
| 569 | 1, 3, 4, 6, 10 FRCP 26(a), 26(e) 37(a) | HipSaver US Sales 2001-2005 |
| 570 | 2, 10 | HipSaver certificate of incorporation |

4

Exhibit "A"
## POSEY'S OBJECTIONS TO HIPSAVER'S EXHIBIT LIST

| Exhibit No. | Objections | Description |
|---|---|---|
| 571 | 2, 3, 4, 10 (FRCP 26(a), 26(e) 37(a)) | FDA 2007 Annual Registration of Device Establishment |
| 572 | | Settlement Agreement |
| 573 | 10 | Advertisement / Product info for Posey Hipsters Posey advertisements |
| 574 | | Advertisement / Product info for Posey Hipsters |
| 575 | | Advertisement / Product info for Posey Hipsters |
| 576 | | Sales report spanning 2001 to September 2005 |
| 577 | 2, 4 | Impact Data regarding Posey Hipsters |
| 578 | | FW: Posey Hipsters consideration of poron foam/ cost considerations |
| 579 | 1, 2, 4, 6 | Email re: wash tests |
| 580 | 1, 10 | Posey Hipsters ad |
| 581 | 1, 10 | Posey Hipsters Proven Effective in Laboratory Test |
| 582 | 2, 4 | Posey Restraint Alternatives 2001 / fall prevention ad |
| 583 | | Posey Care Alternatives Division 2002 |
| 584 | | Posey Care Alternatives Division - Fall Management / Fall Prevention - Hipsters, citing Garwood July 2001 test 2003 Posey care alternatives catalog~Hipster advertisements |
| 585 | | Posey Healthcare Product Selection Guide |
| 586 | | Posey 2005 Healthcare Product Selection Guide |
| 587 | | Selected pages from the Posey 2006 catalog |
| 588 | 10 | Posey Hipsters package inserts |
| 589 | 10 | Posey EZ On Hipsters package inserts |
| 590 | | Posey ad For Some Residents Every Fall is A Big One |
| 591 | | Draft of Posey ad |
| 592 | | Draft of Posey ad |
| 593 | | Sales records for 2001 - September of 2005 Summary of Posey Sales 2001-2005 |
| 594 | | Ad in HME News for Posey Hipsters sweatpants and shorts HME news October 2005, Posey advertisement |
| 595 | | 2006 Posey Healthcare Product Selection Guide 2006 Healthcare Product catalog |
| 596 | | Draft of Hipster ad |
| 597 | | Draft of Hipster ad |
| 598 | 1, 10 | Draft of Posey Hipsters with High Durability Pads ad M6127 |
| 599 | 1, 10 | Posey Hipsters III ad, citing July 2001 Garwood test |
| 600 | | Draft of Hipster ad, Posey Hipsters HELP Protect Against Injury from Falls |

5

Exhibit "A"
## POSEY'S OBJECTIONS TO HIPSAVER'S EXHIBIT LIST

| Exhibit No. | Objections | Description |
|---|---|---|
| 601 | | Draft of Hipster ad, Posey Hipsters HELP Protect Against Injury from Falls |
| 602 | 1, 10 | Posey Hipsters ad citing CDC and Rubenstein |
| 603 | 1, 10 | Clinical References Supporting the Use of Hip Protectors |
| 604 | | Posey Hipsters ad (M6127) |
| 605 | | Posey EZ On Hipsters, and ad form (M5017) |
| 606 | | Effects of Loading Rate on Strength of the Proximal Femur |
| 607 | | Etiology and Prevention of Age-Related Hip Fractures |
| 608 | | Comparison of Force Attenuation Properties of Four Different Hip Protectors Under Simulated Falling Conditions in the Elderly: An In Vitro Biomechanical Study |
| 609 | | Energy-Shunting External Hip Protector Attenuates the Peak Femoral Impact Force below the Theoretical Fracture Threshold: An In Vitro Biomechanical Study under Falling Conditions of the Elderly |
| 610 | | Prediction of Femoral Impact Forces in Falls on the Hip |
| 611 | | Force Attenuation in Trochanteric Soft Tissues During Impact from a Fall |
| 612 | 1, 2, 3, 4, 6 | Advertisement for Posey Hipsters; illegible excerpt from The Lancet; Hip Fracture Disease: Coping with a contemporary epidemic; Effect of External Hip Protectors on Hip Fractures |
| 613 | | Posey 2005 Healthcare Product Selection Guide |
| 614 | | Sales of Posey Hipsters, 2001 - 2005 |
| 615 | | Domestic Sales of Posey Hipsters, 2004 - 2005 |
| 616 | | Monthly Hipster Sales 2004 to 2005 |
| 617 | | Advertisement for Posey Hipsters |
| 618 | | Advertisement for Posey Hipsters |
| 619 | | Advertisement for Posey Hipsters |
| 620 | | Hipsaver Request #15 - Sales and Costs of Designated Fall Management Products 2001 to 2005 |
| 621 | | Hipsaver Request #16 - Sales and Costs of Hip Protection Products 2001 to 2005 |
| 622 | | Hipsaver Request #17 - Bill to Customer Names and Addresses |

Exhibit "A"
## POSEY'S OBJECTIONS TO HIPSAVER'S EXHIBIT LIST

| Exhibit No. | Objections | Description |
|---|---|---|
| 623 | | Hipsaver Request #17 - Ship to Address and Hip Protector Sales |
| 624 | | Hipsaver Request #17 - Payment Application Data~~PC 003853- PC 003962~~Produced on CD |
| 625 | | CD containing Hipster invoices; duplicate CD at PC 003964 |
| 626 | | CD containing data re: Hipster RMAs (comments re: returns); PC 003965-PC 004528 |
| 627 | | CD containing data re: Posey Hipster RMAs (comments re: returns) |
| 628 | | Posey 2004 S-Corporation Return |
| 629 | | Posey 2003 S-Corporation Return |
| 630 | | Posey 2002 S-Corporation Return |
| 631 | | Posey 2001 S-Corporation Return |
| 632 | 1, 10 | Hipsters advertisement |
| 633 | | Posey Hipster catalog/advertisement |
| 634 | | CD containing Hipsters returns 2001-2005 |
| 635 | | Place holder for CD of Excel spreadsheet also found at PC 005817 - PC 005841 |
| 636 | | Preliminary summary of Hayes' opinions / Hayes expert report |
| 637 | 2, 3, 4, 6 | Email exchange re picture of Posey pad showing incorrect positioning |
| 638 | | Color Copy of 2002 Catalog / advertisement |
| 639 | | Expert Designation Inclusing Report of Gary Reich |
| 640 | 1, 2, 3, 4, 6 | Top 25 nursing home chains |
| 641 | | Printout from www.hipprotector.com website |
| 642 | 2, 4 | Printout from CDC website |
| 643 | 3, 4 | Am. J of Phys Article: How to hit home runs: Optimum baseball bat swing parameters for maximum range trajectories |
| 644 | 3, 4 | Composite Structures article: Performance Assessment of Wood, Metal, and Composite Baseball bats |
| 645 | 3, 4 | Journal of Biomechanical Engineering article: Dynamic Models for Sideways Falls from Standing Height |
| 646 | 2, 3, 4 | Hayes Rebuttal Report to Ebramzadeh report (unsigned) |
| 647 | 1, 10 (FRCP 26(a), 26(e), 37(a)) | HipSaver Slimfit model |
| 648 | 2, 4, 10 (FRCP 26(a), 26(e), 37(a)) | 2007 version of HipSaver pad (to be provided) |
| 649 | 2, 4, 10 (FRCP 26(a), | DermaSaver skin protectors (three models – to be provided) |

Exhibit "A"
## POSEY'S OBJECTIONS TO HIPSAVER'S EXHIBIT LIST

| Exhibit No. | Objections | Description |
|---|---|---|
| | 26(e), 37(a)) | |
| 650 | 2, 3, 4, 10 (FRCP 26(a), 26(e), 37(a)) | DermaSaver Product Guide (to be provided) |
| 651 | 2, 4, 10 (FRCP 26(a), 26(e), 37(a)) | Posey first generation Hipster (to be provided) |
| 652 | 10 (FRCP 26(a), 26(e), 37(a)) | Graphic of pelvic bones (chalk to be provided) |
| 653 | 10 (FRCP 26(a), 26(e), 37(a)) | HipSaver website pages |
| 654 | 2, 3, 4, 10 (FRCP 26(a), 26(e), 37(a)) | Doing Business in Massachusetts reports (Alimed, Kindred, Life Care, McKesson, Cardinal, Medline, Gulf South, Sun Health, Manor Care, VHA) (not yet received from Secretary of the Commonwealth) |
| 655 | 10 (FRCP 26(a), 26(e), 37(a))) | Hayes powerpoint presentation (to be provided) |
| 656 | 10 (FRCP 26(a), 26(e), 37(a)) | Epstein powerpoint presentation (to be provided) |
| 657 | 2, 4 | HipSaver's Stipulated Facts |
| 658 | 1, 2, 3, 4, 6, 10 (FRCP 26(a), 26(e), 37(a)) | List of Facilities |
| 659 | 1, 10 | Tight Rope Walker Flyer |
| 660 | | Garwood Videotape |

| Objection Key: | |
|---|---|
| 1 | Authenticity |
| 2 | Relevance |
| 3 | Hearsay |
| 4 | FRE 403 (Prejudice, Confusion, Waste of Time, Cumulative) |
| 5 | FRE 404 (Inadmissible character Evidence) |
| 6 | Lack of Foundation |
| 7 | Best Evidence Rule |
| 8 | FRE 408 (Settlement Offer) |
| 9 | FRE 407 (Remedial Measures) |
| 10 | Other |