UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> J.T. POSEY COMPANY, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM. | ) Civil Action No. 05-10917 PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**OBJECTIONS OF J.T. POSEY COMPANY, INC. TO
HIPSAVER'S LATE-DISCLOSED DOCUMENTS**

Pursuant to Rules 26(a), subsections (1) and (3), 26(e) and 37(c)(1) of the Federal Rules of Civil Procedure, Posey objects generally and specifically to the production, designation and/or use at trial of the following late-disclosed documents: HipSaver Certificate of Incorporation, bearing Bates no. HS2-002606; HipSaver Annual Registration of Device Establishment, bearing Bates nos. HS2-002607; Exhibit 658, bearing Bates No. HS2-002608-2610.

Dated: May 22, 2007

J.T. POSEY COMPANY

By its attorneys,

/s/ Douglas H. Morseburg
Jeffrey G. Sheldon, Admitted Pro Hac Vice
Douglas H. Morseburg, Admitted Pro Hac Vice
SHELDON MAK ROSE & ANDERSON PC
100 East Corson Street, Third Floor
Pasadena, CA 91103-3842
(626) 796-4000

        Anthony J. Fitzpatrick (BBO # 564324)
        DUANE MORRIS LLP
        470 Atlantic Avenue, Suite 500
        Boston, MA 02210
        (617) 289-9200

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

May 22, 2007                                                /s/ Donald K. Piper
                                                                                 Donald K. Piper