UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J.T. POSEY COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 05-10917 PBS |

### NOTICE OF WITHDRAWAL OF ATTORNEY DANIEL B. WINSLOW

The Defendant, J.T. Posey Company, hereby notifies the Court of the withdrawal of the appearance of Daniel B. Winslow as counsel to J.T. Posey Company in the above-captioned matter. All other counsel of record for the Defendant remain the same.

Dated: May 23, 2007

Respectfully submitted,

J.T. POSEY COMPANY,

By its attorneys,

/s/ Daniel B. Winslow
Daniel B. Winslow (BBO # 541972)
Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(857) 488-4200

Jeffrey G. Sheldon (*Pro hac vice*)
Douglas H. Morseburg (*Pro hac vice*)
SHELDON MAK ROSE &
ANDERSON PC
100 E. Corson Street, 3rd Floor
Pasadena, CA 91103
(626) 796-4000

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 23, 2007.

                                      /s/ Daniel B. Winslow
                                      Daniel B. Winslow