# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
THE HIPSAVER COMPANY, INC.,               )
    Plaintiff / Counterclaim Defendant,    )
                                          )
v                                         )   Civil Action No. 05-10917 PBS
                                          )
J.T. POSEY COMPANY,                       )
    Defendant / Counterclaim Plaintiff.   )
                                          )
_____)

### HIPSAVER'S ASSENTED-TO MOTION TO FILE UNDER SEAL EXHIBITS A & B AND EXHIBIT 1 TO HIPSAVER'S SUPPLEMENTAL SUBMISSION OF EVIDENCE SUPPORTING ITS CLAIM OF CAUSATION AND INJURY

Pursuant to Local Rule 7.2 and paragraphs 2.4 and 10 of the parties' Protective Order [D.N. 48], HipSaver moves for an order granting leave to file under seal Exhibits A & B to HipSaver's Supplemental Submission of Evidence Supporting its Claim of Causation and Injury and Exhibit 1 to the Declaration of Edward Goodwin offered in support of this submission (Exhibit C), filed concurrently by hand.

As grounds for the motion, HipSaver states that Exhibits A & B, and Exhibit 1 contain material designated by the parties as CONFIDENTIAL—ATTORNEYS' EYES ONLY.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on May 24, 2007, counsel for the parties conferred by telephone and that counsel for J.T. Posey assented to this motion.

THE HIPSAVER COMPANY, INC.
By its Attorneys,


/s/  Courtney M. Quish
Lee Carl Bromberg
BBO No.:  058480
Edward J. Dailey
BBO No.:  112220
Courtney M. Quish
BBO No.:  662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
cquish@bromsun.com
May 24, 2007


## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.


/s/  Courtney M. Quish
May 24, 2007

02820/00502  674586.1