# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
THE HIPSAVER COMPANY, INC.,             )
                                        )
    Plaintiff / Counterclaim Defendant,  )
                                        )
v                                       )    Civil Action No. 05-10917 PBS
                                        )
J.T. POSEY COMPANY,                     )    **Hearing Requested**
                                        )
    Defendant / Counterclaim Plaintiff.  )
                                        )
_____ )


### HIPSAVER'S MOTION *IN LIMINE* TO EXCLUDE
### POSEY'S AFFIRMATIVE DEFENSE OF UNCLEAN HANDS

The plaintiff, HipSaver Company, Inc. ("HipSaver"), moves *in limine* to exclude Posey's affirmative defense of unclean hands. Through counsel, Posey has represented that it will seek to circumvent this Court's dismissal of Posey's counterclaims through its affirmative defense of unclean hands. HipSaver moves this Court to dismiss such a tactic.

Posey's unclean hands defense is simply a repackaging of Posey's Lanham Act counterclaim, which this Court dismissed at Summary Judgment. Memorandum and Order, June 15, 2007. Because the facts underlying Posey's unclean hands argument are the same as those upon which Posey based its Lanham Act claims, this defense should be excluded. Furthermore, Posey's defense of unclean hands must fail because the challenged HipSaver conduct is not related to HipSaver's claims for false advertising, breach of contract, and false and deceptive business practices under Ch. 93A, and Posey fails to show that it suffered any injury.

For these reasons, more fully briefed in the accompanying memorandum, Posey's unclean hands defense should be excluded.

CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on May 25, 2007, counsel for HipSaver and counsel for Posey conferred by telephone in a good faith attempt to resolve or narrow the issues presented in this motion but were unable to reach agreement.

THE HIPSAVER COMPANY, INC.
By its Attorneys,

/s/ Courtney M. Quish
Lee Carl Bromberg
BBO No.: 058480
Edward J. Dailey
BBO No.: 112220
Courtney M. Quish
BBO No.: 662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
cquish@bromsun.com
May 25, 2007

**CERTIFICATE OF SERVICE**

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

/s/ Courtney M. Quish
May 25, 2007

02820/00502 674950.1

2