UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE HIPSAVER COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-10917 PBS |
| J.T. POSEY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**ASSENTED-TO MOTION OF DEFENDANT J.T. POSEY COMPANY FOR LEAVE TO FILE UNDER SEAL MOTION OF J.T. POSEY COMPANY TO STRIKE SO-CALLED "SUPPLEMENTAL" REPORT OF ROY J. EPSTEIN AND RESPONSE TO <u>SUBMISSION OF HIPSAVER</u>**

Pursuant to Local Rule 7.2, defendant J.T. Posey Company ("Posey") respectfully moves that the Motion Of J.T. Posey Company To Strike So-Called "Supplemental" Report Of Roy J. Epstein And Response To Submission Of HipSaver and the exhibits thereto (which will be filed by hand at the pretrial conference today), be filed under seal and impounded until further Order of the Court.

In support thereof, Posey states the motion and exhibits contain information that has been designated by the parties as "Confidential – Attorneys' Eyes Only" under the Protective Order in this case (Docket No. 48). In accordance with Local Rule 7.2, Posey requests that the exhibits be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by Posey.

Pursuant to Local Rule 7.1(A)(2), counsel for Posey has conferred with the plaintiff's counsel regarding this motion. The plaintiff has no objection to placing the motion and exhibits under seal.

WHEREFORE, Posey requests that the Court enter an Order impounding the above-referenced documents.

J.T. POSEY COMPANY

By its attorneys,

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

Jeffrey G. Sheldon *(admitted pro hac vice)*
Douglas H. Morseburg *(admitted pro hac vice)*
SHELDON MAK ROSE & ANDERSON PC
225 South Lake Avenue, Suite 900
Pasadena, CA  91001
(626) 796-4000

May 29, 2007

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic filing.

May 29, 2007                    /s/ Anthony J. Fitzpatrick
                                Anthony J. Fitzpatrick

DM2\1158342.1