125 SUMMER STREET  BOSTON MA 02110-1618
T 617 443 9292   F 617 443 0004   WWW.BROMSUN.COM

BROMBERG ✴ SUNSTEIN LLP

COURTNEY M. QUISH
T 617 443 9292 X 399
CQUISH@BROMSUN.COM

May 30, 2007

**VIA ELECTRONIC FILING**

The Honorable Patti B. Saris
United States District Court
 For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Room 6130
Boston, MA 02210

Re:   The HipSaver Company, Inc. v. J.T. Posey Company
      U.S.D.C. D. Mass. Civil Action No. 05-10917
      Our File.:  02820/00502

Your Honor:

In yesterday's Final Pretrial Conference, HipSaver agreed to produce its 2006 invoices today. However, per the Court's direction and at the request of Posey, HipSaver and Posey attempted mediation with Magistrate Judge Bowler yesterday beginning at 4 P.M. and today from 2 P.M. to 4 P.M. Because the principals of HipSaver traveled to the Court each day to participate in mediation and spent hours in mediation, HipSaver is unable to produce these invoices by tonight, despite its best efforts.[1] Assuming no further request for mediation tomorrow, HipSaver will produce the 2006 invoices tomorrow, May 31st, as soon as possible.

Sincerely,

*Courtney M. Quish*
Courtney M. Quish

CMQ/jo

---

[1] These same two principals are the only individuals who can access and organize the 2006 data.

The Honorable Patti B. Saris
United States District Court
 For the District of Massachusetts
May 30, 2007
Page 2

## CERTIFICATE OF SERVICE

      I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.


/s/  Courtney M. Quish
May 30, 2007


02820/00502  677115.1