# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| THE HIPSAVER COMPANY, INC., | ) | |
|     Plaintiff / Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-10917 PBS |
| | ) | |
| J.T. POSEY COMPANY, | ) | |
|     Defendant / Counterclaim Plaintiff. | ) | |
| | ) | |

_____

## CONFIRMATION OF WITHDRAWAL OF
## ASSENTED-TO EMERGENCY MOTION TO WITHDRAW ITS
## SUPPLEMENTAL EXPERT REPORT

Further to the notice it provided at the June 4, 2007 hearing before this Court, HipSaver confirms for the docket its withdrawal of its Assented-to Emergency Motion to Withdraw its Supplemental Expert Report [D.N. 280], filed Thursday, May 31, 2007.

Dated:  June 4, 2007

Respectfully submitted

The HipSaver Company, Inc.
By its Attorneys,
/s/  Courtney M. Quish
Lee Carl Bromberg, BBO No.:  058480
Edward J. Dailey, BBO No.:  112220
Courtney M. Quish, BBO No.:  662288
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004  Fax
cquish@bromsun.com

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

/s/  Courtney M. Quish
Courtney M. Quish

02820/00502 679878.1