# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                             )
THE HIPSAVER COMPANY, INC.,           )
                                                             )
    Plaintiff,                                    )
                                                             )
v                                                           )   Civil Action No. 05-10917 PBS
                                                             )
J.T. POSEY COMPANY,                            )
                                                             )
    Defendant.                                  )
                                                             )
_____)

## NOTICE OF APPEARANCE OF PAUL S. KITCHIN

    Please enter the appearance of Paul S. Kitchin of Bromberg & Sunstein LLP for plaintiff The HipSaver Company, Inc. in the above captioned case.

Dated:  June 8, 2007
Boston, Massachusetts

                                                  /s/  Paul S. Kitchin
                                                  Paul S. Kitchin (BBO #667954)
                                                  BROMBERG & SUNSTEIN LLP
                                                  125 Summer Street
                                                  Boston, MA 02110
                                                  Tel. (617) 443-9292
                                                  pkitchin@bromsun.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                                  /s/ Paul S. Kitchin
02820/00502 677555.1                                Paul S. Kitchin