Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 001 | EXH0001 | Article re: hip protector use | Article | 8/25/2005 | Jeffrey B. Burl, MD, CMD<br>James Centola, PT<br>Alice Bonner, APRN-BC<br>Colleen Burque, PTA |
| 004 | EXH0004 | Guidelines for Environmental Infection Control in Health-Care Facilities | Report | 00/00/2003 | U.S. Dep't of Health and Human Services<br>CDC |
| 005 | EXH0005 | Guidelines for Laundry in Health Care Facilities | Report | 00/00/0000 | U.S. Dep't of Health and Human Services<br>CDC |
| 007 | EXH0007 | Settlement Agreement | Agreement | 9/22/2004 | Posey<br>Goodwin |
| 009 | HS2 000046 - 49 | Tampere, Finland tests | Report | 08/00/2000 | Kannus<br>Parkkari<br>Poutala |
| 010 | HS2 000043 - 45 | Hip Pads: Effective Fracture Prevention | Article | 10/30/2000 | George Gross<br>Tsan-Hui Chen<br>Carolyn Flaherty |
| 012 | EXH0012 | Posey Hipsters | Advertisement | 5/17/2005 | Posey Co. |
| 035 | EXH0035 | New Published Study Reports High Compliance Rates and No Hip Fractures with HipSaver | Website page | 00/00/0000 | HipSaver |
| 055 | HS2 000080 - 87<br>HA 000027 - 34 | 2001 - 2004 Tax Forms for Hipsaver | Tax Form | 00/00/0000 | |
| 056 | HS2 000082 - 83 | 2002 Tax Form for HipSaver | Tax Form | 00/00/2002 | |
| 057 | HS2 000084 - 85 | 2003 Tax Form for HipSaver | Tax Form | 00/00/2003 | |
| 058 | HS2 000086 - 87 | HipSaver tax return 2004 | Tax Form | 00/00/2004 | |
| 061 | EXH0061 | Hip Protectors & The Laundry | Website pages | 00/00/0000 | HipSaver |
| 065 | G 000285 - 290 | Force Attenuation Properties of Various Trochanteric Padding Materials Under Typical Falling Conditions of the Elderly | Article | 00/00/1996 | Parkkari<br>Kannus<br>Poutala<br>Vuori |
| 081 | PC 0852 - 583 | Email forwarding Posey Impact Test Results | Report | 7/26/2001 | Yates, Jeffrey |
| 085 | EXH0085 | Posey Hipster (marked as deposition exhibit 85) | Photo | 00/00/0000 | |

Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 086 | EXH0086 | Photos of Posey Hipster with laundry label showing product information | Photo | 00/00/0000 | |
| 087 | EXH0087 | Photos of Posey Hipster with laundry label showing product information | Photo and product info | 00/00/0000 | |
| 088 | EXH0088 | Photo of HipSaver hip protectors with laundry label showing | Photo | 00/00/0000 | |
| 089 | G 000184 - 244 | Environmental Test Report on Various Hip Protectors | Report | 8/7/2001 | Garwood Laboratories |
| 090 | PC 0852 - 854 | Email enclosing impact test results on Posey Hipster | Email enclosing report | 7/27/2001 | Yates, Jeffrey |
| 091 | G 000245 - 291 | Environmental Test Report on Hip Protectors | Report | 5/2/2001 | Garwood Laboratories |
| 092 | PC 0892 - 894 | Impact test results for various hip protectors | Bar graphs | 00/00/0000 | |
| 093 | G 000115 - 148 | Environmental Test Report on Six Hip Protectors | Report | 1/18/2005 | Garwood Laboratories |
| 094 | G 000053 - 114 | Environmental Test Report on Thirteen Hip Protectors | Report | 3/31/2005 | Garwood Laboratories |
| 095 | HS 000302 | Photos of Posey Hipsters | Photo | 00/00/0000 | |
| 096 | PC 1971 - 1984 | Hip protector test data email from McGrath to Minns requesting additional info regarding test | Letter enclosing test report email | 10/8/2005 | Minns, Julian  McGrath, Charleen |
| 097 | PC 0400 - 407 | Posey product info / advertisement | Advertisement | 00/00/0000 | Posey Co. |
| 098 | PC 0799 - 808 | Study: A Solution to Hip Fractures Using Performance Tested Hip Protectors | Report | 08/00/2003 | Gandhi, Bimal |
| 099 | PC 0373 | Special Announcement regarding unreliability of white paper | Press Release | 00/00/0000 | |
| 100 | HS 000303 | Email regarding Hedman's inability to strongly support Goodwin's case, and his intention to resign from it | Email | 11/29/2004 | Hedman, Tom |
| 101 | PC 0898, 917 | Meeting notes from meeting on problems with Posey Hipsters | Memo | 4/25/2002 | Rash, Lee |
| 102 | PC 1989 | Email string regarding Hipsters | Email | 2/24/2005 | Nentrup, Randall |
| 103 | PC 1987 - 1988 | Email string regarding changing info in NCPS video | Email | 4/29/2005 | Lewis, Vicky |

Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 125 | HS2 000325 | HipSaver US Sales 2001-2005 | Financial | 00/00/0000 | |
| 129 | HS2 000138 - 143 | Letter enclosing impact test results of Goodwin hip pad | Letter | 4/9/1996 | Hayes, Wilson |
| 134 | HS2 000408 - 416 | HipSaver Tax return 2003 | Tax | 00/00/2003 | |
| 135 | HS2 000399 - 407 | HipSaver Tax return 2002 | Tax | 00/00/2002 | |
| 136 | HS2 000388 - 398 | HipSaver Tax return 2001 | Tax | 00/00/2001 | |
| 143 | EXH0143 | Expert Report of Roy J. Epstein 09/25/2006 | Pleading / Expert report | 9/25/2006 | Epstein, Roy |
| 144 | EXH0144 | Expert Report of Creighton Hoffman and Philip Green | Pleading / Expert report | 2/16/2006 | Hoffman, Creighton Green, Philp |
| 145 | EXH0145 | Supplemental Report of Roy J. Epstein 10/31/2006 | Pleading / Expert report | 10/31/2006 | Epstein, Roy |
| 159 | HS2 002198 - 2207 RJE 001718 | NCPS video: Hip Protector information | | 00/00/0000 | NCPS |
| 166 | EXH0166 | Hayes Report to B&S | Report | 9/22/2006 | Hayes, Wilson |
| 167 | EXH0167 | Hayes sur-rebuttal report | Report | 11/9/2006 | Hayes, Wilson |
| 500 | COR 000001 - 16 | Hoffman and Green report | Pleading | 10/16/2006 | Hoffman, Creighton Green, Philip |
| 501 | COR 000368 | Health Hospitals article | Article | 7/17/2006 | |
| 502 | COR 000394 - 395 | Advertising, Conferences, Mailings | Corporate | 00/00/0000 | HipSaver |
| 503 | COR 000396 - 398 | New Sales $ for each advertising $ spent | Financial | 00/00/0000 | HipSaver |
| 504 | HS 000003 - 11 | Advertisement for Posey Fall Management and Bed Safety Products | Advertisment | 00/00/0000 | Posey Co. |
| 505 | HS 000071 | Advertisement for Posey Hipster | Advertisement | 00/00/0000 | Posey Co. |
| 506 | HS 000107 - 108 | Advertisement for Posey Hipsters | Advertisement | 00/00/0000 | Posey Co. |
| 507 | HS 000109 | Email titled: The ONLY SCIENTIFICALLY VALIDATED hip protector? | email | 1/21/2004 | Anderson, Brian |
| 508 | HS2 000001c | Hip protector pad cut in half to show material inside | Sample | 00/00/0000 | |
| 509 | HS2 000001 | Pair of hip protectors with pads removed | Sample | 00/00/0000 | |
| 509a | HS2 000001a | Pad from present generation HipSaver---HS2 000001a--(pictured in docid 12410) | | 00/00/0000 | |
| 509b | HS2 000001b | Pad from present generation HipSaver--HS2 000001b (pictured in docid 12410) | | 00/00/0000 | |
| 510 | HS2 000008 - 12 | Letter enclosing Posey Hipster mistakenly returned to HipSaver, and photos of same | Letter | 5/2/2003 | Oha, Michelle |

Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 511 | HS2 000038 - 42 | Hip Protector Compliance: A 13-Month Study on Factors and Cost in a Long-Term Care Facility | Article | 09/00/2003 | Burl, Jeffrey<br>Centola, James<br>Bonner, Alice<br>Burque, Colleen |
| 512 | HS2 000043 - 49 | Hip Pads: Effective Fracture Prevention | Article | 10/30/2000 | Gross, George<br>Chen, Tsan-Hui<br>Flaherty, Carolyn |
| 513 | HS2 000058 | Posey Hipsters advertisement | Advertisement | 5/17/2005 | |
| 514 | HS2 000059 | Posey Hipsters advertisement | Advertisement | 5/17/2005 | |
| 515 | HS2 000063 | Ad-Posey Hipsters Help Protect Against Injury from Falls | Advertisement | 00/00/0000 | |
| 516 | HS2 000073 | HipSaver order form | Invoice | 00/00/0000 | |
| 517 | HS2 000074 | HipSaver order form | Invoice | 00/00/0000 | |
| 518 | HS2 000075 | HipSaver order form | Invoice | 5/9/2001 | |
| 519 | HS2 000130 - 132 | Hip Pads: Effective Fracture Prevention | Article | 10/30/2000 | Gross, George<br>Chen, Tsan-Hui<br>Flaherty, Carolyn |
| 520 | HS2 000324 | Photocopy of file folder labeled: #26 Sales + Unit Costs | File folder | 00/00/0000 | |
| 521 | HS2 000326 | HipSaver Unit Cost Sheet for US Sales 2005 | Cost Sheet | 00/00/0000 | |
| 522 | HS2 000387 | Photocopy of file folder labeled: #29 Financials | File folder | 00/00/0000 | |
| 523 | HS2 000426 - 437 | Handwritten Ledger | Ledger | 00/00/0000 | |
| 524 | HS2 000438 - 454 | Handwritten Ledger | Ledger | 00/00/0000 | |
| 525 | HS2 000455 - 475 | Handwritten Ledger | Ledger | 00/00/0000 | |
| 526 | HS2 000476 - 495 | Handwritten Ledger | Ledger | 00/00/0000 | |
| 527 | HS2 000496 - 517 | Handwritten Ledger | Ledger | 00/00/0000 | |
| 528 | HS2 000518 - 519 | HipSaver Co. Financial Statement Worksheet for YTD 12/31/2004 | Financial Statement | 9/15/2005 | |
| 529 | HS2 000520 - 531 | HipSaver Co. YTD General Ledger | Ledger | 9/15/2005 | |
| 530 | HS2 000532 | HipSaver Co. Bank of America Savings Account Analysis | Savings Account Analysis | 12/31/2004 | |
| 531 | HS2 000533 - 535 | Annual Depreciation Report for the Fiscal Year Ended 12/31/2004 | Depreciation Report | 9/15/2005 | |

Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 532 | HS2 000536 | HipSaver Co. Bank Reconciliation | Bank Reconciliation | 12/31/2004 | |
| 533 | HS2 000537 - 542 | Payroll journels and Employer Tax returns | Payroll and Employer Tax documents | 12/31/2004 | |
| 534 | HS2 000543 - 545 | Financial Statement Worksheets and General Ledger | Worksheets and Ledger | 12/31/2003 | |
| 535 | HS2 000546 - 552 | Hipsaver Co. YTD General Ledger | Ledger | 00/00/2003 | |
| 536 | HS2 000553 | Handwritten note listing HipSaver's 2003 Financial situation | Note | 00/00/2003 | |
| 537 | HS2 000554 | HipSaver Co. Bank Reconciliation | Bank Reconciliation | 12/31/2003 | |
| 538 | HS2 000555 - 556 | HipSaver Co. Annual Depreciation Report for the Fiscal Year Ended 12/31/2003 | Depreciation Report | 9/11/2004 | |
| 539 | HS2 000557 - 559 | HipSaver SEP Calculation, Payroll Tax, Quarter Wage Summary | Payroll documents | 12/31/2003 | |
| 540 | HS2 000560 - 561 | HipSaver Co. Financial Statement Worksheet for the Year to Date period ending 12/31/2002 | Financial Statement | 12/31/2003 | |
| 541 | HS2 000562 - 570 | HipSaver Co. Year-to-date General Ledger For 01/03/2002 to 12/31/2002 | Ledger | 9/16/2003 | |
| 542 | HS2 000571 | HipSaver Bank Statement as of 12/31/2002, Bank Balance as of 12/31/2002 | Bank Statement | 12/31/2002 | |
| 543 | HS2 000572 - 574 | HipSaver Co. Annual Depreciation Report for the FY ended 12/31/2002, Retired Assets Report | Depreciation Report, Retired Assets Report | 9/2/2003 | |
| 544 | HS2 000575 | HipSaver Co. Salary Analysis | Salary Analysis | 12/31/2002 | |
| 545 | HS2 000576 - 577 | HipSaver Co. Finanacial Statement Worksheet for YTD period ending 12/31/2001 | Financial Statement | 9/1/2002 | |
| 546 | HS2 000578 - 583 | HipSaver Co. YTD General Ledger for 01/01/01 to 12/31/01 | Ledger | 9/1/2002 | |
| 547 | HS2 000584 | Handwritten note listing outstanding checks | Note | 12/31/2001 | |
| 548 | HS2 000585 - 590 | HipSaver Co. Annual Depreciation Report For the FY ended 12/31/01 | Depreciation Report | 1/30/2002 | |

Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 549 | HS2 000804 - 805 | FW: Posey Hipsters brand hip protectors | email | 10/15/2004 | Hynous, Liz |
| 550 | HS2 000808 - 809 | Advertisement for Posey Hipsters | Advertisement | 00/00/0000 | Posey Co. |
| 551 | HS2 000818 - 819 | Advertisement for Posey EZ On Hipsters | Advertisement | 00/00/0000 | Posey Co. |
| 552 | HS2 001517 - 1521 | Journal of Biomechanical Engineering: Energy-Shunting Hip Padding System Attenuates Femoral Impact Force in a Simulated Fall | Article | 11/00/1995 | Robinovitch, S.N. Hayes, W.C McMahon, T.A. |
| 553 | HS2 001554 | Letter enclosing Hipsters for participation in NCPS test | Letter | 7/30/2003 | Lewis, Victoria |
| 554 | HS2 002074 - 2078 | HipSaver Tax Return 1995 | | 00/00/1995 | |
| 555 | HS2 002079 - 2082 | HipSaver Tax Return 1996 | | 00/00/1996 | |
| 556 | HS2 002079 - 2082 | HipSaver Tax return 1996 | | 00/00/1996 | |
| 557 | HS2 002083 - 2087 | HipSaver Tax Return 1997 | | 00/00/1997 | |
| 558 | HS2 002088 - 2091 | HipSaver Tax Return 1998 | | 00/00/1998 | |
| 559 | HS2 002092 - 2094 | HipSaver Tax Return 1999 | | 00/00/1999 | |
| 560 | HS2 002095 - 2098 | HipSaver Tax Return 2000 | | 00/00/2000 | |
| 561 | HS2 002099 - 2104 | Protective Properties of Two Brands of Hip Protectors After Repeated Laundering - VISN 8 Patient Safety Center of Inquiry | Study/Article | 00/00/0000 | Stalhandske, Erik |
| 562 | HS2 002160 - 2168 | HipSaver Tax Return 2005 - Produced in CD production of 09/27/2006 | | 00/00/2005 | |
| 563 | HS2 002294 | CDC Guideline: Laundry: Washing Infected Material | Guideline | 11/18/2000 | CDC |
| 564 | HS2 002320 - 2326 | Declaration of Ernest M. Posey | Pleading | 7/29/2004 | Posey, Ernest |
| 565 | HS2 002328 - 2359 | Posey Fall Management and Bed Safety Products catalog | Advertisement / Catalog | 00/00/2004 | |
| 566 | HS2 002360 - 2427 | Posey Healthcare Product Selection Guide catalog | Advertisement / Catalog | 00/00/2003 | |
| 567 | HS2 002428 - 2503 | Posey 2005 Healthcare Product Selection Guide catalog | Advertisement / Catalog | 00/00/2005 | |
| 568 | HS2 002504 - 2603 | Posey 2006 Healthcare Product Catalog | Advertisement / Catalog | 00/00/2006 | |
| 569 | HS2 002605 RJE 001774 | HipSaver US Sales 2001-2006 | Financial | 00/00/0000 | HipSaver |
| 569a | | Chart - total USA | | 00/00/0000 | |

Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 570 | HS2 002606 | HipSaver Certificate of Incorporation | Cerificate of incorporation | 5/3/2007 | |
| 571 | HS2 002607 | FDA 2007 Annual Registration of Device Establishment | Registration certificate | 00/00/2007 | |
| 572 | PC 0365 - 373 | Settlement Agreement | Pleading | 9/22/2004 | |
| 573 | PC 0400 - 405 | Advertisement / Product info for Posey Hipsters  Posey advertisements | Advertisement / Product info | 00/00/0000 | Posey Co. |
| 574 | PC 0406 - 407 | Advertisement / Product info for Posey Hipsters | | 00/00/0000 | |
| 575 | PC 0408 - 411 | Advertisement / Product info for Posey Hipsters | | 00/00/0000 | |
| 576 | PC 0809 | Sales report spanning January 2001 to September 2005 | Sales Report | 00/00/2005 | |
| 577 | PC 0853 - 854 | Impact Data regarding Posey Hipsters | email | 7/27/2001 | Yates, Jeffrey |
| 578 | PC 0919 - 920 | FW: Posey Hipsters consideration of poron foam/ cost considerations | email | 9/25/2003 | Carr, Roy |
| 579 | PC 1022 | Email re: wash tests | E-mail | 3/23/2005 | Keefe, Mike |
| 580 | PC 1025 | Posey Hipsters advertisement | Advertisement | 00/00/0000 | |
| 581 | PC 1026 | Posey Hipsters Proven Effective in Laboratory Test | Advertisement | 00/00/0000 | |
| 582 | PC 1027 - 1028 | Posey Restraint Alternatives 2001 / Fall Prevention Advertisement | Catalog | 00/00/2001 | |
| 583 | PC 1029 - 1032 | Posey Care Alternatives Division 2002 | Catalog | 00/00/2002 | |
| 584 | PC 1033 - 1035 | Posey Care Alternatives Division 2003 catalog excerpts | Catalog | 00/00/2003 | |
| 585 | PC 1036 - 1037 | Posey Healthcare Product Selection Guide | Catalog | 00/00/2004 | |
| 586 | PC 1038 - 1039 | Posey 2005 Healthcare Product Selection Guide | Catalog | 00/00/2005 | |
| 587 | PC 1040 - 1042 | Selected pages from the Posey 2006 catalog | Marketing | 00/00/2006 | |
| 588 | PC 1057 - 1066 | Posey Hipsters package inserts | Marketing | 00/00/1999 | |
| 589 | PC 1067 - 1072 | Posey EZ On Hipsters package inserts | Marketing | 00/00/0000 | |
| 590 | PC 1073 - 1076 | Posey ad For Some Residents, Every Fall is A Big One | Advertisement | 00/00/0000 | |

Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 591 | PC 1077 - 1080 | Draft of Posey advertisement | Advertisement | 11/14/2004 | |
| 592 | PC 1081 - 1084 | Draft of Posey advertisement | Advertisement | 3/10/2005 | |
| 593 | PC 1468 | Sales records for 2001 - September of 2005 Summary of Posey Sales 2001-2005 | Ledger | 00/00/0000 | |
| 594 | PC 1473 | Ad in HME News for Posey Hipsters sweatpants and shorts HME news October 2005, Posey advertisement | Advertisement | 10/00/2005 | |
| 595 | PC 1736 - 1742 | 2006 Posey Healthcare Product Selection Guide 2006 Healthcare Product catalog | Catalog | 00/00/2006 | |
| 596 | PC 1743 - 1746 | Draft of Hipster advertisement | Advertisement | 3/10/2005 | |
| 597 | PC 1747 - 1750 | Draft of Hipster advertisement | Advertisement | 00/00/0000 | |
| 598 | PC 1754 - 1756 | Draft of Posey Hipsters with High Durability Pads advertisement M6127 | Advertisement | 9/28/2004 | |
| 599 | PC 1805 | Posey Hipsters III ad, citing July 2001 Garwood test | Advertisement | 00/00/0000 | |
| 600 | PC 1806 - 1809 | Draft of Hipster ad, Posey Hipsters HELP Protect Against Injury from Falls | Advertisement | 00/00/0000 | |
| 601 | PC 1810 - 1815 | Draft of Hipster ad, Posey Hipsters HELP Protect Against Injury from Falls | Advertisement | 00/00/0000 | |
| 602 | PC 1817 | Posey Hipsters ad citing CDC and Rubenstein | Advertisement | 00/00/1999 | |
| 603 | PC 1818 | Clinical References Supporting the Use of Hip Protectors | Advertisement | 00/00/0000 | |
| 604 | PC 1829 - 1831 | Posey Hipsters ad  (M6127) | Advertisement | 00/00/2004 | |
| 605 | PC 1832 - 1834 | Posey EZ On Hipsters, and ad form (M5017) | Advertisement | 00/00/2002 | |
| 606 | PC 2169 - 2174 | Effects of Loading Rate on Strength of the Proximal Femur | Article | 00/00/1994 | Courtney, A.C. Wachtel, E.F. Myers, E.R. Hayes, W.C. |

Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 607 | PC 2260 - 2269 | Etiology and Prevention of Age-Related Hip Fractures | Article | 00/00/1996 | Hayes, W.C.<br>Myers, E.R.<br>Robinovitch, S.N.<br>Van Den Kroonenberg, A.<br>Courtney, A.C.<br>McMahon, T.A. |
| 608 | PC 2278 - 2284 | Comparison of Force Attenuation Properties of Four Different Hip Protectors Under Simulated Falling Conditions in the Elderly: An In Vitro Biomechanical Study | Article | 00/00/1999 | Kannus, P.<br>Parkkari, J.<br>Poutala, J. |
| 609 | PC 2351 - 2356 | Energy-Shunting External Hip Protector Attenuates the Peak Femoral Impact Force below the Theoretical Fracture Threshold: An In Vitro Biomechanical Study under Falling Conditions of the Elderly | Article | 00/00/1995 | Parkarri, Jari<br>Kannus, Pekka<br>Heikkila, Jussi<br>Poutala, Jarmo<br>Sievanen, Harri<br>Vuori, Ilkka |
| 610 | PC 2367 - 2375 | Prediction of Femoral Impact Forces in Falls on the Hip | Article | 11/00/1991 | Robinovitch, S.N.<br>Hayes, W.C.<br>McMahon, T.A. |
| 611 | PC 2381 - 2387 | Force Attenuation in Trochanteric Soft Tissues During Impact from a Fall | Article | 12/1/1994 | Robinovitch, Stephen<br>McMahon, Thomas<br>Hayes, Wilson |
| 612 | PC 2486 - 2507 | Advertisement for Posey Hipsters<br> illegible excerpt from The Lancet<br> Hip Fracture Disease: Coping with a contemporary epidemic Effect of External Hip Protectors on Hip Fractures | Advertisement | 00/00/0000 | |
| 613 | PC 2754 - 2833 | Posey 2005 Healthcare Product Selection Guide | Catalog | 00/00/2005 | |
| 614 | PC 2893 - 2898 | Sales of Posey Hipsters, 2001 - 2005 | Sales data | 00/00/0000 | |
| 615 | PC 2899 - 2904 | Domestic Sales of Posey Hipsters, 2004 - 2005 | Sales data | 1/31/2006 | |
| 616 | PC 2998 - 2999 | Monthly Hipster Sales 2004 to 2005 | Financial data | 00/00/0000 | |
| 617 | PC 3000 | Advertisement for Posey Hipsters | Advertisement | 00/00/0000 | Posey Co. |
| 618 | PC 3002 - 3005 | Advertisement for Posey Hipsters | Advertisement | 00/00/0000 | Posey Co. |

Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 619 | PC 3006 - 3007 | Advertisement for Posey Hipsters | Advertisement | 00/00/0000 | Posey Co. |
| 620 | PC 3382 - 3396 | Hipsaver Request #15 - Sales and Costs of Designated Fall Management Products 2001 to 2005 | Sales informaiton | 00/00/0000 | |
| 621 | PC 3397 - 3421 | Hipsaver Request #16 - Sales and Costs of Hip Protection Products 2001 to 2005 | Sales informaiton | 00/00/0000 | |
| 622 | PC 3422 - 3428 | Hipsaver Request #17 - Bill to Customer Names and Addresses | Sales informaiton | 00/00/0000 | |
| 623 | PC 3429 - 3852 | Hipsaver Request #17 - Ship to Address and Hip Protector Sales | Sales informaiton | 00/00/0000 | |
| 624 | PC 3853 - 3962 | Hipsaver Request #17 - Payment Application Data Produced on CD | Sales informaiton | 00/00/0000 | |
| 625 | PC 3963 | CD containing Hipster invoices duplicate CD at PC 003964 | Disk | 00/00/0000 | |
| 626 | PC 3965 - 4528 | CD containing data re: Hipster RMAs | Disk | 00/00/0000 | |
| 627 | PC 4529 - 5152 | CD containing data re: Posey Hipster RMAs | Disk | 00/00/0000 | |
| 628 | PC 5153 - 5179 | Posey 2004 S-Corporation Return | Tax return | 00/00/2004 | |
| 629 | PC 5180 - 5203 | Posey 2003 S-Corporation Return | Tax return | 00/00/2003 | |
| 630 | PC 5204 - 5231 | Posey 2002 S-Corporation Return | Tax return | 00/00/2002 | |
| 631 | PC 5232 - 5257 | Posey 2001 S-Corporation Return | Tax return | 00/00/2001 | |
| 632 | PC 5722 - 5723 | Hipsters advertisement | | 00/00/0000 | |
| 633 | PC 5724 - 5727 | Posey Hipster catalog/advertisement | | 00/00/0000 | |
| 634 | PC 5736 | CD containing Hipsters returns 2001-2005 | | 00/00/0000 | |
| 635 | PC 5842 | CD of Excel spreadsheet also found at PC 005817 - PC 005841 | CD | 00/00/0000 | |
| 636 | PC 5868 - 5875 | Preliminary summary of Hayes' opinions / Hayes expert report | Letter / Report | 6/14/2004 | Hayes, Toby |
| 637 | PC 5914 - 5915 | Email exchange re picture of Posey pad showing incorrect positioning | Email | 12/4/2006 | Morseburg, Doug |
| 638 | PC 5927 - 5928 | Color Copy of 2002 Catalog / advertisement | Catalog / Advertisement | 00/00/2002 | |
| 639 | RJE 000138 - 152 | Expert Designation Including Report of Gary Reich | Pleading | 2/16/2006 | Reich, Gary |
| 640 | RJE 000153 | Top 25 nursing home chains | Article | 09/00/2002 | Appleby, Jean |

Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 641 | RJE 000154 - 156 | Printout from www.hipprotector.com website | Website | 00/00/0000 | |
| 642 | RJE 000157 - 158 | Printout from CDC website | Website | 00/00/0000 | |
| 643 | WCH 000073 - 83 | Am. J of Phys Article: How to hit home runs: Optimum baseball bat swing parameters for maximum range trajectories | Article | 11/00/2003 | Sawicki, Gregory Hubbard, Mont Stronge, William |
| 644 | WCH 000084 - 91 | Composite Structures article: Performance Assessment of Wood, Metal, and Composite Baseball bats | Article | 00/00/2001 | Shenoy, Mahesh Smith, Lloyd Axtell, John |
| 645 | WCH 000092 - 99 | Journal of Biomechanical Engineering article: Dynamic Models for Sideways Falls from Standing Height | Article | 09/00/1995 | van den Kroonenberg Hayes, W.C. McMahon, T.A. |
| 646 | WCH 000178 - 191 | Hayes Rebuttal Report to Hedman report (unsigned) | Letter / Report | 8/14/2004 | Hayes, Toby |
| 647 | HS2 000298 | HipSaver SlimFit model | Photo / Hip protector | 00/00/0000 | |
| 648 | | 2007 version of HipSaver pad | | 00/00/0000 | |
| 649a | | DermaSaver arm sleeve | | 00/00/0000 | |
| 649b | | DermaSaver heal protector | | 00/00/0000 | |
| 651 | | Posey First Generation Hipster | | 00/00/0000 | |
| 652 | | Graphic of pelvic bones (page 10 of Trial Exhibit 661) | | | |
| 653 | | HipSaver website pages | | 6/21/2007 | |
| 657 | | HipSaver's Stipulated Facts | | 12/11/2006 | |
| 658 | HS2 002608 - 2612 | Dermasaver sales to chains | Financial | 00/00/0000 | |
| 659 | PC 1089 - 1092 | Posey advertisement | | 00/00/2005 | |
| 660 | PC 5699 | Video tape - The J.T. Posey Company Proudly Presents Hipsters III Part #8516 | Video | 00/00/0000 | |
| 660a | | Excerpt from video PC 5699 | | 00/00/0000 | |
| 661 | | Hipsaver v. JT Posey powerpoint (Hayes) (formerly listed asTrial Exhibit 655) | | 00/00/0000 | |
| 662 | | Chart - Total USA No VAMCs | | 00/00/0000 | |
| 663 | HS 000016 | Letter from Patricia Jasper to William Brutocao | Letter | 7/2/2004 | Jasper, Patricia |

Hipsaver's Revised Final Trial Exhibit List
08/08/2007

| Trial Exhibit# | Batesno | Summary | Doctype | DocDate | Authors |
|---|---|---|---|---|---|
| 664 | | Declaration of Victoria Gay Lewis in Opposition to Hipsaver Motion for Partial Summary Judgment | Pleading | 1/8/2007 | Victoria Gay Lewis |
| 665 | | Declaration of Victoria Gay Lewis in Support of Motion of Defendant Posey Company for Order Transferring Venue to Central District of California | Pleading | 6/17/2005 | Lewis, Victoria Gay |
| 666 | HS2 002327 | Special Announcement: HipSaver and Posey Hipster brand Hip Protectors | | | |