# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE HIPSAVER COMPANY, INC., ) | |
| Plaintiff, ) | |
| v ) | Civil Action No. 05-10917 PBS |
| J.T. POSEY COMPANY, ) | |
| Defendant. ) | |

## STATEMENT TO THE COURT REGARDING
## REVISED/AMENDED JURY INSTRUCTIONS [D.N. 324]

In HipSaver's Proposed Jury Instructions, HipSaver referenced Trial Exhibit No. 657 as containing the facts stipulated by the parties. *See* Proposed Jury Instructions (HipSaver) [D.N.316] at 34. However, this exhibit is referenced in error. Instead, the facts stipulated to by the two parties are contained in HipSaver's Trial Brief [D.N. 274]. The Revised Jury Instructions, filed today, reflect this change. *See* Revised Jury Instructions [D.N. 324].

Respectfully submitted
The HipSaver Company, Inc.
By its Attorneys,

/s/  Courtney M. Quish
Lee Carl Bromberg, BBO No.:  058480
Edward J. Dailey, BBO No.:  112220
Courtney M. Quish, BBO No.:  662288
Paul S. Kitchin, BBO No.: 667954
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004  Fax
cquish@bromsun.com
August 13, 2007

### CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

/s/  Courtney M. Quish
Courtney M. Quish